United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__18__ CV __2192 WFK-RLM__

indicated that this case is related to the following case(s):

___05-cv-365 BMC-PK___