AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| AHARON MILLER, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-02192 (WFK)(RLM) |
| ARAB BANK, PLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                                          .

Date:   04/13/2018                                                         s/ Ari Ungar
                                                                    *Attorney's signature*

                                                                       Ari Ungar
                                                              *Printed name and bar number*

                                                                     OSEN LLC
                                                           2 University Plaza, Suite 402
                                                              Hackensack, N.J. 07601

                                                                       *Address*

                                                               aungar@osenlaw.com
                                                                  *E-mail address*

                                                                   (201) 265-6400
                                                                 *Telephone number*

                                                                   (201) 265-0303
                                                                    *FAX number*