AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DONALD FIELD, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-2126 (TJK) |
| BANK MARKAZI JOMHOURI ISLAMI IRAN, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 03/26/2018

s/ Michael J. Radine
*Attorney's signature*

Michael J. Radine (DC Bar No. NJ015)
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, New Jersey 07601

*Address*

mradine@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*