AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| AHRON MILLER, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-02192 (WFK)(RLM) |
| ARAB BANK, PLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARAB BANK, PLC   .

Date:   4/18/2018

/s/Jonathan Siegfried
*Attorney's signature*

Jonathan Siegfried
*Printed name and bar number*
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020

*Address*

jonathan.siegfried@dlapiper.com
*E-mail address*

(212) 335-4925
*Telephone number*

(212) 884-8477
*FAX number*