AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Miller et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-02192-BMC-PK |
| Arab Bank, PLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arab Bank plc.

Date: 04/26/2018

/s/ Douglas Walter Mateyaschuk
*Attorney's signature*

Douglas Walter Mateyaschuk
*Printed name and bar number*

DLA Piper LLP US
1251 Avenue of the Americas
New York, NY 10020

*Address*

douglas.mateyaschuk@dlapiper.com
*E-mail address*

(212) 335-4500
*Telephone number*

(212) 335-4501
*FAX number*