

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Jonathan Siegfried
jonathan.siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

May 1, 2018

*Via ECF*

Hon. Brian M. Cogan
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Miller, et al. v. Arab Bank, PLC*, No. 1:18-CV-02192 (BMC) (PK) (E.D.N.Y.)

Dear Judge Cogan:

      We represent Defendant Arab Bank plc and write pursuant to Your Honor's Local Rule I.E. to request a 45-day extension of time for the Bank to respond to the Complaint filed in the above-referenced action.  Plaintiffs have been consulted and consent to this request.

      The Bank was served with the Complaint on April 16, 2018, and was due to file its response thereto on or before May 7, 2018.  If approved, the requested 45-day extension will reset the Bank's time to respond to the Complaint to June 21, 2018.  This is the Bank's first request to adjourn or extend its time to respond to the Complaint.

      The Bank makes this request with Plaintiffs' consent in aid of discussions in which they are currently engaged.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      **DLA Piper LLP (US)**

      /s/ *Jonathan Siegfried*
      Jonathan Siegfried
      Partner