UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, HADASSAH DINER,
EFRAT FINE, ADINA MISHER,
ADINA MISHER ON BEHALF OF THE
ESTATE OF AARON HAAR,

                     Plaintiffs,

      -against-

ARAB BANK, PLC,

                     Defendant

Case No. 1:18– cv-2192-BMC-PK

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

TO:    Jonathan D. Siegfried
          Douglas W. Mateyaschuk
          Courtney G. Saleski
          DLA PIPER LLP (US)
          1251 Avenue of the Americas
          New York, NY  10020-1104

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Kohn, Swift & Graf, P.C. and a member in good standing of the bar of the Commonwealth of Pennsylvania and the bar of the State of New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs Aharon Miller, Hadassah Diner, Efrat Fine, Adina Misher, Adina Misher on Behalf of the Estate of Aaron Haar.

      There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: May 23, 2018

Respectfully submitted,

*/s/ Steven M. Steingard*

Steven M. Steingard
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
ssteingard@kohnswift.com
215-238-1700