UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, HADASSAH DINER, EFRAT FINE, ADINA MISHER, ADINA MISHER ON BEHALF OF THE ESTATE OF AARON HAAR,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>ARAB BANK, PLC,<br><br>　　　　　　　　Defendant | : : : : : : : : : : : : : Case No. 1:18– cv-2192-BMC-PK |

COMMONWEALTH OF PENNSYLVANIA　)
　　　　　　　　　　　　　　　　) ss:
COUNTY OF PHILADELPHIA　　　　　)

　　　STEVEN M. STEINGARD, being duly sworn, deposes and states:

　　1.　I am a shareholder of the law firm of Kohn, Swift & Graf, P.C. which has its office at 1600 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103. I submit this affidavit in support of my application for admission *pro hac vice* in the above-captioned action.

　　2.　I am an attorney in good standing and licensed to practice law in the Commonwealth of Pennsylvania where I have practiced for 43 years. A current Certificate of Good Standing from the Pennsylvania Supreme Court is annexed hereto as Exhibit A. I am also an attorney in good standing and licensed to practice law in New Jersey. A current Certificate of Good Standing from the New Jersey Supreme Court is annexed hereto as Exhibit B.

　　3.　I am fully admitted to practice in the following courts:

　　　　　The United States Supreme Court (1984)

　　　　　Pennsylvania Supreme Court (1975)

　　　　　The US Court of Appeals – First Circuit (2003)

> The US Court of Appeals – Third Circuit (1980)
>
> US District Court – Eastern District of Pennsylvania (1976)

4. I am currently admitted *pro hac vice* in the Eastern District of New York in *Linde v. Arab Bank*, CV 04 5564(NG)(VVP); *Coulter v. Arab Bank*, CV 04 365(NG)(VVP); *Strauss v. Credit Lyonnais, S.A.*, Case No. CV 06 702 (CPS)(KAM) and *Weiss v. National Westminster Bank, PLC*, CV 05 4622(CPS)(KAM).

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline previously has been imposed upon me in any jurisdiction.

6. I am personally involved as counsel in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

7. I agree to abide by the Rules of this Court in connection with my appearance in the above-captioned litigation.

8. I therefore respectfully request that this Court grant my application for admission *pro hac vice* in this matter.

_____
Steven M. Steingard
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
ssteingard@kohnswift.com
215-238-1700

Sworn to before me this
23rd day of May 2018,

_____
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
THERESA A. BUEHNER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 27, 2018

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Steven M. Steingard, Esq.*

**DATE OF ADMISSION**

*October 7, 1975*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 3, 2018

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# EXHIBIT B

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **STEVEN M STEINGARD** (No. **038551989**) was constituted and appointed an Attorney at Law of New Jersey on **December 21, 1989** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **21ST** day of **May**, 20**18**



Clerk of the Supreme Court

-453a-