UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, HADASSAH DINER, EFRAT FINE, ADINA MISHER, ADINA MISHER ON BEHALF OF THE ESTATE OF AARON HAAR,<br><br>Plaintiffs,<br><br>-against-<br><br>ARAB BANK, PLC,<br><br>Defendant | Case No. 1:18– cv-2192-BMC-PK<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance on behalf of all plaintiffs in *Miller, et al. v. Arab Bank, PLC.*

I am admitted to practice in this Court.

Dated: May 25, 2018

_____
Neil L. Glazer
EDNY/SDNY Bar No. NG7584
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
nglazer@kohnswift.com
215-238-1700

## CERTIFICATE OF SERVICE

I, Neil L. Glazer, hereby certify that on May 25, 2018, I caused the attached Notice of Appearance to be served upon the following counsel by electronic mail.

>Jonathan D. Siegfried
>Douglas W. Mateyaschuk
>Courtney G. Saleski
>DLA PIPER LLP
>1251 Avenue of the Americas
>New York, NY 10020-1104

_____
Neil L. Glazer