UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, HADASSAH DINER, EFRAT FINE, ADINA MISHER, ADINA MISHER ON BEHALF OF THE ESTATE OF AARON HAAR,<br><br>                 Plaintiffs,<br><br>-against-<br><br>ARAB BANK, PLC,<br><br>                 Defendant | Case No. 1:18– cv-2192-BMC-PK<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance on behalf of all plaintiffs in *Miller, et al. v. Arab Bank, PLC*.

I am admitted to practice in this Court.

Dated:  May 29, 2018

*[signature]*
Stephen H. Schwartz
EDNY/SDNY Bar No. SS1824
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
sschwartz@kohnswift.com
215-238-1700

**CERTIFICATE OF SERVICE**

    I, Stephen H. Schwartz, hereby certify that on May 29, 2018, I caused the attached Notice of Appearance to be served upon the following counsel by electronic mail.

    Jonathan D. Siegfried
    Douglas W. Mateyaschuk
    Courtney G. Saleski
    DLA PIPER LLP
    1251 Avenue of the Americas
    New York, NY 10020-1104

_/s/ Stephen H. Schwartz_
Stephen H. Schwartz