UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, HADASSAH DINER,
EFRAT FINE, ADINA MISHER,
ADINA MISHER ON BEHALF OF THE
ESTATE OF AARON HAAR,

                  Plaintiffs,

-against-

ARAB BANK, PLC,

                  Defendant

Case No. 1:18– cv-2192-BMC-PK

---

COMMONWEALTH OF PENNSYLVANIA )
                                             ) ss:
COUNTY OF PHILADELPHIA             )

STEVEN M. STEINGARD, being duly sworn, deposes and states:

1. I am a shareholder of the law firm of Kohn, Swift & Graf, P.C. which has its office at 1600 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103. I submit this affidavit in support of my application for admission *pro hac vice* in the above-captioned action.

2. I am an attorney in good standing and licensed to practice law in the Commonwealth of Pennsylvania where I have practiced for 43 years. A current Certificate of Good Standing from the Pennsylvania Supreme Court is annexed hereto as Exhibit A. I am also an attorney in good standing and licensed to practice law in New Jersey. A current Certificate of Good Standing from the New Jersey Supreme Court is annexed hereto as Exhibit B.

3. I am fully admitted to practice in the following courts:

       The United States Supreme Court (1984)

       Pennsylvania Supreme Court (1975)

       The US Court of Appeals – First Circuit (2003)

The US Court of Appeals – Third Circuit (1980)

US District Court – Eastern District of Pennsylvania (1976)

4. I am currently admitted *pro hac vice* in the Eastern District of New York in *Linde v. Arab Bank*, CV 04 5564(NG)(VVP); *Coulter v. Arab Bank*, CV 04 365(NG)(VVP); *Strauss v. Credit Lyonnais, S.A.*, Case No. CV 06 702 (CPS)(KAM) and *Weiss v. National Westminster Bank, PLC*, CV 05 4622(CPS)(KAM).

5. No disciplinary proceedings are pending against me in any jurisdiction and no disciplinary sanction has ever been imposed upon me in any jurisdiction nor have I ever been the subject of any criminal conviction.

6. I am personally involved as counsel in the above-referenced action and have knowledge of the facts underlying the claims and defenses thereto.

7. I agree to abide by the Rules of this Court in connection with my appearance in the above-captioned litigation.

8. I therefore respectfully request that this Court grant my application for admission *pro hac vice* in this matter.

Steven M. Steingard
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
ssteingard@kohnswift.com
215-238-1700

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CATHERINE MANSOR, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 6, 2020

Sworn to before me this
30th day of May 2018.

Notary Public

# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Steven M. Steingard, Esq.**

**DATE OF ADMISSION**

**October 7, 1975**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 3, 2018

Patricia A. Johnson
Chief Clerk

# EXHIBIT B

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **STEVEN M STEINGARD** (No. **038551989**) was constituted and appointed an Attorney at Law of New Jersey on **December 21, 1989** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **21ST** day of **May**, 20**18**

*Clerk of the Supreme Court*

-453a-