UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, HADASSAH DINER, EFRAT FINE, ADINA MISHER, ADINA MISHER ON BEHALF OF THE ESTATE OF AARON HAAR, | Case No. 1:18– cv-2192-BMC-PK |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | |
| ARAB BANK, PLC, | |
| Defendant | |

Please enter my appearance on behalf of all plaintiffs in *Miller, et al. v. Arab Bank, PLC*.

I have been permitted to appear pro hac vice in this Court by Order dated May 31, 2018.

Dated: May 31, 2018

Steven M. Steingard
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
sschwartz@kohnswift.com
215-238-1700

## CERTIFICATE OF SERVICE

I, Stephen M. Steingard, hereby certify that on May 31, 2018, I caused the attached Notice of Appearance to be served upon the following counsel by electronic mail.

>Jonathan D. Siegfried
>Douglas W. Mateyaschuk
>Courtney G. Saleski
>DLA PIPER LLP
>1251 Avenue of the Americas
>New York, NY 10020-1104

_____
Steven M. Steingard