

DLA Piper **LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
jonathan.siegfried@dlapiper.com
**T**  212.335.4925
**F**  212.884.8477

June 14, 2018

*VIA ECF*

Hon. Brian M .Cogan
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  **Letter Motion To Adjourn Defendant's Time To Respond To The Complaint**
           *Miller, et al. v. Arab Bank, PLC*, **No. 1:18-CV-02192 (BMC) (PK) (E.D.N.Y.)**

Dear Judge Cogan:

      We represent Defendant Arab Bank plc and write pursuant to Your Honor's Local Rule I.E. to seek adjournment of the current deadline for the Bank to respond to Plaintiffs' complaint in the above-referenced action.  Plaintiffs have been consulted and do not oppose this request.[1]

      As the Court is presumably aware, after the Bank filed its motion to recall and enforce the mandate issued in *Linde v. Arab Bank, PLC*, the Second Circuit directed Plaintiffs to file an answering brief by June 13, 2018, and for the Bank to file its reply by June 20, 2018.  *Linde* ECF Nos. 242, 246 (2d Cir.).  The Bank's response to the complaint is currently due on June 21, 2018.

      In light of these developments, we respectfully request that the Court adjourn the Bank's time to respond to the complaint from April 21, 2018 to 45 days following a decision by the Second Circuit on whether this case will proceed before this Court or directing that it be reassigned.

      Respectfully submitted,

      **DLA Piper LLP (US)**

      /s/ *Jonathan Siegfried*
      Jonathan Siegfried

---

[1] This is the Bank's second request to adjourn its response date.  Its first request was granted on May 1, 2018.