# Exhibit 1

# Yousef Al-Hayek Wire Transfers via Arab Bank - New York

**Total Number of Wire Transfers Sent from Arab Bank Lebanon through Arab Bank New York by Yousef Al-Hayek** → **282** Between July 2000 and October 2001

**Total US Dollar Value of Wire Transfers Sent from Arab Bank Lebanon through Arab Bank New York by Yousef Al-Hayek** → **$4,228,193**