# Exhibit 3

Case 1:18-cv-02192-HG-PK   Document 25-3   Filed 07/05/18   Page 1 of 8 PageID #: 226

Arab National Bank [logo]

[handwritten: Mr. Abou Saleh [illegible]]

Saudi Stock Co. Paid-up Capital S.R. 1500 Million, Statutory Reserve S.R. 1200 Million

[handwritten: 04/11/2001]

Telemoney Transfers Department
Head Office – Riyadh

Date: 04/11/2001G                                   Number: TM/2001M/

Esteemed Messrs / Arab Bank PLC
Palestine Branches Center
Attn: Esteemed Mr/ Muhammad Al-Tahhan

**Subject: Outward Transfers as per the Request of the Saudi Committee for Support of the Intifada Al Quds**

Peace be Upon You and God's Mercy and Blessings,

Reference to your letter to us number 9000/DMIS/218/0001 dated 03/19/2001G, regarding the presence of (45) transfers with repeated beneficiary names.
We hereby attach to you a list of substitute names in place of the repeated ones for payment as soon as possible and informing us of receipt notifications.
We also hope you would inform us of any transfers that were not collected by the beneficiaries within ten days from the date of the transfer, to enable us to revise the beneficiaries or substitute them with other names.

Kind regards,

[illegible signature]                               [illegible signature]
Nabil Al-Qadeihi                                    Abd Rabbo Al-Majhed
Telemoney Quality of Service                        Head of Telemoney Transfers Department

**Note:**
Attached please find a copy of the letter from the Saudi Committee for the Support of Intifada Al Quds regarding the abovementioned topic. Mr. Mansour Al-Anki, Sales Manager of Telemoney Transfers at the National Arab Bank was assigned to follow-up on all transfers sent by the Committee.

- Copy to / Esteemed Mr./ Shoukry Beshara
Regional Executive Director – Arab Bank
- Copy to / Esteemed Dr. Walid Bin Abdel Razek Al-Dali
Secretary General in lieu of the Saudi Committee for Support of Intifada Al Quds
- Copy to / Esteemed Mr. Mansour Al-Anki
Sales Manager of Telemoney Transfers

General Management - P.O. Box 56921 Riyadh 11564 Kingdom of Saudi Arabia Tel 4029000 Fax 4029747 Tlx 402660 ARNA SJ Cable ARABI WATANI

ABPL 00003
MK-ARA 206093

36411T

Kingdom of Saudi Arabia
The Saudi Committee for the Support of Intifada Al Quds                                    Sum SR 380,000
General Secretariat – Riyadh

### Lists of Martyrs' Names in the West Bank Sixth Installment

| # | Name | Location | Age | Date | Cause | Amount |
|---|------|----------|-----|------|-------|--------|
| 1 | Abi Muhammad Al-Darrag | Al-Beira | 9 | 01/03/03 | Bullet in the chest | 20000 |
| 2 | Ahmed Ismail Faragallah | Hebron | 33 | 01/02/18 | Live bullet in the lower back | 20000 |
| 3 | Ahmed Al-Ghandour | Ramallah - Betonia | 25 | 01/01/24 | Chest injury | 20000 |
| 4 | Ahmed Hassan Allan | Nablus | 25 | 01/03/03 | Bullet in the head | 20000 |
| 5 | Ahmed Abdel Qader Esteban | Hebron | 40 | 00/10/30 | Shooting an ambulance | 20000 |
| 6 | Ahmed Omar Alyan | Tulkarm – Nour Al-Shams Camp | 23 | 01/03/04 | Martyr operation | 20000 |
| 7 | Ahmed Mahmoud Abou Maraheel | Nablus – Balata Camp | 16 | 01/05/30 | Bullet in the neck | 20000 |
| 8 | Osmama Ibrahim Naghneegha | Jenin Camp | 20 | 01/02/05 | Bullet in the head | 20000 |
| 9 | Osmam Muhammad Ibrahim Al-Korbi | Beit Jala | 18 | 01/02/20 | Cannon bombing | 20000 |
| 10 | Ismail Shamlakh | Ramallah | | 00/10/05 | Bullet in the chest | 20000 |
| 11 | Amira Nasr Abou Seif | Jenin – [illegible] | | 01/03/14 | Preventing the ambulance from reaching the hospital | 20000 |
| 12 | Anwar Mustafa Marei | Nablus | 35 | 01/02/15 | Assassination | 20000 |
| 13 | Eyad Al-Herdan | Ramallah | 20 | 01/04/01 | Assassination | 20000 |
| 14 | Baher Shafiq Auda | Howara Village | 20 | 01/03/03 | Two bullets in the shoulder and leg (assassination) | 20000 |
| 15 | Jabri Ahmed Hanatesh | Hebron | 44 | 01/03/23 | Assault by settlers | 20000 |
| 16 | Hamed Abou Hajla | Nablus | 27 | 01/01/01 | Martyr Operation | 20000 |
| 17 | Hossam Emad Al-Dees | Ramallah – Qalandeya Camp | 15 | 01/02/26 | Bullet in the heart | 20000 |
| 18 | Hassan Ali Shahin | Ramallah – Betonia | 41 | 00/12/08 | Assault by a sharp weapon from a settler | 20000 |
| 19 | Hassan Naeem Badran | Al-Beira | 45 | 01/02/27 | Cannon bombing | 20000 |

1/1

ABPLC190004
MR-ARA206094

HIGHLY CONFIDENTIAL

Kingdom of Saudi Arabia
The Saudi Committee for the Support of Intifada Al Quds
General Secretariat – Riyadh

Sum SR 520,000

Lists of Martyrs' Names in Gaza Strip (Fifth Installment)

| No | Name | Residence | Age | Martyrdom | Account Number | Representative | Bank | Kinship | ID Number | Sum |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ahmed Ismail Mateer | Rafah | 44 | 13/12/00 | 200507-7/510 | Abir Mustafa Musa Abou Mateer | Arabi – Khan Yunis | Wife | 932639362 | 20000 |
| 2 | Ahmed Salem Shehada [illegible] | Gaza – Al-Shagaya | 19 | 14/3/2001G | Transfer | Salem Shehada Khalil Banar | Arabi | Father | 902695019 | 20000 |
| 3 | Osama Hassan Salim Salim | Al-Bureij | 25 | 23/3/2001G | Transfer | Olfat Eid Abdel Salim Salim | Arabi | Wife | 949842231 | 20000 |
| 4 | Ibrahim Hussein Abou Maghseeb | Deir Al-Balah | 70 | 9/1/01 | 36230/510 | Khadra Muhammad Hussein Abou Magheseib | Arabi Bank – Gaza | Wife | Document 1554 | 20000 |
| 5 | Jabr Muhammad Mahmoud [illegible] | Jabalia Camp | 32 | 13/12/00 | Transfer | Jabr Muhammad Mahmoud Al-Sabe | Arabi Bank – Gaza | Self | As per religious law | 20000 |
| 6 | Rasheed Saieed Muhammad Barhoum | Rafah / Yebna Camp | 26 | 20/12/00 | 200405-4/510 | Saeed Muhammad Emad Barhoum | Arabi – Khan Yunis | Father | 918251018 | 20000 |
| 7 | Refaat Faisal Abou Marzouk | Rafah / Yebna Camp | 25 | 20/12/00 | 200518-2/510 | Faisal Refaat Mustafa Abou Marzouk | Arabi – Khan Yunis | Father | 918492729 | 20000 |
| 8 | Zeyad Saadi Abdel Hameed Ayyad | Gaza – Al-Zaytoun | 13 | 10/3/2001G | 9500/3655/510 | Hamdeya Sulaiman Muhammad Ayyad | Arabi | Mother | 931150221 | 20000 |
| 9 | Salama Aayesh Al-Sawarka | Al-Maghraqa | 52 | 22/12/00 | 35993570 | Salma Hussein Al-Sawarka | Arabi Bank – Gaza | Wife | 912861234 | 20000 |
| 10 | Salim Muhammad Al-Hamayda | Rafah | 12 | 20/12/00 | 20030-9/510 | Muhammad Salim Matar Al-Hamayda | Arabi – Khan Yunis | Father | 923778047 | 20000 |
| 11 | Sulaiman Marzouk Sulaiman Zo'rob | Rafah / Al-Seyamat | 28 | 20/12/00 | 20030-9/510 | Marzouk Sulaiman Salman Zorob | Arabi – Khan Yunis | Father | 922230611 | 20000 |
| 12 | Sabri Awad Ibrahim Khedr | Jabalia | 52 | 2/1/01 | 85107 | Mahzoya Muhammad Darwish Khedr | Palestine Bank – Jabalia | Wife | 946663127 | 20000 |
| 13 | Abdullah Eisa [illegible] | Khan Yunis | 40 | 23/12/00 | 200584/510 | Amal Muhammad Mahmoud [illegible] | Arabi – Khan Yunis | Wife | 921897401 | 20000 |
| 14 | Abdel Meguid Ahmed Al-Kharti | Al-Maghraqa | 84 | 8/1/01 | 36231/510 | Ahmed Mostab Al-Kharti | Arabi Bank – Gaza | Father | 931153318 | 20000 |
| 15 | Kamel Saleh Youssef Al-Jamal | Gaza | 29 | 21/3/2001G | Transfer | Zahr Khalil Omran Al-Jamal | Arabi | Wife | 900915794 | 20000 |
| 16 | Muhammad Jamal Aboul-Ela | Rafah | 25 | 13/12/00 | 200525-2/510 | Randa Rafiq Ali Aboul Ela | Arabi – Khan Yunis | Wife | 901497073 | 20000 |
| 17 | Muhammad Jomaa Mahmoud Aboul Oun | Gaza – Al-Sheikh Radwan | 20 | 16/3/2001 | 9500/36608/510 | Jomaa Mahmoud Muhammad Aboul Oun | Arabi | Father | 907850515 | 20000 |
| 18 | Muhammad Mahmoud Abou Haseera | Gaza – Al-Daraj | 35 | 16/1/01 | 36232/90 | Mahmoud Muhammad Abou Haseera | Arabi Bank – Gaza | Father | 922495411 | 20000 |
| 19 | Muhammad Mahmoud Saadi [illegible] | Gaza – Al-Shagaeya | 13 | 2/3/2001G | Transfer | Mahmoud Saadi Mosbah Halas | Arabi | Father | 921821260 | 20000 |
| 20 | Mahmoud Ali Noseir | Beit Hanoun | 26 | 29/12/00 | 36199/510 | Ali Mahmoud Ali Noseir | Arabi Bank – Gaza | Father | 410031157 | 20000 |
| 21 | Mustafa Hemdan Abdel Qader Al-Ramlawi | Al-Bureij | 42 | 4/3/2001 | Transfer | Majda Hamdan Abdel Qader Al-Ramlawi | Arabi | Sister | 940276553 | 20000 |
| 22 | Mahdi Muhammad Akeel | Khan Yunis | 27 | 13/12/00 | 200753-5/510 | Yousri Ibrahim Muhammad Abou Ramadan | Arabi – Khan Yunis | Mother | 958771131 | 20000 |
| 23 | Nedal Hussein Mustafa Abou Oun | Rafah / Yebna Camp | 30 | 22/12/00 | 200516-6/510 | Naela Hassan Mustaga Abou Oun | Arabi – Khan Yunis | Wife | 900216177 | 20000 |
| 24 | Noureldin Muhammad Saeed Abou Safi | Gaza – Al-Shate | 22 | 15/12/00 | 35959-9/574 | Muhammad Saeed Ahmed Abou Safi | Arabi Bank – Gaza | Father | 951390210 | 20000 |
| 25 | Hani Hussein Hassan Abou Bakra | Rafah / Al-Beyouk | 35 | 14/12/00 | 204002 | Awatef Sulaiman Hassan Abou Bakra | Arabi – Khan Yunis | Wife | Passport 8943 | 20000 |
| 26 | Hani Youssed Hameed Al-Soufi | Rafah / Yebna Camp | 14 | 20/12/00 | 200408-9/510 | Youssed Hameed Al-Soufi | Arabi – Khan Yunis | Father | 907782437 | 20000 |

ABPLC 190005
MR-ARA206095



**TRANSPERFECT**

STATE OF GEORGIA
CITY OF ATLANTA
COUNTY OF FULTON

### CERTIFICATION

I, Kate Koch, as an employee of TransPerfect Translations, Inc., do hereby certify as true and accurate the following translations (noted by Bates numbers) from Arabic into English:

- ABPLC189078/MR-ARA205168
- ABPLC189079/MR-ARA205169
- ABPLC189080/MR-ARA205170
- ABPLC189081/MR-ARA205171
- ABPLC189082/MR-ARA205172
- ABPLC189083/MR-ARA205173
- ABPLC189084/MR-ARA205174
- ABPLC189085/MR-ARA205175
- ABPLC189086/MR-ARA205176
- ABPLC189087/MR-ARA205177
- ABPLC189088/MR-ARA205178
- ABPLC189089/MR-ARA205179
- ABPLC189090/MR-ARA205180
- ABPLC189091/MR-ARA205181
- ABPLC189092/MR-ARA205182
- ABPLC189873/MR-ARA205963
- ABPLC189874/MR-ARA205964
- ABPLC189875/MR-ARA205965
- ABPLC189976/MR-ARA206066
- ABPLC189977/MR-ARA206067
- ABPLC189978/MR-ARA206068
- ABPLC190003/MR-ARA206093
- ABPLC190004/MR-ARA206094
- ABPLC190005/MR-ARA206095
- ABPLC190192/MR-ARA206282
- ABPLC190193/MR-ARA206283
- ABPLC190194/MR-ARA206284
- ABPLC190195/MR-ARA206285
- ABPLC190260/MR-ARA206350
- ABPLC190261/MR-ARA206351
- ABPLC190262/MR-ARA206352
- ABPLC190263/MR-ARA206353
- ABPLC190264/MR-ARA206354
- ABPLC190265/MR-ARA206355
- ABPLC190535/MR-ARA206625
- ABPLC190536/MR-ARA206626
- ABPLC190554/MR-ARA206644
- ABPLC190555/MR-ARA206645
- ABPLC190556/MR-ARA206646
- ABPLC190570/MR-ARA206660
- ABPLC190571/MR-ARA206661
- ABPLC190572/MR-ARA206662

TransPerfect Translations, Inc., an international ISO 9001:2000 certified translation organization with offices in thirty-eight cities, is a leader in professional translations. TransPerfect Translations, Inc. has over fifteen years experience translating from and into over 100 languages, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

Moreover, TransPerfect Translations, Inc. affirms that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Dated: 4·27·07

Sworn to before me this Friday, April 27, 2007

Signature, Notary Public

Stamp, Notary Public

1170 PEACHTREE STREET, SUITE 1725, ATLANTA, GA 30309   T 404.525.7788   F 404.525.2808   WWW.TRANSPERFECT.COM



**Arab National Bank**

دائرة حوالات تلي موني
الإدارة العامة – الرياض

الرقم: / م / 2001 / TM                التاريخ: ١١/٤/٢٠٠١م

السادة/ البنك العربي ش م ع                المحترمين

مركز فرع فلسطين

عناية السيد/ محمد الحطان                المحترم

**الموضوع: الحوالات الصادرة كطلب اللجنة السعودية لدعم انتفاضة القدس.**

السلام عليكم ورحمة الله وبركاته ،،،

إشارة إلى خطابكم الوارد إلينا رقم (٩٠٠٠/د م ل/ ٢١٨/ ٠٠٠١) وتاريخ ١٩/٣/٢٠٠١م الخاص بوجود عدد (٤٥) حوالة مكررة لأسماء مستفيدين .

لذا نرفق لكم قائمة بأسماء بديلة عن الأسماء المكررة والقائمة لديكم لصرفها في أسرع وقت ممكن وإفادتنا بإشعارات الاستلام.

كما نأمل إبلاغنا بأية حوالات لم يتم استلامها من قبل المستفيدين خلال عشرة أيام من تاريخه ليتسنى لنا مراجعة المستفيدين أو إحلال أسماء أخرى.

ولكم تحياتنا ...

نبيل القديحي
جودة خدمة تلي موني

عبسربة السعود
رئيس دائرة حوالات تلي موني

**ملاحظة :**

مرفق لكم صورة من خطاب اللجنة السعودية لدعم انتفاضة القدس والخاص بالموضوع أعلاه وقد تم تكليف السيد/ منصور العنكي مدير مبيعات حوالات تلي موني البنك العربي الوطني بمتابعة جميع الحوالات المرسلة من قبل اللجنة.

- نسخة : السيد/ شكري بشارة                المحترم
  المدير التنفيذي الإقليمي – البنك العربي
- نسخة : السيد/ وليد بن عبد الرزاق الوالي                المحترم
  القائم بأعمال الأمين العام لجنة السعودية لدعم انتفاضة القدس
- نسخة : السيد/ منصور العنكي                المحترم
  مدير المبيعات حوالات تلي موني البنك العربي الوطني

الإدارة العامة - ص . ب ٥٦٩٢١ . الرياض ١١٥٦٤ . المملكة العربية السعودية - تلفون : ٤٠٢٩٠٠٠ - فاكس : ٤٠٢٧٧٤٧ - تلكس : ٤٠٢٦٦٠ ARNA SJ - Cable: ARABI WATANI
General Management - P.O.Box 56921, Riyadh 11564, Saudi Arabia - Tel.: 402 9000 - Fax: 402 7747 - Tlx.: 402660 ARNA SJ - Cable: ARABI WATANI

ABPLC190003

المملكة العربية السعودية لنصرة انتفاضة القدس
الإغاثة العامة – الرياض

قوائم أسماء الشهداء بالضفة الغربية للدفعة السادسة

المبلغ ٢٨٠،٠٠٠ ريال

| | الاسم | العنوان | العمر | سبب الاستشهاد | المبلغ |
|---|---|---|---|---|---|
| ١ | أيمن محمد دراج | الخليل | ٩ | رصاصة في الصدر | ١٠،٠٠٠ |
| ٢ | أحمد إسماعيل أبو نقد | الخليل | ٢٢ | رصاص حي في الصدر | ١٠،٠٠٠ |
| ٣ | أحمد القدرة | رام الله – بيتونيا | ٢٥ | إصابة في الصدر | ١٠،٠٠٠ |
| ٤ | أحمد حسن علان | نابلس | ٢٥ | عيار ناري في الرأس | ١٠،٠٠٠ |
| ٥ | أحمد عبدالقادر إسبيتان | الخليل | ٤٠ | أطلق نار على الإسعاف | ١٠،٠٠٠ |
| ٦ | أحمد عمر عليان | طولكرم – مخيم نور الشمس | ٤٢ | رصاصة في الرقبة | ١٠،٠٠٠ |
| ٧ | أحمد محمود أبو مرحيل | نابلس – مخيم بلاطة | ٢٦ | عيار ناري في الرأس | ١٠،٠٠٠ |
| ٨ | أسامة إبراهيم نتيفة | بيت جالا | ١٨ | من القصف المدفعي | ١٠،٠٠٠ |
| ٩ | أسامة محمد إبراهيم القواري | رام الله | ٢٣ | شظايا سيارة الإسعاف بدروز للمستشفى | ١٠،٠٠٠ |
| ١٠ | إسماعيل شتات | نابلس | ٥٠ | اغتيال | ١٠،٠٠٠ |
| ١١ | أمير فصر مرعي | جنين | ٢٢ | اغتيال | ١٠،٠٠٠ |
| ١٢ | أنور مصطفى مرعي | رام الله | ٢٠ | عيار ناري في الكتف والساق (الفخذ) | ١٠،٠٠٠ |
| ١٣ | إياد الحردان | قرية جورة | ٢٠ | اغتيال من قبل مستوطنين | ١٠،٠٠٠ |
| ١٤ | باسم أحمد خلاص | نابلس | ٤٤ | إصابة بالقنابل | ١٠،٠٠٠ |
| ١٥ | جبري أحمد عودة | الخليل | ٢٢ | عيار ناري في القلب | ١٠،٠٠٠ |
| ١٦ | جلال أبو حكة | رام الله – مخيم قلنديا | ١٥ | اغتيال حالة من مستوطن | ١٠،٠٠٠ |
| ١٧ | حسام عبد النبي | | ٤١ | | ١٠،٠٠٠ |
| ١٨ | حسن علي شاهين | | ٤٥ | من القصف المدفعي | ١٠،٠٠٠ |
| ١٩ | حسين نسيم دراج | الخليل | | | ١٠،٠٠٠ |

المملكة العربية السعودية
اللجنة السعودية لتقديم النقدية للقدس - فلسطين

شهداء انتفاضة القدس في قطاع غزة / الدفعة الخامسة (٥٠٠٠ ريال)

| الرقم | الاسم | العنوان | العمر | الاستشهاد | رقم الحساب | الوكيل | البنك | القرابة | رقم الهوية | المبلغ |
|---|---|---|---|---|---|---|---|---|---|---|
| ١ | أحمد إسماعيل نخلة | رفح | ٤٤ | ١٢/١٢/٠ | ٢٠٠٠٧٠٧/٥١ | عبير مصطفى موسى أبو مطلق | عربي - خليونس | زوجة | ٩٢٢٥٩٢٥٢ | ٥٠٠٠ |
| ٢ | أحمد سالم شحادة بشر | غزة - الشجاعية | ١٩ | ٢٠٠١/٢/١٤ | حول | سلم شحادة طلال بشر | عربي | الأب | ٩٠٢٢٩٥٩٤٩ | ٥٠٠٠ |
| ٣ | أسامة حسن سالم بشير | رفح | ٢٥ | ٢٠٠١/٢/٢٣ | حول | ألفت عبدالسلام سليم | عربي | زوجة | ١٠٠٤ فقط | ٥٠٠٠ |
| ٤ | إبراهيم محمد محمود أبو مصبح | بير النبي | ٧٠ | ٩/١/٠٠ | ٢١٩٧٢/٥١ | ختمي محمد محمود أبو مصبح | بنك فلسطين - غزة | نفسه | حسن الشريف | ٥٠٠٠ |
| ٥ | جحر محمد محمود أبو مصبح | معسكر جبليا | ٢٢ | ١٢/١٢/٠٠ | ٢١٦٨٢/٥١ | حضر محمد محمود أبو مصبح | عربي | الأب | ٩١٨٤٥٠١١٨ | ٥٠٠٠ |
| ٦ | وليد محمد محمد ابو فرج | رفح / مخيم يبنا | ٢٦ | ٢/١٢/٠٠ | ٢٠٠٤٠٥/٥١ | محمد محمود ابو فرج | عربي - خليونس | الأخ | ٩١٨٤٦٢٧٢٦ | ٥٠٠٠ |
| ٧ | ذبت فيصل ابو مرزوق | رفح / مخيم يبنا | ٢٥ | ٢/١٢/٠٠ | ٢٠٠٥٨٠٢/٥١ | نهت مصطفى ابو مرزوق | عربي - خليونس | زوجة | ٩١٨٥٠٢٢٦١ | ٥٠٠٠ |
| ٨ | زيد سعدي عبدالحميد على | غزة - الزيتون | ١٢ | ٢٠٠١/٣/٠ | ١٢٨٤/٢٥٥٠٣ | أسعد عبد الحميد قنطا جمالة | بنك عربي | الأب | ٩١٢٨١٢٧٤ | ٥٠٠٠ |
| ٩ | بحت حنفي محمد الكرنز | غزة ٤٣ | ٥٢ | ٢٠٠١/٢/٢٧ | ٢٥٩٤٣٠٥٧ | محمد حنفي محمد الكرنز | عربي | زوجة | ٩١٢٧٨٠٤٧ | ٥٠٠٠ |
| ١٠ | سام محمد احمدنة | جباليا | ١٧ | ٢٠٠١/٢/٠ | ٢٠٥٠٩-٩/٠١ | مزوق سلمان سليمان زعرب | عربي - خليونس | الأب | ٩٢٢٢٥٠٧٥١ | ٥٠٠٠ |
| ١١ | النضال مزوق سليمان زعرب | الشيخات | ٢٨ | ٢٠٠١/٢/٠ | ٢٥٤٤-٩/٠١ | مزوق سلمان سليمان زعرب | عربي - خليونس | الأب | ٩٢٢٢٥-٧٥١ | ٥٠٠٠ |
| ١٢ | ايهاب مرزوق سليمان زعرب | الشيخات | ٢٨ | ٢٠٠١/٢/٠ | حول | اسماعيل محمد درويش حمدي | عربي | الأب | ٩٤٦٧٧٣٩٧٧ | ٥٠٠٠ |
| ١٣ | جهاد صالح احمد اسماعيل | عزى | ٤٩ | ٨/٨/١ | ٢٥١٩/٥١ | لمل اسماعيل محمد درويش | عربي - خليونس | زوجة | ٩٢٢٢٢٢٧ | ٥٠٠٠ |
| ١٤ | عبدالمجيد صالح مبسوط لاصل | رفح | ٢٤ | ٢٠٠١/٢/٢٧ | ٢٠٠٥٨٤-١٥١ | وهو خليل غمر ال لصال | عربي - خليونس | زوجة | ٩١٤٦٦٧٠١ | ٥٠٠٠ |
| ١٥ | كمال صالح مبسوط ارسل | رفح | ٢٩ | ٢٠٠١/١/٠١ | ٢٠٠٦٢٦٦٠ | احمد صبحي محمد اللحم | عربي - خليونس | الأخ | ٩١٦٧٤٠١ | ٥٠٠٠ |
| ١٦ | احمد صبحي محمد اللحم | رفح | ٣٥ | ٢٠٠١/٣/١ | حول | احمد صبحي محمد اللحم | عربي | الأب | ٩١٨٩٤٧٤١ | ٥٠٠٠ |
| ١٧ | محمد جمعة محمد أبو لبدا | بيت حانون | ٢٠ | ٢٠٠١/٣/١ | ٢٠٢٠-٧/٠١ | محمود محمد أبو لبدا | عربي - خليونس | الأب | ٩٧٧١٥٢٢١٨ | ٥٠٠٠ |
| ١٨ | محمد محمود سحاج حتى | غزة - الشجاعية | ٢٥ | ٥/١/٠٠ | ٢١٦٣٦٢٧ | محمود سعدي سحاج حتى | عربي | زوجة | ٩٠٠٩٥٠٧٩٤ | ٥٠٠٠ |
| ١٩ | مسقاني صلاح على نصير | رفح | ٣٢ | ٢٩/٨/٠٠ | ٢١٣٦٢٢ | على مسعود على نصير | عربي - خليونس | الأخ | ٩٤٠٤٢٧٠٩٤ | ٥٠٠٠ |
| ٢٠ | محمود محمد على نصير | خليونس | ٢٧ | ١٢/١٢/٠ | ٢٠٧٥٤٠/٥١ | محمد صالح محمود ابو حصرة | عربي - خليونس | الأب | ٩٥٨٧٧١١٢١ | ٥٠٠٠ |
| ٢١ | مصطفى عبدالقادر الرماحي | رفح | ٤٣ | ٢٢/١٢/٠٠ | ٢٠٥١٠-٧/٥١ | سري ابراهيم محمد قورستان | عربي - خليونس | زوجة | ٩١٢٨١٨٢٢٢ | ٥٠٠٠ |
| ٢٢ | حمزة ابراهيم محمد قورستان | عزة / النقاد | ٢٢ | ١٥/١٢/٠٠ | ٢٠٥٩٥-٩/٥٧٤ | مجدد احمد مصطفى ابو عدل | عربي - خليونس | الأب | ٩٠٢٥٢٩-٢١٠ | ٥٠٠٠ |
| ٢٣ | مجدد احمد مصطفى ابو عدل | رفح / مخيم يبنا | ٢٥ | ١٤/١٢/٠٠ | ٢٠٥٩٥-٩/٠٧٤ | على صالح سليمان حسن ابو بكرة | عربي | زوجة | ٩١٢٤٨١٧٧ | ٥٠٠٠ |
| ٢٤ | نور الدين محمد ابو بكرة | رفح / مخيم يبنا | ٢٥ | ١٥/١٢/٠٠ | ٢٠٠٥١٠٧/٥١ | على صالح سليمان حسن ابو بكرة | عربي | زوجة | ٩٠٢٥٢٩-٢١٠ | ٥٠٠٠ |
| ٢٥ | ملكي يوسف جعاد الصالحي | رفح / مخيم يبنا | ١٤ | ٢٠٠١/٢/٠ | ٢٠٠٤٠٠٢ | يوسف جعاد سلمان حسن الصالحي | عربي - خليونس | زوجة | ٩٢٢٧٨٤٢٧٧ | ٥٠٠٠ |

ABPLC190005