**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AHARON MILLER, ET AL.,                  :
                                        :
                Plaintiffs,   :   Case No. 18-cv-2192 (BMC)(PK)
                                        :
                -against-    :   **NOTICE OF APPEARANCE**
                                        :
ARAB BANK, PLC,                         :
                                        :
                Defendant.    :
------------------------------------------------------------x

PLEASE TAKE NOTICE that Shawn P. Naunton of Zuckerman Spaeder LLP, with offices located at 485 Madison Avenue, 10th Floor, New York, New York 10022, hereby appears on behalf of plaintiffs in the above-captioned action.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 7, 2018

                              ZUCKERMAN SPAEDER LLP

                              By: /s/ Shawn P. Naunton
                                   Shawn P. Naunton
                              485 Madison Avenue, 10th Floor
                              New York, New York 10022
                              Tel: (212) 704-9600
                              Fax: (917) 261-5864
                              E-mail: snaunton@zuckerman.com

                              *Attorney for Plaintiffs*