UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, *et al.*,<br><br>                        Plaintiffs,<br><br>- v. -<br><br>ARAB BANK, PLC,<br><br>                        Defendant. | 1:18-CV-02192 (BMC)(PK) |
| NATHAN PAM, *et al.*,<br><br>                        Plaintiffs,<br><br>- v. -<br><br>ARAB BANK, PLC,<br><br>                        Defendant. | 1:18-CV-4670 (BMC)(PK) |

**NOTICE OF MOTION TO DISMISS THE**
***PAM* COMPLAINT AND *MILLER* FIRST AMENDED COMPLAINT**

     PLEASE TAKE NOTICE that upon the Complaint filed in *Nathan Pam, et al. v. Arab Bank, PLC,* 1:18-CV-04679 (BMC) (PK) (E.D.N.Y. filed Aug. 17, 2018), and the First Amended Complaint filed in *Aharon Miller, et al. v. Arab Bank, PLC*, 1:18-CV-02192 (BMC) (PK) (E.D.N.Y. filed Apr. 13, 2018); the accompanying Defendant Arab Bank's Memorandum of Law in Support of its Motion to Dismiss the *Pam* Complaint and *Miller* First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6), and <u>Appendices A-D</u> affixed thereto; all matters of which the Court may take judicial notice; and such other matters as may be presented at the hearing on this Motion or prior to the Court's decision thereon; Defendant Arab Bank plc will move this Court, before the Honorable Brian M. Cogan, in Courtroom 8D South of this Court, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on November 20, 2018,

-2-

or as soon thereafter as counsel may be heard, for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated: October 5, 2018    Respectfully submitted,

**DLA Piper LLP (US)**

By:  /s/ *Jonathan D. Siegfried*
Jonathan D. Siegfried
Douglas W. Mateyaschuk II
1251 Avenue of the Americas
jonathan.siegfried@dlapiper.com
douglas.mateyaschuk@dlapiper.com
New York, NY 10020-1104
(212) 335-4500

*Counsel for Arab Bank plc*