UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

| | |
|---|---|
| AHARON MILLER, *et al.*, | : |
| Plaintiffs, | : |
| - v. - | :     1:18-CV-02192 (BMC)(PK) |
| ARAB BANK, PLC, | : |
| Defendant. | : |

------------------------------------------------------------------------

| | |
|---|---|
| NATHAN PAM, *et al.*, | : |
| Plaintiffs, | : |
| - v. - | :     1:18-CV-4670 (BMC)(PK) |
| ARAB BANK, PLC, | : |
| Defendant. | : |

------------------------------------------------------------------------

**APPENDICES IN SUPPORT OF DEFENDANT ARAB BANK'S MOTION TO DISMISS THE *PAM* COMPLAINT AND *MILLER* FIRST AMENDED COMPLAINT**

**DLA P‍IPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Phone: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendant Arab Bank plc*

# **TABLE OF CONTENTS**

**Page**

APPENDIX A:  THE 14 ATTACKS ................................................................................... App. 1

APPENDIX B:  ALLEGED FINANCIAL SERVICES ....................................................... App. 3

APPENDIX C:  ALLEGED "FRONT ORGANIZATIONS" .............................................. App. 7

APPENDIX D:  ALLEGED "LEADERS" AND "OPERATIVES" .................................. App. 12

## APPENDIX A: THE 14 ATTACKS

| Attack | Date | Alleged Perpetrator(s) | Alleged Affiliation |
|---|---|---|---|
| 1. French Hill Shooting | Nov. 4, 2001 | • Hatem Yaqin Ayesh Al-Shweikeh (shooter) (*Miller* FAC ¶¶ 148-49);<br>• Muhammad Ayub Muhammad Sidr (planner) (*Miller* FAC ¶152);<br>• Dhiyab Abd al-Rahim Abd al-Rahman al-Shweiki (dispatcher) (*Miller* FAC ¶153). | PIJ (*Miller* FAC ¶ 148) |
| 2. Ben Yehuda Street Suicide Bombings | Dec. 1, 2001 | • Nabil Halabiya (suicide bomber) (*Miller* FAC ¶ 9);<br>• Osama Bahar (suicide bomber) (*Miller* FAC ¶ 9);<br>• Jamal al-Tawil (recruiter) (*Miller* FAC ¶ 10). | Hamas (*Miller* FAC ¶ 9) |
| 3. Jerusalem Suicide Bombing | Jan. 27, 2002 | • Wafa Ali Khalil Idris (suicide bomber) (*Miller* FAC ¶ 86). | Fatah/AAMB (*Miller* FAC ¶ 86) |
| 4. Karnei Shomron Pizzeria Suicide Bombing | Feb. 16, 2002 | • Sadiq A'id Mahmud Abd al-Hafez (suicide bomber) (*Miller* FAC ¶ 50). | PLO/PFLP (*Miller* FAC ¶¶ 50, 270) |
| 5. Otzem School Shooting | Mar. 7, 2002 | • Mohammed Fathi Farahat (a/k/a Mohammed Nadal Farhath) (shooter) (*Pam* Compl. ¶¶ 26-29). | Hamas (*Pam* Compl. ¶ 29) |
| 6. King George Street Suicide Bombing | Mar. 21, 2002 | • Muammad Hashaika (suicide bomber) (*Miller* FAC ¶ 133). | AAMB (*Miller* FAC ¶ 133) |
| 7. Haifa Suicide Bombing | Mar. 31, 2002 | • Jamil Khalaf Hamied (*Pam* Compl. ¶¶ 44-47). | AAMB (*Pam* Compl. ¶ 47) |
| 8. Sheffield Club Suicide Bombing | May 7, 2002 | • Muhammad Muammar (suicide bomber) (*Miller* FAC ¶ 122). | Hamas (*Miller* FAC ¶ 122) |
| 9. Hanevi'im Street Suicide Bombing | July 30, 2002 | • Muhssien Attah (a/k/a Hazem Atta Yousef, Majd Atta) (suicide bomber) (*Pam* Compl. ¶¶ 14-15). | AAMB (*Pam* Compl. ¶ 15) |
| 10. Ariel Gas Station Suicide Bombing | Oct. 27, 2002 | • Muhammad Kazid Faysal al-Bustami (suicide bomber) (*Miller* FAC ¶¶ 188, 192);<br>• Muhammad al-Hanbali (bomb supplier) (*Miller* FAC ¶ 189); | Hamas (*Miller* FAC ¶ 188) |

|  |  | • Firas Faydi (bomb transport/instructor) (*Miller* FAC ¶¶ 188, 192); |  |
|  |  | • Khaled Dib Hasen Abu Hamed (driver) (*Miller* FAC ¶ 191). |  |
| 11. Mike's Place Suicide Bombing | Apr. 30, 2003 | • Asif Muhammad Hanif (suicide bomber) (*Miller* FAC ¶ 110). | Hamas (*Miller* FAC ¶ 110) |
| 12. Jaffa Road Bus #14A Suicide Bombing | June 11, 2003 | • Abd el-Mu'ati Shabana (suicide bomber) (*Miller* FAC ¶ 175; *Pam* Compl. ¶ 7). | Hamas (*Miller* FAC ¶ 175; *Pam* Compl. ¶ 7) |
| 13. French Hill Suicide Bombing | Sept. 22, 2004 | • Zaynab Ali Abu Salem (suicide bomber) (*Pam* Compl. ¶ 50). | AAMB (*Pam* Compl. ¶ 51) |
| 14. Neve Dekalim Motar Attack | Sept. 24, 2004 | • Unknown (*Pam* Compl. ¶ 63). | Hamas (*Pam* Compl. ¶ 64) |

## APPENDIX B: ALLEGED FINANCIAL SERVICES

1. **French Hill Shooting (Nov. 4, 2001) (PIJ)** (*Miller* FAC ¶¶ 148-53)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Hatem Yaqin Ayesh Al-Shweikeh | Shooter | No | None | None |
| Muhammad Ayub Muhammad Sidr | Planner | No | Processing a prisoner payment from the Saudi Committee "a few months prior to the attack."[1] | None |
| Dhiyab Abd al-Rahim Abd al-Rahman al-Shweiki | Dispatcher | No | Processing a prisoner payment from the Saudi Committee "a few months prior to the attack."[2] | None |
| Al-Shweikeh's "Family" (¶151) | None | No | Processing a "martyr payment" from the Saudi Committee.[3] | None |

2. **Ben Yehuda Street Suicide Bombings (Dec. 1, 2001) (Hamas)** (*Miller* FAC ¶¶ 9-15)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Nabil Halabiya | Suicide bomber | No | Processing a "prisoner payment" from the Saudi | None |

---

[1] According to this transfer record, marked as PX4549 in the *Linde* ATA Actions, this funds transfer was sent by the Saudi Committee to "Ayub Muhammad Daoud Sadr," was in the amount of $2,655.78, and was dated January 27, 2001 – *eleven months prior to the attack*. This funds transfer did not transfer through New York; instead, it was sent from Arab National Bank in Riyadh, to Arab Bank plc in Jordan, to an Arab Bank branch in Hebron.

[2] According to this transfer record, marked as PX4583 in the *Linde* ATA Actions, this funds transfer was sent by the Saudi Committee to "Ikhlas Abdulrahim Abdulrahman Al Showeiki," was in the amount of $2,655.78, and was dated May 2, 2001 – *six months prior to the attack*. This funds transfer did not transfer through New York; instead, it was sent from Arab National Bank in Riyadh, to Arab Bank plc in Jordan, to an Arab Bank branch in Hebron.

[3] According to this transfer record, marked as PX4652 in the *Linde* ATA Actions, this funds transfer was sent by the Saudi Committee to "Kawthar Hussein Khalil Al Shweiki," was in the amount of $5,311.56, and was dated February 17, 2002 – *three months after the attack*. This funds transfer did not transfer through New York; instead, it was sent from Arab National Bank in Riyadh, to Arab Bank plc in Jordan, to an Arab Bank branch in Hebron.

|  |  |  | Committee "before the attack."[4] |  |
|---|---|---|---|---|
| Osama Bahar | Suicide bomber | No | None | N/A |
| Jamal al-Tawil | Recruiter | No | None | N/A |
| Halabiya's "Mother" (¶ 14) | None | No | Processing a "martyr payment" from the Shahid Foundation after the attack.[5] | None |
| Halabiya's "Family" (¶ 13) | None | No | Processing a "martyr payment" from the Saudi Committee "after the attack."[6] | None |

3. **Jerusalem Suicide Bombing (Jan. 27, 2002) (Fatah/AAMB)** (*Miller* FAC ¶¶ 86-87, 269)[7]

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Wafa Ali Khalil Idris | Suicide bomber | No | None | N/A |
| Wasfiya Mabruk Saleh Idris (Wafa Idris' Mother) (¶¶ 87, 269) | None | No | A payment from the Saudi Committee of $5,316.16.[8] | None |

---

[4] According to this transfer record, marked as PX0718 in the *Linde* ATA Actions, this funds transfer was sent by the Saudi Committee to "Fatima Ali Hussein Halabieh," was in the amount of $2,655.78, and was dated May 2, 2001 – *seven months before the attack*. This funds transfer did not transfer through New York; instead, it was sent from Arab National Bank in Riyadh, to Arab Bank plc in Jordan, to an Arab Bank branch in Bethany.

[5] Although the timing of this payment is unalleged, the Complaints assert (*e.g., Miller* FAC ¶ 585-86) that "martyr payments" made by the Shahid Foundation post-dated the death of an alleged terrorist.

[6] According to this transfer record, marked as PX0667 in the *Linde* ATA Actions, this funds transfer was sent by the Saudi Committee to "Fatima Ali Hussayn Halabiyeh," was in the amount of $5,314.65, and was dated June 10, 2002 – *eight months after the attack*. This funds transfer did not transfer through New York; instead, it was sent from Arab National Bank in Riyadh, to Arab Bank plc in Jordan, to an Arab Bank branch in Bethany.

[7] AAMB was designated as an FTO on March 21, 2002 – *two months after* the Jerusalem Suicide Bombing of January 27, 2002. Fatah is not a designated FTO.

[8] According to this transfer record, marked as PX0658 in the *Linde* ATA Actions, this funds transfer was sent by the Saudi Committee to "Wasfia Mabrouk Saleh Idris," was in the amount of $5,314.65, and was dated June 10, 2002 – *six months after the attack*. This funds transfer did not transfer through New York; instead, it was sent from Arab National Bank in Riyadh, to Arab Bank plc in Jordan, to an Arab Bank branch in Al Bireh.

-App. 4-

4. **Karnei Shomron Pizzeria Suicide Bombing (Feb. 16, 2002) (PLO/PFLP)** (*Miller* FAC ¶¶ 49-51, 270-71)[9]

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Sadiq A'id Mahmud Abd al-Hafez | Suicide bomber | No | None | N/A |
| Ahed Mahmud Abdalla Abd al-Hafez (al-Hafez's Father) (¶¶ 51, 270-71) | None | No | Processing a June 2002 "martyr payment" from the Saudi Committee.[10] | None |

5. **Otzem School Shooting (Mar. 7, 2002) (Hamas)** (*Pam* Compl. ¶¶ 26-29)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Mohammed Fathi Farahat (a/k/a Mohammed Nadal Farhath) | Shooter | No | None | N/A |

6. **King George Street Suicide Bombing (Mar. 21, 2002) (AAMB)** (*Miller* FAC 132-33)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Muammad Hashaika | Suicide bomber | No | None | N/A |

7. **Haifa Suicide Bombing (Mar. 31, 2002) (AAMB)** (*Pam* Compl. ¶¶ 44-47)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Jamil Khalaf Hamied | Suicide bomber | No | None | N/A |

8. **Sheffield Club Suicide Bombing (May 7, 2002) (Hamas)** (*Miller* FAC ¶¶ 122-24)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Muhammad Muammar | Suicide bomber | No | None | N/A |

---

[9] The PFLP was designated as an FTO on October 8, 1997. ***The PLO is not a designated FTO***.

[10] According to this transfer record, marked as PX4683 in the *Linde* ATA Actions, this funds transfer was sent by the Saudi Committee to "Ahed Mahmoud Abdullah Al-Hafeth," was in the amount of $5,314.65, and was dated June 10, 2002 – ***four months after the attack***. This funds transfer did not transfer through New York; instead, it was sent from Arab National Bank in Riyadh, to Arab Bank plc in Jordan, to an Arab Bank branch in Qalqilyah.

### 9. Hanevi'im Street Suicide Bombing (July 30, 2002) (AAMB) (*Pam* Compl. ¶¶ 14-15)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Muhssien Attah (a/k/a Hazam Atta Yousef, Majd Atta) | Suicide bomber | No | None | N/A |

### 10. Ariel Gas Station Suicide Bombing (Oct. 27, 2002) (Hamas) (*Miller* FAC ¶¶ 188-92, 428-32)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Muhammad Kazid Faysal al-Bustami | Suicide bomber | No | None | N/A |
| Muhammad al-Hanbali | Supplied bomb to Firas Faydi | No | "Between July 2000 and February 2002, he received 28 transfers totaling $397,450 through [ABNY]" | None |
| Firas Faydi | Bomb transport/ instructor | No | None | N/A |
| Khaled Dib Hasen Abu Hamed | Driver | No | None | N/A |

### 11. Mike's Place Suicide Bombing (Apr. 30, 2003) (Hamas) (*Miller* FAC ¶¶ 110-11)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Asif Muhammad Hanif | Suicide bomber | No | None | N/A |

### 12. Jaffa Road Bus #14A Suicide Bombing (June 11, 2003) (Hamas) (*Miller* FAC ¶¶ 175-76; *Pam* Compl. ¶¶ 5-7)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Abd el-Mu'ati Shabana | Suicide bomber | No | None | N/A |

### 13. French Hill Jerusalem Suicide Bombing (Sept. 22, 2004) (AAMB) (*Pam* Compl. ¶¶ 50-51)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Zaynab Ali Abu Salem | Suicide bomber | No | None | N/A |

### 14. Neve Dekalim Mortar Attack (Sept. 24, 2004) (Hamas) (*Pam* Compl. ¶¶ 63-64)

| Individual | Alleged Role | U.S. Designated Terrorist | Bank Service | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Unalleged | N/A | N/A | None | N/A |

## APPENDIX C: ALLEGED "FRONT ORGANIZATIONS"

| Name | Alleged Affiliation | Bank Service | FTO[11] | Other U.S. Designation(s)[12] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|---|
| Saudi Committee (*Miller* FAC ¶¶ 8, 13, 51, 87, 151-53, 247-314, 352, 377, 422, 541-550, 559-561, 570-79; *Pam* Compl. ¶¶ 102-54, 187, 194, 274-76). | Hamas | Funds Transfer(s) | No | No | *See* Appendix B, Nos. 1-4. |
| Union of Good (*Miller* FAC ¶¶ 249-50, 440, 443-65, 488; *Pam* Compl. ¶¶ 104-07, 206-226). | Hamas | Account(s); Funds Transfer(s) | No | SDGT (Nov. 12, 2008) | None |
| Al Aqsa Foundation (*Miller* FAC ¶¶ 448-451, 459; *Pam* Compl. ¶¶ 211-213, 220). | Hamas | Account(s) | No | SDGT (May 29, 2003) | None |
| Interpal (*Miller* FAC ¶¶ 440, 448, 453-54, 457-59, 466-71; *Pam* Compl. ¶¶ 206, 211, 215-219, 227-231) | Hamas | Funds Transfer(s) | No | SDGT (Aug. 22, 2003) | None |

---

[11]   A "Foreign Terrorist Organization" ("FTO") is an organization declared a terrorist organization by the United States Secretary of State in accordance with section 219 of the United States Immigration and Nationality Act. 8 U.S.C. §§ 1189(a)(1), (d)(4).

[12]   In addition to the FTO designation, organizations may also be designated, *inter alia*, as a "Specially Designated Global Terrorist" ("SDGT") or a "Specially Designated Terrorist" ("SDT"):

- an SDGT is an individual or organization found by OFAC, pursuant to Executive Order 13,224, to have committed or to pose a significant risk of committing acts of global terrorism. *See* 31 C.F.R 515.305 *et seq.*; Exec. Order 13,224, 66 Fed. Reg. 49079 (Sept. 23, 2001).

- an SDT is an individual or organization determined by OFAC, pursuant to Executive Order 12,947, to be a threat to the Middle East peace process. *See* 31 C.F.R. 595.311 *et seq.*; Exec. Order 12,947, 60 Fed. Reg. 5097 (Jan. 23, 1995), *amended by* Exec. Order 13,099, 63 Fed. Reg. 45167 (Aug. 20, 1998).

**By its terms, § 2333(d)(2) liability extends only to those who aid and abet (or conspire with) a designated FTO; in passing JASTA, Congress chose not to impose secondary liability under the ATA on those who aid and abet (or conspire with) SDGTs or SDTs.**

| Name | Alleged Affiliation | Bank Service | FTO[11] | Other U.S. Designation(s)[12] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|---|
| Commite de Bienfaisance et de Secours aux Palestiniens ("CBSP") (*Miller* FAC ¶¶ 448, 453-454, 459; *Pam* Compl. ¶¶ 211, 215-216, 220) | Hamas | None | No | SDGT (Aug. 22, 2003) | None |
| Association de Secours Palestinien ("ASP") (*Miller* FAC ¶¶ 454-55; *Pam* Compl. ¶ 216) | Hamas | Account(s); Funds Transfer(s) | No | SDGT (Aug. 22, 2003) | None |
| Palestinian Association in Austria ("PVOE") (*Miller* FAC ¶¶ 454; *Pam* Compl. ¶ 216) | Hamas | None | No | SDGT (Aug. 22, 2003) | None |
| Al Salah Islamic Society in the Gaza Strip (*Miller* FAC ¶¶ 256, 258, 286-89, 493-94, 498-99; *Pam* Compl. ¶ 111-12, 128-30, 256, 261, 265-66) | Hamas | Funds Transfer(s) | No | SDGT (Aug. 7, 2007) | None |
| Islamic Charitable Society of Hebron in the West Bank (*Miller* FAC ¶ 256-58, 286, 477, 484-85, 490, 493, 498-99); *Pam* Compl. ¶ 111-12, 128, 235, 239-40, 258, 265-66) | Hamas | Funds Transfer(s) | No | No | None |
| Al Mujama Al Islami (The Islamic Center – Gaza) (*Miller* FAC ¶¶ 259, 327, 349, 370, 375, 475, 493, 498-99; *Pam* Compl. ¶¶ 112, 164, 177, 188, 192, 234, 256-58, 265-66) | Hamas | Account(s); Funds Transfer(s) | No | No | None |
| Al Jam'iya Al-Islamiya (The Islamic Society – Gaza) (*Miller* FAC ¶¶ 259, 327, 340, 380, 388, 493, 498-99, 505, 512-13; *Pam* Compl. ¶¶ 112, 164, 177, 195-96, 256-58, 265-66) | Hamas; PIJ | Account(s); Funds Transfer(s) | No | SDGT (Oct. 23, 2002) | None |

| Name | Alleged Affiliation | Bank Service | FTO[11] | Other U.S. Designation(s)[12] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|---|
| Al-Tadamun Charitable Society (in Nablus) (*Miller* FAC ¶¶ 259, 412, 492, 498-99; *Pam* Compl. ¶¶ 112, 256, 265-66) | Hamas | Account(s); Funds Transfer(s) | No | No | None |
| Holy Land Foundation (*Miller* FAC ¶ 472-485; *Pam* Compl. ¶ 232-240) | Hamas | Account(s); Funds Transfer(s) | No | SDGT (Dec. 2001) | None |
| Welfare Association for Palestinian and Lebanese Families (Al Waqfiya) (*Miller* FAC ¶¶ 234, 486-490) | Hamas | Account(s); Funds Transfer(s) | No | SDGT (Oct. 4, 2012) | None |
| Al Nur Society (*Miller* FAC ¶ 493) | Hamas | None | No | No | None |
| Ramallah Zakat Committee (*Miller* FAC ¶¶ 477, 493, 499; *Pam* Compl. ¶¶ 235, 239-40, 258, 265-66) | Hamas | Account(s); Funds Transfer(s) | No | No | None |
| Tulkarem Zakat Committee (*Miller* FAC ¶¶ 477, 493, 498-99; *Pam* Compl. ¶¶ 235, 239-40, 256-58, 265-66) | Hamas | Account(s); Funds Transfer(s) | No | No | None |
| Nablus Zakat Committee (*Miller* FAC ¶¶ 477, 493, 498-99; *Pam* Compl. ¶¶ 239, 256-60, 265-66) | Hamas | Account(s); Funds Transfer(s) | No | No | None |
| Jenin Zakat Committee (*Miller* FAC ¶¶ 477, 493, 498-99; *Pam* Compl. ¶¶ 239, 256-60, 265-66) | Hamas | Account(s); Funds Transfer(s) | No | No | None |
| Qalqilya Zakat Committee (*Miller* FAC ¶ 477) | Hamas | Funds Transfer(s) | No | No | None |
| Islamic University of Gaza (*Miller* FAC ¶¶ 497-498) | Hamas | Account(s) | No | No | None |

| Name | Alleged Affiliation | Bank Service | FTO[11] | Other U.S. Designation(s)[12] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|---|
| Al Islah Charitable Society (*Miller* FAC ¶¶ 10-12, 493; *Pam* Compl. ¶¶ 257, 265-66) | Hamas | Account(s); Funds Transfer(s) | No | No | None[13] |
| Quran and Sunnah Society Qalqiya (*Miller* FAC ¶¶ 497-498) | Hamas | Account(s) | No | No | None |
| Al-Huda Women's Society (*Miller* FAC ¶¶ 497-498) | Hamas | None | No | No | None |
| Dar al-Huda Society (*Miller* FAC ¶ 505; *Pam* Compl. ¶ 286) | PIJ | Account(s) | No | No | None |
| Al-Ihsan Charitable Society (*Miller* FAC ¶ 505-06; *Pam* Compl. ¶ 286-88) | PIJ | Account(s) | No | SDGT (May 4, 2005) | None |
| Islamic An-Naqqa Society for Women, Bethlehem (*Miller* FAC ¶ 505; *Pam* Compl. ¶ 286) | PIJ | Account(s) | No | No | None |
| Cultural Forum of Palestinian Islamic Jihad Women (*Miller* FAC ¶ 505) | PIJ | None | No | No | None |
| Union of Health Works Committees (*Miller* FAC ¶ 565) | PFLP | Account(s) | No | No | None |
| Shahid Foundation (*Miller* FAC ¶¶ 579-581; *Pam* Compl. ¶ 290-92) | Islamic Republic of Iran | Account(s); Funds Transfer(s) | No | SDGT (July 24, 2007) | *See* Appendix B, No. 2. |
| Arab Liberation Front (*Miller* FAC ¶¶ 545; *Pam* Compl. ¶ 290) | Ba'athist Iraq (Saddam Hussein) | Funds Transfer(s) | No | No | None |

---

[13]   Plaintiffs allege (*Miller* FAC ¶ 10) that the Chairman of the Al Islah Charitable Society, Jamal al-Tawil, recruited Osama Bahar to participate as a suicide bomber in the Ben Yehuda Street Bombings of December 1, 2001. However, there are no allegations that the Bank's provision of account or funds transfer services to the Al Islah Charitable Society was a "but for," direct, or substantial cause of al-Tawil's recruitment efforts or the success of the attack at issue.

-App. 10-

| **Name** | **Alleged Affiliation** | **Bank Service** | **FTO**[11] | **Other U.S. Designation(s)**[12] | **Bank Service Link To 14 Attacks** |
|---|---|---|---|---|---|
| Al-Ansar Society (*Miller* FAC ¶¶ 579, 582; *Pam* Compl. ¶ 274) | Hezbollah | Account(s) | No | No | None |

## APPENDIX D: ALLEGED "LEADERS" AND "OPERATIVES"

| Individual | Alleged FTO-Affiliation | Bank Service | U.S. Designated Terrorist[14] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Yousef al-Qaradawi (*Miller* FAC ¶¶ 250, 460-464; *Pam* Compl. ¶¶ 106, 221-225) | Hamas | None | No | None |
| Ahmad Al-Kurd (*Miller* FAC ¶¶ 288, 494; *Pam* Compl. ¶¶ 129, 261 ) | Hamas | Funds Transfer(s) | SDGT (Aug. 7, 2007) | None |
| Abd al-Khaleq al-Natsha (*Miller* FAC ¶¶ 433-439) | Hamas | Account(s); Funds Transfer(s) | No | None |
| Sheikh Ahmed Yassin (*Miller* FAC ¶¶ 323, 339-346, 381, 389; *Pam* Compl. ¶ 160, 164, 176-181, 197, 202) | Hamas | Account; Funds Transfer | SDT (Jan. 25, 1995); SDGT (Aug. 22, 2003) | None |
| Muhammad Sham'a (*Miller* FAC ¶¶ 323, 369-373; *Pam* Compl. ¶¶ 160, 188-190) | Hamas | Account(s); Funds Transfer(s) | SDGT (Dec. 6, 2006) | None |
| Ismail Abd al-Salam Haniya (*Miller* FAC ¶¶ 378-385; *Pam* Compl. ¶¶ 195-200) | Hamas | Account(s); Funds Transfer(s) | SDGT (Jan. 31, 2018) | None |
| Ismail Abu Shanab (*Miller* FAC ¶¶ 386-391; *Pam* Compl. ¶¶ 201-204, 262) | Hamas | Account(s); Funds Transfer(s) | No | None |
| Jamal Salim Damuni (*Miller* FAC ¶¶ 407-415; *Pam* Compl. ¶ 125 ) | Hamas | Account(s); Funds Transfer(s) | No | None |
| Salah Shehada (*Miller* FAC ¶¶ 323, 347-52; *Pam* Compl. ¶¶ 160, 182-87) | Hamas | Account(s); Funds Transfer(s) | No | None |
| Abd al-Aziz al Rantisi (*Miller* FAC ¶ 323); *Pam* Compl. ¶ 160) | Hamas | None | SDGT (Aug. 21, 2003) | None |

---

[14] *See supra* App. 7 nn.11-12 (providing definitions of FTOs, SDGTs, and SDTs).

-App. 12-

| Individual | Alleged FTO-Affiliation | Bank Service | U.S. Designated Terrorist[14] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Ibrahim al-Yazuri (*Miller* FAC ¶¶ 323, 475; *Pam* Compl. ¶¶ 160, 234) | Hamas | Funds Transfer(s) | No | None |
| Issa al-Nashar (*Miller* FAC ¶ 323; *Pam* Compl. ¶ 160) | Hamas | None | No | None |
| Abd al-Fatah Dukhan (*Miller* FAC ¶¶ 323, 377; *Pam* Compl. ¶¶ 160, 194) | Hamas | Funds Transfer(s) | No | None |
| Osama Hamdan (*Miller* FAC ¶¶ 353-368; *Pam* Compl. ¶¶ 241-253) | Hamas | Account(s); Funds Transfer(s) | SDGT (Aug. 22, 2003) | None |
| Abbas Muhammad Mustafa al-Sayed (*Miller* FAC ¶¶ 392-99) | Hamas | Account(s); Funds Transfer(s) | No | None |
| Salah Darwazah (*Miller* FAC ¶¶ 400-406) | Hamas | None | No | None |
| Jamal Abd al-Rahman Muhammad Mansur (*Miller* FAC ¶¶ 411, 416-422) | Hamas | None | No | None |
| Ghazi Ahmad Hamad (*Miller* FAC ¶¶ 423-427) | Hamas | Account(s); Funds Transfer(s) | No | None |
| Mahdi al-Hanbali (*Miller* FAC ¶¶ 189, 428-432) | Hamas | Account(s); Funds Transfer(s) | No | None |
| Jamal al-Tawil (*Miller* FAC ¶¶ 10-11) | Hamas | None | No | None[15] |
| Sheikh Bassam Sa'adi (*Miller* FAC ¶ 516) | PIJ | Funds Transfer(s) | No | None |
| Ramadan Shalah (*Miller* FAC ¶ 518) | PIJ | Account(s); Funds Transfer(s) | SDT (Nov. 2, 1995) | None |
| Thabet Azmi Suliman Mardawi (*Miller* FAC ¶¶ 519-522) | PIJ | Account(s) (in the name of his mother); Funds Transfer(s) | No | None |

---

15   *See supra* App. 9 n. 13.

-App. 13-

| Individual | Alleged FTO-Affiliation | Bank Service | U.S. Designated Terrorist[14] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Isa Muhammad Ismail al-Batat (*Miller* FAC ¶¶ 526-29) | PIJ | Account(s) | No | None |
| Khaled Rayeq Muhammad Hussein (*Miller* FAC ¶ 531) | PIJ | Account(s) | No | None |
| Jamal Abd Rabo Muhammad Abu al-Jadyan (*Miller* FAC ¶ 542-43) | AAMB | Funds Transfer(s) | No | None |
| Ahmad Ata Yusuf Abu Saltah (*Miller* FAC ¶¶ 547-48) | AAMB | Funds Transfer(s) | No | None |
| Nasser Aweis (*Miller* FAC ¶ 553; *Pam* Compl. ¶ 277) | AAMB | Account(s) | No | None |
| Tamer Rasem al-Rimawi (*Miller* FAC ¶¶ 554-556; *Pam* Compl. ¶¶ 277-278) | AAMB | Funds Transfer(s) | No | None |
| Muntasir Abu Ghalyun (*Miller* FAC ¶ 557) | AAMB | Account(s); Funds Transfer(s) | No | None |
| Alaa Suliman Hussein Abu Bakra (*Miller* FAC ¶¶ 558, 561; *Pam* Compl. ¶ 280) | AAMB | Funds Transfer(s) | No | None |
| Sami Jawdat Barbakh (*Miller* FAC ¶ 558; *Pam* Compl. ¶ 280) | AAMB | Funds Transfer(s) | No | None |
| Jihad Isma'il Ashur al-Umrayn (*Miller* FAC ¶ 559); Saudi Committee (*Miller* FAC ¶ 559) | AAMB | Funds Transfer(s) | No | None |
| Murad Suliman Zuhdi Marshud (*Miller* FAC ¶ 560) | AAMB | Funds Transfer(s) | No | None |
| Abd al-Rahman Nayef Yusuf al-Salibi (*Miller* FAC ¶ 571) | PFLP | Funds Transfer(s) | No | None |
| Ahmad Abu al-Sa'ud Abd al-Razaq Hanani (*Miller* FAC ¶ 572) | PFLP | Account(s); Funds Transfer(s) | No | None |

| Individual | Alleged FTO-Affiliation | Bank Service | U.S. Designated Terrorist[14] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Ali Saleh Ibrahim Darwish (*Miller* FAC ¶ 574) | PFLP | Funds Transfer(s) | No | None |
| Ali Atiya Jaradat (*Miller* FAC ¶ 575) | PFLP | Account(s); Funds Transfer(s) | No | None |
| Salah Abd Rabo Muhammad Abu al-Jadyan (*Miller* FAC ¶ 577) | PFLP | Funds Transfer(s) | No | None |
| Hasan Mahmud Hasan Labad (*Miller* FAC ¶ 577) | PFLP | Funds Transfer(s) | No | None |
| Dhib Uthman Ali al-Najar (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Fawzi Talab Naser al-Wahidi (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Imad Saleh Husein Abu Haya (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Isa Mahmud Jaber al-Ghul (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Muhammad Ibrahim Rajab Jarwan (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Muhammad Maali Ubayd Samra (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Ramadan Atiya Ibrhaim Abu Qamar (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Rashid Muhammad Rashid al-Sidawi (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Rashid Saleh Muhammad al-Mabhuh (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |
| Riyad Saleh Jaber al-Ghul (*Miller* FAC ¶ 578) | PFLP | Funds Transfer(s) | No | None |

| Individual | Alleged FTO-Affiliation | Bank Service | U.S. Designated Terrorist[14] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Muhammad Abd al-Ghani Muhammad Abu Jamus (*Miller* FAC ¶ 590; *Pam* Compl. ¶ 300) | Hamas | Funds Transfer(s) | No | None |
| Muhammad Ahmad Hilis (*Miller* FAC ¶ 590; *Pam* Compl. ¶ 300) | Hamas | Funds Transfer(s) | No | None |
| Bilal Fayez Mustafa Shehada (*Miller* FAC ¶ 590; *Pam* Compl. ¶ 300) | Hamas | Funds Transfer(s) | No | None |
| Abd al-Karim Umar Abu Na'isa (*Miller* FAC ¶ 591; *Pam* Compl. ¶ 300) | AAMB | Funds Transfer(s) | No | None |
| Ibtisam Faruq Awda Ya'kub (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Ibrahim Musa Obeidat (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Ahmad Mahmud Mustafa (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Amani Abd Al-Razeq Jaray'a (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Amna Ibrahim Salameh Falna (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Intisar As'ad Abu Safiyah (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Intisar Muhammad Abu Zir (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Ayman Muhammad Zayed (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Hassiba Yusef Ali Shehadah (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |

| Individual | Alleged FTO-Affiliation | Bank Service | U.S. Designated Terrorist[14] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Hanan Ahmed al-Hudali (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Kholoud M. K Abu al-Bahaa (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Rihab al-Eid Mustafa Hammed (*Miller* FAC ¶ 533) | PIJ | Account(s) | None | None |
| Sa'id Ibrahim Awd (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Salwa Abd al-Rahim Hamdan (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Sumaya Musa Salameh Falna (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Sumaya Musa Salameh Falna (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Shukria Badawi al-Natsheh (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Ayesh As'ad Abu Safiyah (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Adb al-Aziz Yusef Suliman (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Adnan Ibrahim al-Hanini (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Fatima Yusef al-Rifa'i (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Fadwa Yihya Zalloum (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Falasteen Othman Nahla (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Leila Abd al-Hamid Ghawanmeh (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |

| Individual | Alleged FTO-Affiliation | Bank Service | U.S. Designated Terrorist[14] | Bank Service Link To 14 Attacks |
|---|---|---|---|---|
| Muna Mahrous Ragheb Kfoury (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| May Ibrahim Abu al-Nasr (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |
| Maysoon Saleh Dawud Shtaya (*Miller* FAC ¶ 533) | PIJ | Account(s) | No | None |