

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
jonathan.siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

March 19, 2019

BY ECF

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

      Re:   *Miller, et al. v. Arab Bank, PLC*, **No. 1:18-cv-02192-BMC-PK (E.D.N.Y.)**
            *Pam, et al. v. Arab Bank, PLC*, **No. 1:18-cv-04670-BMC-PK (E.D.N.Y.)**

Dear Magistrate Judge Kuo:

      We represent Defendant Arab Bank plc ("Arab Bank") in the above-referenced actions and write pursuant to your Honor's Individual Practice Rules I.A and IV.A-D to request that Arab Bank's deadline to answer the *Miller* Plaintiffs' Amended Complaint (*Miller* ECF No. 25), *Pam* Plaintiffs' Complaint (*Pam* ECF No. 1) and *Pam* Plaintiffs' First Supplemental Complaint (*Pam* ECF No. 17) (collectively, "Plaintiffs' Complaints") be extended from March 25, 2019 to May 24, 2019.  Plaintiffs have been consulted and consent to this request.

      On March 11, 2019, the Honorable Brian M. Cogan issued a memorandum and decision granting in part, and denying in part, Arab Bank's motion to dismiss Plaintiffs' Complaints (*see, e.g., Miller* ECF No. 33).  As a result of that event, the deadline for Arab Bank to answer Plaintiffs' Complaints was set for March 25, 2019.  Fed. R. Civ. P. 12(a)(4)(A).  However, Plaintiffs' Complaints comprise more than 145 pages and 950 paragraphs and involve complex issues of fact and law relating to domestic and foreign conduct spanning a period of years.  For this reason, we respectfully submit that good cause exists to grant the extension of time requested herein.  No prior request for an extension of this deadline has been made.

      We thank the Court in advance for its consideration of this request.

                                       Respectfully submitted,

                                       /s/

                                     Jonathan Siegfried

cc:    All Counsel of Record (by ECF)