AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Miller, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  1:18-cv-2192-BMC-PK |
| Arab Bank, PLC | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Arab Bank, PLC                                                                                                                    .

Date:   03/20/2019

/s/ Brett Ingerman
*Attorney's signature*

Brett Ingerman
*Printed name and bar number*
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

*Address*

brett.ingerman@dlapiper.com
*E-mail address*

410-580-4177
*Telephone number*

410-580-3177
*FAX number*