

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

April 12, 2019

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Miller v. Arab Bank, PLC*, 18-CV-2192 (BMC)(PK)
       *Pam v. Arab Bank, PLC*, 18-CV-4670 (BMC)(PK)

Dear Judge Kuo:

We write on behalf of all counsel in response to the Court's March 21, 2019 Scheduling Order directing the parties to appear at a Scheduling Conference on June 4, 2019 ("Conference") and to file a completed copy of the Proposed Discovery Plan ("PDP") at least five days before the Conference.

Due to the unavailability of defense counsel who will be overseas on that date, we request a short adjournment of the Conference. Plaintiffs are amenable to the adjournment and, after conferring, the parties respectfully request that the Court schedule the Conference for any day during the week of June 17, 2019, if the Court is available.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Jonathan D. Siegfried

cc:   All Counsel