UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, et al.,

                Plaintiffs,

   - v -

ARAB BANK, PLC,

                Defendant.

No. 1:18-cv-2192-BMC-PK

**APPEARANCE OF COUNSEL**

---

TO:   The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that I am admitted to practice in this court, and hereby appear in this case as counsel for Defendant Arab Bank plc.

Dated: May 14, 2019
       New York, New York

*/s/ Andrew J. Peck*
Andrew J. Peck
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:   (212) 335-4631
Fax:  (212) 884-8622
Email:  andrew.peck@dlapiper.com

*Attorneys for Defendant Arab Bank plc*