| | | | |
|---|---|---|---|
| **PROPOSED DISCOVERY PLAN** | | | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | Yes | | May 14, 2019 and June 11, 2019 |
| 2. Rule 26(a)(1) disclosures exchanged | Defendant will send its Rule 26(a)(1) disclosures to Plaintiffs on July 8, 2019 | | |
| 3. Requests made: | | | |
|    a. Medical records authorization | Defendant intends to serve document requests that will include requests for medical records. | N/A | |
|    b. Section 160.50 releases for arrest records | | N/A | |
|    c. Identification of John Doe/Jane Doe defendants | | N/A | |
|    d. Proposed Stipulation of Confidentiality | Defendant sent a draft Protective Order to Plaintiffs on May 13, 2019. | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | Plaintiffs will propose procedures for ESI production. Plaintiffs will search | | |

| | | | |
|---|---|---|---|
| | for and produce, among other ESI requested, all: e-mails; whats app messages; slack messages; text messages; Facebook posts with family members; Facebook messages with family members; photos with family members; and any other form of messaging, where the Plaintiffs communicate with their family members, from 5 years before the date of the attack to the present. | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | | N/A | |
| 2. Defendant to make settlement offer | | N/A | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | N/A | |
| 4. Settlement Conference (proposed date) | | N/A | |

| C. PROPOSED DEADLINES[1] | | | |
|---|---|---|---|
| 1. Motion to join new parties or amend pleadings | 30 days after June 18, 2019 Conference | | |
| 2. Initial documents requests and interrogatories | 30 days after June 18, 2019 Conference | | |
| 3. All fact discovery to be completed[2] | July 30, 2020 | | |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | August 30, 2020 | | |
| 5. Expert discovery (only if needed) | *Check here if not applicable* ☐ | | |
| Plaintiff expert proposed field of expertise: | | | |
| Defendant expert proposed field of expertise: | | | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Case-in-chief expert report due | Plaintiffs' Case-in-Chief Expert Report: 90 days after July 30, 2020  Defendant's Case-in-Chief Expert Report: 90 days after July 30, 2020 | | |
| b. Rebuttal expert report due | 60 days after the Parties' case-in-chief expert reports are served | | |
| c. Depositions of experts to be completed | 90 days after rebuttal expert | | |

---

[1] This Proposed Scheduling Order is based on discovery for all issues and all Plaintiffs.
[2] Responses to Letters Rogatory may extend beyond this fact discovery period.

| | | | |
|---|---|---|---|
| | | reports are served | |
| 6. Completion of ALL DISCOVERY | 30 days after expert depositions are complete | | |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | 14 days after all discovery is complete | | |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☐ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☐ No |

## E. *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____    _____
**PEGGY KUO**                                       **Date**
United States Magistrate Judge

Rev. 9-14-18