# Exhibit C

```
                                                                    1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

    - - - - - - - - - - - - - - - - - X
     MATI GILL,                        :  11-CV-3706 (JBW)
                                       :
           Plaintiff,                  :
                                       :
         -against-                     :  United States Courthouse
                                       :  Brooklyn, New York
                                       :
                                       :
                                       :
     ARAB BANK, PLC,                   :  Thursday,
                                       :  February 23, 2012
           Defendant.                  :  11:00 a.m.
                                       :
                                       :
                                       :
    - - - - - - - - - - - - - - - - - X

          TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
             BEFORE THE HONORABLE JACK B. WEINSTEIN
           UNITED STATES SENIOR DISTRICT COURT JUDGE

                      A P P E A R A N C E S:

    FOR THE PLAINTIFF:      OSEN, LLC
                            Attorneys for the plaintiff -
                            MATI GILL
                                 2 University Plaza
                                 Suite 201
                                 Hackensack, New Jersey 07601
                            BY: GARY M. OSEN, ESQ.
                                AARON SCHLANGER, ESQ.

    FOR THE DEFENDANT:      DEWEY & LEBOEUF, LLP
                            Attorneys for the Defendant -
                            ARAB BANK, PLC
                                 1301 Avenue of the Americas
                                 New York, New York 10019
                            BY: KEVIN WALSH, ESQ.
                                STEVEN J. YOUNG, ESQ.
                                DOUGLAS WALTER MATEYSCHUK, ESQ.
```

*Mary Agnes Drury, RPR*
*Official Court Reporter*

12

1   we've been relegated in the Linde and related actions to two
2   avenues essentially; interrogatories that don't address
3   specific account holders but generalize things like, how many
4   specially designated global terrorists --
5            THE COURT:  Excuse me, may I interrupt for a
6   second?  Is the same magistrate judge in charge of both
7   cases?
8            MR. WALSH:  Yes, your Honor, Magistrate Judge
9   Pohorelsky has been assigned to this and has had perhaps a
10  hundred discovery hearings.
11           THE COURT:  Okay.  That's fine.  Thank you.
12           MR. OSEN:  The -- although I'm not sure he's
13  currently assigned to.
14           MR. SCHLANGER:  Yes, he appears to be.
15           MR. OSEN:  It was in front Judge Go and you and
16  switched back, but we'll assume it's Judge Pohorelsky.
17           THE COURT:  Well, if it isn't, I'll issue an order
18  to that effect.
19           MR. OSEN:  So the two things that we've done is
20  sought discovery in New York where the bank does not assert
21  foreign bank secrecy to transactional, and the other is
22  interrogatories.
23           THE COURT:  Well, what do you need that isn't
24  already available in this other case?
25           MR. OSEN:  Well, to the --

13

1    THE COURT:  By way of discovery, that's really what
2 I want to know, that reasonably you can expect to get.
3    MR. OSEN:  Well, one, the first thing as your Honor
4 points out, we'd want to incorporate the discovery --
5    THE COURT:  There is no objection to that, is
6 there?
7    MR. WALSH:  We certainly wouldn't insist upon
8 duplicative discovery.
9    THE COURT:  All right.  So everything that's
10 relevant in that other case comes in.
11    MR. OSEN:  I assume that will be true for any
12 motion to dismiss, et cetera, we can refer to the --
13    THE COURT:  Whatever the motion is.
14    MR. OSEN:  Okay.
15    THE COURT:  Is there any other case where you want
16 to bring in the discovery?
17    MR. OSEN:  Yes.  I think we would anticipate
18 serving at least some subpoenas for corresponding --
19    THE COURT:  No, I mean any other case pending in a
20 federal or other court where there has been discovery where
21 we could import it?
22    MR. OSEN:  Yes.  There are two cases pending in the
23 Eastern District that at least one, I would say, certainly
24 has data information.
25    THE COURT:  Before which judge?

*Mary Agnes Drury, RPR*
*Official Court Reporter*

14

1    MR. OSEN: It's before Judge Irizarry.
2    THE COURT: And has discovery gone forward?
3    MR. OSEN: It's been completed, it's briefed.
4    THE COURT: Have you represented the parties in
5 that case?
6    MR. WALSH: Not in that case, your Honor.
7    THE COURT: Is it the same bank?
8    MR. WALSH: There are two different banks, your
9 Honor, one is Credit Lyonnias and the other is National
10 Westminster, I believe represented by the Cleary Gottlieb
11 firm.
12    THE COURT: Well, I'll refer that question to the
13 magistrate judge in the pending case before me as to whether
14 that discovery should be imported into this case, he would be
15 in a better position I think to handle that.
16    MR. WALSH: Yes, your Honor.
17    THE COURT: There's no objection to that. We'll
18 issue an order to that effect.
19    MR. WALSH: Your Honor, if I may?
20    THE COURT: Excuse me, let me finish hearing from
21 counsel, please.
22    MR. WALSH: Sorry.
23    THE COURT: Please.
24    MR. OSEN: So, your Honor, just to be clear, the
25 only other discovery of a meaningful nature that we can