

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
jonathan.siegfried@dlapiper.com
T  212.335.4925
F  212.884.8477

June 28, 2019

**BY ECF**
The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (BMC) (PK)
              *Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4679 (BMC) (PK)

Dear Magistrate Judge Kuo:

      On behalf of both sides, we request a short extension of today's deadline to submit the Proposed Discovery Plan from today to the close of business Monday. We are hopeful that with a little additional time, we can reach agreement on a few outstanding issues in order to submit a Joint Discovery Plan. We appreciate your consideration of this request.

                                                  Respectfully submitted,

                                                         /s/

                                                  Jonathan Siegfried

cc:    All Counsel of Record (via ECF)