# EXHIBIT A

Case Number: 18-cv-2192 (BMC)(PK)
18-cv-4670 (BMC)(PK)

**OSEN DRAFT**

| PROPOSED DISCOVERY PLAN | | | |
|---|---|---|---|
| | DONE | NOT APPLICABLE | PROPOSED DATE |
| **A. ACTIONS REQUIRED AFTER THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | ☑ | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | July 15, 2019 |
| 3. Requests made: | | | |
| a. Medical records authorization | | | |
| b. Proposed stipulation of confidentiality | | | July 15, 2019 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | July 15, 2019 |
| **B. SETTLEMENT** | | | |
| 1. Plaintiffs have made a settlement demand | | N/A | |
| 2. Defendant to make settlement offer | | N/A | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | N/A | |
| 4. Settlement Conference (proposed date) | | N/A | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | N/A | |
| 2. Initial document requests and interrogatories | | | July 22, 2019 |
| 3. Responses to initial document requests and interrogatories | | | August 23, 2019 |
| 4. Deadline to file motion for protective order/motion to compel relating to foreign bank secrecy issues only (without prejudice to filing other discovery motions) | | | September 25, 2019 |
| 5. Deadline to file opposition brief to motion for protective order/motion to compel | | | October 25, 2019 |
| 6. Deadline to file reply brief to motion for protective order/motion to compel | | | November 11, 2019 |

| | | | |
|---|---|---|---|
| 7. Deadline to submit Requests for Judicial Assistance if foreign bank secrecy objections are overruled | | | 5 business days following Court Ruling |
| 8. Deadline for Defendant to notify the Court as to whether it will produce records ordered by the Court (if any) | | | 90 days from the Issuance of any Letters Rogatory or other Requests for Judicial Assistance |
| **I. IF DEFENDANT PRODUCES ALL RESPONSIVE RECORDS** | | | |
| Completion of Fact Discovery | | | December 31, 2021 |
| Case-in-chief expert reports due | | | 90 days after close of fact discovery |
| Rebuttal expert reports due | | | 60 days after the parties' case-in-chief expert reports are served |
| Completion of Expert Discovery | | | 45 days after rebuttal expert reports are served |
| **II. IF DEFENDANT REFUSES TO PRODUCE ALL RESPONSIVE RECORDS DUE TO FOREIGN BANK SECRECY:** | | | |
| Plaintiffs to file Rule 37 motion seeking remedy | | | 21 days from any refusal to comply with document production orders |
| Defendant to file opposition brief | | | 21 days from Plaintiffs' filing of Rule 37 motion |
| Plaintiffs to file reply brief[1] | | | 10 days from Defendant's opposition brief |
| Rule 72(a) objections to be filed | | | 14 days from Court order on objections to Rule 37 remedies for foreign bank secrecy non- |

---

[1] Assuming the Court grants Plaintiffs the right to file a reply brief.

| | | | |
|---|---|---|---|
| | | | production |
| Filing of opposition(s) to Rule 72(a) objections | | | 14 days from filing objections to Rule 37 remedies for secrecy non-production |
| File reply/replies to Rule 72(a) objections[2] | | | 7 days from opposition briefs to objections to Rule 37 remedies for secrecy non-production |
| **A. Hamas-Only Trial Proceeds First** | | | ==120 days after the District Court's Rule 37 Decision== |
| **B. All Attacks Tried Together** | | | |
| Completion of Fact Discovery | | | 45 days after the District Court's Rule 37 Decision |
| Case-in-chief expert reports due | | | 90 days after the District Court's Rule 37 Decision |
| Rebuttal expert reports due | | | 60 days after the parties' case-in-chief expert reports are served |
| Completion of Expert Discovery | | | 45 days after rebuttal expert reports are served |

**This Scheduling Order may be altered or amended based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____
**PEGGY KUO**                                                           **Date**
United States Magistrate Judge

---

[2] Assuming the Court grants Plaintiffs the right to file a reply brief.