Case Number: 18-cv-2192 (BMC)(PK)
18-cv-4670 (BMC)(PK)

| | DONE | NOT APPLICABLE | PROPOSED DATE |
|---|---|---|---|
| **DEFENDANT'S PROPOSED CASE MANAGEMENT PLAN** | | | |
| **A. ACTIONS REQUIRED AFTER THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | ☑ | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | July 15, 2019 |
| 3. Requests made: | | | |
| a. Medical records authorization | | | |
| b. Proposed stipulation of confidentiality | | | July 15, 2019 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | July 15, 2019 |
| **B. SETTLEMENT** | | | |
| 1. Plaintiffs have made a settlement demand | | N/A | |
| 2. Defendant to make settlement offer | | N/A | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | N/A | |
| 4. Settlement Conference (proposed date) | | N/A | |
| **C. PROPOSED DEADLINES[1]** | | | |
| 1. Motion to join new parties or amend pleadings | | N/A | |
| 2. Initial document requests and interrogatories | | | July 22, 2019 |
| 3. Responses to initial document requests and interrogatories | | | August 23, 2019 |
| 4. Deadline to file motion for protective order/motion to compel relating to foreign bank secrecy issues only (without prejudice to filing other discovery motions) | | | September 25, 2019 |
| 5. Deadline to file opposition brief to motion for protective order/motion to compel | | | October 25, 2019 |

---

[1] These Proposed Deadlines are based on the Court's order that discovery on all issues involving all attacks be completed.

| | | | |
|---|---|---|---|
| 6. Deadline to file reply brief to motion for protective order/motion to compel | | | November 11, 2019 |
| 7. Deadline to submit Requests for Judicial Assistance if foreign bank secrecy objections are overruled | | | 30 days following Court Ruling |
| 8. Deadline to notify the Court of the responses of foreign governments and regulators to Letters Rogatory and/or other requests for Judicial Assistance and, if necessary, to request additional time to notify Court of the position of any foreign government(s) that had not yet responded. | | | 90 days from the Issuance of any Letters Rogatory or other Requests for Judicial Assistance |
| 9. Deadline for Defendant to notify the Court as to whether it will produce documents covered by foreign bank secrecy laws and to submit proposed schedule for production where it has obtained permission to produce. | | | 30 days following final date set by Court to notify it of foreign government(s)' response(s) to Letters Rogatory and/or other requests for Judicial Assistance |
| 10. Plaintiffs' motion if any to file Rule 37 motion seeking remedy | | | 30 days from Court order granting Plaintiffs' request for leave to file Rule 37 Motion |
| 11. Defendant to file opposition brief | | | 60 days from Plaintiffs' filing of Rule 37 motion |
| 12. Plaintiffs to file reply brief[2] | | | 30 days from Defendant's opposition brief |
| 13. Rule 72(a) objections to be filed | | | 14 days from Court order on objections to Rule 37 remedies for foreign bank secrecy non-production |
| 14. Filing of opposition(s) to Rule 72(a) objections | | | 14 days from filing objections to Rule 37 |

---

[2] Assuming the Court grants Plaintiffs the right to file a reply brief.

| | | | |
|---|---|---|---|
| | | | remedies for secrecy non-production |
| 15. File reply/replies to Rule 72(a) objections[3] | | | 7 days from opposition briefs to objections to Rule 37 remedies for secrecy non-production |
| 16. Completion of Fact Discovery | | | December 31, 2021[4] |
| 17. Case-in-chief expert reports due | | | 90 days after close of fact discovery |
| 18. Rebuttal expert reports due | | | 60 days after the parties' case-in-chief expert reports are served |
| 19. Completion of Expert Discovery | | | 45 days after rebuttal expert reports are served |

**This Scheduling Order may be altered or amended based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____     _____
**PEGGY KUO**                   **Date**
United States Magistrate Judge

---

[3] Assuming the Court grants Plaintiffs the right to file a reply brief.
[4] The parties each reserve the right to request an earlier or later date based on the timing and scope of discovery.