UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al. | : |
| | : |
| Plaintiffs, | :  Case No. 18-cv-2192 (BMC)(PK) |
| | : |
| -against- | : |
| | : |
| ARAB BANK, PLC, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that William A. Friedman, of OSEN LLC, with offices located at 2 University Plaza, Suite 402, Hackensack, NJ 07601, withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

All other counsel from OSEN LLC who have appeared on behalf of plaintiffs will remain in this action.

Dated: July 5, 2019
        Hackensack, NJ

/s/ William A. Friedman
William A. Friedman
OSEN LLC
2 University Plaza, Suite 402
Hackensack, NJ 07601
(201) 265-6400
(201) 265-0303 Fax
wfriedman@osenlaw.com

Attorneys for Plaintiffs