UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, et al.,

                Plaintiffs,

  - v -

ARAB BANK, PLC,

                Defendant.

---

No. 1:18-cv-2192-BMC-PK

**APPEARANCE OF COUNSEL**

TO:    The clerk of court and all parties of record

        **PLEASE TAKE NOTICE** that I am admitted to practice in this court, and hereby appear in this case as counsel for Defendant Arab Bank plc.

Dated: August 23, 2019
       New York, New York

*/s/ Jessica A. Masella*
Jessica A. Masella
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:   (212) 335-4829
Fax:  (212) 335-4501
Email:  jessica.masella@dlapiper.com

*Attorneys for Defendant Arab Bank plc*