# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| AHARON MILLER, et al.<br>*Plaintiff*<br>v.<br>ARAB BANK, PLC<br>*Defendant* | Case No. 18-cv-2192 (BMC)(PK) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 09/20/2019

/s/ Cindy Schlanger
*Attorney's signature*

Cindy Schlanger
*Printed name and bar number*

OSEN LLC
2 University Plaza, Suite 402
Hackensack, N.J. 07601
*Address*

cschlanger@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*