UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, HADASSAH DINER, EFRAT FINE, ADINA MISHER, ADINA MISHER ON BEHALF OF THE ESTATE OF AARON HAAR, <br><br> Plaintiffs, <br> -against- <br><br> ARAB BANK, PLC, <br><br> Defendant | Case No. 1:18– cv-2192-BMC-PK |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of all plaintiffs in *Miller, et al. v. Arab Bank, PLC.* I am admitted to practice in this Court.

Dated: November 19, 2019

                                            /s/ Zahra R. Dean
                                            Zahra R. Dean
                                            KOHN, SWIFT & GRAF, P.C.
                                            1600 Market Street, Suite 2500
                                            Philadelphia, PA 19103
                                            zdean@kohnswift.com
                                            215-238-1700

# CERTIFICATE OF SERVICE

I, Zahra R. Dean, hereby certify that on November 19, 2019, I caused the attached Notice of Appearance to be served upon the following counsel by electronic mail.

>Jonathan D. Siegfried
>Douglas W. Mateyaschuk II
>Andrew J. Peck
>DLA Piper LLP (US)
>1251 Avenue of the Americas
>New York, NY 10020-1104
>jonathan.siegfried@dlapiper.com
>douglas.mateyaschuk@dlapiper.com
>andrew.peck@dlapiper.com
>
>Brett Ingerman
>DLA Piper LLP (US)
>6225 Smith Avenue
>Baltimore, Maryland 21209
>brett.ingerman@dlapiper.com

_____
Zahra R. Dean