

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX 202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

**VIA ECF**

November 22, 2019

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Miller, et al. v. Arab Bank, PLC*, **18-cv-2192 (BMC)(PK)**
            *Pam, et al. v. Arab Bank, PLC*, **18-cv-4670 (BMC)(PK)**

            Requested Extension of Deadline for Interrogatory Responses

Dear Judge Kuo:

    We write on behalf of all Plaintiffs in the above-referenced matters to request an extension of the November 22, 2019 deadline set forth in Your Honor's Order of August 23, 2019 for service of the individual objections and responses to Defendant's First Set of Interrogatories. This is the second request for an extension of this deadline. The *Miller* Plaintiffs will have completed and served individual interrogatory objections and responses for at least 31 of their 35 Plaintiffs before the November 22, 2019 deadline, they may need additional time for the remaining 4 Plaintiffs. While the *Pam* Plaintiffs anticipate completing and serving individual interrogatory objections and responses for 7 of their 37 Plaintiffs before the November 22, 2019 deadline, some objections and responses remain incomplete because of difficulties coordinating with Plaintiffs, many who reside in Israel. Plaintiffs therefore request an additional extension of thirty days, until December 23, 2019, for these remaining Plaintiffs to respond to the interrogatories.

    Plaintiffs have already served their collective objections and responses to Defendant's interrogatories on September 3, 2019.

    Counsel for the Defendant have advised us that they do not oppose the foregoing proposals.

    We thank the Court for its consideration.

                                                    Respectfully submitted,

                                                    Noel J. Nudelman

cc:    All Counsel

{00205271 }MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA· INDIANA· KENTUCKY· MARYLAND· MISSOURI· NEW JERSEY· NEW YORK· WYOMING