

**DLA Piper LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Brett Ingerman
brett.ingerman@dlapiper.com
T  410.580.4177
F  410.580.3177

January 9, 2020
V*IA* ECF

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Miller et al. v. Arab Bank plc* **(Case No. 1:18-cv-02192 (BMC)(PK))**
*Pam et al. v. Arab Bank plc* **(Case No. 1:18-cv-04670 (BMC)(PK))**
**Submission of Proposed Letters Rogatory**

Your Honor:

Defendant, Arab Bank plc, hereby submits drafts of Requests for International Judicial Assistance (Letters Rogatory) to Jordan, the Palestinian Territories, and Lebanon, as well as a Proposed Production Order. In accordance with the Court's September 24, 2019 Order, these Letters Rogatory and Production Order include the list of individuals and entities proposed by the Plaintiffs. The parties then conferred and agreed for the most part upon the text of proposed Letters Rogatory. If the Court approves of the attached Letters Rogatory and enters the Production Order, it can forward the request to the foreign jurisdictions through the official channels. In the alternative, if it pleases the Court, we are happy to effectuate delivery of the Letters Rogatory to the foreign jurisdictions, namely the respective Ministries of Justice, with a copy to the respective regulatory agencies.

The parties disagree as to the scope and relevancy of the requests referenced in the Court's Production Order, but agree that these issues need not be resolved by the Court at this time. Both parties reserve the right to address these issues at a later appropriate time.

If the Court has further questions or needs additional information, the parties are available at the Court's convenience.

Respectfully submitted,

Brett Ingerman

Enclosure