

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
www.dlapiper.com

Brett Ingerman
Brett.ingerman@dlapiper.com
T 410.580.4177
F 410.580.3177

January 29, 2020

**VIA ECF**

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *Pam, et al. v. Arab Bank, PLC*, **No. 18-cv-4670 (RPK) (PK)**
> *Miller, et al. v. Arab Bank, PLC*, **No. 18-cv-2192 (RPK) (PK)**
> **Submission of Proposed Letter Rogatory**

Dear Magistrate Judge Kuo:

On January 10, 2020, you kindly signed the Production Order (ECF#60) and indicated in the Order that you also had signed the Letters Rogatory directed to Jordan, Lebanon, and the Palestinian Territories (ECF#59-1, 59-2, 59-3). In that Order, you also directed the Clerk to authenticate the executed Letters Rogatory by affixing its seal to each of them, and thereafter provide the executed and authenticated Letters Rogatory to Defendant. Having not received the Letters Rogatory from the Clerk, we inquired this week of the Clerk's Office and were informed that they do not have the executed Letters Rogatory and requested us to notify Your Honor. We look forward to receiving an original set of the executed and authenticated Letters Rogatory when available, and will then undertake to promptly forward them to the appropriate authorities for legalization so that they may be presented to the relevant foreign governments.

Thank you.

Respectfully submitted,

**DLA Piper LLP (US)**

/s/ Brett Ingerman
Brett Ingerman