UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| AHARON MILLER, *et al.* : | |
| : | Case No. 18-cv-2192 (RPK)(PK) |
| Plaintiffs, : | |
| : | |
| -against- : | |
| : | |
| ARAB BANK, PLC, : | |
| : | |
| Defendant. : | |
|_____ : | |

# STIPULATION OF DISMISSAL

Plaintiffs Laurel Steinherz and Peter Steinherz, by and through their counsel, and Defendant Arab Bank, Plc, by and through its counsel, hereby agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Laurel Steinherz and Peter Steinherz and Defendant Arab Bank, Plc, jointly stipulate to the dismissal with prejudice of all claims of Plaintiffs Laurel Steinherz and Peter Steinherz against Defendant Arab Bank, Plc in this action, each party to bear its own costs and fees.

Dated: May 11, 2021

By: /s/
    KOHN, SWIFT & GRAF, P.C.
    Steven M. Steingard, Esq.
    Stephen H. Schwartz, Esq.
    Neil L. Glazer, Esq.
    Zahra Dean, Esq.
    1600 Market Street, Suite 2500
    Philadelphia, PA 19103
    Telephone: (215) 238-1700

OSEN LLC
Aaron Schlanger, Esq.
Gary M. Osen, Esq.
Ari Ungar, Esq.
2 University Plaza, Suite 402
Hackensack, NJ 07601
Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

By: _____
Brett Ingerman, Esq.
DLA PIPER LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Jonathan D. Siegfried, Esq.
Douglas W. Mateyaschuk, Esq.
Courtney G. Saleski, Esq.
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Counsel for Defendant Arab Bank Plc*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May 2021, copies of the foregoing Stipulation of Dismissal were served via e-mail to:

>Jonathan D. Siegfried
>Douglas W. Mateyaschuk II
>Courtney G. Saleski
>DLA Piper LLP (US)
>1251 Avenue of the Americas
>New York, NY 10020-1104
>jonathan.siegfried@dlapiper.com
>douglas.mateyaschuk@dlapiper.com
>andrew.peck@dlapiper.com
>
>Brett Ingerman
>DLA Piper LLP (US)
>6225 Smith Avenue
>Baltimore, Maryland 21209
>brett.ingerman@dlapiper.com
>
>*Counsel for Arab Bank, plc*

Steven M. Steingard