UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

AHARON MILLER, *et al.*                       :
                                              :   Case No. 18-cv-2192 (RPK)(PK)
             Plaintiffs,   :
                                              :
  -against-                                  :
                                              :
ARAB BANK, PLC,                               :
                                              :
             Defendant.    :
                                              :
_____           :

## STIPULATION OF DISMISSAL

Plaintiffs Noam Sokolow and Adina Misher in her individual capacity[1], by and through their counsel, and Defendant Arab Bank, Plc, by and through its counsel, hereby agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Noam Sokolow and Adina Misher <u>in her individual capacity</u> and Defendant Arab Bank, Plc, jointly stipulate to the dismissal with prejudice of all claims of Plaintiffs Noam Sokolow and Adina Misher <u>in her individual capacity</u> against Defendant Arab Bank, Plc in this action, each party to bear its own costs and fees.

Dated: July 28, 2021

By: _____
KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
Zahra Dean, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

---

[1] Adina Misher will continue to represent the claims of the Estate of Aaron Haar in this case.

OSEN LLC
Aaron Schlanger, Esq.
Gary M. Osen, Esq.
Ari Ungar, Esq.
2 University Plaza, Suite 402
Hackensack, NJ 07601
Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*


By: /s/ Brett Ingerman
_____
Brett Ingerman, Esq.
DLA PIPER LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Jonathan D. Siegfried, Esq.
Courtney G. Saleski, Esq.
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Attorneys for Defendant Arab Bank, Plc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July 2021, copies of the foregoing Stipulation of Dismissal were served via e-mail to:

>Jonathan D. Siegfried
>Courtney G. Saleski
>DLA Piper LLP (US)
>1251 Avenue of the Americas
>New York, NY 10020-1104
>jonathan.siegfried@dlapiper.com
>courtney.Saleski@dlapiper.com
>
>Brett Ingerman
>DLA Piper LLP (US)
>6225 Smith Avenue
>Baltimore, Maryland 21209
>brett.ingerman@dlapiper.com
>
>*Counsel for Arab Bank, plc*

Steven M. Steingard