UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, *et al.*          :
                                 :  Case No. 18-cv-2192 (RPK)(PK)
        Plaintiffs,     :
                                 :
  -against-                     :
                                 :
ARAB BANK, PLC,                  :
                                 :
        Defendant.      :
---                              :

## NOTICE OF SUGGESTION OF DEATH

The undersigned, pursuant to Federal Rule of Civil Procedure 25(a), files this Notice of Suggestion of Death regarding the death of Plaintiff Sylvia Haar, which occurred on May 31, 2020. Simultaneously with the filing of this Notice a motion has been filed to substitute and appoint as Plaintiff Rena Sokolow, as Administrator of the Estate of Sylvia Haar.

Dated: August 18, 2021                      Respectfully submitted,

                                            By: */s/ Steven M. Steingard*
                                               KOHN, SWIFT & GRAF, P.C.
                                               Steven M. Steingard, Esq.
                                               Stephen H. Schwartz, Esq.
                                               Neil L. Glazer, Esq.
                                               Zahra Dean, Esq.
                                               1600 Market Street, Suite 2500
                                               Philadelphia, PA 19103
                                               Telephone: (215) 238-1700

                                               OSEN LLC
                                               Gary M. Osen, Esq.
                                               Ari Ungar, Esq.
                                               Aaron Schlanger, Esq.
                                               2 University Plaza, Suite 402
                                               Hackensack, NJ 07601
                                               Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, *et al.* | : |
| | :    Case No. 18-cv-2192 (RPK)(PK) |
| Plaintiffs, | : |
| -against- | : |
| ARAB BANK, PLC, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on August 18, 2021, and the foregoing document will be served this day on all counsel or parties of record.

                                                By: /s/ *Steven M. Steingard*
                                                     Steven M. Steingard