UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

AHARON MILLER, *et al.*                       :
                                              :  Case No. 18-cv-2192 (RPK)(PK)
            Plaintiffs,          :
                                              :
   -against-                              :
                                              :
ARAB BANK, PLC,                               :
                                              :
            Defendant.           :
_____           :

# NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Motion To Substitute Rena Sokolow, as Administrator of the Estate of Sylvia Haar in place of Sylvia Haar as Party Plaintiff, the undersigned will move this Court before the Honorable Rachel P. Kovner, United States District Judge, in the United States Court House, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and at such time as the Court sets, for an order of Substitution of Party Plaintiff in the above captioned case.

Dated: August 18, 2021                                      Respectfully submitted,

                                                      By: /s/ *Steven M. Steingard*
                                                        KOHN, SWIFT & GRAF, P.C.
                                                       Steven M. Steingard, Esq.
                                                       Stephen H. Schwartz, Esq.
                                                       Neil L. Glazer, Esq.
                                                       Zahra Dean, Esq.
                                                        1600 Market Street, Suite 2500
                                                       Philadelphia, PA 19103
                                                       Telephone: (215) 238-1700

OSEN LLC
Gary M. Osen, Esq.
Ari Ungar, Esq.
Aaron Schlanger, Esq.
2 University Plaza, Suite 402
Hackensack, NJ 07601
Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____
AHARON MILLER, *et al.*                :
                                       :   Case No. 18-cv-2192 (RPK)(PK)
           Plaintiffs,                 :
                                       :
     -against-                         :
                                       :
ARAB BANK, PLC,                        :
                                       :
           Defendant.                  :
_____ :

## MOTION TO SUBSTITUTE RENA SOKOLOW, AS ADMINISTRATOR OF THE ESTATE OF SYLVIA HAAR IN PLACE OF SYLVIA HAAR AS PARTY PLAINTIFF

The undersigned, pursuant to Federal Rule of Civil Procedure 25(a), files this Motion for Substitution of Party Plaintiff and respectfully requests this Court enter an order substituting Rena Sokolow, as Administrator of the Estate of Sylvia Haar, in place of Sylvia Haar together with any further relief this Court deems just and proper. In support thereof, the undersigned states as follows:

On July 5, 2018, pursuant to an Amended Complaint filed in this matter, Plaintiff Sylvia Haar, with her daughter Rena Sokolow representing her as attorney-in-fact, asserted claims against Defendant Arab Bank for aiding and abetting Foreign Terrorist Organizations in violation of 18 U.S.C. § 2333(d); providing material support to terrorists in violation of 18 U.S.C. § 2339A and 18 U.S.C. § 2333(a); and committing acts of international terrorism in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2333(a). Plaintiff Sylvia Haar passed away on May 31, 2020. A Notice of Suggestion of Death, attached as Ex. "A," has been filed and served upon Defendant simultaneously with this motion; *see also* Death Certificate of Sylvia Haar, attached as Ex. "B." Rena Sokolow has been appointed Administrator of her estate. *See* Certificate of Appointment of

Administrator, attached as Ex. "C." Ms. Sokolow is thus the proper party to be substituted for the deceased because she is the individual with the right under New York law to pursue this action. *See Garcia v. City of New York*, 2009 WL 261365, at *1 (E.D.N.Y. 2009) (either a "representative of the deceased party's estate" or a "successor of the deceased party" may be substituted for a plaintiff who has passed away). Plaintiffs accordingly request that Rena Sokolow, as Administrator of the Estate of Sylvia Haar, be substituted for Sylvia Haar as a Plaintiff in this matter.

WHEREFORE, Plaintiffs request that this Court enter an Order substituting Rena Sokolow, as Administrator of the Estate of Sylvia Haar, in place of Sylvia Haar. The proposed Order for the requested relief is attached as Ex. "D."

Dated: August 18, 2021

Respectfully submitted,

By: /s/ *Steven M. Steingard*
KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
Zahra Dean, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

OSEN LLC
Gary M. Osen, Esq.
Ari Ungar, Esq.
Aaron Schlanger, Esq.
2 University Plaza, Suite 402
Hackensack, NJ 07601
Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

                    TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, *et al.*

    Plaintiffs,

-against-

ARAB BANK, PLC,

    Defendant.

---

Case No. 18-cv-2192 (RPK)(PK)

# NOTICE OF SUGGESTION OF DEATH

The undersigned, pursuant to Federal Rule of Civil Procedure 25(a), files this Notice of Suggestion of Death regarding the death of Plaintiff Sylvia Haar, which occurred on May 31, 2020. Simultaneously with the filing of this Notice a motion has been filed to substitute and appoint as Plaintiff Rena Sokolow, as Administrator of the Estate of Sylvia Haar.

Dated: August 18, 2021

Respectfully submitted,

By: */s/ Steven M. Steingard*
  KOHN, SWIFT & GRAF, P.C.
  Steven M. Steingard, Esq.
  Stephen H. Schwartz, Esq.
  Neil L. Glazer, Esq.
  Zahra Dean, Esq.
  1600 Market Street, Suite 2500
  Philadelphia, PA 19103
  Telephone: (215) 238-1700

  OSEN LLC
  Gary M. Osen, Esq.
  Ari Ungar, Esq.
  Aaron Schlanger, Esq.
  2 University Plaza, Suite 402
  Hackensack, NJ 07601
  Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

2

# EXHIBIT B

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

**DATE FILED** — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
May 31, 2020  09:32 AM

### CERTIFICATE OF DEATH
Certificate No. 156-20-048510

**1. DECEDENT'S LEGAL NAME:** SYLVIA HAAR
(First, Middle, Last, Suffix)

**Place Of Death**
- 2a. New York City
- 2b. Borough: Queens
- 2c. Type of Place: 1 ☒ Hospital Inpatient
- 2d. Any Hospice care in last 30 days: 3 ☒ Unknown
- 2e. Name of hospital or other facility: St. John's Episcopal Hospital

**Date and Time of Death**
- 3a. May 31 2020
- 3b. Time: 12:31 ☒ AM
- 4. Sex: Female
- 5. Date last attended by a Physician: 05/31/2020

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

Name of Medical Certifier: HAMIDREZA ZOHOORKARI
Signature: *Hamidreza Zohoorkari* (Signature Electronically Authenticated)
☒ D.O.
Address: 327 Beach 19th St Far Rockaway, NY 11691
License No. 199086
Date: MAY-31-2020

| 7a. Usual Residence State | 7b. County | 7c. City or Town | 7d. Street and Number | Apt. No. | ZIP Code | 7e. Inside City Limits? |
|---|---|---|---|---|---|---|
| New York | Queens | Far Rockaway | 833 Central Ave | Apt 3C | 11691 | 1 ☒ Yes  2 ☐ No |

**8. Date of Birth:** June 06 1926
**9. Age at last birthday:** 93 years
**10. Social Security No.:** 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

**11a. Usual Occupation:** Home Maker
**11b. Kind of business or industry:** Own Home
**12. Aliases or AKAs:** *** ***

**13. Birthplace:** Manhattan, New York
**14. Education:** 3 ☒ High school graduate or GED

**15. Ever in U.S. Armed Forces?** 2 ☒ No
**16. Marital/Partnership Status at time of death:** 6 ☒ Widowed
**17. Surviving Spouse's/Partner's Name:** *** ***

**18. Father/Parent Name:** Abraham Stein
**19. Mother/Parent Name:** Helen Gertner

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Address | Apt. No. | City & State | ZIP Code |
|---|---|---|---|---|---|
| Avrum Haar | Son | 530 Church Ave | | Woodmere, NY | 11598 |

**21a. Method of Disposition:** 1 ☒ Burial
**21b. Place of Disposition:** Montefiore Cemetery
**21c. Location of Disposition:** Springfield Gardens, New York
**21d. Date of Disposition:** 05/31/2020

**22a. Funeral Establishment:** Boulevard-Riverside Chapels (Hewlett)
**22b. Address:** 1450 Broadway  Hewlett, NY 11557

No Correction History.***

EVT202005296867


*Gretchen Van Wye*
Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

May 31, 2020

*Steven P. Schwartz*
Steven P. Schwartz, Ph.D., City Registrar

VR 15 (Rev. 01/20)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.



1 4 0 0 0 0 0 2 3 4 6 8 6

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT C

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 322568

# Surrogate's Court of the State of New York
# Queens County
## Certificate of Appointment of Administrator

File #: 2020-4732/A

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | |
|---|---|
| Name of Decedent: | **Sylvia Haar** |
| Domicile: | **Queens County** |
| Fiduciary Appointed: | **Rena Sokolow** |
| Mailing Address: | 624 Oakland Avenue<br>Cedarhurst NY  11516 |

Date of Death: **May 31, 2020**

Type of Letters Issued: **LIMITED LETTERS OF ADMINISTRATION**

Letters Issued On: **July 12, 2021**

**Limitations:** The fiduciary is prohibited and restrained from compromising any cause of action or enforcing any judgment recovered thereon WITHOUT FURTHER ORDER OF THIS COURT. The Decree entered authorizes the collection of a total of $0.00. The collection in excess of that amount must be authorized by a further Order of the Surrogate.

and such Letters are unrevoked and in full force as of this date.

Dated: July 14, 2021

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Queens County Surrogate's Court at Jamaica, New York.

WITNESS, Hon. Peter J Kelly, Judge of the Queens County Surrogate's Court.

James Lim Becker, Chief Clerk
Queens County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Queens County Surrogate's Court*

At the Surrogate's Court held in
and for the County of Queens, at
Jamaica, State of New York, on

JUL 1 2 2021

PRESENT:
HON. PETER J. KELLY, SURROGATE

In the Matter of the Application for Letters of
Administration of the Goods, Chattels and
Credits which were of the ESTATE OF

SYLVIA HAAR

a/k/a

_____ Deceased.

DECREE

File No. 2020-4732

AMENDED 7/5/21
AMENDED 3/31/21

On reading and filing the petition of RENA SOKOLOW verified the 14TH day of MARCH, 2021 praying for a decree awarding Limited Letters of Administration of the estate of the said deceased to RENA SOKOLOW or to such other person or persons who have an equal or prior right thereto, and proving also to the Surrogate the existence of all the jurisdictional facts.

And it appearing that a right of action exists, granted to the Administrator of the decedent by special provision of law or one which existed in behalf of the decedent.

And this Court being satisfied that said petitioner, RENA SOKOLOW is entitled to such Limited Letters of Administration, and is in all respects competent to act as such Administrator, does hereby decree that Limited Letters of Administration of the goods, chattels and credits of the said deceased be awarded to said petitioner, on the filing of the oath of office and otherwise qualifying as prescribed by statute, and the filing of a bond is hereby dispensed with, it is hereby

Decreed that the said Administrator is hereby restrained from collecting or receiving any fund or other property of the said decedent in excess of $ 0 Dollars without the further order of the Surrogate, made upon the filing of satisfactory security, and it is further

Decreed that said Administrator is hereby restrained from collecting or receiving any funds or property of said intestate or from compromising any action which existed in behalf of the decedent, or the enforcement of any judgment recovered therein until the further order of the Surrogate made upon filing satisfactory security, and it is further

Decreed that said Administrator is hereby restrained from compromising any action resulting from wrongful act, neglect or default causing death of decedent, or the enforcement of any judgment recovered therein until the further order of the Surrogate Court or the Court in which the action is pending pursuant to E.P.T.L 5-4.6.

_____
Surrogate

# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, *et al.* : | |
| : | Case No. 18-cv-2192 (RPK)(PK) |
| Plaintiffs, : | |
| : | |
| -against- : | |
| : | |
| ARAB BANK, PLC, : | |
| : | |
| Defendant. : | |

## **PROPOSED ORDER**

Plaintiffs' Motion for Substitution of Party Plaintiff (ECF No.    ) is GRANTED. Rena Sokolow, as Administrator of the Estate of Sylvia Haar, is hereby substituted in place of Plaintiff Sylvia Haar.

Accordingly, the Plaintiffs' caption shall be amended as follows: "Rena Sokolow, as Administrator of the Estate of Sylvia Haar."

DONE and ORDERED in Chambers at Brooklyn, New York this _____ day of _____, 2021.

_____
Rachel P. Kovner
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, *et al.* | : |
| | : Case No. 18-cv-2192 (RPK)(PK) |
| Plaintiffs, | : |
| -against- | : |
| ARAB BANK, PLC, | : |
| Defendant. | : |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on August 18, 2021, and the foregoing document will be served this day on all counsel or parties of record.

By: /s/ *Steven M. Steingard*
Steven M. Steingard