UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
                                    :
AHARON MILLER, *et al.*             :
                                    :  Case No. 18-cv-2192 (RPK)(PK)
        Plaintiffs,                 :
                                    :
        -against-                   :
                                    :
ARAB BANK, PLC,                     :
                                    :
        Defendant.                  :
_____ :

# NOTICE OF SUGGESTION OF DEATH

The undersigned, pursuant to Federal Rule of Civil Procedure 25(a), files this Notice of Suggestion of Death regarding the death of Plaintiff Rhoda Sokolow, which occurred on October 25, 2019. Simultaneously with the filing of this Notice a motion has been filed to substitute and appoint as Plaintiff Mark I. Sokolow, as Executor of the Estate of Rhoda Sokolow.

Dated:  August 18, 2021                        Respectfully submitted,

                                        By: /*s/ Steven M. Steingard*
                                            KOHN, SWIFT & GRAF, P.C.
                                            Steven M. Steingard, Esq.
                                            Stephen H. Schwartz, Esq.
                                            Neil L. Glazer, Esq.
                                            Zahra Dean, Esq.
                                            1600 Market Street, Suite 2500
                                            Philadelphia, PA 19103
                                            Telephone: (215) 238-1700

                                            OSEN LLC
                                            Gary M. Osen, Esq.
                                            Ari Ungar, Esq.
                                            Aaron Schlanger, Esq.
                                            2 University Plaza, Suite 402
                                            Hackensack, NJ 07601
                                            Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

AHARON MILLER, *et al.*                    :
                                           :     Case No. 18-cv-2192 (RPK)(PK)
              Plaintiffs,            :
                                           :
   -against-                              :
                                           :
ARAB BANK, PLC,                            :
                                           :
              Defendant.             :
_____        :

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on August 18, 2021, and the foregoing document will be served this day on all counsel or parties of record.

                                        By: /s/ *Steven M. Steingard*
                                             Steven M. Steingard