UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

AHARON MILLER, *et al.*                          :
                                                 :       Case No. 18-cv-2192 (RPK)(PK)
                            Plaintiffs,          :
                                                 :
        -against-                                :
                                                 :
ARAB BANK, PLC,                                  :
                                                 :
                            Defendant.           :
_____         :

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that upon the accompanying Motion To Substitute Mark I. Sololow as Executor of the Estate of Rhoda Sokolow in place of Rhoda Sokolow as Party Plaintiff, the undersigned will move this Court before the Honorable Rachel P. Kovner, United States District Judge, in the United States Court House, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and at such time as the Court sets, for an order of Substitution of Party Plaintiff in the above captioned case.

Dated:  August 18, 2021                          Respectfully submitted,

                                        By: /s/ *Steven M. Steingard*
                                             KOHN, SWIFT & GRAF, P.C.
                                             Steven M. Steingard, Esq.
                                             Stephen H. Schwartz, Esq.
                                             Neil L. Glazer, Esq.
                                             Zahra Dean, Esq.
                                             1600 Market Street, Suite 2500
                                             Philadelphia, PA 19103
                                             Telephone: (215) 238-1700

OSEN LLC
Gary M. Osen, Esq.
Ari Ungar, Esq.
Aaron Schlanger, Esq.
2 University Plaza, Suite 402
Hackensack, NJ 07601
Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| AHARON MILLER, *et al.* | : |
| | : |
| Plaintiffs, | : |
| | : |
| -against- | : |
| | : |
| ARAB BANK, PLC, | : |
| | : |
| Defendant. | : |
| _____ | : |

Case No. 18-cv-2192 (RPK)(PK)

**MOTION TO SUBSTITUTE MARK I. SOLOLOW, AS EXECUTOR
OF THE ESTATE OF RHODA SOKOLOW
IN PLACE OF RHODA SOKOLOW AS PARTY PLAINTIFF**

The undersigned, pursuant to Federal Rule of Civil Procedure 25(a), files this Motion for
Substitution of Party Plaintiff and respectfully requests this Court enter an order substituting Mark
I. Sokolow, as Executor of the Estate of Rhoda Sokolow, in place of Rhoda Sokolow together with
any further relief this Court deems just and proper. In support thereof, the undersigned states as
follows:

On July 5, 2018, pursuant to an Amended Complaint filed in this matter, Plaintiff Rhoda
Sokolow, with her son Mark I. Sokolow representing her as attorney-in-fact, asserted claims
against Defendant Arab Bank for aiding and abetting Foreign Terrorist Organizations in violation
of 18 U.S.C. § 2333(d); providing material support to terrorists in violation of 18 U.S.C. § 2339A
and 18 U.S.C. § 2333(a); and committing acts of international terrorism in violation of 18 U.S.C.
§ 2339B(a)(1) and 18 U.S.C. § 2333(a). Plaintiff Rhoda Sokolow passed away on October 25,
2019. A Notice of Suggestion of Death, attached as Ex. "A," has been filed and served upon
Defendant simultaneously with this motion; *see also* Death Certificate of Rhoda Sokolow, attached
as Ex. "B." Mark I. Sokolow has been appointed Executor of her estate. *See* Certificate of

Appointment of Executor, attached as Ex. "C." Mr. Sokolow is thus the proper party to be substituted for the deceased because he is the individual with the right under New York law to pursue this action. *See Garcia v. City of New York*, 2009 WL 261365, at *1 (E.D.N.Y. 2009) (either a "representative of the deceased party's estate" or a "successor of the deceased party" may be substituted for a plaintiff who has passed away). Plaintiffs accordingly request that Mark I. Sokolow, as Executor of the Estate of Rhoda Sokolow, be substituted for Rhoda Sokolow as a Plaintiff in this matter.

WHEREFORE, Plaintiffs request that this Court enter an Order substituting Mark I. Sokolow, as Executor of the Estate of Rhoda Sokolow, in place of Rhoda Sokolow. The proposed Order for the requested relief is attached as Ex. "D."

Dated:  August 18, 2021                              Respectfully submitted,

By: */s/ Steven M. Steingard*
    KOHN, SWIFT & GRAF, P.C.
    Steven M. Steingard, Esq.
    Stephen H. Schwartz, Esq.
    Neil L. Glazer, Esq.
    Zahra Dean, Esq.
    1600 Market Street, Suite 2500
    Philadelphia, PA 19103
    Telephone: (215) 238-1700

    OSEN LLC
    Gary M. Osen, Esq.
    Ari Ungar, Esq.
    Aaron Schlanger, Esq.
    2 University Plaza, Suite 402
    Hackensack, NJ 07601
    Telephone: (201) 265-6400

    ZUCKERMAN SPAEDER LLP
    Shawn P. Naunton, Esq.
    485 Madison Avenue, 10th Floor
    New York, NY 10022
    Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

AHARON MILLER, *et al.*                    :
                                           :      Case No. 18-cv-2192 (RPK)(PK)
                    Plaintiffs,            :
                                           :
      -against-                            :
                                           :
ARAB BANK, PLC,                            :
                                           :
                    Defendant.             :
_____ :

## <u>NOTICE OF SUGGESTION OF DEATH</u>

The undersigned, pursuant to Federal Rule of Civil Procedure 25(a), files this Notice of Suggestion of Death regarding the death of Plaintiff Rhoda Sokolow, which occurred on October 25, 2019. Simultaneously with the filing of this Notice a motion has been filed to substitute and appoint as Plaintiff Mark I. Sokolow, as Executor of the Estate of Rhoda Sokolow.

Dated:  August 18, 2021                    Respectfully submitted,

                                    By: */s/ Steven M. Steingard*
                                           KOHN, SWIFT & GRAF, P.C.
                                           Steven M. Steingard, Esq.
                                           Stephen H. Schwartz, Esq.
                                           Neil L. Glazer, Esq.
                                           Zahra Dean, Esq.
                                           1600 Market Street, Suite 2500
                                           Philadelphia, PA 19103
                                           Telephone: (215) 238-1700

                                           OSEN LLC
                                           Gary M. Osen, Esq.
                                           Ari Ungar, Esq.
                                           Aaron Schlanger, Esq.
                                           2 University Plaza, Suite 402
                                           Hackensack, NJ 07601
                                           Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

# EXHIBIT B

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

DATE FILED    THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
Oct 25, 2019 04:15 PM

### CERTIFICATE OF DEATH

Certificate No. **156-19-043669**

**1. DECEDENT'S LEGAL NAME** (First, Middle, Last): **RHODA SOKOLOW**

**MEDICAL CERTIFICATE OF DEATH** (To be filed in by the Physician)

| Place Of Death | 2a. New York City | 2c. Type of Place | 2d. Any Hospice care in last 30 days | 2e. Name of hospital or other facility (if not facility, street address) |
|---|---|---|---|---|
| | 2b. Borough **Queens** | 1 ☐ Hospital Inpatient  4 ☐ Nursing Home/Long Term Care Facility  5 ☐ Hospice Facility  2 ☐ Emergency Dept/Outpatient  6 ☐ Decedent's Residence  3 ☐ Dead on Arrival  7 ☐ Other Specify ___ | 1 ☐ Yes  2 ☐ No  3 ☐ Unknown | **St. John's Episcopal Hospital** |

| 3a. Date and Time of Death | (Month) **October** | (Day) **25** | (Year-yyyy) **2019** | 3b. Time **7:47** ☒ AM ☐ PM | 4. Sex **Female** | 5. Date last attended by a Physician  mm **10**  dd **25**  yyyy **2019** |
|---|---|---|---|---|---|---|

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. **See instructions on reverse of certificate.**

Name of Physician (Type or Print): **ERIC MBEDI**

Signature: *Eric Mbedi* ☐ D.O. ☒ M.D.
Signature Electronically Authenticated

Address: **327 Beach 19th St Far Rockaway, NY 11691**

License No. **210407**    Date **OCT-25-2019**

**PERSONAL PARTICULARS** (To be filed in by Funeral Director or, in case of City Burial, by Physician)

| 7a. Usual Residence State **New York** | 7b. County **Nassau** | 7c. City or Town **Lawrence** | 7d. Street and Number **2 Herrick Dr** | Apt. No. **Apt 2E** | ZIP Code **11559** | 7e. Inside City Limits? 1 ☐ Yes 2 ☒ No |
|---|---|---|---|---|---|---|

| 8. Date of Birth (Month) **February** | (Day) **02** | (Year-yyyy) **1936** | 9. Age at last birthday (years) **, 83** | Under 1 Year  Months ***  Days *** | Under 1 Day  Hours ***  Minutes *** | 10. Social Security No. **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** |
|---|---|---|---|---|---|---|

| 11a. Usual Occupation (Type of work done during most of working life; Do not use "retired") **Home Maker** | 11b. Kind of business or industry **Own Home** | 12. Aliases or AKAs  *** *** |
|---|---|---|

| 13. Birthplace (City & State or Foreign Country) **New York, NY** | 14. Education (Check the box that best describes the highest degree or level of school completed at the time of death) 1 ☐ 8th grade or less; none  2 ☐ 9th – 12th grade; no diploma  3 ☐ High school graduate or GED  4 ☐ Some college credit; but no degree  5 ☐ Associate degree (e.g. AA, AS)  6 ☒ Bachelor's degree (e.g. BA, BS)  7 ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA)  8 ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD) |
|---|---|

| 15. Ever in U.S. Armed Forces? 1 ☐ Yes 2 ☒ No | 16. Marital/Partnership Status at time of death 1 ☒ Married  2 ☐ Domestic Partnership  3 ☐ Divorced  4 ☐ Married, but separated  5 ☐ Never Married  6 ☐ Widowed  7 ☐ Other, Specify ___  8 ☐ Unknown | 17. Surviving Spouse's/Partner's Name (if wife, name prior to first marriage)(First, Middle, Last) **Herbert Richtman** |
|---|---|---|

| 18. Father's Name (First, Middle, Last) **Aaron Seif** | 19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last) **Alice Septimus** |
|---|---|

| 20a. Informant's Name **Mark Sokolow** | 20b. Relationship to Decedent **Son** | 20c. Address (Street and Number **624 Oakland Ave Cedarhurst, NY** | Apt. No. | City & State | ZIP Code) **11516** |
|---|---|---|---|---|---|

| 21a. Method of Disposition 1 ☒ Burial  2 ☐ Cremation  3 ☐ Entombment  4 ☐ City Cemetery  5 ☐ Other Specify ___ | 21b. Place of Disposition (Name of cemetery, crematory, other place) **Beth David Cemetery** |
|---|---|

| 21c. Location of Disposition (City & State or Foreign Country) **Elmont, NY** | 21d. Date of Disposition  mm **10**  dd **27**  yyyy **2019** |
|---|---|

| 22a. Funeral Establishment **Boulevard-Riverside Chapels(Hewlett)** | 22b. Address (Street and Number **1450 Broadway Hewlett, NY 11557** | City & State | ZIP Code) |
|---|---|---|---|

No Correction History.***

VR-15 (Rev. 01/09)

EVT201910496316

*Gretchen Van Wye*
Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

October 26, 2019

*Steven P. Schwartz*
Steven P. Schwartz, Ph.D., City Registrar

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.



Y 0 1 4 5 2 7 9 8

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT C

# Surrogate's Court of the County of Nassau

On the Date Written Below LETTERS TESTAMENTARY were granted by the Surrogate's Court of Nassau County, New York as follows:

**File #:  2019-4347/A**

Date of Death: 10-25-2019

Name of Decedent:   **Rhoda Sokolow**
                    AKA  **Rhoda Richtman**

Domicile:           **Nassau County**

Type of Letters Issued:   **LETTERS TESTAMENTARY**

Fiduciary Appointed:   **Mark I Sokolow**
                       624 Oakland Avenue
                       Cedarhurst NY  11516

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated:  May 25, 2021

IN TESTIMONY WHEREOF,  the seal of the Nassau County Surrogate's Court has been affixed.

WITNESS, Hon Margaret C. Reilly, Judge of the Nassau County Surrogate's Court

_Debra Keller Leimbach, Chief Clerk_

*These Letters are Not Valid Without the Raised Seal of the Nassau County Surrogate's Court*

NOTICE:  Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name.  All funds must be deposited in the name of fiduciary and to the credit of the estate.  Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such such change may result in the suspension or revocation of letters.

**FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.**

C20 (Rev. 1/07)

Certificate# 291720

# Surrogate's Court of the State of New York
# Nassau County

File#: 2019-4347/A

## Certificate of Appointment of Executor

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** **Rhoda Sokolow**
aka   Rhoda Richtman

Date of Death:         October 25, 2019

Domicile:               Nassau County

Fiduciary Appointed:  **Mark I Sokolow**
624 Oakland Avenue
Cedarhurst NY  11516

Letters Issued:         LETTERS TESTAMENTARY

Letters Issued On:    May 25, 2021

and such Letters are unrevoked and in full force as of this date.

**Dated: May 25, 2021**
**Mineola, New York**

**IN TESTIMONY WHEREOF, the seal of the Nassau County Surrogate's Court has been affixed.**

**WITNESS, Honorable Margaret C. Reilly, Judge of the Nassau County Surrogate's Court.**

**Debra Keller Leimbach, Chief Clerk**
**Nassau County Surrogate's Court**

*This Certificate is Not Valid Without the Raised Seal of the Nassau County Surrogate's Court and expires 6 months from the issue date of this certificate, unless otherwise stated above.*

# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| AHARON MILLER, *et al.* | : | |
| | : | Case No. 18-cv-2192 (RPK)(PK) |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| ARAB BANK, PLC, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **PROPOSED ORDER**

Plaintiffs' Motion for Substitution of Party Plaintiff (ECF No.        ) is GRANTED.

Mark I. Sokolow, as Executor of the Estate of  Rhoda Sokolow, is hereby substituted in place of

Plaintiff Rhoda Sokolow.

Accordingly, the Plaintiffs' caption shall be amended as follows: "Mark I. Sokolow, as

Executor of the Estate of Rhoda Sokolow."

DONE and ORDERED in Chambers at Brooklyn, New York this _____ day of _____,

2021.

_____
Rachel P. Kovner
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

AHARON MILLER, *et al.*                        :
                                               :     Case No. 18-cv-2192 (RPK)(PK)
                             Plaintiffs,        :
                                               :
          -against-                            :
                                               :
ARAB BANK, PLC,                                :
                                               :
                             Defendant.         :
_____ :

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the

Court using the CM/ECF system on August 18, 2021, and the foregoing document will be served this

day on all counsel or parties of record.

By: /s/ *Steven M. Steingard*
    Steven M. Steingard