

**DLA Piper LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Brett Ingerman
brett.ingerman@dlapiper.com
T  410.580.4177
F  410.580.3177

August 20, 2021
*VIA ECF*

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**   *Miller, et al. v Arab Bank, PLC 1:18-CV-02192 (BMC)(PK)*

Dear Magistrate Judge Kuo:

    We write on behalf of Defendant Arab Bank, PLC ("Arab Bank") in the above-captioned matter to notify the Court that Arab Bank does not oppose Plaintiff's Motion To Substitute Rena Sokolow, as Administrator of the Estate of Sylvia Haar in place of Sylvia Haar as Party Plaintiff (ECF No. 68) or Plaintiff's Motion To Substitute Mark I. Sololow as Executor of the Estate of Rhoda Sokolow in place of Rhoda Sokolow as Party Plaintiff (ECF No. 70).

                                                                                     Respectfully submitted,

                                                                                    /s/ *Brett Ingerman*
                                                                                     Brett Ingerman

cc:     All Counsel