UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al. | : |
|  | : |
| Plaintiffs, | :   Case No. 18-cv-2192 (RPK)(PK) |
|  | : |
| -against- | : |
|  | : |
| ARAB BANK, PLC, | : |
|  | : |
| Defendant. | : |
|  | : |

# NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Aaron Schlanger, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to him at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

By:  /s/ Aaron Schlanger
Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
(201) 265-6400