UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____
                                   :
AHARON MILLER, et al.              :
                                   :
            Plaintiffs,            :   Case No. 18-cv-2192 (RPK)(PK)
                                   :
     -against-                     :
                                   :
ARAB BANK, PLC,                    :
                                   :
            Defendant.             :
_____:

# NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Gary M. Osen, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to him at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

                          By:   /s/ Gary M. Osen
                                Gary M. Osen
                                OSEN LLC
                                190 Moore Street, Suite 272
                                Hackensack, NJ 07601
                                (201) 265-6400