UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, et al.                                  :
                                                       :
                            Plaintiffs,                :        Case No. 18-cv-2192 (RPK)(PK)
                                                       :
            -against-                                  :
                                                       :
ARAB BANK, PLC,                                        :
                                                       :
                            Defendant.                 :
                                                       :

---

## NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Cindy T. Schlanger, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to her at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

                                    By:    /s/ Cindy T. Schlanger
                                           Cindy T. Schlanger
                                           OSEN LLC
                                           190 Moore Street, Suite 272
                                           Hackensack, NJ 07601
                                           (201) 265-6400