UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al. | : |
| | : |
| Plaintiffs, | :  Case No. 18-cv-2192 (RPK)(PK) |
| | : |
| -against- | : |
| | : |
| ARAB BANK, PLC, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF CHANGE OF ADDRESS**

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Ari Ungar, who has previously appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and orders in the above-captioned action be sent to him at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

By:  /s/ Ari Ungar
Ari Ungar
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
(201) 265-6400