UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

AHARON MILLER, et al.                          :
                                               :
                    Plaintiffs,                :     Case No. 18-cv-2192 (RPK)(PK)
                                               :
        -against-                              :
                                               :
ARAB BANK, PLC,                                :
                                               :
                    Defendant.                 :
_____            :

## NOTICE OF CHANGE OF ADDRESS

To: The Clerk of Court and all parties of record:

Please take notice that, effective immediately, Michael J. Radine, who has previously

appeared on behalf of Plaintiffs in the above-captioned action, requests that all notices, pleadings, and

orders in the above-captioned action be sent to him at the following new address:

> OSEN LLC
> 190 Moore Street, Suite 272
> Hackensack, NJ 07601
> (201) 265-6400

Dated: August 26, 2021

                                    By:    /s/ Michael J. Radine
                                           Michael J. Radine
                                           OSEN LLC
                                           190 Moore Street, Suite 272
                                           Hackensack, NJ 07601
                                           (201) 265-6400