UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, *et al.*,

        Plaintiff,

- v -

ARAB BANK, PLC,

        Defendant.

1:18-CV-02192 (RPK)(PK)

Notice of Motion to Admit Counsel *Pro Hac Vice*

---

    PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Court for the Eastern District of New York, I, Jonathan D. Siegfried, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        COURTNEY G. SALESKI
        DLA Piper LLP (US)
        One Liberty Plaza
        1650 Market Street
        Philadelphia, PA 19103-7300
        Suite 5000
        Tel: (215) 656-3300
        Fax: (215) 656-3301
        courtney.saleski@us.dlapiper.com

    Courtney G. Saleski is a member in good standing of the bars of the States of New Jersey, Pennsylvania, and Washington, D.C. Certificates of Good Standing for Courtney G. Saleski from each of these jurisdictions are attached hereto.

    There are no pending disciplinary proceedings against Courtney G. Saleski in any State or Federal court.

|  |  |
|---|---|
| Dated: January 7, 2022 | Respectfully submitted,<br><br>/s/*Jonathan D. Siegfried*<br>Jonathan D. Siegfried<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Tel: (212) 335-4500<br>jonathan.siegfreid@us.dlapiper.com |