UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AHARON MILLER, *et al.*,
Plaintiff,
- v -
ARAB BANK, PLC,
Defendant.
-----------------------------------------------------------X

1:18-CV-02192 (RPK)(PK)
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Courtney G. Saleski__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __DLA Piper LLP (US)__ and a member in good standing of the bar(s) of the State(s) of __New Jersey, Pennsylvania, and Washington, D.C.__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for

__Arab Bank, PLC_____. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: __January 7, 2022__

Respectfully submitted,

[signature]
_____
Signature of Movant
Firm Name __DLA Piper LLP (US)__
Address __One Liberty Place__
__1650 Market Street, Philadelphia, PA 19103-7300, Suite 5000__
Email __Courtney.Saleski@us.dlapiper.com__
Phone __(215) 656-3300__