UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
AHARON MILLER, et al.,

                       Plaintiff(s),

    v.

ARAB BANK, PLC,

                       Defendant(s).
--------------------------------------------------------

1:18-CV-02192 (RPK)(PK)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Courtney G. Saleski _____, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner ▼ with the law firm of DLA Piper LLP (US) _____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New Jersey, Pennsylvania, and Washington, D.C. _____.
4. There are no pending disciplinary proceedings against me in any state or federal court True ▼
5. I Have not ▼ been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not ▼ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:18-CV-02192 (RPK)(PK) for Defendant, Arab Bank, PLC _____.

Date 1/7/22 _____
Philadelphia _____, PA ▼

**NOTARIZED**

_____
Signature of Movant
Firm Name DLA Piper LLP (US) _____
Address One Liberty Place _____
1650 Market Street, Philadelphia, PA 19103-7300
Suite 5000
Email Courtney.Saleski@us.dlapiper.com
Phone (215) 656-3300