UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AHARON MILLER, *et al.*, <br><br> Plaintiff, <br><br> - v - <br><br> ARAB BANK, PLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : 1:18-CV-02192 (RPK)(PK) <br> : <br> : <br> : <br> : |
| NATHAN PAM, *et al.*, <br><br> Plaintiff, <br><br> - v - <br><br> ARAB BANK, PLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : 1:18-CV-04679 (RPK)(PK) <br> : <br> : <br> : <br> : |

## **DECLARATION OF COURTNEY G. SALESKI**

I, Courtney G. Saleski, am a member in good standing of the bar of the states of New Jersey, Pennsylvania, and Washington, D.C., as shown in the true and correct copies of the respective Certificates of Good Standing annexed hereto. I submit this declaration in support of my Motions to Admit Counsel *Pro Hac Vice* in the above captioned actions.

As a result of exposure to Covid-19 on Sunday, January 2, 2022, I am required to quarantine, and as such, unable to obtain the notarization of my Affidavits in Support of my Motions to Admit Counsel *Pro Hac Vice*. I attempted to work with a mobile notary service remotely, however due to technical difficulties, I was unable to do so successfully. On Thursday, January 6, 2022, my office consulted with a staff member from your Honor's chambers and was told a declaration explaining these extenuating circumstances in lieu of notarization, would suffice. I can provide notarized copies of my affidavits at a future date once my quarantine period is over, if so requested.

I swear under penalty of perjury that the above is accurate and true.

Dated: January 7, 2022

Respectfully submitted,

/s/*Courtney Saleski*
Courtney Saleski
DLA Piper LLP (US)
One Liberty Plaza
1650 Market Street
Philadelphia, PA 19103-7300
Suite 5000
Tel: (215) 656-3300
Fax: (215) 656-3301
courtney.saleski@us.dlapiper.com