

**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Courtney Gilligan Saleski
Courtney.Saleski@dlapiper.com
T  215.656.2431
F  215.606.2046

January 7, 2022

*VIA ECF*

Hon. Rachel P. Kovner
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** Letter re Motion to Admit *Pro Hac Vice* and Request to Waive Notarization Requirement Due to Extenuating Circumstances
<u>*Miller, et al. v. Arab Bank*, *PLC*, *No. 1:18-CV-02192 (RPK) (PK) (E.D.N.Y.)*</u>

**Dear Judge Kovner:**

I am writing to request a waiver for the notarization requirement pursuant to Local Civil Rule 1.3 regarding *Pro Hac Vice* attorney admission.  As stated in my attached Declaration, I was exposed to Covid-19, and as such, am unable to meet with a notary in person.  Attempts were made to work with a mobile notary remotely, but due to technical difficulties I was unable to do so.  If so ordered by the Court, I can provide notarized copies once my quarantine period has passed.

Best regards,

**DLA Piper LLP (US)**

Courtney Gilligan Saleski
Partner
*Courtney.Saleski@us.dlapiper.com*