

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Courtney G. Saleski, Esq.*

DATE OF ADMISSION

*December 19, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 8, 2021

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk