AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| AHARON MILLER, *et al.*, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-CV-02192 (RPK)(PK) |
| ARAB BANK, PLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARAB BANK, PLC.

Date: January 11, 2022

*Attorney's signature*

Courtney G. Saleski
*Printed name and bar number*

DLA Piper LLP (US)
One Liberty Plaza
1650 Market Street
Philadelphia, PA 19103-7300
*Address*

courtney.saleski@us.dlapiper.com
*E-mail address*

(215) 656-3300
*Telephone number*

(215) 656-3301
*FAX number*