

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Brett Ingerman
brett.ingerman@dlapiper.com
T  410.580.4177
F  410.580.3177

February 3, 2022
*Via ECF*

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Miller et al. v. Arab Bank plc* **(Case No. 1:18-cv-02192-RPK-PK);** *Pam et al. v. Arab Bank plc* **(Case No. 1:18-cv-04670-RPK-PK), Joint Motion to Establish Page Limits**

Your Honor:

On behalf of Plaintiffs and Defendant Arab Bank, plc in the above-captioned action, the parties jointly write to request an order establishing the page limits set forth below for briefing on Defendant's Motion for Protective Order pursuant to this Court's order at the January 20, 2022 conference. At Your Honor's request, the briefing will address both the scope of Plaintiffs' discovery requests under Federal Rule of Civil Procedure 26 and bank secrecy. In light of no established page limits for discovery motions in the Court's Individual Practice Rules and to permit the parties to fully address both the scope of discovery under Rule 26 and bank secrecy in one motion, the parties respectfully request the following page limits:

- Defendant's Motion for Protective Order: 50 Pages;
- Plaintiffs' Opposition: 50 Pages;
- Defendant's Reply: 20 Pages; and
- Plaintiffs' Surreply: 15 Pages.

We thank you for your attention to this matter.

Respectfully submitted,

Brett Ingerman

CC: All Counsel of Record (via ECF)

So Ordered:

*Peggy Kuo*
_____
Hon. Judge Peggy Kuo