UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------

AHARON MILLER, et al.,

                Plaintiffs,

- v -

ARAB BANK, PLC,

                Defendants.
---------------------------------------------------------------

Case No. 1:18-cv-02192-RPK-PK

**NOTICE OF MOTION FOR A PROTECTIVE ORDER**

NATHAN PAM, et al.,

                Plaintiffs,

- v -

ARAB BANK, PLC,

                Defendants.
---------------------------------------------------------------

Case No. 1:18-cv-04670-RPK-PK

### NOTICE OF DEFENDANT ARAB BANK PLC's MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of its Motion for a Protective Order, and the declarations affixed thereto; and such other matters as may be presented at the hearing on this Motion or prior to the Court's decision thereon; Defendant Arab Bank, PLC will move this Court, before the Honorable Peggy Kuo, in Courtroom 11C South, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be set by the Court, for a Protective Order pursuant to Fed. R. Civ. P. 26(c).

Dated:  March 4, 2022                                       Respectfully submitted,

                                                                                 **DLA Piper LLP (US)**

                                            By: /s/ *Jonathan D. Siegfried*
                                                     Jonathan D. Siegfried
                                                     Andrew J. Peck
                                                     1251 Avenue of the Americas
                                                     New York, New York 10020
                                                     (212) 335-4500
                                                     jonathan.siegfried@us.dlapiper.com
                                                     andrew.peck@us.dlapiper.com

                                                     Courtney G. Saleski (admitted *pro hac vice*)
                                                     1650 Market Street
                                                     Suite 4900
                                                     Philadelphia, PA 19103
                                                     (215) 656-2431
                                                     courtney.saleski@dlapiper.com

                                                     Brett Ingerman
                                                     6225 Smith Avenue
                                                     Baltimore, MD 21209
                                                     (410) 580-4177
                                                     brett.ingerman@dlapiper.com