# Exhibit 9

**SPECIAL INVESTIGATION COMMISSION**
**Fighting Money Laundering & Terrorism Financing**
**Banque du Liban**

November 11, 2020     Beirut

Reference:  Your letter number 8/RM/O dated September 28, 2020
Number 3430/H.T./20/G92


Mr. General Manager
Arab Bank SMH

Subject:  Notice of Decision

In reference to your letter mentioned above
we are attaching herewith a confirmed copy of the decision of the Special Investigation Commission number 1/4/20/2020 dated November 5, 2020.


Respectfully,

[signature]
Abdel Hafiz Mansour
General Secretary
Special Investigation Commission

**SPECIAL INVESTIGATION COMMISSION**
**Fighting Money Laundering & Terrorism Financing**
**Banque du Liban**

**Confidential**

November 5, 2020     Beirut

Reference: Matter number G92

Decision number: 1/4/20/2020

The Special Investigation Commission
after review of the report of the Secretary General of the "Commission" number 3082/H.T/20 dated September 10, 2020,
and after deliberation,
they unanimously decided:
"Informing Arab Bank SMH that the request regarding the subject of its letter number 8/RM/0 dated September 28, 2020 is subject to the provisions of the law on bank secrecy dated September 3, 1956, and as such it cannot supply the courts in the United States with the documentation and the information requested only in circumstances stated in the law.

Decision rendered on November 5, 2020

[signature]
Riad Toufic Salame
Chairman of the "Commission"
Governor of the Central Bank

Copy to the concerned bank

                                                        Seal of SIC
                                                        November 11, 2020
                                                        No. 4760/20

SPECIAL INVESTIGATION COMMISSION
Fighting Money Laundering & Terrorism Financing
Banque du Liban



هيئــة التحقيــق الخاصــة
مكافحة تبييض الأموال وتمويل الإرهاب
مصرف لبنان

بيروت في ١٢/١١/٢٠٢٠

المرجع: كتابكم رقم 8/RM/O تاريخ ٢٨/٩/٢٠٢٠
الرقم : ٣٤٣٠/هـ.ت/٢٠/ 92/G

حضرة مدير عام
البنك العربي ش.م.ع

الموضوع: <u>إبلاغ قرار</u>

بالاشارة الى كتابكم المبين في المرجع أعلاه،

نودعكم ربطاً نسخة طبق الأصل عن قرار هيئة التحقيق الخاصة رقم ١/٤/٢٠/٢٠٢٠ تاريخ ٥/١١/٢٠٢٠.

وتفضلوا بقبول الاحترام

**عبد الحفيظ منصور**
أمين عام
هيئة التحقيق الخاصة

دد-ن/هـ

ص ب: ١١-٥٥٤٤ بيروت، لبنان – هاتف: ٧٠١ ٧٥٦ ١ (٩٦١) – فاكس: ٩٩٩ ٧٤٣ ١ (٩٦١)
P O Box: 11-5544 Beirut, Lebanon – Tel : (961) 1 756 701 – Fax : (961) 1 743 999
www.sic.gov.lb



د ١ - ١

| SPECIAL INVESTIGATION COMMISSION | هيئــة التحقيــق الخاصــة |
| Fighting Money Laundering & Terrorism Financing | مكافحة تبييض الأموال وتمويل الإرهاب |
| Banque du Liban | مَصرِف لبْنَان |

**سرّي**

بيروت، في ٢٠٢٠/١١/٥

<u>المرجع</u>: القضية رقم G92

<u>قرار رقم</u>: ١/٤/٢٠/٢٠٢٠

إنَّ "هيئة التحقيق الخاصة"،

بعد الاطلاع على تقرير أمين عام "الهيئة" رقم ٣٠٨٢/هـ.ت/٢٠ تاريخ ٢٠٢٠/١٠/٩،

وبعد المُذاكرة،

قرّرت بالإجماع:

"افادة البنك العربي ش.م.ع. ان طلبه موضوع كتابه رقم 8/RM/O تاريخ ٢٠٢٠/٩/٢٨ يخضع لاحكام قانون سرية المصارف تاريخ ١٩٥٦/٩/٣، وبالتالي لا يمكنه تزويد المحاكم في الولايات المتحدة الاميركية بالمستندات والمعلومات المطلوبة الا في الحالات المنصوص عليها في القانون."

- قرار اتخذ بتاريخ ٢٠٢٠/١١/٥

رئيس "الهيئة"
حاكم مصرف لبنان

رياض توفيق سلامه

- نسخة الى المصرف المعني

هيئة التحقيق الخاصة
الـــوارد
11 NOV 2020
رقم ...............

أمانة سر رئيس "الهيئة"

ص ب ١١-٥٥٤٤ بيروت، لبنان - هاتف: ٧٠١ ٧٥٦ ١ (٩٦١) - فاكس: ٩٩٩ ٧٤٣ ١ (٩٦١)
P O Box: 11-5544 Beirut, Lebanon – Tel : (961) 1 756 701 – Fax : (961) 1 743 999
www.sic.gov.lb

ن م



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents above have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | 11-11-20 Response from Lebanon SIC CBL w English |
| Source Language(s): | Arabic |
| Target Language(s): | English |

*Authorized Signature:*

Crystal Dai (Mar 3, 2022 16:42 CST)

| | |
|---|---|
| *Name:* | *Crystal Dai* |
| *Title:* | *Senior Project Manager* |
| *Date:* | *March 3, 2022* |

Reason for signature: I approve the accuracy of this document content as written