# Exhibit 10

Ref: 10/1/15991
Date: 5/Rabi' Al Awal/1443
Date: 12/October/2021

The Chairman of the Board of Directors of Arab Bank
General Management/Amman

In reference to your two letters Ref (4/LED) dated March 12, 2020 and Ref (4/LED) dated October 3, 2021 in which you request a response on the Judicial Assistance Request attached thereto and issued by Magistrate Judge Peggy Kuo, the Judge in the Eastern District of New York in the United States of America dated January 29, 2020, in relation to the lawsuit filed against Arab Bank (Miller and Pam) in the United States of America, which is addressed to His Excellency the Minister of Justice with a copy to us.

Moreover, after reviewing the content of the request attached to the above-mentioned two letters, we wish to inform you of the following:-

1. The Central Bank of Jordan cannot approve the request mentioned in the attachment of your above-mentioned two letters since approving it is considered a violation of the provisions of the Banking Law and is outside the scope of the Central Bank.

2. In addition, lifting the requested secrecy does not fall within the cases mentioned in Article (74) of the Banking Law which are considered exceptions to the bank secrecy provisions mentioned in Articles (72, 73) of the Banking Law.

3. Furthermore, your disclosure of bank secrecy as mentioned in the request shall subject your Bank to imposing a penalty or a measure or more of penalties and measures mentioned in Article (88) of the Banking Law.

4. Additionally, Article (75) of the Banking Law punishes by imprisonment and fine on every administrative (employee in the bank) who violates Article (72, 73) of the same Law.

5. Also, lifting bank secrecy may subject your Bank to legal liability for compensation.

Best regards,

Governor
Dr. Ziad Fariz

**Note the letter contains a receipt stamp by Arab Bank plc/Legal Department dated October 21, 2021.**

نموذج (1/1/01/11)

بسم الله الرحمن الرحيم



البنك العربي ش م ع / الدائرة القانونية
تاريخ الاستلام ٧ تشرين الأول ٢٠٢١

الرقـــم: 1/10/
التاريخ: 5/ ربيع الاول/ 1443 هـ
الموافق: 12/ تشرين اول/ 2021 م

15991

سعادة رئيس مجلس إدارة البنك العربي المحترم
الإدارة العامة / عمان

تحية طيبة وبعد ،،،

إشارة إلى كتابيكم رقم (4/إ ش ق) تاريخ 2020/3/12 ورقم (4/إ ش ق) تاريخ 2021/10/3 واللذين تطلبون بموجبهما الإجابة على طلب المساعدة القضائية المرفق طيهما والصادر عن قاضية الاستكشاف الفاضلة بيجي كو، القاضية في محكمة المقاطعة للمنطقة الشرقية من نيويورك في الولايات المتحدة الأمريكية المؤرخ في 2020/1/29 والمتعلق بالدعوى المقامة ضد البنك العربي (ميلر وبام) في الولايات المتحدة الأمريكية والموجه إلى معالي وزير العدل في المملكة الأردنية الهاشمية ونسخة منه إلينا.

وبعد الاطلاع على مضمون الطلب المرفق طي كتابيكم المشار اليهما أعلاه أرجو إعلامكم بما يلي:

1- ليس بإمكان البنك المركزي الأردني تلبية الطلب الوارد في مرفق كتابيكم أعلاه لأن تلبيته تعتبر مخالفة لأحكام قانون البنوك، وخارجة عن نطاق اختصاص البنك المركزي.

2- كما وأن كشف السرية الذي تطلبون لا يقع تحت أي من الحالات المنصوص عليها في المادة (74) من قانون البنوك والتي تعتبر استثناء من أحكام السرية المصرفية المنصوص عليها في المادتين (72، 73) من قانون البنوك.

3- بالإضافة إلى أن كشفكم للسرية المصرفية على الوجه المبين في الطلب يعرض مصرفكم لتوقيع عقوبة أو إجراء أو أكثر من العقوبات والإجراءات المنصوص عليها في المادة (88) من قانون البنوك.

4- بالإضافة إلى أن المادة (75) من قانون البنوك تعاقب بالحبس والغرامة كل إداري (موظف في البنك) يخالف أحكام المادتين (72، 73) من ذات القانون.

5- كما أن كشفكم للسرية المصرفية يمكن أن يعرض مصرفكم للمساءلة القانونية بالتعويض.

وتفضلوا بقبول فائق الاحترام والتقدير،،،

المحافظ
د. زياد فريز

ص ب 37 ● عمان ●11118●الاردن ● هاتف 4630301 ● فاكس 4638889● بريد الكتروني info@cbj.gov.jo ● موقع الكتروني www.cbj.gov.jo

**TRANSPERFECT**

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents above have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):        CBJ Response (with Eng)

Source Language(s):  Arabic

Target Language(s):  English

*Authorized Signature:*

Crystal Dai (Mar 3, 2022 16:42 CST)

*Name:*   *Crystal Dai*

*Title:*  *Senior Project Manager*

*Date:*   *March 3, 2022*

Reason for signature: I approve the accuracy of this document content as written