# Exhibit 13



ENGLISH

# B'Tselem's database provides statistics on two topics:

## HOUSE DEMOLITIONS

DATA ON PALESTINIAN-OWNED STRUCTURES ISRAEL DEMOLISHED IN THE WEST BANK (INCLUDING EAST JERUSALEM) AND IN THE GAZA STRIP.

## FATALITIES

DATA ON INDIVIDUALS KILLED IN THE CONFLICT BETWEEN ISRAEL AND THE PALESTINIANS SINCE THE BEGINNING OF THE SECOND INTIFADA – IN ISRAEL AND IN THE OCCUPIED TERRITORIES.





