# Exhibit 16

# Countering the Financing of Terrorism

**Edited by Thomas J. Biersteker and Sue E. Eckert**



Routledge
Taylor & Francis Group
LONDON AND NEW YORK

# Terrorism, charities, and diasporas

## Contrasting the fundraising practices of Hamas and al Qaeda among Muslims in Europe[1]

*Jeroen Gunning*

Since 11 September, links between "Islamic charities" in the West and organizations categorized as "terrorist" in the Middle East have come under intense scrutiny. Dozens of charities with alleged ties to al Qaeda have had their assets frozen in an unprecedented international clampdown Most prominently, family members of the 11 September victims have sued six charities and their subsidiaries in a $116 trillion lawsuit for their alleged role in financing the 11 September attacks.[2]

The allegation that those involved in political violence use charities, or more broadly non-profit organizations, to raise or channel money is not new. The Provisional Irish Republican Army, the Palestine Liberation Organization, Hamas, Hezbollah, the Tamil Tigers, and others have been similarly accused.[3] The notion of fighting "terrorism" by targeting charities believed to be channeling funds to those perpetrating terroristic acts is similarly well established. What distinguishes the current situation from previous ones is the increased commitment of the international community, as embodied in United Nations Security Council 1373, which demands that Member States "prevent and suppress the financing of terrorist acts," and the increased use of legally binding lists to blacklist accused organizations and charities.[4]

What further distinguishes the current situation is the apparently exclusive focus of the international community on "Islamic charities," defined as charities involving a predominance of Muslims in staff and recipients,[5] and specifically on Islamic charities affiliated with two groups: al Qaeda and the Palestinian resistance movement Hamas. Both the Bank of England's "Consolidated List of Financial Sanctions Targets in the UK" and the European Union's "List of Persons and Entities Subject to Financial Sanctions" included, at the time of writing, some 20 charities thought to be affiliated with al Qaeda and affiliates (the number fluctuates somewhat depending on how one delineates a "charity"), and two with alleged links to Hamas.[6] No other charities were listed in relation to non-state "terrorist-designated"

94  *Jeroen Gunning*

organizations – even though both lists included both non-Muslim and other Muslim entities.[7]

Al Qaeda's inclusion on the list of those using charitable "fronts" is not surprising given claims by terrorism experts and intelligence services that "the most important source of al-Qaeda's money is its continuous fundraising efforts" through a worldwide charitable network.[8] The inclusion of Hamas is similarly predictable given the widespread belief among intelligence services that the organization raises much of its funding through charitable "fronts" in the West.[9] Even the fact that only Islamic charities with a predominantly Islamist disposition – where "Islamist" refers to the political ideology that advocates Islam as the blueprint for political society – are listed is predictable, given that an Islamist organization attacked the United States and thereby triggered the "war on terror."

Closer observation, however, raises the serious question of why, if the abuse of charities is so widespread, so few charities have been found guilty of funding terrorism. When considering Islamic charities registered in Europe (as opposed to those operating internationally from non-European countries, such as Saudi Arabia, Somalia, or Pakistan), the divergence between the view that al Qaeda and Hamas raise much of their "resistance" funds through European-based Islamic charities and the actual number of charities identified by European governments raises questions about the true extent of the use of charities by targeted organizations. Narrowing our focus to the United Kingdom (or, more precisely, England and Wales)[10] and the Netherlands – two key European states that have been regularly linked with al Qaeda and Hamas fundraising activities[11] – we find that only two charities have been found guilty of funding al Qaeda, only four of having trustees with links to al Qaeda, and only one of funding Hamas. Of these, all charities found guilty of funding terrorism are registered in the Netherlands.[12] This disjuncture is particularly striking when evaluating the claim that al Qaeda has infiltrated one-fifth of all Islamic charities[13] – which, even if we limit ourselves to the jurisdictions of England and Wales and the Netherlands, would amount to some 2,000 charities (if the rough estimate that there are in the order of 10,000 Islamic charities in these two jurisdictions is correct).[14]

Contrary to this expectation, only one Europe-based charity, admittedly with various national branches, has been found guilty of funding Hamas's resistance wing.[15] This low figure, coupled with the fact that the accusations against this charity appear to revolve around providing money to the relatives of suicide operations rather than funding the armed struggle directly,[16] calls into question the validity of the claim that Hamas raises substantial amounts of capital for its resistance activities (as opposed to its charitable network) through charitable fronts.

Though the number of successful court cases and, in the case of the UK, Charity Commission investigations is of course not necessarily the same as the number of charities actually involved in such fundraising, it serves as a proxy on the basis of which one can arguably predict at least the order of

ded both non-Muslim and other

using charitable "fronts" is not
ind intelligence services that "the
ey is its continuous fundraising
vork.[8] The inclusion of Hamas is
elief among intelligence services
ling through charitable "fronts"
: charities with a predominantly
rs to the political ideology that
society - are listed in predictable,
t the United States and thereby

serious question of why, if the
arities have been found guilty of
c charities registered in Europe
y from non-European countries,
the divergence between the view
teir "resistance" funds through
tual number of charities identi-
ins about the true extent of the
rrowing our focus to the United
Wales)[10] and the Netherlands –
larly linked with al Qaeda and
t only two charities have been
of having trustees with links to
'these, all charities found guilty
therlands.[12] This disjuncture is
m that al Qaeda has infiltrated
en if we limit ourselves to the
Netherlands, would amount to
that there are in the order of
ins is correct).[14]

ope-based charity, admittedly
nd guilty of funding Hamas's
h the fact that the accusations
roviding money to the relatives
armed struggle directly,[16] calls
nas raises substantial amounts
sed to its charitable network)

:s and, in the case of the UK,
:e not necessarily the same as
ich fundraising, it serves as a
predict at least the order of

magnitude of the number of charities involved. In addition, despite intense international scrutiny, the number of collapsed court cases or "unsuccessful" Charity Commission investigations is of the same order of magnitude and the number of these cases has not been dramatically affected by the relaxation of rules governing the use of evidence gathered by intelligence services in court.

If this proxy is acceptable, two key discrepancies need to be addressed. First, the number of charities accused of funding either al Qaeda or the resistance wing of Hamas and the number of charities expected to do so by intelligence analysts diverge. Second, there is a discrepancy between the significantly larger number of charities accused of funding al Qaeda and the smaller number of charities accused of funding the resistance activities of Hamas. In addition, there is a discrepancy between the nature of the claims against the al Qaeda and Hamas affiliates. In order to account for these discrepancies, we must take into account the ideological, sociological, organizational, and historical contexts of al Qaeda and Hamas and consider them in relationship to the development of Muslim political activism in Europe.

On the basis of publicly available evidence, al Qaeda and Hamas appear to rely less on Western-based charities to fund their violent activities than is typically believed. Furthermore, the relationship between a violent organization and sympathetic charities is not uniform but dependent on the organization's ideology, self-image, historical development, and the nature of its relationship with the larger community or society it claims to represent. In the case of Hamas, these factors discourage the redirection of funds to anything other than officially stated, usually humanitarian, ends – although this is not to say it does not occur. Because funding for political resistance is readily available from other sources, Hamas furthermore has no pressing need to pursue this path.

In the case of al Qaeda, its ideology, self-image, and historical development all fail to discourage abuse of charities for the redirection of funds. As such, one would expect al Qaeda to use charitable fronts extensively. However, the relative scarcity of charities with proven links to al Qaeda in Europe can be explained by the, until now, relative incompatibility between al Qaeda's ideology and methods and the life experience, practices, and beliefs currently found among the majority of Europe's Muslims – thus rendering the option of fundraising through charities too uneconomical to compete successfully with other available sources of finance.

## Regarding terminology and the definition of terrorism

The absence of an internationally agreed upon definition of "terrorism" poses serious problems for delineating what constitutes "financing terrorism." According to Article 2.1 of the International Convention for the Suppression of the Financing of Terrorism, a person commits a punishable offence "if that person by any means, directly or indirectly, unlawfully and wilfully,

96  *Jeroen Gunning*

provides or collects funds with the intention that they should be used or in the knowledge that they are to be used, in full or in part, in order to carry out [terrorist activities]."[17]

Problems arise not only from the fact that terrorism is a contested concept but also from the political use of the term. Because current international practice is to designate an entire organization as "terrorist" and to make all dealings with that organization illegal, it becomes impossible to distinguish between terrorist activities on the one hand and resistance activities carried out according to the Geneva Convention or humanitarian activities in support of a suffering population on the other. The consequences of this unresolved problem will become more evident in the course of the following discussion. To avoid this problem, I will reserve the term "terrorist" to denote solely acts of political violence (and not organizations perpetrating them) aimed at terrorizing civilians for the purpose of influencing a third party

## Organizational differences between al Qaeda and Hamas

Though al Qaeda and Hamas are sometimes treated as if they were the same type of organization on the grounds that both organizations are Islamist,[18] the two are significantly different and represent different ends of the Islamist spectrum. Historically, Hamas grew out of the Muslim Brotherhood movement Established in Egypt in 1928, the Brotherhood was both an Islamic revival movement and a grassroots organization concerned with welfare, social justice, and ending (British) imperialism. Though increasingly engaged in the political violence that characterized Egyptian politics in the 1930s, at its core it was a movement of middle- and lower-middle-class professionals and entrepreneurs whose main interests lay in reform, not revolution.

In 1945-1946, the Muslim Brotherhood established branches in Palestine. Following Israel's establishment and the subsequent Arab–Israeli war of 1948, the Palestinian Brotherhood increasingly focused on providing humanitarian services for the estimated 700–800,000 refugees who had flooded Gaza and the West Bank. During the 1970s, when the Brotherhood re-emerged following a decade-long repression in Gaza and disruption in the West Bank,[19] it returned to these humanitarian roots and focused on welfare. Until the outbreak of the first Intifada in 1987, the Brothers largely refused to engage in resistance activities.

At the start of the 1987 Intifada, the Palestinian Muslim Brotherhood established Hamas as its resistance wing; as such, it reflected the thinking of the mainstream Muslim Brotherhood. Though increasingly radical in its attitude towards Israel, Hamas's focus on gradualism and welfare, typical of the larger Brotherhood, continued to characterize its domestic outlook. Although begun as the resistance wing of the Brotherhood, Hamas soon eclipsed the mother organization by taking on its socio-political mantle and welfare network and delegating the task of fighting to its newly established resistance wing, the Izz al Din al Qassam Brigades.

that they should be used or in the
or in part, in order to carry out

t terrorism is a contested concept
n. Because current international
on as "terrorist" and to make all
ecomes impossible to distinguish
l and resistance activities carried
humanitarian activities in support
consequences of this unresolved
urse of the following discussion.
n "terrorist" to denote solely acts
ns perpetrating them) aimed at
incing a third party

### eda and Hamas

s treated as if they were the same
oth organizations are Islamist,
ent different ends of the Islamist
the Muslim Brotherhood move-
otherhood was both an Islamic
ization concerned with welfare,
m. Though increasingly engaged
Egyptian politics in the 1930s, at
lower-middle-class professionals
n reform, not revolution.
stablished branches in Palestine.
equent Arab–Israeli war of 1948,
used on providing humanitarian
ees who had flooded Gaza and
Brotherhood re-emerged follow-
isruption in the West Bank, it
cused on welfare. Until the out-
iers largely refused to engage in

ilestinian Muslim Brotherhood
such, it reflected the thinking of
th increasingly radical in its atti-
ualism and welfare, typical of
acterize its domestic outlook.
the Brotherhood, Hamas soon
in its socio-political mantle and
ighting to its newly established
gades.

Al Qaeda – or, more precisely, what is usually described as al Qaeda[20] – traces its origins to the Muslim Brotherhood and the *takfiri*[21] movements of the 1970s. Inspired by Sayyid Qutb, an Egyptian Muslim Brother ideologue who became radicalized in prison and was hanged in 1966, the *takfiri* movements capitalized on disillusionment with the Brotherhood's political effectiveness and with the leadership's decision to compromise with the politi-cal status quo under President Sadat. According to the ideologues following in Qutb's footsteps, including Shukri Mustafa of al Takfir wa al Hijra and Abdessalam Faraj of the Egyptian Jihad, the very principles of gradualism and compromise had caused the Brotherhood's ineffectiveness.[22] They advo-cated a radical break with the status quo in anticipation of a comprehensive revolution. Society as a whole was depicted as having been corrupted and a radical withdrawal from society was considered necessary to safeguard the newfound ideological purity. Because all of society was to blame, deception and even violence against its members were deemed acceptable.

Al Qaeda appears to have emerged as a loose network out of the confluence of *takfiri*-inclined volunteers who had participated in the Afghan guerrilla war against the Soviet invasion. Those who joined the struggle in Afghanistan were increasingly either hardened radicals from Islamist movements across the Middle East, North Africa, and Asia, many of whom were university graduates or professionals, or members of the lower classes with little grounding in Islam or experience of local, embedded Islamist politics.[23] If they had originally been part of a socially embedded movement in their home states, they became uprooted and radicalized by the Afghan war. Upon return to their home states, they usually did not fit in with the more moderate, embedded Islamist movements and congregated instead around other Afghan "alumni" and radical fringe groups.[24] Unlike those involved with the accom-modationist offshoots of the Muslim Brotherhood movement, theirs was a strategy of violent revolution, inspired by their belief that they had forced the Soviet superpower to withdraw from Afghanistan and made feasible by their relative isolation from local communities.[25]

The differences in the historical trajectories of Hamas and al Qaeda are reflected in fundamental variances in ideological, sociological, and organiza-tional make-up (see Table 5.1). Ideologically, Hamas has adopted a gradualist approach to building an Islamic state, with a heavy emphasis on institution-building and social welfare. Al Qaeda favors a revolutionary approach, emphasizing violence and terrorism over institution building. Hamas's Islamic state includes most of the features one would expect a modern state to have and is heavily influenced by nationalist discourse. Al Qaeda's end goal is less well defined and appears to reject many of the features of a modern state. Hamas has shown an increased willingness to compromise domestically – and even, though to a far lesser extent, in its attitude towards Israel[26] – and to accommodate other-thinkers, resulting in partnerships with both Western and local non-Islamist institutions. Al Qaeda nurtures an absolutist attitude, typically limiting its partnerships to fellow Islamist organizations of a radical

98    *Jeroen Gunning*

*Table 5 1* Ideological, sociological, and organizational differences between Hamas and al Qaeda

| Hamas | al Qaeda |
|---|---|
| • Gradualist | • Revolutionary |
| • Accommodationist | • Absolutist |
| • Non-*takfiri* | • *Takfiri* |
| • "Jihadist" only vis-à-vis Israel | • "Jihadist" vis-à-vis world, including "corrupted" Muslims |
| • Socially embedded (national) | • Minimal welfare structure |
| • Welfare structure | • No political representation |
| • Political representation | • Little social emphasis besides military emphasis |
| • Social emphasis besides military activities | • Little local accountability |
| • High level of local accountability | |

bent Hamas usually limits its use of the word *jihad* to the struggle against Israeli occupation, and largely refrains from calling dissenting Muslims "apostates." Al Qaeda and affiliates use the term *jihad* to describe their struggle against not only the West but against all Muslims they consider "lapsed" (or dissenting).[27]

Sociologically, Hamas is an embedded organization of grassroots activists. Because Hamas's "military" strength does not match that of the (pro-Fatah) Palestinian Authority's security services, its power stems largely from the level of popular support it galvanizes in the annual professional and student union elections (which functioned as a barometer of popular support in the absence of national elections) and, most recently, in the municipal and legislative elections of 2005–2006 As a result, Hamas depends for its very survival largely on championing the interests of its various constituencies. The middle and lower-middle classes, particularly professionals and the petty bourgeoise, form the backbone of Hamas's constituency[28] Among these classes, gradualism, accommodation, and institution-building tend to be the tactics of choice.[29]

Even the many students who support Hamas tend to be gradualist rather than revolutionary in domestic terms – although they simultaneously provide much of the impetus for a sustained radical attitude towards Israel.[30] Because the bulk of Hamas's leadership comes from the same constituency as its supporters, its policies naturally reflect the social preferences of this constituency. Institution-building, gradualism and ensuring integrity, moreover, are precisely the type of practices that have catapulted Hamas to its 2006 electoral victory, as illustrated by the fact that a national survey found that only 7 percent of respondents believed that voters had elected Hamas to be "a fighting authority that resists occupation," as against 36 and 37 percent respectively believing people wanted "a clean authority that fights

onal differences between Hamas

ionary
ist

it vis-à-vis world, including
ted" Muslims
l welfare structure
tical representation
cial emphasis besides military
is
cal accountability

d *jihad* to the struggle against
n calling dissenting Muslims
m *jihad* to describe their strug-
lushms they consider "lapsed"

nization of grassroots activists.
match that of the (pro-Fatah)
power stems largely from the
inual professional and student
eter of popular support in the
tly, in the municipal and legis-
as depends for its very survival
ous constituencies. The middle
ssionals and the petty bour-
tuency[28] Among these classes,
building tend to be the tactics

is tend to be gradualist rather
;h they simultaneously provide
itude towards Israel.[30] Because
the same constituency as its
ocial preferences of this con-
l ensuring integrity, moreover,
:atapulted Hamas to its 2006
hat a national survey found
iat voters had elected Hamas
upation," as against 36 and
l "a clean authority that fights

corruption" or "an Islamic authority that rules according to Shari'a and religion."[31] Consequently, Hamas's emphasis is as much on social welfare, social transformation, and local politics as it is on fighting Israel.

Al Qaeda, by contrast, is primarily a transnational network with limited local roots. Its various constituent and affiliated parts are largely un-embedded and typically have no welfare network of note.[32] They do not seek to participate in local politics, except in a parasitic manner (as illustrated by al Qaeda's behavior in Sudan and Afghanistan),[33] and this is precisely what appears to attract those who are disillusioned with the grinding gradualism of local politics. Their constituencies do not appear to be as well defined as those of Hamas. They include both well-educated members of the upper and middle classes and social dropouts or members from the lower classes.[34] The one thing that appears to unite these disparate groups is a feeling of uprootedness.

Al Qaeda and affiliates can "afford" to maintain an uncompromising approach to the status quo because they are less embedded and do not need to gain mass acceptance for their survival. Their immediate goal is not political power through mass support; instead they seek influence through daring and symbolic violent actions. For this, they need dedicated members, not mass membership. Al Qaeda and affiliates thus derive their power from their ability to elicit dedication from their followers, to escape detection by the authorities, and to raise the funds and the means to carry out the revolution – not from their participation in elections, institution-building, or charitable work.

## Impact of organizational differences on use of charities

Taken together, the ideological, sociological, and historical differences between Hamas and al Qaeda can help explain the current divergence in their relationships with charities.

### Hamas

Hamas's particular historical trajectory provides one of the chief explanations for the organization's structural make-up and the place of charities therein. The original activities of the Muslim Brotherhood in the area of welfare, education, and institution building have provided, and continue to provide, much of the *modus vivendi* of Hamas. To some extent, Hamas's resistance activities are secondary to this larger movement's social agenda – despite their centrality in Palestinian Islamist discourse. This reality is reflected not only in the fact that far fewer people are involved in resistance activities than in welfare[35] but also in the fact that the charities considered to be affiliated with Hamas are organizationally independent from the political and resistance wings.

Each of the charities has its own administration and is answerable to its own board of trustees. Since the boards of trustees typically consist of a cross-section of people considered upright by their communities, they tend to

100   *Jeroen Gunning*

include both Hamas and non-Hamas members (although a majority are typi-
cally Hamas affiliates).[36] Those involved in the charities often become
involved because of a concern for social justice or Islamic education. As a
result, the charities' agendas do not necessarily coincide with the agendas of
Hamas's political or resistance wings, however, many trustees do share their
ideological commitments and some serve as political leaders. However if
Hamas's political or resistance agenda is likely to jeopardize the charity's
well-being, those involved in the charities may well put the charity's survival
first – as many did during the 1970s and 1980s when they supported the
Brotherhood's refusal to join the resistance.

Although the charitable "wing" is organizationally independent from
Hamas's political structure, Hamas derives a considerable amount of politi-
cal clout from its affiliated charities (just as the charities derive status from
their affiliation with Hamas). Because Hamas is socially embedded, ideo-
logically non-*takfiri*, and because its power is largely dependent on maintain-
ing popular support,[37] it has a strong incentive to present itself as socially
involved. To be seen to be involved in charitable work and in fundraising for
charity helps Hamas to bolster its image as a socially active and "caring"
organization. This in turn is likely to increase its fundraising potential. It
is thus not surprising that, according to Israeli intelligence estimates, 80 to
90 percent of the money raised by "Hamas" (to be understood in the widest
sense as those who are part of the larger social movement of which Hamas is
the political expression, and thus not just the charities) is spent on charitable,
educational, and medical institutions – leaving only 10 to 20 percent for
"military" endeavours.[38]

Equally important for Hamas's political standing is the fact that the char-
ities have a reputation for financial transparency. For both ideological and
political reasons, Hamas has chosen to make incorruptibility its selling point.
Helped by the fact that the general population views its rival, Fatah, as deeply
corrupt,[39] incorruptibility has gained Hamas both political popularity (see
election victory details above) and a steady flow of voluntary donations. This
reputation has been supported by Hamas's affiliation with various highly
regarded NGOs (many of those employed in financial positions by the United
Nation's Relief and Works Agency (UNRWA), the agency running Palestinian
refugee camps, are affiliated with Hamas). It has also ensured the continued
support of financial contributors, both inside Palestine and abroad. Save the
Children, USAID, Médecins sans Frontières, and Medical Aid for Palestine are
among the international, non-Islamic charities that have contributed at one
time or another to charities affiliated with Hamas, precisely because they have
observed that contributions reach their intended destination.[40]

Locally, many Palestinians, including those who do not subscribe to
Hamas's political program, prefer to contribute to Hamas-affiliated charities
rather than to charities with a reputation for less transparency. Consequently,
Hamas has a vested interest not only in ensuring that the charities thrive but
also that they maintain a reputation for financial transparency. Given the

rs (although a majority are typi-
n the charities often become
tice or Islamic education As a
ly coincide with the agendas of
:r, many trustees do share these
s political leaders. However if
ely to jeopardize the charity's
y well put the charity's survival
980s when they supported the

iizationally independent from
considerable amount of politi-
he charities derive status from
is is socially embedded, ideo-
argely dependent on maintain-
ve to present itself as socially
ile work and in fundraising for
a socially active and "caring"
ie its fundraising potential. It
h intelligence estimates, 80 to
o be understood in the widest
movement of which Hamas is
iarities) is spent on charitable,
ig only 10 to 20 percent for

iding is the fact that the char-
icy For both ideological and
corruptibility its selling point.
iews its rival, Fatah, as deeply
ooth political popularity (see
· of voluntary donations. This
ffiliation with various highly
incial positions by the United
he agency running Palestinian
is also ensured the continued
alestine and abroad. Save the
Medical Aid for Palestine are
that have contributed at one
s, precisely because they have
destination.[40]

who do not subscribe to
to Hamas-affiliated charities
transparency. Consequently,
, that the charities thrive but
ial transparency. Given the

close-knit nature of Palestinian society, the intense scrutiny charities are under from the Israeli government (as exemplified in various army raids on charity buildings), the permanent presence on the ground of international aid workers, and the requirement of providing annual accounts (scrutinized by an authority that, until the 2006 elections, was hostile to the charities concerned) this reputation would be difficult to maintain if irregularities occurred on a large scale.

If there were a hint of suspicion that money was spent on projects other than those advertised, charities would risk losing donor confidence. This holds for Western donor charities whose activities are scrutinized by both regulatory bodies and watchful pro-Israeli organizations.[41] It also holds for local Palestinians, a significant number of whom would not give money if it could be linked to terrorism – whether for ethical or ideological reasons or, until recently, for fear of being implicated in Hamas's resistance wing and imprisoned (under the previous Palestinian Authority). Just as the charities' boards consist of both Hamas and non-Hamas members, so do the donors to these charities. Thus it is in both the charities' and Hamas's interests to keep humanitarian and "military" fundraising apart. This does not mean that such a distinction is always upheld. Significantly, however, Matthew Levitt, who dedicated an entire book to making the claim that charities are integral to Hamas's terrorist activities, only mentions a few instances where charitable money is believed to have been used for armed activities, and where he does, he generally fails to provide the level of detail needed to make these claims stick. Instead, his argument rests on the overlap in personnel between the political, military and charitable wings and on the fact that the charities help Hamas spread its ideology, and provide an infrastructure and jobs (which he describes as "covers").[42]

The fact that financial resources are readily available to support the violent struggle facilitates Hamas's commitment to keep welfare and resistance fundraising apart. The Qassam Brigades' funding is shrouded in secrecy, as is the identity of its financial sources. The Israeli Ministry of Foreign Affairs has claimed variously that the Brigades' budget is $10 million, "at least $20 million," and "several tens of millions of dollars per year."[43] However large its actual budget, sufficient funds appear to be available from a wide variety of sources, including those intent on keeping the conflict with Israel alive, those wishing to sustain an effective opposition to Fatah, and those seeking to strengthen Islamism region-wide.

Even if the post-Saddam Middle East "order" may have diminished the sources of funding for the organization's resistance wing,[44] other non-charitable sources are potentially available to Hamas, such as money laundering[45] and smuggling These, if conducted out of sight from ordinary Palestinians (for instance in the notorious tri-border area between Brazil, Paraguay, and Argentina where Hamas affiliates have allegedly been active),[46] and used solely for funding clandestine activities, are unlikely to damage Hamas's local image as a "clean operator."

102  *Jeroen Gunning*

Following the above analysis, it is hardly surprising that only one European-registered Islamic charity has been linked by courts to Hamas's resistance, even though, arguably, the disincentives to behave "impeccably" detailed above are less immediate for overseas charities than for charities inside Palestine. Equally unsurprising is the fact that the accusations against this charity are limited to spreading propaganda and funding the families of suicide bombers. In the eyes of Hamas and many Palestinians, neither of these activities constitutes direct military struggle nor do they compromise the charity's clean reputation. In this particular instance, Hamas's position is supported by the rulings of the Charity Commission for England and Wales[47] and the Geneva Convention. According to Article 33 of the latter, no person in a conflict situation "may be punished for an offence he or she has not personally committed."[48] Refusal of humanitarian assistance to a family on the grounds that the father (or mother) of the family has committed a terrorist act would thus arguably constitute a breach of the Geneva Convention.

The amount of money believed to be typically paid to a martyr's family ($5,000) is insufficient to provide a decisive incentive to volunteer for a suicide operation, at least compared to the sums Saddam Hussein allegedly provided ($25,000).[49] Research, moreover, suggests that those volunteering for suicide operations are typically not poor (in some cases even the sons of millionaires), generally relatively well-educated, and employed – thus drastically reducing the incentive of pecuniary "re-imbursements."[50] On the basis of this evidence one cannot conclusively state that providing money to the families of martyrs constitutes "intentionally financing terrorism," thus throwing some doubt on the Dutch government's decision to indict Stichting al Aqsa.

### Al Qaeda

The logic that cautions Hamas against mixing humanitarian and "military" fundraising is hardly persuasive to a network like al Qaeda's. Al Qaeda has no extensive welfare structure to maintain nor does it see creating one as one of its core goals.[51] Its primary goal is to promote violent struggle. Because it is a *takfiri*, revolutionary-minded, and socially isolated organization, it has few incentives to invest heavily in welfare networks. It may raise money to cater to its fighters.[52] It may use charities to raise money surreptitiously and at the same time spread its ideology.[53] It may even use the benefits charities can offer to attract potential recruits.[54] But its ideology and structure do not necessitate the maintenance of charitable structures or local patronage networks. Its reputation rests on being a radical organization successful in unconventional warfare, not on being a social benefactor. Indeed, in contrast to the charities affiliated with Hamas, none of the charities accused of links with al Qaeda was publicly affiliated with it.

Unlike Hamas, al Qaeda does not occupy a recognized position in a struggle for national liberation that is considered legitimate by both a large local

constitu
over, un
governm
friendly
clandest
Since
transpar
its reput
its violet
al Qaeda
surreptit
the knov
cultural
for both
lacked ac
There
with Sau
fundraisi
the gueri
involved
and Pak
through
lysts, the
such as t.
establishi
Brooklyn
Afghan n
charities
in fundii
Khidama
Such a
importan
roles in it
as the chi
'Islamic (
lar brand
the jurisd
sidered le
offices of
mate. It w
struggle, l
fuge to ra
in the ear
to collect
However

constituency and, internationally, by a number of state governments. Moreover, unlike Hamas, al Qaeda has denounced as apostate a number of the governments that might support it.[55] It is thus less likely to attract funds from friendly governments than is Hamas, and it has had more incentive to develop clandestine ways of raising money.

Since al Qaeda has no reputation to lose as a socially active or a financially transparent organization, it can abuse the charitable system without costs to its reputation and siphon off money donated for charitable purposes to fund its violent campaigns. This may explain why, in the case of charities linked to al Qaeda, a high percentage of the funding was found to have been exfiltrated surreptitiously or skimmed off of raised funds in small percentages without the knowledge of the donors.[56] It may also explain why, wealth and religious/cultural affinity apart, al Qaeda has targeted so many Saudi charities since, for both political and religious reasons, the Saudi state has traditionally lacked adequate mechanisms to monitor money flows.[57]

There are further historical explanations both for al Qaeda's close links with Saudi charities and for its readiness to mix humanitarian and "military" fundraising – reasons largely lacking in the case of Hamas. At the height of the guerrilla war against the Soviet invasion of Afghanistan, the states most involved in sponsoring the mujahideen – the United States, Saudi Arabia, and Pakistan · encouraged fundraising and recruitment for the struggle through the global network of Islamic charities. According to various analysts, the CIA was involved both in securing visas for radical "preachers" such as the Egyptian Shaykh Omar Abd al Rahman and in encouraging the establishment of charities such as the al Kifah Afghan Refugee Center in Brooklyn – in both instances to facilitate fundraising and recruitment for the Afghan mujahideen.[58] The Saudis similarly encouraged the establishment of charities in aid of the Afghan struggle, some of which were directly involved in funding the "Arab Afghans" (through, for instance, the Maktab il Khidamat of Abdullah Azzam and bin Laden).[59]

Such a policy was encouraged to spread the financial burden but, more importantly, to raise awareness of the struggle – and of the sponsoring states' roles in it. The Saudis, in particular, were determined to cement their position as the chief custodians of Islam, specifically following the creation of a rival "Islamic center" in the Islamic Republic of Iran, and to spread their particular brand of Islam, Wahhabism, to Central Asia.[60] At that time, and within the jurisdictions of these particular states, the mujahideen's struggle was considered legitimate. Thus, fundraising for "military" purposes through the offices of humanitarian networks was considered both acceptable and legitimate. It was only when the mujahideen's, and later al Qaeda's global jihadist struggle, became "illegitimate" that groups such as al Qaeda turned to subterfuge to raise funds – as exemplified by Ayman al Zawahiri's reputed attempts in the early 1990s to raise funds for al Qaeda's armed operations by claiming to collect money for Afghan widows and orphans.[61]

However, two factors limit al Qaeda's potential interest in charities, one

104   *Jeroen Gunning*

relating to charities in general, and the other applying to charities registered in the West. The amount of money that one can surreptitiously siphon off from charitable funds is relatively small compared to the amounts of money to be made elsewhere – particularly if one has no ideological or socio-political aversion to using criminal sources. Information concerning al Qaeda's income streams is imprecise, and the following estimates must therefore be taken as indications of orders of magnitude only. Intelligence reports estimate al Haramain and other Saudi charities with possible al Qaeda links raise $40 to 50 million annually[62] – of which, by general acknowledgement, the "vast majority [goes] to feed hungry Somali orphans, educate poor Indonesian students and help sick Kenyan children" rather than to al Qaeda.[63] A 2002 report speculated (not without contestation) that al Qaeda received $300–500 million in funding directly "from wealthy businessmen and bankers representing about 20% of the Saudi GNP."[64] Claims of a similar order of magnitude have been made for the income from counterfeiting, credit card scams, falcon smuggling, and the diamond trade.

Second, Western-based charities pose a particular set of problems for al Qaeda. Against the $40–50 million in estimated annual donations to al Haramain, estimates for charities believed to be linked to al Qaeda in the United States are a mere $6–9 million.[65] If Jean-Charles Brisard is right in his estimate that charities used by al Qaeda channel only 10 percent of their income to al Qaeda, the US charities would provide al Qaeda with $600,000–900,000 per year. Compared to the sums believed to be raised from the alternative sources listed above, such contributions from the charities based in the United States and the West are small. The strict controls typically applied to charities in Western states are an important factor, and the absence of historical connections with oil-rich families is another. However, there appear to be additional reasons why al Qaeda has had difficulties in infiltrating Western-based charities.

## European Muslims, political alienation, and al Qaeda

One of the reasons al Qaeda appears to have infiltrated only a relatively small number of European-registered Islamic charities may be the make-up and socialization of Europe's Muslims and the cultural environment they inhabit. My hypothesis is that, though the conditions exist for Muslims in Europe to become radicalized – as graphically illustrated by the fact that the perpetrators of the London 7 July 2005 bombings were British-born European Muslims – al Qaeda's ideology and chosen methods are nevertheless, at least currently, too dissonant with the life experiences and ideological frameworks of the vast majority of European Muslims to become their focus of allegiance.[66] Because the number of charities open to funding al Qaeda is consequently likely to be small, al Qaeda has to surreptitiously infiltrate charities if it is to raise funds this way. Because this is a laborious process – made more difficult by the new procedures (and increased vigilance) created since

Case 1:18-cv-02192-HG-PK    Document 84-18    Filed 03/04/22    Page 15 of 35 PageID #: 1431

r applying to charities registered
ne can surreptitiously siphon off
apared to the amounts of money
1e has no ideological or socio-
ces. Information concerning al
e following estimates must there-
gnitude only. Intelligence reports
ties with possible al Qaeda links
h, by general acknowledgement,
Somali orphans, educate poor
n children" rather than to al
out contestation) that al Qaeda
"from wealthy businessmen and
di GNP."[64] Claims of a similar
le income from counterfeiting,
diamond trade.

particular set of problems for
imated annual donations to al
? be linked to al Qaeda in the
n-Charles Brisard is right in his
annel only 10 percent of their
ovide al Qaeda with $600,000–
ved to be raised from the alter-
1s from the charities based in
strict controls typically applied
nt factor, and the absence of
, is another. However, there
1aeda has had difficulties in

### al Qaeda

filtrated only a relatively small
1es may be the make-up and
ical environment they inhabit.
ust for Muslims in Europe to
by the fact that the perpet-
were British-born European
1ods are nevertheless, at least
s and ideological frameworks
become their focus of alle-
to funding al Qaeda is con-
eptitiously infiltrate charities
a laborious process – made
ased vigilance) created since

11 September 2001 – al Qaeda is more likely to focus its efforts on activities with more immediate benefits such as credit card scams or smuggling, or on activities that are absolutely essential to its survival such as gaining recruits who can carry out operations from the inside (e.g. the London bombings).

When analyzing the level of support for al Qaeda among Europe's Muslims, one has to distinguish between sympathy for al Qaeda's anti-Americanism and the plight of Muslims in conflict zones such as Iraq, wholesale subscription to al Qaeda's ideology and methods, and readiness to carry out operations. That, for example, 8 percent of British Muslims questioned in a 2002 survey believed al Qaeda to be justified in attacking Britain is not a reliable proxy for measuring the latter two levels of support – particularly as this question was asked after Britain had initiated military action against Afghanistan with 56 percent of the respondents not believing al Qaeda to be responsible for the events of 11 September.[67]

In Britain only a few fringe Islamist groups have expressed qualified support for al Qaeda.[68] The majority of both mainstream Muslim and larger Islamist organizations, as well as most mosques, have unequivocally distanced themselves from al Qaeda and sought to marginalize those expressing views close to it.[69] In the Netherlands, mainstream Muslim organizations and mosques have similarly condemned 11 September – and more recently, the 2004 murder of Dutch filmmaker Theo van Gogh – and typically sought to cooperate with the government to marginalize al Qaeda's influence by banning al Qaeda sympathizers.[70] The 1,000-strong Islamist Arab European League called the 11 September attacks a "sweet revenge" but its leader has stated "we are against violence."[71] Only three charities, two of which linked to "radical" mosques, and an unidentified number of fringe mosques (situated in private homes) were, at the time of writing, under investigation for expressing views close to bin Laden's.[72]

A more direct, though by no means exact, indicator of al Qaeda's support level in Europe can be found in the number of European volunteers it has succeeded in recruiting The typical al Qaeda recruit residing in Europe is an Arab, usually of North African descent, recently migrated, and relatively unembedded in the local Muslim community.[73] The profile of the European-based 11 September bombers matches this description The same holds true for the perpetrators of the 2004 Madrid bombing, the alleged perpetrators of the Tunisian bombing of 2002, and most of the cells arrested on suspicion of working on behalf of al Qaeda. Indeed, according to one of the most extensive analyses of the known profiles of al Qaeda suspects apprehended in Europe and the United States, 87 percent of those studied were immigrants.[74]

The fact that the 7 July London bombers were British-born may point to a shift in al Qaeda's fortunes, although we should be wary of jumping to hasty conclusions (after all, the 21 July London bombers were not British-born) However, taken together with the 2004 arrest of eight British-born Muslims on suspicion of planning a terrorist attack in Britain (although the allegations have not yet been proven) and the fact that a number of those behind

106   *Jeroen Gunning*

the ritual murder of Theo van Gogh in the Netherlands were Dutch citizens of Moroccan descent born in the Netherlands, these data seem to point to a growing constituency for al Qaeda – although the exact relationship between what is usually described as al Qaeda and these European militants is far from clear.[75] Equally portentous may be the fact that a number of those providing logistical support for al Qaeda cells, as well as a number of al Muhajiroun's recruits, have been "white" converts to Islam.[76]

Nevertheless, until now, the average profile of those arrested on suspicion of working for al Qaeda and those known to have died as al Qaeda operatives suggests that al Qaeda has largely failed to recruit among European-born Muslims – and certainly to the level necessary to infiltrate thousands of charities. Given al Qaeda's isolationist, absolutist ideology and practices, and in view of the profile of past al Qaeda recruits, support for al Qaeda can be expected to be highest among those who feel socially or politically isolated and are in search of an absolutist identity (in the case of the 7 July bombers, isolation appears to have occurred in the mind, rather than at the physical level). Those who are socially or politically embedded are unlikely to be attracted by an isolationist ideology as their identity and ideological preferences are bound up with their place in the community. There may be a tension between their identity and the (presumed) identity of the majority population. They may feel politically isolated outside of their community, yet remain sufficiently embedded within their own communities not to feel the need for a radical break. Moreover, their level of social integration (even if limited to their "own" sub-community) makes them more likely to be averse to absolutist notions because integration usually encourages compromise. Conversely, those who feel profoundly dissatisfied with both their own community and the larger political community are more likely to be attracted by an isolationist, absolutist ideology Muslims who are un-embedded and alienated from both the local Muslim communities and their host societies are, according to this logic, most likely to be open to al Qaeda's ideology

### Terrorism and identity

A theoretical framework that captures these twin notions of isolation and identity, and may provide the beginnings of an insight into al Qaeda's failure to recruit widely among European Muslims, is the theory of political alienation developed by David Schwartz in his 1970s study of political activism in the United States. In this work, Schwartz postulates that an individual's level of political alienation influences his or her propensity towards political violence. Schwartz defined political alienation as a function of three variables: perceived threat from value conflict, perceived personal political inefficacy, and perceived systemic inefficacy.[77] The latter two variables describe the level of isolation a person feels. The first variable, and to some extent the second, are linked to a person's notion of identity.

According to Schwartz, political alienation is expected to occur when

herlands were Dutch citizens
these data seem to point to a
ie exact relationship between
se European militants is far
act that a number of those
, as well as a number of al
ts to Islam.[76]

those arrested on suspicion
: died as al Qaeda operatives
ruit among European-born
to infiltrate thousands of
ideology and practices, and
upport for al Qaeda can be
cially or politically isolated
case of the 7 July bombers,
rather than at the physical
ibedded are unlikely to be
itity and ideological prefer-
uty. There may be a tension
ty of the majority popula-
: of their community, yet
ommunities not to feel the
social integration (even if
:m more likely to be averse
encourages compromise.
with both their own com-
re likely to be attracted by
re un-embedded and alien-
d their host societies are,
Qaeda's ideology

notions of isolation and
ght into al Qaeda's failure
theory of political alien-
dy of political activism in
that an individual's level
ity towards political vio-
iction of three variables:
ional political inefficacy,
iriables describe the level
some extent the second,

xpected to occur when

"individuals perceive a fundamental conflict between their basic politicized values and those exhibited in the polity, under the conditions that they perceive both themselves and the political system to be inefficacious to reduce this conflict." This sense of political alienation leads to a "behavioral orientation," the particular nature of which is influenced by socioeconomic status, personality, and the process by which alienation was reached. Behavioral orientations encompass a scale from conformity, ritualism, and retreat to reformism and, finally, rebelliousness. Only the latter type of orientation, typically associated with a high level of perceived threat to values and a predisposition to participatory activism, may lead to political violence (though not necessarily terrorism). For this to occur, the orientation needs to be stimulated by an intensification of the perceived threat to values or the sense of personal and systemic inefficacy, as well as by the emergence of a "reference group" (counter-elite, counter-group, counter-culture) which can convince the individual that "his value conflict and his perceptions of inefficacy will . . . be reduced or reversed" by his identification with the group. The individual's investment in the political system is withdrawn and reinvested in the identity of the dissident organization [78]

The dissonance between European Islamists and al Qaeda can be made more intelligible with reference to Schwartz's theoretical framework – although it must be emphasized that in the absence of extensive, reliable data the following explanation is largely conjectural. The evolution of European Islamism is a function of both international and domestic changes. Internationally, these include the rise of Islamism as a popular ideological framework in the Middle East and elsewhere. Most prominent among domestic changes have been the shift from a migrant to a post-migrant perspective (with a concomitant rise in expectations towards the "host" society; often, a weakening of ties to the parental "homeland;"[79] and the shift from a cultural/racial identity to a self-consciously Islamic identity (as opposed to a particular "national" identity) among a significant sector of Europe's Muslims. Prior to the 1990s, both Muslims of migratory descent and officialdom conceived political and social exclusion in cultural or racial/ethnic terms. In Britain, there was no official category of "Muslim" in public surveys, only Pakistani, Bangladeshi, etc., until the census of 2001. In the Netherlands, the category of "religion," originally introduced to differentiate between Protestants and Catholics, was removed from the census in 1983 and has not been re-introduced although the category "Islamic" has come to play a central role in public discourse [80] Though exclusion and cultural alienation were real, immigrants did not cast their alienation in the overtly existential terms of religious discourse until the mid- to late-1980s (the precise date varies according to location).[81]

The failure of al Qaeda to gain widespread support, not just among Muslims generally, but among European Islamists in particular, can be explained, in part and tentatively, with reference to Schwartz's theory of political alienation. On the one hand, there are sufficient structural inequalities for a

significant section of European Muslims to experience both personal and system inefficacy. In the UK, 40 percent of Muslim households are allegedly classified below the poverty line, while unemployment among British Muslims is three to four times higher than the national average. Meanwhile, educational achievement, according to one report, is only 5 percent below the average, leading to an acute tension between expectation and achievement.[82] Finally, levels of political representation are far below the representation of Muslims in the general population, both in Britain and in the Netherlands. Even those who have escaped such economic and educational marginalization may not be fully accepted by non-Muslim society (see, for example, al Qaeda affiliate Zacarias Moussaoui),[83] or may continue to feel aggrieved on behalf of their community.

Whether or not this leads to political alienation hinges, at least within Schwartz's framework, on one's perception of value threat, which in turn is influenced by the make-up of one's identity. Those who, in response to globalization and the post-migrant turn, have adopted a self-consciously "Islamic" identity while remaining secular in outlook,[84] do not inevitably experience "a fundamental conflict between their basic politicized values and those exhibited in the polity" – as reflected in the fact that 67 percent of British Muslims interviewed in the aforementioned 2002 survey felt patriotic towards Britain (only 10 percent behind the national average). According to Schwartz's framework, this group of European Muslims is not likely to become involved in political violence.[85] For European Islamists, the sense of value conflict is potentially more acute - domestically in terms of a (perceived) conflict between Islamist and secular values, and globally in terms of the (perceived) clash between Western and Muslim countries. But even among this group, al Qaeda's appeal is limited

Significantly, marginalization and value conflict notwithstanding, a number of well-established political and civil outlets exist for those seeking to reform the system or become personally active. An increasing, though still relatively small, number of Muslims has been successful in politics[86] while a plethora of charities exist aimed at improving the lot of European Muslims. Though slow in response, most governments have made some efforts at combating marginalization. As such, (limited) alternatives are available to al Qaeda's strategies for those who feel politically ineffective or believe the system to be unresponsive. In this, the presence of moderate Islamist organizations such as the Muslim Association of Britain (MAB), and their perceived success in affecting voting outcomes,[87] are vital in neutralizing the appeal of al Qaeda as these organizations cater to those disillusioned by the (apparent) inefficacy of non-Islamist options.[88]

The existence of well-established, embedded organizations catering to Muslims in Europe and abroad also means that al Qaeda faces fierce competition. Because the majority of these organizations are highly integrated into society, including European Islamist organizations, and run by Muslims with a post-migrant outlook and an acute awareness of both the possibilities

experience both personal and
luslim households are allegedly
ployment among British Mus-
ional average. Meanwhile, edu-
rt, is only 5 percent below the
expectation and achievement.[82]
far below the representation of
Britain and in the Netherlands,
and educational marginaliza-
im society (see, for example, al
y continue to feel aggrieved on

enation hinges, at least within
of value threat, which in turn
ity. Those who, in response to
ave adopted a self-consciously
n outlook,[84] do not inevitably
eir basic politicized values and
in the fact that 67 percent of
ioned 2002 survey felt patriotic
national average). According to
ean Muslims is not likely to
European Islamists, the sense
– domestically in terms of a
ar values, and globally in terms
d Muslim countries. But even
l

nflict notwithstanding, a num-
lets exist for those seeking to
ve. An increasing, though still
successful in politics[86] while a
, the lot of European Muslims.
ave made some efforts at com-
lternatives are available to al
y ineffective or believe the sys-
of moderate Islamist organiza-
in (MAB), and their perceived
l in neutralizing the appeal of
disillusioned by the (apparent)

led organizations catering to
t al Qaeda faces fierce competi-
ions are highly integrated into
zations, and run by Muslims
reness of both the possibilities

and the shortcomings of the local political system, they are likely to be vigil-
ant against those advocating a radical break with their host societies. How-
ever, these organizations may also be less vigilant against those advocating
support for resistance struggles abroad (particularly if they have adopted a
self-consciously "Islamic" identity, increasing affinity with the plight of Mus-
lims worldwide). Available evidence suggests that affinity with the Muslim
*umma*, or global community, is most typically translated into charitable
activities (donations to relief organizations, fundraising) or political action
(awareness-raising, lobbying, electioneering) – rather than raising funds for
overtly terrorist acts abroad. This helps to explain why al Qaeda sympathizers
have typically raised funds under false pretence[89] (and why the charities fund-
ing Hamas appear to limit their funding to the humanitarian realm, even
if this term is stretched by involving funding for the families of suicide
bombers)

Finally, even to those radical Islamists who feel acutely alienated, al
Qaeda's program may not necessarily seem appealing. For al Qaeda to be
attractive, they have to feel comfortable with a *takfiri* perspective, a response
more suited to those residing in overwhelmingly Muslim societies in the pro-
cess of secularization (which poses a more acute threat to their Muslim iden-
tity than the relatively disinterested non-Muslim secular societies in which
European Islamists live). They must also feel comfortable with a radically
violent strategy, both internationally and domestically, and with the repercus-
sions such a strategy will provoke. Such a strategy is more attractive in a
situation where a large Muslim constituency exists with a revolutionary
potential. In Europe, such a constituency does not exist

The ideology of the larger, more moderate Islamist organizations in
Europe is typically too pragmatic and accommodating to engage in terrorism.
Their preferred methods are education, awareness-raising, electioneering,
and lobbying. They also tend not to divide the world starkly into good and
evil. The ideology of the more radical organizations such as Hizb ut-Tahrir
and al Muhajiroun, is better suited to employing terrorist means. They tend
to divide the world starkly into good versus evil and seek to distance them-
selves from corrupt society. Like al Qaeda, they operate within a *takfiri* mind-
set. "Al muhajiroun," for example, means "the migrants" and the term is
used in *takfiri* circles to denote withdrawal from society. But even among
these *takfiri* groups, not all unequivocally support violent struggle, let alone
the use of terrorist means. The British branch of Hizb ut-Tahrir, though
vociferous in its condemnation of Western society, has thus far condemned
violence and refrained from using it.[90] The Arab European League has simi-
larly refrained from advocating violence. Al Qaeda thus appears to have
largely failed to convince politically alienated European Muslims, including
most Islamists, that its strategies will effectively "reduce or reverse" both their
sense of being threatened in their core values and their sense of the system
being unresponsive to their needs.

## Al Qaeda's future in Europe

Whether al Qaeda's appeal among European Muslims will increase is a function of a complex relationship between poorly understood factors. On the one hand, after 11 September, President Bush's response and the prospect of a fifth column in Europe's midst has given rise to increased suspicions towards Muslims in general, and Muslim migrants in particular. On the other hand, Muslims, and particularly embedded European Muslims, have seen their political influence increase.

In Britain, an unprecedented number of Muslims have been politically galvanized by 11 September and the war against Iraq. Unlike the situation during the 1991 Gulf War, Muslim activists found themselves among a broad alliance of Christians, left-wingers, and liberals who opposed the war against Iraq and the war on terror for very similar reasons. The aforementioned Muslim Association of Britain is a product of this new climate and has, together with other Muslim and non-Muslim organizations, managed to make its mark on British politics, even affecting the outcome of municipal and national elections.[91] In these instances, Muslims have become visible and have come to see themselves as full-fledged, fully participant citizens.

It is far from certain which of the two trends will prevail. The gains made in British local and European elections in 2003 and 2004 were countered by only one Muslim winning a seat in the European Parliament (although four won seats in Britain's 2005 parliamentary elections).[92] The success of the 2003 anti-war demonstrations in which Muslims played an important part was nullified by the fact that the British government, supported by a two-third majority in Parliament, went to war nonetheless. The de-securitizing effect of the Charity Commission's refusal to close down Islamic charities on unsupported accusations from the US Treasury has been diluted by continued allegations, often conjectural, from certain media outlets about charities and institutions with an Islamist bent.[93] More recently, the July 2005 London bombings appear to have both encouraged dialogue and increased fear and suspicion. The situation in the Netherlands is much the same as the wildly contradictory responses of both the public and the government reveal, ranging from appeals for dialogue to fire bombs aimed at mosques and calls for the withdrawal of citizenship from Netherlands-born Muslims with radical Islamist views or a criminal conviction.[94]

It is similarly not certain that further marginalization will lead to the adoption of al Qaeda-like tactics by European activists. Further marginalization could lead equally to an increase in criminalization, riots, or the emergence of a broad, united Muslim social movement. A decrease in marginalization similarly does not inevitably lead to the eradication of radical groups. The inclusion of the more moderate and successful Muslim organizations into the political system may result in the emergence of violent fringe groups, just as the cooption of the mainstream Communist Party into the Italian political

Muslims will increase is a func-
rly understood factors. On the
1's response and the prospect of
n rise to increased suspicions
rants in particular. On the other
European Muslims, have seen

Muslims have been politically
iinst Iraq. Unlike the situation
ts found themselves among a
l liberals who opposed the war
y similar reasons. The afore-
a product of this new climate
n-Muslim organizations, man-
ven affecting the outcome of
stances, Muslims have become
full-fledged, fully participant

will prevail. The gains made in
d 2004 were countered by only
arliament (although four won
s).92 The success of the 2003
layed an important part was
nt, supported by a two-third
i. The de-securitizing effect of
n Islamic charities on unsup-
:en diluted by continued alle-
outlets about charities and
:ntly, the July 2005 London
ogue and increased fear and
much the same as the wildly
the government reveal, ran-
ied at mosques and calls for
-born Muslims with radical

zation will lead to the adop-
its. Further marginalization
n, riots, or the emergence of
ase in marginalization simi-
f radical groups. The inclu-
lim organizations into the
olent fringe groups, just as
ty into the Italian political

system of the 1970s led to an increase in the violence of radical left-wing groups such as the Red Brigades.95

## Conclusion and policy implications

This chapter has shown that contrary to some popular narratives, the number of charities thought to have provided funding for either al Qaeda or Hamas is relatively small, and that there is a marked discrepancy between the number of charities linked to al Qaeda and the number of those funding Hamas's military wing. I have attempted to provide an explanation for this discrepancy by looking at each organization's ideology, self-image, historical development, and relationship with its constituency. In the case of Hamas, each of these factors was seen to inhibit the organization from using charitable fronts to finance acts of violence. Because Hamas is an embedded organization dependent on maintaining local popular support, and because it has chosen to gain this support through building a reputation for incorruptibility, it can ill afford to be seen to embezzle charitable funds. The ready availability of alternative financial sources enables it to maintain a strict separation between fundraising for charitable and resistance ends. In the case of al Qaeda, none of the listed factors particularly discourage it from using charitable fronts. As a transnational, un-embedded organization whose power is not primarily based on gaining a local support base, al Qaeda has little to lose by abusing charities for terrorist purposes. As an isolationist, *takfiri* organization, it can justify abusing charities by claiming that these charities are part of a corrupted society with which al Qaeda is at war.

One explanation for why the number of European-registered charities with links to al Qaeda has remained so small despite the lack of disincentives revolves around the apparent dissonance between the views of European Muslims and al Qaeda's ideology and methods. The presence of a relatively strict fiscal climate (particularly compared to the lack of regulation in countries such as Saudi Arabia and Somalia) and the absence of historical relations with rich benefactors and their charities (compared to the presence of such links elsewhere, such as in Saudi Arabia) also play a role. But the fact that the majority of Europe's Muslims and their charitable institutions are deeply embedded in local communities means that al Qaeda's isolationist, *takfiri* ideology has little to offer. Though European Muslims may feel politically marginalized, the vast majority, including most Islamists, do not appear to have experienced the level of threat to their basic values and identities or the level of alienation from their own faith communities needed to make al Qaeda's ideology attractive. Consequently, because recruitment in Europe is unlikely to provide al Qaeda with a large pool of activists, at least for now, and because infiltration into existing Islamic charities is likely to be difficult and time-consuming, the most cost-effective option for al Qaeda is to focus its European activities on gaining recruits who can carry out its terrorist projects relatively undetected, and to raise funds through different channels.96

112   *Jeroen Gunning*

Beyond these empirical observations, a number of lessons can be drawn from the above analysis. First, the fact that differences in organization, ideology, and history appear to shape the way charities are approached underlines the importance of adopting a more differentiated approach to Islamic organizations more generally, and to organizations labelled "terrorist" in particular. Of particular importance is the level of embeddedness of the organization in question and the impact of this embeddedness on the organization's ideology, structure, and practices. A related issue concerns the way terrorism is used to designate entire organizations engaged in terrorist acts, regardless of whether the bulk of their activities is terrorist. Not only does this practice obscure our understanding of the organization in question, it also serves to delegitimize the otherwise legitimate social reform aspects of such organizations as well as all forms of resistance, even those conducted according to the rules of the Geneva Convention. If Schwartz's theory of political alienation has any validity, such a blanket delegitimization is likely to alienate the constituencies one is trying to win over and decrease system responsiveness, thus increasing the attractiveness of unconventional forms of warfare. The delegitimization of social welfare activities in particular, especially if accompanied by the freezing of charitable assets, is likely to contribute to human suffering as it has already done in Palestine[97] – which similarly may increase the attractiveness of unconventional forms of warfare.

Second, the grounds on which the Stichting al Aqsa has been indicted raises important questions about what exactly constitutes "financing terrorism." If al Aqsa's primary crime has been providing money to the families of those responsible for suicide operations, it is questionable whether such an act constitutes financing terrorism – although the act itself raises a number of ethical issues. More broadly, if a European-registered charity donates money to a charity that is loosely affiliated with an organization engaged in terrorism, does such an act constitute "financing terrorism"? Is it sufficient to be "associated" with an organization that carries out terrorist acts to be open to the charge of "financing terrorism"? What exactly constitutes "association"? Given the potential for human suffering if a charity is closed down and the potential for radicalization if it is closed down on dubious grounds, stricter rules on what constitutes "financing terrorism" and what constitutes evidence for such claims are advisable.[98]

A related issue concerns the fact that the evidence against the Stichting al Aqsa was, for perfectly legitimate intelligence reasons, only shown to the judge presiding over the Stichting's appeal against closure. Because the Stichting was deprived of a chance to challenge the accusations, this process arguably served to render its closure more contentious and thus potentially radicalizing. This highlights the importance of devising more transparent procedures, an issue taken up in more detail in Chapter 11 of this volume.

A third set of lessons can be drawn from differences in the way the British and Dutch governments monitor suspect charities, producing fundamentally different outcomes. In Britain, the body investigating an accused charity

nber of lessons can be drawn
ferences in organization, ideo-
ties are approached underlines
itiated approach to Islamist
:ations labelled "terrorist" in
evel of embeddedness of the
s embeddedness on the organ-
elated issue concerns the way
ons engaged in terrorist acts—
es is terrorist. Not only does
organization in question, but
mate social reform aspects of
stance, even those conducted
tion. If Schwartz's theory of
nket delegitimization is likely
vin over and decrease system
is of unconventional forms of
activities in particular, espe-
ible assets, is likely to contri-
a Palestine[97] – which similarly
al forms of warfare.

g al Aqsa has been indicted
constitutes "financing terror-
ling money to the families of
stionable whether such an act
act itself raises a number of
:tered charity donates money
janization engaged in terror-
orism"? Is it sufficient to be
it terrorist acts to be open to
tly constitutes "associated"?
arity is closed down and the
on dubious grounds, stricter
nd what constitutes evidence

idence against the Stichting
ice reasons, only shown to
against closure. Because the
he accusations, this practice
:ntious and thus potentially
devising more transparent
hapter 11 of this volume.
ences in the way the British
s, producing fundamentally
ating an accused charity is

the Charity Commission This Commission is an independent branch of government responsible for both defending the interests of British charities and regulating them It alone has the authority to instigate an inquiry and to decide on the type of sanction to impose, if any.[99] As such, the Charity Commission serves as a buffer between the political pressures surrounding the government and the charities, and typically attempts to find a solution that does not result in the closure of a charity but in its reform.[100] Because the charities recognize that the Commission's purpose is to both regulate and defend them, crises are more readily averted, and charities are more willing to voluntarily ensure transparency than would be the case if the only tools available were police investigation, covert surveillance, or legal proceedings.

In the Netherlands, the government carries out investigations, often with the help of intelligence services (AIVD), making it easier for the process to become politicized and antagonistic. Because authority rests with the government, the Ministers are regularly questioned in Parliament over their decisions concerning charities, providing both Ministers and opposition politicians a ready platform to score political points on the back of the charity debate. It also increases the likelihood that opposition politicians pressure relevant Ministers into making decisions on the basis of political expediency rather than simply security concerns or verifiable evidence In both the case of Stichting al Haramain and of Stichting al Aqsa, there seems to have been considerable political pressure, both domestic and international, which may have forced the government into a hastier or a more politically motivated decision than might have been chosen if responsibility for the case could have been deferred to a charity commission.[101] Moreover, had the process been conducted by a commission simultaneously charged with defending the interests of charities, the outcome might have been reform, thereby preventing the humanitarian and political costs of closing the charity while reducing the likelihood that charitable money is channelled into terrorist activities.[102] The government might have made use of the notion of an "accreditation seal," which the Dutch Central Bureau on Fundraising has already developed to signal to the public which fundraising charities can be trusted to spend their money on the projects specified[103] – a policy that, if handled sensitively, is likely to be similarly welcomed by Hamas-affiliated charities overseas. To be fair, however, in both cases the AIVD did withstand the political pressure for a considerable length of time, and in the case of al Aqsa would, according to one insider, have been prepared to consider reform if the charity had been more forthcoming in considering reform (which, if the investigating party had been a charity commission rather than the intelligence services, might have been more readily the case).[104]

Finally, if al Qaeda's dissonance with European Muslims is to be maintained, Europe's governments must pay more attention to the needs and sensitivities of their Muslim citizens. These concern both the foreign policies governments pursue, bearing in mind that Muslim citizens may have different loyalties than their governments in conflicts involving Muslims, and the way

114   *Jeroen Gunning*

governments allow Muslims to express their Islamic identity domestically. A government should seek not merely to decrease the sense of exclusion many Muslims feel by making the system more responsive (which includes a greater commitment to tackling structural problems of unemployment and exclusion from education), but also on decreasing the perception of value conflict. Some level of value conflict is inevitable in any democracy, let alone one consisting of multiple cultural communities. But the state could be more willing to accommodate religious claims and identities in the public arena, which would involve a rethinking of the concept of secularity.

Of particular importance is the state's attitude to Islamism. In the current climate, mainstream politicians too readily characterize Islamism as incompatible with democracy. Yet in its most accommodating forms, Islamism is compatible with democratic practice. It is vital to distinguish between different forms of Islamism and to recognize that some of them are not only "acceptable" within a secular context but vital to reducing the sense of value conflict felt by a significant number of Muslims. The Muslim Association of Britain (MAB) has empowered British Muslims by convincing them that the (perceived) value conflict between them, the state, and society is not insurmountable. Significantly, it has succeeded in channelling the energy of angry young Muslims into democratic avenues of protest, thereby lessening the sense of both personal and systemic inefficacy. By doing so, it has helped to delegitimize al Qaeda and its methods. Similarly, Islamist charities such as Interpal (Palestinian Relief and Development Fund) play a role in directing the concern of self-consciously Islamic European Muslims for the plight of Palestinians into humanitarian channels. If organizations such as MAB and Interpal are demonized, al Qaeda may become more attractive to disenfranchised Muslims. At the same time, organizations such as MAB and Interpal must be encouraged to pay greater heed to accusations that some of the things they advocate (e.g. regarding suicide operations in Israel), and the way they advocate them, are offensive to other members of the community (e.g. British Jews).

Such an approach is particularly imperative in the face of changes in the way the al Qaeda network appears to be recruiting. Having been hounded from the few charities and mosques it had infiltrated, its recruiters appear to have moved into small, private mosques, informal groups of disgruntled youths, and onto the internet -- a shift away from structures that are observable by the authorities. This parallels patterns in the financing of terrorism. As a result, the authorities now have to rely more than before on information from those who frequent Islamist circles. For such cooperation to be possible, European Islamists must be persuaded that their governments have their best interests at heart. This means that European domestic systems must become more sensitive and inclusive, and foreign policies may have to take Muslim concerns more explicitly into account and, rather than focus primarily on suppressing terrorism, focus also on transforming the structures that help cause terrorism.

:r Islamic identity domestically. A
:rease the sense of exclusion many
:sponsive (which includes a greater
:ns of unemployment and exclusion
: the perception of value conflict.
: in any democracy, let alone one
:es. But the state could be more
:nd identities in the public arena,
:ncept of secularity.

:ttitude to Islamism. In the current
:adily characterize Islamism as
:ost accommodating forms, Islam-
:: It is vital to distinguish between
:ze that some of them are not only
:ital to reducing the sense of value
:lims. The Muslim Association of
:luslims by convincing them that
:em, the state, and society is not
:eded in channelling the energy of
:nues of protest, thereby lessening
:fficacy. By doing so, it has helped
:imilarly, Islamist charities such as
:ent Fund) play a role in directing
:ropean Muslims for the plight of
: organizations such as MAB and
: become more attractive to dis-
:organizations such as MAB and
:heed to accusations that some of
:ide operations in Israel), and the
:ther members of the community

:ive in the face of changes in the
:ecruiting Having been hounded
:nfiltrated, its recruiters appear to
:informal groups of disgruntled
: from structures that are observ-
:ns in the financing of terrorism.
:more than before on information
:: such cooperation to be possible,
:their governments have their best
:i domestic systems must become
:olicies may have to take Muslim
: rather than focus primarily on
:orming the structures that help

This approach will be more likely to succeed if one distinguishes meticu-lously between financing humanitarian networks affiliated with resistance groups, and financing terrorism. It militates against equating ideological sup-port for a resistance struggle with financing terrorism. It cautions against providing undisclosed, and thus incontestable, evidence, and against using the logic of "crime by association." It similarly cautions against labelling an entire organization "terrorist," instead favouring an approach that encour-ages constructive engagement with the non-terrorist aspects of an organiza-tion, while clamping down hard on its terrorist aspects (this policy, however, does not currently seem to be applicable to al Qaeda). Finally, such an approach calls for legislation to be applied across the board, regardless of religious or political affiliation.

## Notes

1 I am indebted to Tom J Biersteker, Sue E Eckert, Frazer Egerton, Tom Erskine, Alastair Finlan, and Doug Stokes for their insightful comments

2 "$116 Trillion Lawsuit Filed by 9/11 Families," *CNN com/LawCenter*, 16 August 2002. Online. Available HTTP <http://archives.cnn.com/2002/LAW/08/15/attacks.suit/> (accessed 24 November 2004) The charities concerned are the Benevolence International Foundation, al Haramain Islamic Foundation, Inter-national Islamic Relief Organization, Rabita Trust, Saar Foundation, and World Assembly of Muslim Youth. See *Burnett, et al v. al Baraka Investment and Development Corp., et al* Online. Available HTTP: <http //news.findlaw com/cnn/docs/terrorism/burnettba81502cmp.pdf> (accessed 22 May 2005).

3 See Adams on the PIRA's and the PLO's financing and Napoleoni on the PIRA's and the Kosovo Liberation Army's fundraising. J Adams, *The Financing of Terror*, London. New English Library, 1986, pp. 86–89, 135–155; L. Napoleoni, *Modern Jihad. Tracing the Dollars Behind the Terror Networks*, London Pluto, 2003, pp. 29–33, 166–167, M Levitt, "Islamic Extremism in Europe Beyond al-Qaeda: Hamas and Hezbollah in Europe," Testimony to the Joint Hearing of the Committee on International Relations, Subcommittee on Europe and Emerging Threats, United States House of Representatives, 27 April 2005, D. Ranetunge, "British Charities Fund Terrorists," *The Island*, 4 October 2000. Online. Available HTTP· <http://www.pnu gov lk/news_update/features/20001004British_charities_fund_terrorists%20 htm> (accessed 17 October 2005)

4 UN Security Council Resolution 1373 (2001) Online. Available HTTP. <http://www unodc org/images/resolution%201373.pdf> (accessed 22 May 2005). UNSCR 1373 followed a number of earlier initiatives, such as the International Convention for the Suppression of the Financing of Terrorism (1999) and the Financial Action Task Force on Money Laundering (1989). Lists of prohibited entities include the United States' "Executive Order 13224 Blocking Terrorist Property," the Bank of England's "Consolidated List of Financial Sanctions Tar-gets in the UK," and the European Union's "List of Persons and Entities Subject to Financial Sanctions."

5 The fact that such charities are operated by and for Muslims does not necessarily determine their behavior. As Sumer rightly observes, Islamic organizations do not necessarily "take on similar shapes, irrespective of social setting " Instead, "the interests of Muslims are .. not self evidently based on Islamic principles, as is often assumed. They are contextual and dynamic and change according to altered circumstances . . the mechanisms underlying interest struggle are general and

116 *Jeroen Gunning*

applicable to any interest group." T Sunier, "Islam and Interest Struggle: Religious Collective Action among Turkish Muslims in the Netherlands," in S. Vertovece and A Rogers (eds.) *Muslim European Youth Reproducing Ethnicity, Religion, Culture*, Aldershot Ashgate, 1998, pp. 40–41. In this chapter, I will analyze Islamic charities from a social movement perspective, assuming that such charities are collective actors following rational strategies within particular political and discursive opportunity structures.

6 The charities accused of links with al Qaeda were Afghan Support Committee, al Furqan, al Rashid Trust, al Haramain and al Masjed al Aqsa Charity Foundation, al Haramain (Islamic/Humanitarian) Foundation, Barakaat International Foundation (Sweden), Benevolence International (Foundation/Fund), Bosanska Idealna Futura. Global Relief Foundation, Jam'yah Ta'awun al Islamia, Lajnat al Daawa al Islamiya, Makhtab al Khidamat/al Kifah, Nada International Anstalt, Nasreddin Foundation, Rabita Trust, Revival of Islamic Heritage Society, Somali International Relief Organization, Taibah International Aid Agency (Bosnia), The Aid Organisation of the Ulema Pakistan, Ummah Tameer e-Nau, Wafa Humanitarian Organization The charities linked with Hamas were Holy Land Foundation for Relief and Development (USA), al Aqsa Foundation Only organizations that appeared to be explicitly registered as charitable foundations have been included. Banks, financial networks, trading companies, and business organizations have been excluded from this count - although the distinction is not always clear (some of the charities included appear to be financial networks rather than charities in the proper sense of the word, e.g Barakaat International Foundation, Nada International Anstalt, and Nasreddin Foundation) Where a charity's national branches have been listed separately, I have counted the different branches as one charity See lists online. Available HTTP· <http://www.bankofengland co.uk/publications/financialsanctions/current/index htm> <http://europa eu int/comm/external_relations/cfsp/sanctions/list/version4/global/e_ctlview html#en845> (accessed 22 May 2005)

7 The only prohibited non-Muslim entity with aspects of a charity was the International Sikh Youth Foundation.

8 M Greenberg, W Wechsler, and L Wolosky, *Terrorist Financing Report of an Independent Task Force Sponsored by the Council on Foreign Relations*. New York: Council on Foreign Relations, 2002, p. 13, R Gunaratna, *Inside al-Qaeda Global Network of Terror*, London. Hurst, 2002, pp. 6, 68

9 See Napoleoni, *Modern Jihad*, 70–73, Levitt, "Hamas and Hezbollah in Europe"; *Rapportage werkgroep/Terrorismefinanciering en terrorismebestrijding*, 8 July 2003, p. 45 Online. Available HTTP <http://www.fecinfo nl> (accessed 24 June 2004).

10 Because of differences in the legal systems between England and Wales, Scotland, and Northern Ireland, as reflected in the existence of different Charity Commissions, I will focus on England and Wales.

11 The UK has been identified as a hub for both Islamist activities generally and al Qaeda actions specifically See G Kepel, *Jihad the Trail of Political Islam*, London I B. Tauris, 2000, pp. 303–305, R. Gunaratna, *Inside al Qaeda Global Network of Terror*, New York Columbia University Press. 2002, pp. 116–121. The Netherlands have been identified as a significant hub for financial and coordinational activities of al Qaeda-related cells. See Gunaratna, *Inside al Qaeda*, pp. 126–129, A. Anthony, "Amsterdamned, Part One," *The Observer*, 5 December 2004, H de Vreij, "Dutch Link in Madrid Bomb Plot?" *Radio Netherlands*, 21 October 2004 Online. Available HTTP <http://www2 mw.nl/rnw/en/currentaffairs/region/westerneurope/10610251> (accessed 17 October 2005), de Vreij, "Behind the Dutch Terror Threat," *Radio Netherlands*, 22 July 2004 Online. Available HTTP <http://www2 rnw nl/rnw/en/currentaffairs/region/netherlands/ned040722 html> (accessed 17 October 2005), "Not Saying the 'AQ' Word,"

T Sumer, "Islam and Interest Struggle: Turkish Muslims in the Netherlands," in *Islam European Youth–Reproducing Ethnicity*, 1998, pp. 40–41 In this chapter, I will cial movement perspective, assuming that lowing rational strategies within particular ructures.

Qaeda were Afghan Support Committee, al and al Masjed al Aqsa Charity Foundation, oundation, Barakaat International Founda-inal (Foundation/Fund), Bosanska Idealna i'yah Ta'awun al Islamia, Lajnat al Daawa al 'ah, Nada International Anstalt, Nasreddin f Islamic Heritage Society, Somali Inter-nternational Aid Agency (Bosnia), The Aid Immah Tameer e-Nau, Wafa Humanitarian h Hamas were Holy Land Foundation for Aqsa Foundation Only organizations have charitable foundations have been included. mpanies, and business organizations have gh the distinction is not always clear (some financial networks rather than charities in arakaat International Foundation, Nada Foundation). Where a charity's national I have counted the different branches as HTTP: <http://www.bankofengland.co.uk/index htm> <http://europa eu.int/comm/rsion4/global/e_ctlview html#en845>

y with aspects of a charity was the Inter-

Jolosky, *Terrorist Financing Report of an e Council on Foreign Relations*, New York: 13, R Gunaratna. *Inside al-Qaeda. Global* 2, pp. 6, 68

evitt, "Hamas and Hezbollah in Europe"; *ering en terrorismebestrijding*, 8 July 2003, www fecinfo.nl> (accessed 24 June 2004). ns between England and Wales, Scotland, ie existence of different Charity Commis-

for both Islamist activities generally and epel, *Jihad the Trail of Political Islam*, R Gunaratna, *Inside al Qaeda: Global* bia University Press, 2002, pp. 116–121; a significant hub for financial and coordi-cells. See Gunaratna, *Inside al Qaeda*, ed, Part One," *The Observer*, 5 December adrid Bomb Plot?" *Radio Netherlands*, HTTP <http //www2 rnw nl/rnw/en/0251> (accessed 17 October 2005); *Radio Netherlands*, 22 July 2004 Online, rnw/en/currentaffairs/region/netherlands 2005), "Not Saying the 'AQ' Word,"

Geopolitical Review, 16 November 2004. Online. Available HTTP <http //www.geopoliticalreview com/archives/000500 php> (accessed 17 October 2005).

12 The Charity Commission for England and Wales had investigated 17 charities for possible wrongdoing at the time of writing; 10 were subsequently subjected to formal inquiries. Aalami Majlise Tahaffuze Khatme Nubuwwat and the Islamic Foundation were found to have trustees with possible links with bin Laden's network The trustees were removed and the charities continued to operate. The North London Central Mosque Trust (the "Finsbury Park mosque") was investigated because its main preacher, Abu Hamza al Masri, was believed to have abused the mosque's charitable status by overtly promoting extreme political goals. Various al Qaeda suspects (e.g. Richard Reid, Zacarias Moussaoui) are said to have worshipped at the Finsbury Park mosque. See M Sageman, *Understanding Terror Networks*, Philadelphia. University of Pennsylvania Press, 2004, p. 50; "U.S. Indicts British Cleric on 11 Charges," *MSNBC News*, 27 May 2004 Online. Available HTTP. <http://www.msnbc.msn com/id/5071534> (accessed 17 October 2005) The charity's trustees (who had been ousted by al Masri) welcomed the Charity Commission's decision to remove al Masri Interpal (Palestinians Relief and Development Fund) was investigated following allegations by the US Treasury that it funded Hamas. Benevolence International (UK) was similarly inspected because the US Treasury believed it to have links with the Saudi-based Benevolence International Foundation (blacklisted on both the EU and Bank of England lists). No evidence of wrongdoing was found in either case. See <http.//www.charity-commission gov uk/investigations/inquiryreports/inqreps.asp> (accessed 17 October 2005).

In the Netherlands, Benevolence International Nederland and Stichting al Haramain Humanitarian Aid were found to have links with the bin Laden network. Stichting al Aqsa, a local branch of the German-based al Aqsa Foundation, was believed to have funded Palestinian organizations that were thought to fund Hamas. The al Muwaffaq charity was found to have two members designated by the US Government as persons implicated in bin Laden's network Though the Dutch Intelligence and Security Services (AIVD) stated in 1998 that they believed al Muwaffaq to have "supported the armed Islamic struggle," no further action was taken Stichting Tawheed, which runs the Tawheed mosque and As Siddiq school in Amsterdam, remains open although it is believed to have close links with the al Haramain Foundation The Al-waqf Al-islaami Stichting in Eindhoven is thought to have been involved in training and recruiting volunteers for "the international jihad" through the affiliated al Furqaan mosque. See <http.//www. aivd.nl> (accessed 1 July 2004)· "Antwoorden op kamervragen over financieringen vanuit Saoedi-Arabie," 31 December 2002, "Antwoorden op kamervragen over de mogelijke financiering van de Al-Tawheed moskee in Amsterdam," 2 March 2004, "Brief aan de Tweede Kamer over de stichting Al Waqf al-Islami," 25 April 2003, "Antwoorden op kamervragen over de organisatie Al-waqf Al-islaami die in de Al Furqaan moskee in Eindhoven opleidingen verzorgt tot strijder in de heilige oorlog," 24 June 2003, "Antwoorden op kamervragen over onderzoek naar een mogelijke tijdelijke sluiting van de Al-Fourqaan moskee in Eindhoven," 24 June 2003. Gunaratna, *Inside al Qaeda*, p. 126

13 Gunaratna, *Inside al Qaeda*, pp. 6, 68

No precise figures are available on the number of "Islamic" charities in England, Wales, and the Netherlands. Considering that there were 187,000 charities registered in England and Wales in July 2004 and that 3 percent of the population in England and Wales declared itself "Muslim" in the 2001 census, a rough estimate would be that some 3 percent of the 187,000 charities, or 5,610, are "Islamic" In the Netherlands, 151,190 charities ("stichtingen") were registered with the Chamber of Commerce in July 2004. With Muslims making up 4 4 percent of the

118    *Jeroen Gunning*

total population (the Dutch census does not record religion; this figure comes from the *CIA World Factbook* and is presumably based on an approximation on the basis of the original nationality of immigrants and their descendants), a rough estimate of the number of Islamic charities would be 4 percent of the total number, or 6,000. However, if we base our calculations on the (estimated) number of Muslims in each country, 700,000 in the Netherlands versus 1 5 million in England and Wales, the number of Islamic charities in the Netherlands is likely to be half that of those in England and Wales, i e., 2,800 (assuming levels of socio-political activity among Muslims are similar) Charity Commission Homepage <http://www.charity-commission gov.uk/>, Census 2001: Ethnicity and Religion in England and Wales <http://www.statistics.gov uk/census2001/profiles/commentaries/ethnicity.asp#religion>; Chamber of Commerce Homepage <http://www.kvk.nl>; CIA World Factbook <http //www.cia gov/cia/publications/factbook/geos/nl.html#People> (all websites accessed July 2004)

15 Europe-wide, three other charities have been accused by the Israeli and American governments of funding Hamas's violent struggle (the Comité de bienfaisance et de secours aux Palestiniens in France, the Association de secours palestinien in Switzerland, and the Palestinian Association in Austria) The governments in question have so far refused to take action for lack of evidence.

16 Though the official accusation against Stichting al Aqsa states that the charities it has funded are believed to have either carried out or facilitated terrorist acts, the information available in the public domain only suggests that its money has been used to pay the families of martyrs. including the families of suicide bombers, rather than funding armed actions directly "Tegoeden Al-Aqsa bevroren na onderzoek AIVD," AIVD Press Release, 9 April 2003, Online. Available HTTP: <http://www aivd.nl/algemene_onderdelen/tegoeden_al-aqsa> (accessed 17 October 2005) This assumption was corroborated by an anonymous source close to the investigations into Stichting al Aqsa (consulted in 2005) Even Levitt, who accuses European-based charities of funding Hamas's armed struggle, does not produce any concrete evidence of a charity (as opposed to individuals) funding Hamas's armed struggle beyond providing money to the families of martyrs but makes his case on the basis of the argument that the charities are integral to the armed struggle. Levitt, "Hamas and Hezbollah in Europe", Levitt, *Hamas Politics, Charity, and Terrorism in the Service of Jihad*, New Haven, CT Yale University Press, 2006, pp. 154–157 For Israeli intelligence reports, see, e.g. "Saudi Money Transfers to the Hamas and to Extremist Groups Identified with It," Report of the (Israeli) Intelligence and Terrorism Information Center at the Center for Special Studies, February 2003 Online. Available HTTP <http://www.intelligence.org.il/eng/bu/saudi/saudi htm> (accessed 17 October 2005); " 'Charity' and Palestinian Terrorism – Spotlight on the Hamas-run Islamic Al-Tadhamun 'Charitable Society' in Nablus," Intelligence and Terrorism Information Center at the Center for Special Studies, February 2005. Online. Available HTTP <http://www.intelligence.org.il/eng/sib/3_05/charity_2 htm> (accessed 17 October 2005); M. Dudkevitch. "Army Seals Offices of Hamas Charity Organizations," *Jerusalem Post*, 8 July 2004.

17 United Nations, *International Convention for the Suppression of the Financing of Terrorism*, 1999 Online. Available HTTP <http://untreaty un.org/English/Terrorism/Conv12.pdf> (accessed 17 October 2005)

18 Y Amidror and D Keyes, "Will a Gaza 'Hamas-stan' Become a Future Al-Qaeda Sanctuary?" *Jerusalem Issue Brief*, vol 4 no 7, 8 November 2004 Online. Available HTTP. <http //www.jcpa.org/brief/brief004–7 htm> (accessed 17 October 2005), Levitt, "Hamas and Hezbollah in Europe."

19 In Gaza (under Egyptian administration between 1948 and 1967), the Brotherhood suffered from the clash between the Egyptian Brotherhood and President Nasser

Case 1:18-cv-02192-HG-PK    Document 84-18    Filed 03/04/22    Page 29 of 35 PageID #: 1445

isus does not record religion, this figure comes from is presumably based on an approximation on the ty of immigrants and their descendants), a rough mic charities would be 4 percent of the total num- ase our calculations on the (estimated) number of )00 in the Netherlands versus 1 5 million in England mic charities in the Netherlands is likely to be half Wales, i e., 2,800 (assuming levels of socio-political similar). Charity Commission Homepage <http:// uk/>, Census 2001: Ethnicity and Religion in Eng- statistics.gov uk/census2001/profiles/commentaries/ ber of Commerce Homepage <http://www.kvk.nl>; :http //www.cia gov/cia/publications/factbook/geos/ accessed July 2004)

ities have been accused by the Israeli and American as's violent struggle (the Comité de bienfaisance et France, the Association de secours palestinien in uan Association in Austria). The governments in take action for lack of evidence.

against Stichting al Aqsa states that the charities it 'e either carried out or facilitated terrorist acts, the iblic domain only suggests that its money has been iartyrs, including the families of suicide bombers, ictions directly. "Tegoeden Al-Aqsa bevroren na :ss Release, 9 April 2003, Online. Available HTTP _onderdelen/tegoeden_al-aqsa> (accessed 17 Octo- s corroborated by an anonymous source close to the Aqsa (consulted in 2005) Even Levitt, who accuses unding Hamas's armed struggle, does not produce arity (as opposed to individuals) funding Hamas's ing money to the families of martyrs but makes his ment that the charities are integral to the armed l Hezbollah in Europe", Levitt, *Hamas Politics, Service of Jihad*, New Haven, CT. Yale University Israeli intelligence reports, see, e.g "Saudi Money Extremist Groups Identified with It," Report of the arism Information Center at the Center for Special e. Available HTTP <http //www.intelligence.org.il/ :ssed 17 October 2005); " 'Charity' and Palestinian ie Hamas-run Islamic Al-Tadhamun 'Charitable ence and Terrorism Information Center at the ?ebruary 2005 Online. Available HTTP. <http:// /3_05/charity_2 htm> (accessed 17 October 2005); )ffices of Hamas Charity Organizations," *Jerusalem*

' *Convention for the Suppression of the Financing* Available HTTP <http://untreaty un.org/English/ sed 17 October 2005)

ll a Gaza 'Hamas-stan' Become a Future Al-Qaeda *lrief*, vol 4 no 7, 8 November 2004 Online. Avail- 1.org/brief/brief004–7.htm> (accessed 17 October zbollah in Europe."

nistration between 1948 and 1967), the Brotherhood m the Egyptian Brotherhood and President Nasser

and was decimated by Nasser's heavy-handed clampdown In the West Bank (under Jordanian administration), the Palestinian Brothers were subsumed under the Jordanian Brotherhood, which meant that when the West Bank was occupied by Israel in 1967, the local branches were effectively leaderless. Palestinian Islamism, moreover, was initially eclipsed by the ascent of Palestinian nationalism as the Palestinian response to the defeat of 1967. See, for example, B. Milton-Edwards, *Islamic Politics in Palestine*, London·Tauris Academic Studies, 1996, pp. 36–80.

20 In the absence of extensive, reliable data regarding the exact nature of al Qaeda, and given the contested nature of available data, this caveat is essential See, for instance, J. Burke, *Al-Qaeda Casting a Shadow of Terror*, London. I.B Tauris, 2003, pp. 7–22 See also Chapter Three by Rohan Gunaratna in this book describing the transformation of al Qaeda from an organization into a global jihad movement.

21 *Takfiri* denotes the practice of labelling Muslims considered to have "lapsed" apostate (*kafir*) and worthy of summary execution.

22 Kepel, *Jihad*, pp. 83–87

23 Burke, *Al-Qaeda*, pp. 71–72

24 Ibid , p. 78, 109, 139, Kepel, *Jihad*, pp. 254–258, 276, 286

25 The 1997 targeting of tourists by Egyptian radical Islamists in Luxor illustrates the extent of their isolation from the larger community whose livelihood largely depended on tourism, and whose anger and subsequent alienation was one of the factors leading to the radicals' demise. Kepel, *Jihad*, pp. 277, 289, 297

26 J. Gunning, "Peace with Hamas? The Transforming Potential of Political Participation," *International Affairs*, 2004, vol 80, no 2, pp. 241–255.

27 For details on Hamas's political ideals and practice, see, Gunning, *Re-Thinking Western Constructs of Islamism Pluralism, Democracy and the Theory and Praxis of the Islamic Movement in the Gaza Strip*, doctoral thesis, Durham Centre for Middle Eastern and Islamic Studies, 2000, Chs 6-8 See also my forthcoming monograph on Hamas, Cambridge Cambridge University Press. For details on al Qaeda's political ideals and practice, see, e.g Gunaratna, *Inside al Qaeda*, pp. 84–94, 156–159; Burke, *Al-Qaeda*, pp 23–39, 69–72, 85–89, 109, 141, 145- 150, Sageman, *Understanding Terror Networks*, pp. 1–59

28 G. Robinson, "Hamas as Social Movement," in Q. Wiktorowicz (ed ) *Islamic Activism a Social Movement Theory Approach*, Bloomington Indiana University Press, 2004, pp. 117–123, Gunning, "Hamas, Socialisation and the Logic of Compromise," in J Tirman, M Heiberg and B O'Leary (eds.) *Terror, Insurgency, and the State*, Philadelphia University of Pennsylvania Press, 2007

29 See also Kepel's analysis of the divergent dispositions of the core constituencies of the radical and more moderate forms of Islamism *Kepel, Jihad*, pp. 254, 292, 359, 375.

30 See, for example, survey findings of Palestine Center for Policy and Survey Research (PSR). Online. Available HTTP <http://www.pcpsr.org> (accessed 5 November 2005)

31 PSR, Poll No. 19, 16–18 March 2006 (accessed 30 June 2006)

32 Al Qaeda "proper" does not have an embedded charitable network or consist of embedded members. Sageman notes similarly that the individuals joining the "global jihad" were typically "socially alienated, or temporarily disembedded" and makes the important observation that "this absence of connection is a necessary condition for a network of people to join the global jihad " Sageman, *Understanding Terror Networks*, pp. 146–147 The Egyptian Jihad, some of whose leaders dominate al Qaeda's upper echelons, distinguishes itself from other Egyptian Islamist groups by its lack of concern for society and what Kepel calls "the process of resocialization," which both the Muslim Brotherhood and its

120  *Jeroen Gunning*

radical offshoots, the Gamaat Islamiyya, emphasize. G. Kepel, *The Prophet & Pharaoh. Muslim Extremism in Egypt*. London. Al Saqi Books, 1985, p. 193. Kepel, *Jihad*, p. 282. The Algerian GIA, another (according to some) close associate of al Qaeda's, has similarly been primarily focused on violence (Kepel, *Jihad*, pp. 254–258). The Indonesian Jemaah Islamiya, another affiliate, is similarly primarily a jihadi organization with little interest in transforming society through charitable activities. The fact that many of its leaders were recruited while in exile and performed the role of "itinerant preachers" underscores this point Z. Abuza, *Militant Islam in Southeast Asia. Crucible of Terror*, London Lynne Rienner, 2003, pp. 125–140

33  Gunaratna, *Inside al Qaeda*, pp. 156–159. Burke, *Al-Qaeda*, pp. 150–177

34  Illustrations of both ends of this spectrum are Mohammed Atta and Richard Reid. For an analysis of the socioeconomic status of a sample of "global salafi mujahedin" (Sageman's term for the pool of people from which al Qaeda and affiliates draw), see Sageman, *Understanding Terror Networks*, pp. 73–77. Sageman's sample contains 18 percent members from the upper classes, 55 percent from the middle classes, 28 percent from the lower classes. In the sample, 83 percent had been educated in secular (as opposed to religious) schools, 71 percent had a university or college education, and 17 percent did not have a high school education

35  According to one (arguably very conservative) estimate, Hamas's Qassam Brigades consisted of only 200–500 "hard-core members" in 2003 "Special Reports Terror Groups," *The St Petersburg Times*. Online. Available HTTP <http://www.sptimes.com/2003/webspecials03/alarian/terror.shtml> (accessed 17 October 2005). The US State Department merely describes the strength of the Brigades as "unknown" US Department of State, *Patterns of Global Terrorism*, 21 May 2002 Online. Available HTTP <http://www.state.gov/s/ct/rls/pgtrpt/2001/html/10252.htm#hamas> (accessed 17 October 2005) The precise number of charitable workers is unknown but certain to be considerably higher

36  Gunning, *Western Constructs*, Ch 7 4 1

37  Gunning, *Socialisation*

38  According to Israeli intelligence sources, 90 percent of Hamas's funding before the al Aqsa Intifada was spent on social-service programs, 10 percent on its military wing Since the start of the al Aqsa Intifada, the same sources believe 20 percent of total funding is now directed towards Hamas's military program. T. Roule, "Post–911 Financial Freeze Dries Up Hamas Funding," *Jane's Intelligence Review*, 17–19 May 2002, no. 14, p. 17

39  According to a recent opinion poll, 82 percent of Palestinians believe that "corruption is most prevalent in the Governmental sector" The Coalition for Accountability and Integrity, "Opinion Poll on Corruption in the Palestinian Society." 30–31 December 2004 Online. Available HTTP <http://www.transparency.org/surveys/dnld/palestine_poll pdf> (accessed 17 October 2005).

40  Conversations with personnel from UNRWA, Pharmaciens sans Frontières, Save the Children, and Mennonite Central Committee. Gaza, 1998

41  See, for example, the accusation levelled by the Board of Deputies of British Jews against Interpal. C. Dyer, "Charity Sues Jewish Board over Hamas Claim," *The Guardian*, London, 20 October 2003. In the Netherlands, the Centre for Information and Documentation on Israel (CIDI) plays a similar role, having prompted investigations into a number of charities, including Stichting al Aqsa. See "CIDI vraagt onderzoek naar stichting Al Aqsa Rotterdam," *Rotterdams Dagblad*, 7 August 2002, or CIDI Homepage, <http //www.cidi nl> (accessed 17 October 2005)

42  Levitt, *Hamas*, pp. 52–106.

43  D van Natta and T O'Brien. "Flow of Saudi Cash to Hamas Is under Scrutiny by U.S.," *The New York Times*, New York, 17 September 2003. L. Kaplow,

phasize. G. Kepel, *The Prophet &* lon. Al Saqi Books, 1985, p. 193; er (according to some) close associ- focused on violence (Kepel, *Jihad,* uya, another affiliate, is similarly est in transforming society through eaders were recruited while in exile " underscores this point Z. Abuza, *Terror,* London. Lynne Rienner,

e, *Al-Qaeda,* pp. 150–177.
Iohammed Atta and Richard Reid f a sample of "global salafi muja- from which al Qaeda and affiliates *works,* pp. 73-77 Sageman's sample lasses, 55 percent from the middle the sample, 83 percent had been ools, 71 percent had a university or i high school education.
stimate, Hamas's Qassam Brigades bers" in 2003 "Special Report: Online. Available HTTP <http// error.shtml> (accessed 17 October nbes the strength of the Brigades *erns of Global Terrorism,* 21 May state.gov/s/ct/rls/pgtrpt/2001/html/ . The precise number of charitable oly higher

ent of Hamas's funding before the grams, 10 percent on its military : same sources believe 20 percent as's military program T. Roule, s Funding," *Jane's Intelligence*

of Palestinians believe that "cor- ctor." The Coalition for Accoun- tion in the Palestinian Society," › <http //www transparency.org/ tober 2005)
iarmaciens sans Frontières, Save , Gaza, 1998
oard of Deputies of British Jews Board over Hamas Claim," *The* erlands, the Centre for Informa- a similar role, having prompted g Stichting al Aqsa See "CIDI rdam," *Rotterdams Dagblad,* 7 cidi nl> (accessed 17 October

sh to Hamas Is under Scrutiny September 2003; L. Kaplow,

"Backgrounder Israel's Adversaries. Hamas. Back-seat Driver to Arafat Group," *Atlanta Journal-Constitution,* 24 January 2002, quoted in J. Stork, *Erased In A Moment Suicide Bombing Attacks Against Israeli Civilians,* New York: Human Rights Watch, 2002, p. 94, D Eberhart, "Hamas Touts Untouchable 'Secret' Funding Sources," *NewsMax com,* 5 December 2001 Online. Available HTTP· <http://www.newsmax com/archives/articles/2001/12/4/175008.shtml> (accessed 17 October 2005)
44 The removal of Saddam Hussein has resulted in the suspension of the $25,000 payments to the families of suicide bombers that Saddam is said to have instigated (although it is unclear how regular such payments were, see, for example, Stork, *Suicide Bombing,* 100–101, 104) The presence of US troops in the region has made both the Syrian and Iranian regimes more cautious, although it remains to be seen whether this will result in a drop in financial and other aid
45 See, for example, allegations and court case against Mohammed Salah, a Palestin-ian living in the United States. Boim v. Quranic Literacy Institute (291 F3d 1000), D. Pipes, "A New Way to Fight Terrorism," *Jerusalem Post,* 24 May 2000.
46 Rex Hudson, "Terrorist and Organized Crime Groups in the Tri-Border Area (TBA) of South America," Report prepared by the Federal Research Division, Washington, DC: Library of Congress, July 2003
47 See the Commission's ruling on Interpal. Online. Available HTTP <http // www.charity-commission gov uk/investigations/inquiryreports/inqreps.asp> (accessed 17 October 2005)
48 Geneva Convention Relative to the Protection of Civilian Persons in Time of War, 12 August 1949 Online. Available HTTP· <http.//www unhchr.ch/html/menu3/b/ 92 htm> (accessed 17 October 2005)
49 An Israeli government report argued that Hamas-affiliated charities provided "one-time grants of between $500–5,000" for "the families of those who have been killed and wounded in perpetrating acts of terror" "Hamas's Use of Charitable Societies to Fund and Support Terror," Israeli Ministry of Foreign Affairs, 22 September 2003. Online. Available HTTP: <http //wwwmfa gov il> (accessed 23 May 2005). Stork sets the amount of money given to martyrs' families by the Islamist as-Salah charity (which, though separate from the Hamas network, oper-ates according to a similar logic) at $5,300 (106). Until the fall of Saddam, families of suicide bombers were said to receive $25,000 from the local Iraqi Bath party (see Stork, *Suicide Bombing,* p. 104, Goldberg, "The Men behind the Suicide Bombers," *The Guardian,* London, 12 June 2002, p. 13.)
50 Claude Berrebi, "Evidence About the Link Between Education, Poverty and Terrorism Among Palestinians," Mimeo, Princeton University, 2003, pp. 37-39, Alan Krueger and Jitka Maleçková, "Education, Poverty and Terrorism Is There a Causal Connection?" *Journal of Economic Perspectives,* Fall 2003, vol. 17, no 4, pp. 135–136
51 See also M. Basile, "Going to the Source. Why Al Qaeda's Financial Network Is Likely to Withstand the Current War on Terrorist Financing," *Studies in Conflict and Terrorism,* 2004, vol 27, no 3, p 173
52 See, by way of comparison, the original Maktab al Khidamat which bin Laden oversaw during the Afghan conflict.
53 Many of the charities that have been linked to al Qaeda are humanitarian charities providing aid to the war-torn areas in which al Qaeda affiliates operate. Some of these charities have allegedly been founded by people close to bin Laden See, for example, Gunaratna's claims regarding Benevolence International and Brisard's claims regarding the IIRO and the Muslim World League. Gunaratna, *Inside al Qaeda.* pp 112–113, J. C Brisard, *Terrorism Financing,* Report prepared for the President of the UN Security Council, New York, 2002, p. 27. Others appear to have been infiltrated subsequent to having been founded.



122   *Jeroen Gunning*

54 A Dutch government report notes that "a recruiter [for the international jihad] will welcome a prominent position in a mosque . . . [because] it gives him more possibilities to arrange matters for other brothers and recruits (logistics, material and financial)." AIVD, "Recruitment for the Jihad in the Netherlands." Online. Available HTTP. <http://www.aivd.nl/contents/pages/2285/recruitmentbw.pdf> (accessed 17 October 2005)

55 See, for example, bin Laden's denunciations of the Gulf State rulers in his 4 January 2004 speech on *al Jazeera* Online Available HTTP· <http://www.mideastweb.org/log/archives/00000155.htm> (accessed 17 October 2005).

56 See also Basile, "Going to the Source," p. 173

57 Because the Saudi state has not traditionally levied tax (the so-called "rentier state" model, which funds itself through oil proceeds), there is no regular audit system Similarly, until recently, no records have been required for the giving of *zakah* (a religious "tax" that both individuals and businesses voluntarily give to charity) Napoleoni, *Modern Jihad*, 123

58 J Cooley, *Unholy Wars Afghanistan, America and International Terrorism*, 2nd edn, London Pluto Press, 2000, pp. 83, 87; Kepel, *Jihad*, 300–301, Burke, *Al-Qaeda*, p. 57

59 Burke, *Al-Qaeda*, pp. 57–58, Basile, "Going to the Source," 173

60 Burke, *Al-Qaeda*, pp. 57–58, D Kaplan, "The Saudi Connection," *US News & World Report*, Washington, 15 December 2003

61 D. McGrory and J Doran, "Bin Laden Funded by Bogus Charities," *The Times*, London, 25 September 2001

62 For estimates of the budgets of al Haramain, the Muslim World League, and the International Islamic Relief Organization, see Kaplan, "The Saudi Connection."

63 "Al-Qaeda Skimming Charity Money," *CBSNews com*, 7 June 2004 Online. Available HTTP <http://www.cbsnews.com/stories/2004/06/07/terror/main 621621.shtml> (accessed 18 October 2005)

64 Brisard, *Terrorism Financing*

65 I Key, "Bin Laden's Money Network," *The Express*, Manchester, 1 October 2001, pp. 8, 9

66 See also J Gunning, "Making Sense of al-Qaeda in Europe," Oxford-Princeton Conference on Muslims in Europe post 9/11, Oxford, 26 April 2003, Online. Available HTTP <http://www.sant.ox.ac.uk/princeton/gunning-full.pdf> (accessed 23 May 2005)

67 ICM/BBC Radio 4 Today poll, December 2002 Online. Available HTTP <http://www.icmresearch.co.uk/reviews/2002/bbc-today-muslims-dec-02.htm> (accessed 5 November 2005)

68 Most prominently, Abu Hamza al Masri's Supporters of Shari'ah and Omar Bakri's now disbanded al Muhajiroun The number of supporters of Shari'ah has been in decline since al Masri's removal from Finsbury Park Mosque. Estimates for al Muhajiroun range between a few hundred and a few thousand, Omar Bakri himself set the total number at 800 Interview in A. Mesoy, *How Does Political Alienation Cause Muslims in London to Engage in Radical Political Behaviour?*, Masters dissertation, Aberystwyth, 2004, p. 15.

69 For mainstream rejection, see letter sent by the Muslim Council of Britain to all UK mosques. "Letter to Mosques and Muslim Leaders," *The Guardian*, London, 31 March 2004. For reaction of larger Islamist organizations, see telephone interview with Dr Azzam Tamimi, Institute of Islamic Political Thought and Muslim Association of Britain, April 2003.

70 "Saoedische invloeden in Nederland. Verbanden tuseen salafistische missie, radicaliseringsprocessen en islamitisch terrorisme," AIVD report, 9 June 2004, 11 Online. Available HTTP: <http://www.aivd.nl/contents/pages/893/ rapportsaoedischeinvloeden.pdf> (accessed 18 October 2005)

recruiter [for the international jihad] will
...e   [because] it gives him more possi-
others and recruits (logistics, material
the Jihad in the Netherlands," Online
.ontents/pages/2285/recruitmentbw.pdf>

...ions of the Gulf State rulers in his 4
Online. Available HTTP. <http:/
55 htm> (accessed 17 October 2005).
173

...nally levied tax (the so-called "renter
oil proceeds), there is no regular audit
ds have been required for the giving of
luals and businesses voluntarily give to

*America and International Terrorism,*
83, 87. Kepel, *Jihad,* 300–301; Burke

g to the Source," 173
'The Saudi Connection," *U.S. News &*
2003
...unded by Bogus Charities," *The Times,*

...in. the Muslim World League, and the
see Kaplan, "The Saudi Connection."
*CBSNews.com,* 7 June 2004 Online
n/stories/2004/06/07/terror/main

*e Express,* Manchester, 1 October 2001,

-Qaeda in Europe," Oxford-Princeton
1, Oxford, 26 April 2003 Online. Avail-
...rinceton/gunning-full pdf> (accessed

2002 Online. Available HTTP <http://
...oday-muslims-dec-02 htm> (accessed

's Supporters of Shari'ah and Omar
number of supporters of Shari'ah has
...om Finsbury Park Mosque. Estimates
dred and a few thousand Omar Bakri
...iew in A Mesoy, *How Does Political
...igage in Radical Political Behaviour?,*
15.

the Muslim Council of Britain to all
him Leaders," *The Guardian,* London,
list organizations, see telephone inter-
slamic Political Thought and Muslim

rbanden tuseen salafistische missie,
...onisme," AIVD report, 9 June 2004,
...tp://www.aivd.nl/contents/pages/8931/
18 October 2005)

71 A. Esman, "The Arabian Panther," Foundation for the Defense of Democracies, 14 June 2004. Online. Available HTTP: <http://www.defenddemocracy.org/research_topics/research_topics_show.htm?doc_id=228652> (accessed 18 October 2005)

72 See note 12.

73 See also Sageman's comment on the necessity of un-embeddedness, n. 33. A significant number of those who were European-born, such as Zacarias Moussaoui, Richard Reid, and David and Jérome Courtailler, appear to have become uprooted from their communities before "succumbing" to al Qaeda.

74 R. Leiken, "Immigration: Is Integration Failing?" panel discussion, International Summit on Democracy, Terrorism, and Security, Madrid, 9 March 2005 Online. Available HTTP: <http://english safe-democracy.org/keynotes/immigration-is-integration-failing.html> (accessed 17 October 2005)

75 "Young Islam Hardline Youths Fuel Bitter Divide," *The Observer,* London, 4 April 2004; Anthony, "Amsterdamned", "Not Saying the 'AQ' Word," *Geopolitical Review,* 16 November 2004. Online. Available HTTP· <http://www.geopoliticalreview.com/archives/000500not_saying_the_aq_word.php> (accessed 17 October 2005)

76 Among Sageman's sample of "global Salafi mujahedin," 7 out of 172 are converts of Western origin (*Understanding Terror Networks,* 185–189) On white converts among al Muhajiroun members, see B. Wazir, "Essex Boys Sign up for 'Holy War,'" *The Observer,* London, 24 February 2002

77 The strength of this definition lies in the fact that it straddles both individual psychological and systemic factors and therefore can incorporate a wide variety of findings, ranging from aspiration–achievement gap theories to systems-level analyses, as well as more contemporary notions of identity and culture.

78 D. Schwartz, *Political Alienation and Political Behavior,* Chicago: Aldine Publishing, 1973, pp. 14–16, 25–28, 235

79 I borrow the term "post-migrant" from Sunier, "Islam and Interest Struggle," pp. 52–54.

80 See, for example, notions of "Islamic terrorism" and "Islamic education" used in AIVD publications. AIVD Homepage. Online. Available HTTP· <http://www.aivd nl> (accessed 17 October 2005)

81 Sunier, Cesari, and Samad all date the emergence of self-consciously Islamic organizations and identities among Turkish immigrants in the Netherlands, Muslims in France, and Muslims in Britain to the 1980s. Sunier, "Islam and Interest Struggle," 46; J Cesari, "Islam in France: Social Challenge or Challenge of Secularism?" in Vertovec and Rogers, *Muslim European Youth,* Aldershot, UK. Ashgate Publishing, 1998, 33–36; Y. Samad, "Imagining a British Muslim Identification," in Vertovec and Rogers, *Muslim European Youth,* 61 72 Kepel dates this shift in France to the late 1980s and early 1990s G Kepel, *Allah in the West,* Stanford, CA Stanford University Press, 1997, pp. 202-203 This shift from a more secular identity to a self-consciously religious one should, however, not be exaggerated Religious identity played a role in secular self-understandings while secular notions such as national identity continue to play a role in the self-consciously religious construction of identity

82 Home Office Report (*Briefing on British Muslims.* March 2004) quoted in David Leppard, "Soaring Jobless Total Feeds the Extremist Fires," *The Sunday Times,* London, 30 May 2004; observations by Lord Ahmed, quoted in Jason Burke et al, "Hardline Youths Divide Muslims," *The Observer,* London, 4 April 2004

83 See, for example, Kim Willsher, "My Son Wouldn't Lie to Me," *The Sunday Telegraph,* London, 1 September 2002; Abd Samad Moussaoui, "My Brother Zac," *The Guardian,* London, 19 April 2003.

84 Cesari, "Islam in France," pp. 29–31.

124   *Jeroen Gunning*

85  Schwartz distinguishes between "socio-cultural" and "political" alienation, and argues that, in 1960s America, the two were not "significantly associated with each other" (*Political Alienation and Political Behavior*, pp. 42–44)

86  On most recent developments in Britain, see M Abdel-Hahm, "Four British Muslims Make It to Parliament," *IslamOnline.net*, Cairo, 6 May 2005. Online Available HTTP <http://islamonline.net/English/News/2005-05/06/article03.shtml> (accessed 18 October 2005)

87  George Galloway, MP, was one of those who benefited from MAB's endorsement, "Muslim Vote Pivotal to General Election Outcome," press release, *MAB-line.net*, 6 May 2005 Online. Available HTTP <http://www.mabonline.info/english/modules.php?name=News&file=article&sid=378> (accessed 18 October 2005)

88  An alternative reading is that increased openness in a political system either marginalizes the violently inclined or leads them to believe that violence "worked" In both cases, increased openness is likely to produce more violence, at least in the short term See D della Porta, "Left-Wing Terrorism in Italy," in M. Crenshaw (ed ) *Terrorism in Context*, University Park, PA: Pennsylvania State University Press, 1995, pp. 105–159

89  Zawahiri's subterfuge has already been cited above. According to Special Branch in Britain, a number of unregistered fringe organizations have similarly "[preyed] on mosques, colleges and communities who believed that they were giving to orphans in Afghanistan or the homeless from an Indian earthquake." McGrory and Doran, "Bin Laden Funded by Bogus Charities."

90  Despite local government accusations to the contrary, experts appear to believe that the Central Asian branches of the party similarly refrain from advocating and perpetrating political violence. J Page, "Muslims Seeking Paradise Turn to Extremism in the Face of Poverty," *The Times*, London, 21 May 2005; T. Makarenko, "The Changing Dynamics of Central Asian Terrorism," *Jane's Intelligence Review*, February 2002 Online. Available HTTP <http://www.janes.com/security/international_security/news/jir/jir020129_1_n shtml> (accessed 13 April 2007)

91  For national impact. see notes 86, 87. For an overview of local and European election strategies, see O Saeed, "Labour Has Forfeited the Muslim Vote," *The Guardian*, London, 25 May 2004

92  E Asaad Buaras, "War Costs Labour the Muslim Vote," *Muslim News*, 30 May 2003, no 169, H Chapman, "Lib Dems Delighted at Gaining Britain's Only Muslim MEP," *Muslim News*, 25 June 2004, no. 182 See also n 88, 89

93  S. O'Neill, "British Islam Colleges 'Link to Terrorism ' " *The Times*, London, 29 July 2004

94  A Browne, "Hatred Engulfs a Liberal Land," *The Times*, London, 13 November 2004, I. Traynor, "Liberal Culture under Threat in Dutch Religious and Ethnic Crisis," *The Guardian*, London, 12 November 2004.

95  della Porta, "Left-Wing Terrorism in Italy," pp. 105–159

96  Gunaratna has recently argued that al Qaeda's influence in Europe has grown since the Madrid bombings and that compromised Islamic charities need to be targeted by European intelligence agencies if al Qaeda's threat is to be countered effectively However, Gunaratna does not provide a single example of a compromised charity, instead focusing on small-scale cells of suspected al Qaeda affiliates. R Gunaratna, "The Post-Madrid Face of Al Qaeda," *The Washington Quarterly*, Summer 2004. vol 27, no 3, pp 91–100.

97  T Kafala, "Palestinians Suffer as Charities Close," *BBC News Online*, 30 January 2002 Online. Available HTTP <http://news.bbc.co.uk/1/hi/world/middle_east/1789093 stm> (accessed 18 October 2005), S Taylor Martin, "Frozen Accounts Jeopardize Learning, Healing in Gaza," *St Petersburg Times Online*, 15 September

tural" and "political" alienation, and
ere not "significantly associated with
*ial Behavior*, pp. 42–44)

see M Abdel-Halim, "Four British
*nline net*, Cairo, 6 May 2005. Online.
st/English/News/2005-05/06/article03.

o benefited from MAB's endorsement
in Outcome," press release, *MABon-*
HTTP <http://www.mabonline.info/
ticle&sid=378> (accessed 18 October

openness in a political system either
eads them to believe that violence
is is likely to produce more violence, at
"Left-Wing Terrorism in Italy," in M.
versity Park, PA Pennsylvania State

d above. According to Special Branch
organizations have similarly "[preyed]
ho believed that they were giving to
om an Indian earthquake." McGrory
Charities."

ie contrary, experts appear to believe
rty similarly refrain from advocating
, "Muslims Seeking Paradise Turn to
*Times*, London, 21 May 2005, T.
of Central Asian Terrorism," *Jane's*
Online. Available HTTP <http://
rity/news/jir/jir020129_1_n shtml>

an overview of local and European
das Forfeited the Muslim Vote," *The*

Muslim Vote," *Muslim News*, 30 May
Delighted at Gaining Britain's Only
, no. 182 See also n 88, 89.
o Terrorism '" *The Times*, London,

l," *The Times*, London, 13 November
hreat in Dutch Religious and Ethnic
er 2004.
pp. 105 159.
eda's influence in Europe has grown
romised Islamic charities need to be
f al Qaeda's threat is to be countered.
provide a single example of a com-
ill-scale cells of suspected al Qaeda
Face of Al Qaeda," *The Washington*
91-100.
Close," *BBC News Online*, 30 January
ws.bbc.co uk/1/hi/world/middle_east
S. Taylor Martin, "Frozen Account
*etersburg Times Online*, 15 September

2003. Online Available HTTP <http //www sptimes com/2003/09/15/Worldand-nation/Frozen_accounts_jeopa shtml> (accessed 18 October 2005), "PCHR Calls upon the Palestinian Authority to Cancel Its Decision to Freeze Funds of Charitable Societies," press release, Palestinian Centre for Human Rights, Gaza, 28 August 2003.

98 See the precise distinction made in Boim vs. Quranic Literacy Institute (291 F3d 1000) between "giving money to a group which then sponsored a terrorist act" and "international terrorism"

99 Any member of the public has the right to bring suspicions to the Commission's attention and the Commission is obliged to look into these suspicions (30–40 percent of cases originate from the Commission's own investigations, 30 percent from other regulators, for example, the police, 30 percent from members of the public). However, the decision whether to instigate an inquiry rests solely with the Commission. Telephone interview with Simon Gillespie, Director of Operations, Charity Commission, 21 July 2004.

100 Telephone interviews with Gillespie (2004) and Antony Robbins, Head of Communications, Charity Commission, 8 July 2004. For reform outcomes, see n 12.

101 In conversations with an anonymous source close to the investigation, that source hinted at strong pressure from Israel on the AIVD (and the government) to revise its earlier stance that Hamas's political and social wings could be differentiated from its military wing.

102 A similar solution was suggested in a hypothetical situation by Gillespie, the Charity Commission's Director of Operations (Interview with Gillespie, 2004)

103 See R Bekkers, "Trust, Accreditation, and Philanthropy in the Netherlands," *Nonprofit and Voluntary Sector Quarterly*, December 2003, vol 32, no. 4, pp. 596–615

104 Conversation with anonymous source close to the investigations.