# Exhibit 25

# U.S. Relations With Jordan

state.gov/u-s-relations-with-jordan

**More information about Jordan is available on the <u>Jordan Page</u> and from other Department of State publications and other sources listed at the end of this fact sheet.**

## U.S.-JORDAN RELATIONS

The United States deeply values its long history of cooperation and friendship with Jordan, with which it established diplomatic relations in 1949. The United States appreciates the leadership role that Jordan plays in advancing peace and moderation in the region. The United States and Jordan share the mutual goals of a comprehensive, just, and lasting peace between Israel and the Palestinians, and an end to violent extremism that threatens the security of Jordan, the region, and the entire globe. The peace process and Jordan's opposition to terrorism parallel and assist wider U.S. interests. U.S. policy seeks to reinforce Jordan's commitment to peace, stability, and moderation. In light of ongoing regional unrest, as well as global disruptions stemming from the COVID-19 pandemic, the United States has helped Jordan maintain its stability and prosperity through economic and military assistance and through close political cooperation. The United States encourages Jordanian efforts to continue to implement key political and economic reforms that will secure a better future for the Jordanian people. Based on our shared strategic goals and close working relationship, Jordan was designated a U.S. major non-NATO ally by the United States in 1996.

## U.S. Assistance to Jordan

The United States is Jordan's single largest provider of bilateral assistance, providing more than $1.5 billion in 2020, including $1.082 billion appropriated by the U.S. Congress to Jordan through USAID in the 2020 fiscal year budget, and $425 million in State Department Foreign Military Financing funds. The United States has also provided nearly $1.7 billion in humanitarian assistance to support Syrian refugees in Jordan since the start of the Syria crisis. In 2018, the U.S. and Jordan signed a non-binding Memorandum of Understanding (MOU) to provide $6.375 billion in bilateral foreign assistance to Jordan over a 5-year period, pending the availability of funds. The MOU reinforces the U.S. commitment to broaden cooperation and dialogue between the two countries in a variety of areas. Assistance programs contribute to a strong bilateral relationship centered on a stable, reform-oriented Jordan. Development assistance has resulted in improved health indicators, road and water networks, hundreds of schools built, thousands of Jordanians in various fields educated and trained in the United States, grants and loans for U.S. agricultural commodities, and assistance for Jordanian communities hosting refugees from Syria. Current focus areas include macroeconomic policy, competitiveness, private sector development, energy, water security, governance, education, health, and women and youth

empowerment. A strong U.S. military assistance program is designed to meet Jordan's legitimate defense needs, including preservation of border integrity and regional stability through the provision of materiel and training.

U.S. assistance for Jordan's COVID-19 response has totaled almost $35.4 million, including nearly $20.8 million in humanitarian assistance to support vulnerable individuals in Jordan, including refugees and members of host communities. It also includes $13.1 million in humanitarian assistance to provide emergency food assistance, and $1.5 million in health assistance to support efforts to stop the spread of the disease, as well as strengthening laboratories for large-scale COVID-19 testing.

**Bilateral Economic Relations**

The year 2020 marks the 20th anniversary of the U.S.-Jordan Free Trade Agreement (FTA), the first U.S. FTA with an Arab country. The FTA has helped diversify the Jordanian economy while growing bilateral trade between Jordan and the United States by over 800 percent since 2000. The agreement has expanded the trade relationship by reducing barriers for services, providing cutting-edge protection for intellectual property, ensuring regulatory transparency, and requiring effective labor and environmental enforcement. The United States and Jordan have an "open skies" civil aviation agreement; a bilateral investment treaty; a science and technology cooperation agreement; and a memorandum of understanding on nuclear energy cooperation. Such agreements bolster efforts to help diversify Jordan's economy and promote growth.

**Membership in International Organizations**

Jordan and the United States belong to a number of the same international organizations, including the United Nations, International Monetary Fund, World Bank, and World Trade Organization. Jordan also is a Partner for Cooperation with the Organization for Security and Cooperation in Europe. Jordan has an enhanced partnership with NATO and is a key partner in the Global Coalition to Defeat ISIS.

**Bilateral Representation**

Principal embassy officials are listed in the Department's Key Officers List.

Jordan maintains an **embassy** in the United States at 3504 International Drive NW, Washington, DC 20008 (tel. 202-966-2664).

More information about Jordan is available from the Department of State and other sources, some of which are listed here:

CIA World Factbook Jordan Page
U.S. Embassy
USAID Jordan Page

History of U.S. Relations With Jordan
Office of the U.S. Trade Representative Country Page
Export.gov International Offices Page
Library of Congress Country Studies
Travel Information
U.S. Census Bureau Foreign Trade Statistics