# Exhibit 26

**From:** Ingerman, Brett
**Sent:** Thu, 30 Jan 2020 00:33:05 +0000Authentication
**To:** Ari Ungar   James P. Bonner   Gary Osen   Aaron Schlanger   Siegfried, Jonathan   Peck, Andrew   Patrick L. Rocco   njnudelman@hnklaw.com   Susan M. Davies   trkalik@hnklaw.com   Kozlowski, Nicole   Earnest Mckee, Lane   Masella, Jessica A.
**Cc:** Setrakian, Berge   Civetta, Margaret
**Subject:** RE: AB/Miller - Meet & Confer
**Sensitivity:** Normal

---

Ari,

Thank you for your email. In order to avoid unnecessary motion practice, and without waiver of our objections as to relevance, over breadth and lack of proportionality of such requests, the Bank intends to produce responsive records in its possession, custody or control that are or were located in the U.S. for all persons and entities listed in plaintiffs RFPs on a rolling basis.

As noted in Noel's recent email response to Judge Peck regarding the status of Plaintiffs' production, the attacks that form the basis for Plaintiffs' claims occurred more than 15 years ago, requiring, as Noel states, time and effort to attempt to "obtain, review and produce" the requested documents. So, too, for the records at ABNY. The documents you have requested (assuming there are responsive documents) are housed on a system that is no longer in use, and, indeed has not been in use since 2005.

The Bank has gone to great lengths, including sending its IT personnel from Jordan to New York, to connect the ABNY database, which is old and fragile, to a system that would allow access to the ABNY data. As I am sure you will appreciate, this has been a challenge in light of the fact that the software and hardware are over 15 years old. Although the data is currently retrievable, the process is extremely slow and we are working on converting it to a faster and more efficient platform. The project is ongoing and, hopefully, we will be in a better position next week to predict the timing of further production.

Similarly, we repeat our request that Plaintiffs provide us with a more specific schedule and deadline for getting individual plaintiff document responses. While we understand that the responses from your Israeli-based clients may take longer for the reasons stated, there presumably are no translation issues for your US-based clients and their documents should be more readily located and reviewable by you.

Thanks.

Brett

---

**From:** Ari Ungar <aungar@osenlaw.com>
**Sent:** Wednesday, January 29, 2020 10:41 AM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; James P. Bonner <JBonner@fbrllp.com>; Gary Osen <gosen@osenlaw.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Patrick L. Rocco <Procco@fbrllp.com>; njnudelman@hnklaw.com; Susan M. Davies <Sdavies@fbrllp.com>; trkalik@hnklaw.com; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Masella, Jessica A. <jessica.masella@us.dlapiper.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>
**Subject:** RE: AB/Miller - Meet & Confer

[EXTERNAL]

Brett,

I'm following up on my e-mail below. Please advise us whether Arab Bank will produce responsive records in the Bank's possession, custody or control that are or were located in the United States for <u>all</u> persons and entities listed in Plaintiffs' two document requests (pending since July 2019), and if not, which persons and/or entities you object to producing responsive records for. Please also advise us when you anticipate making your first production of records not previously produced in the *Linde* litigation.

Regards,

Ari

---

**From:** Ari Ungar
**Sent:** Wednesday, January 15, 2020 4:52 PM
**To:** Ingerman, Brett <brett.ingerman@dlapiper.com>; James P. Bonner <JBonner@fbrllp.com>; Gary Osen <gosen@osenlaw.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Siegfried, Jonathan <jonathan.siegfried@dlapiper.com>; Peck, Andrew <andrew.peck@dlapiper.com>; Patrick L. Rocco <Procco@fbrllp.com>; njnudelman@hnklaw.com; Susan M. Davies <Sdavies@fbrllp.com>; trkalik@hnklaw.com; Kozlowski, Nicole <nicole.kozlowski@dlapiper.com>; Earnest Mckee, Lane <lane.mckee@dlapiper.com>; Masella, Jessica A. <jessica.masella@dlapiper.com>
**Cc:** Setrakian, Berge <berge.setrakian@dlapiper.com>; Civetta, Margaret <margaret.civetta@dlapiper.com>
**Subject:** RE: AB/Miller - Meet & Confer

Brett,

On November 7, 2019, Jim forwarded you the attached mark-up providing you with additional information and Spitzen Expert Report references for most of the names listed on <u>Exhibit A</u> to your October 30, 2019 letter. While we were not required to provide you with this additional information, we did so in order to make things as easy and efficient as possible for Arab Bank to comply with its discovery obligations – particularly because you have repeatedly asserted that Defendant is eager to move this case along, a sentiment that Plaintiffs certainly share.

As we indicated during our December 10, 2019 meet and confer, we will be providing you with additional documentation (where available) on the names you recently provided on January 8, 2020 ("the list"), but we have serious concerns about the necessity of this exercise because many of the names on the list (1) are self-evidently relevant; (2) are easily ascertainable; and/or (3) were previously detailed to you on November 7. By way of illustration – considering only a few persons and entities on the list – the information we previously supplied and simple Google searches reveal the following:

<u>Individuals/Entities Identified by AB on 1/8/2020 as "Requiring Information"</u>

1. **Abd al-Karim Rateb Yunes Aweis** (previously identified by Plaintiffs as "AAMB operative who dispatched the suicide bomber of the King George Street Bombing."). The first search result on Google for Aweis links to the Israeli Ministry of Foreign Affairs (http://www.israel.org/MFA/PressRoom/2002/Pages/IDF%20Activity%20in%20Ramallah%20-%20Summary%20of%20Inventory%20-.aspx), which states, in part:

i360Most wanted terrorist list members detained during IDF action in Ramallah:

1. Abd al Karim Aweis, born 1970, known Tanzim terrorist, company commander in Jenin, directly involved in terror attacks and a dispatcher of suicide bombers to Israel. In December 2001 Abd al Karim Aweis was arrested by Palestinian security services in Samaria and was transferred to Ramallah for incarceration in a high security facility. In actuality the Palestinian security services granted him full freedom to continue carrying out murderous terror attacks. During his sojourn in Ramallah he worked in concert with other Tanzim terrorists from Ramallah headed by Marwan Barghouti to carry out additional terror attacks.

\f0

During questioning by the ISA, Abd al Karim Aweis confessed to his activity during the recent violent conflict:

- Planting a land mine on the Jenin bypass road;
- Participating in three shooting attacks on the Jenin bypass road;
- Manufacturing mortars and mortar shells in conjunction with terrorists from the Jenin area;
- Firing mortars on the town of Kadim;
- Manufacturing an explosive device for a terror cell of Dir Hana (Israel) residents. The device was planted at the Golani Junction;
- Manufacturing explosive devices for Tanzim terrorists in Ramallah;
- Dispatched two suicide bombers to Afula in concert with Ali Tzipori, an Islamic Jihad terrorist from Jenin;
- Dispatched the suicide bomber who killed 3 Israelis and wounded 35 more on King George Street in Jerusalem on 21 March 2001 in concert with Samaria Tanzim terrorist Nasser Shuyash.

In addition, Aweis, together with Jenin Islamic Jihad terrorist Mahmoud Gorssi, was behind the suicide terror attack of 12 August 2001 in Kiryat Motzkin that injured 14 Israelis. The pair was also responsible for the failed suicide attack of 16 August 2001 in Haifa.

4 . **Ahmad Sa'adat a/k/a Ahmad Sa'dat Abd al-Rasul** (previously identified by Plaintiffs as "PFLP's Secretary General. He dispatched the terrorist cell that assassinated Israeli Tourism Minister Rehavam Ze'evi

on October 17, 2001. The IDF military court sentenced Sa'adat to 30 years in prison."). The first search result on Google for Ahmad Sa'adat is to his Wikipedia page:



5. **Ahmad Taleb Mustafa Barghuthi al-Faransi** (previously identified by Plaintiffs as "AAMB operative who took part in planning and executing several terrorist attacks including the January 22, 2002 Bus Stop Shooting Rampage in Jerusalem."). The first search result on Google for Barghuthi links to the Israeli Ministry of Foreign Affairs (https://mfa.gov.il/MFA/MFA-Archive/2002/Pages/Information%20on%20Marwan%20and%20Ahmed%20Barghouti%20-%2015-Apr.aspx):



The Ministry of Foreign Affairs website identifies Barghuthi as follows:

> **Ahmed Taleb Mustafa Barghouti**

1. Ahmed Taleb Mustafa Barghouti was arrested on April 15, 2002 in a joint operation between the IDF and the Israel Security Agency. Ahmed is a relative of Marwan Barghouti, the head of the Al-Aqsa Brigades, the military branch of Fatah's Tanzim.

2. Ahmed Taleb Mustafa Barghouti was born in 1976 and originally resided in the government projects in El Bireh. Since 1997 he has been known as Marwan Barghouti's driver, although in actuality he has served as Marwan Barghouti's senior aide. In 1999 he joined the Palestinian police. He was a member of the terror cell which carried out many shooting attacks against IDF soldiers in the area around Ramallah. Since the year 2001, he has served as Marwan Barghouti's bureau chief and as the director and coordinator of terrorist attacks against Israel, under the direction of Marwan Barghouti.

3. Since the beginning of 2002 he has stood at the head of the Ramallah Al-Aqsa Brigades and has acted under the direction of Marwan Barghouti, with the knowledge of Yasser Arafat and in coodination [sic] with Nasser Avis from Nablus in carrying out suicide terror attacks within Israel.

4. Ahmed Taleb Mustafa Barghouti has directed and carried out the following terror attacks in 2002:

- Jan 22, 2002 - The shooting spree on Jaffa Street in Jerusalem. Two Israelis were killed, 37 wounded.
- Jan 17, 2002 - Three terrorists were arrested on their way from Nablus to Ramallah where they were to meet Ahmed Taleb Mustafa Barghouti. From their meeting, the terrorists were to go on their way to Jerusalem where they were to carry out a suicide terrorist attack.
- Feb 25, 2002 - The shooting attack in the Jerusalem residential neighborhood of Neve Yaacov. One Israeli policewoman was killed, 9 Israelis were wounded.
- Feb 27, 2002 - The murder of an Israeli at a coffee factory in the Atarot industrial zone of Jerusalem.
- Feb 27, 2002 - The suicide attack perpetrated by Daryan Abu Aysha and [sic] the Maccabim checkpoint in which two policeman were injured.
- Mar 5, 2002 - The shooting spree at the Tel Aviv Seafood restaurant[.] Three Israelis were killed, 31 wounded.
- Mar 8, 2002 - The interception of a suicide terrorist with an explosive belt along with his handler in Daheat el Barid. The attack was thwarted.
- Mar 27, 2002 - The interception of an ambulance and the confiscation of an explosive belt which was being smuggled from Samaria into in [sic] Ramallah, under the coordination of Ahmed Taleb Mustafa Barghouti.

Additionally, Ahmed Taleb Mustafa Barghouti planned to send an additional suicide terrorist who was arrested once the IDF entered Ramallah.

Over the course of the year 2002 the name of Ahmed Taleb Mustafa Barghouti was submitted to the Palestinian Security Forces a number of times. The Palestinian Security Forces refused to arrest him and even warned him about Israel's knowledge of his hostile terrorist activities.

Again, as we indicated during our December 10, 2019 meet and confer, we will nonetheless provide you with additional documentation (where available) on the individuals requested on your attached list.

On our call, you also indicated that you would advise us by the end of the year whether Arab Bank will produce responsive records in the Bank's possession, custody or control that are or were located in the United States for <u>all</u> persons and entities listed in Plaintiffs' two pending document requests, and if not, which persons and/or entities you object to producing responsive records for. As we stated on the call, the requests have been pending since July 2019, so if there is a need for judicial intervention to determine the scope of production, the time has (more than) come to identify the contours of the dispute, if any.

If, on the other hand, your client intends to produce all records in the Bank's possession, custody or control that are or were located in the United States that are responsive to Plaintiffs' two pending document requests, please advise us when you anticipate your first production of records not previously produced in the *Linde* litigation.

Regards,

Ari

---

**From:** Ingerman, Brett <brett.ingerman@dlapiper.com>
**Sent:** Wednesday, January 8, 2020 6:00 PM
**To:** James P. Bonner <JBonner@fbrllp.com>; Gary Osen <gosen@osenlaw.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Siegfried, Jonathan <jonathan.siegfried@dlapiper.com>; Peck, Andrew <andrew.peck@dlapiper.com>; Ari Ungar <aungar@osenlaw.com>; Patrick L. Rocco <Procco@fbrllp.com>; njnudelman@hnklaw.com; Susan M. Davies <Sdavies@fbrllp.com>; trkalik@hnklaw.com; Kozlowski, Nicole <nicole.kozlowski@dlapiper.com>; Earnest Mckee, Lane <lane.mckee@dlapiper.com>; Masella, Jessica A. <jessica.masella@dlapiper.com>
**Cc:** Setrakian, Berge <berge.setrakian@dlapiper.com>; Civetta, Margaret <margaret.civetta@dlapiper.com>
**Subject:** AB/Miller - Meet & Confer

Gary et al-

At our meet and confer on December 10, 2019, we explained that there were still a significant number of names in your document requests for which we still have little or no information to substantiate your allegation that they are relevant to the allegations in this case. You offered to review that list and consider providing us additional information (recognizing your statement that you did not believe you were obligated to do so). So in furtherance of what I believe have been productive meet and confers, we are attaching a list of 108 names (out of 677) from your document requests that: (1) were not identified in the *Linde* record at all; (2) were only identified in Rule 26(a)(1) disclosures in *Miller/Pam* or *Linde*; (3) were only identified in the Plaintiffs' 11/7/2019 proffer; or (4) the information provided in *Linde* is insufficient to establish the identity or relevance of the person/entity. We would very much appreciate any additional information you can provide as to these 108 names.

Happy to discuss at your convenience. Thanks.

Brett

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.