# Exhibit 4

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK

       ------------------------------X
                                     :    Docket#
       IN THE MATTER OF:             :    04-cv-2799(NG)(VVP)
                                     :    04-cv-5449(NG)(VVP)
                                     :    04-cv-5564(NG)(VVP)
                                     :    05-cv-365 (NG)(VVP)
       ARAB BANK, PLC.,              :
                                     :    U.S. Courthouse
                                     :    Brooklyn, New York
                                     :
                                     :    October 11, 2005
       ------------------------------X

             TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
              BEFORE THE HONORABLE VIKTOR V. POHORELSKY
                   UNITED STATES MAGISTRATE JUDGE
```

**A  P  P  E  A  R  A  N  C  E  S:**

**For Plaintiff Linde**
**and Coulter:**              Robert Swift, Esq.
                               Gary Osen, Esq.
                              Steven Steingard, Esq.

**For Plaintiff Litle**:      Mark Werbner, Esq.
                              James Bonner, Esq.
                              Noah Nudelman, Esq.

**For Plaintiff Almog**
**and Afriat-Kurtzer:**       Michael Elsner, Esq.
                              Justin Kaplan, Esq.


**For the Defendant:**        Steven Young, Esq.
                              Randall Fox, Esq.
                              Leah Campbell, Esq.
                              Kevin Walsh, Esq.

**Official Transcriber**:     Rosalie Lombardi
                                  L.F.

**Transcription Service**:    **Transcription Plus II**
                              823 Whittier Avenue
                              New Hyde Park, N.Y.  11040
                              (516) 358-7352

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Proceedings recorded by electronic sound-recording, transcript produced by transcription service

Transcription Plus II          Rosalie Lombardi

3

**Proceedings**

1       THE CLERK:  Civil Cause for a Status Conference in
2   04-cv-2799, <u>Linde v. Arab Bank</u>, 04-cv-5449, <u>Litle v. Arab
3   Bank</u>, 04-cv-5564, <u>Almog v. Arab Bank</u>, 05-cv-365, <u>Coulter v.
4   Arab Bank</u> and 05-cv-388, <u>Afriat-Kurtzer</u>.
5       Magistrate Judge Viktor Pohorelsky provided.
6       THE COURT:  Good morning, please be seated.  Do
7   you have a sign in sheet?  We do have a sign in sheet.
8   Okay, good.  Thank you.
9       So, Judge Gershon has decided some of the issues
10  here and so that assists, I think, now in working on what
11  the scope of discovery is.  Let me address just a couple of
12  housekeeping matters.
13      First of all, there's a motion to withdraw that
14  was made by Winston and Strawn and I take it there's not any
15  objection to that.  So, I am going to grant that motion and
16  LeBouf, Lamb has already entered a notice of appearance and
17  I don't think the lawyers changed, it's just the firm
18  changed; right?  Am I right bout that?
19      MR. WALSH:  That's correct, your Honor.
20      THE COURT:  Okay.  Then there was a stipulation to
21  adjourn defendant's time to answer complaints in, it looks
22  like two of the cases.  Yes, I guess I need to so order this

Transcription Plus II           Rosalie Lombardi

**Proceedings**

4

1  and I guess I'll do that.  It was adjourned until September
2  30.  So, it's sort of nunc pro tunc; right?
3           I also note that Judge Gershon referred to a
4  couple of more cases that were filed; Bennett, I think was
5  one of them she refers to.
6           MR. WERBNER:   And Roth.
7           THE COURT:  And Roth; right.  I presume those have
8  been assigned to me; am I right about that, along with Judge
9  Gershon obviously.
10          MR. WERBNER:  That's a yes, your Honor.  That they
11 were **(inaudible)**.
12          THE COURT:  Is anybody here on those cases?
13          MR. WERBNER:  I am, your Honor.  I am the lawyer
14 in those two cases.
15          THE COURT:  Oh, you are?
16          MR. WERBNER:   Yes, sir.
17          THE COURT:  Okay.
18          MR. WERBNER:   Those are just stand alone, one
19 family but they really for all practical purposes are part
20 of the Litle case.
21          THE COURT:  Okay.  And you are Mr. Werbner?
22          MR. BENNETT:  Mark Werbner.

Transcription Plus II          Rosalie Lombardi

16
**Proceedings**

1  confident they were but now that I know that the claims, at
2  least some of the claims are going to survive --
3         MR. SWIFT:  We -- just going back to the
4  transcript and your Honor was quite clear that you were wait
5  -- you said you were looking for some guidance and for the
6  time being, you were going to just focus on linkage.
7         THE COURT:  Are those transcripts filed?  They
8  were.
9         MR. SWIFT:  I don't know if it's filed.  It's
10 certainly --
11        THE COURT:  Okay.  Good.  I ought to probably
12 consult my own transcripts at some point.  But -- okay.
13        Mr. Walsh, why -- it does seem to me that
14 Judge Gershon's opinion opens this up.  It opens up a lot of
15 activity, certainly I would say at a minimum it seems to me
16 like the Saudi Committee's entire transactional activity is
17 fair game --
18        MR. WALSH:  Well, your Honor, you eluded --
19        THE COURT:  -- wherever it may have occurred, I am
20 talking about.
21        MR. WALSH:  -- a moment ago -- it may indeed be
22 the case, your Honor, that some what broader discovery

Transcription Plus II            Rosalie Lombardi

17
**Proceedings**

1  regarding the Saudi Committee's activity -- this court
2  initially contemplated as appropriate.
3          However, the plaintiff's first document demand
4  which I happen to have before me is some 34 pages long and I
5  don't think any of the plaintiff's counsel would dispute
6  that it calls for many documents other than those relating
7  to the Saudi Committee.
8          THE COURT: Yes, I understand and having looked at
9  it -- so, I am going to revisit the issue. So, maybe -- I
10 don't know what the best way to do that is. Maybe it will
11 help me to go -- maybe even just go item by item, even today
12 perhaps.
13         But it does seem to me like having given -- I'm
14 told by the plaintiffs that there has been decision now by
15 foreign authorities. The Jordanian decision was that they
16 let you see things except for some --
17         MR. WALSH: Yes, indeed. I --
18         THE COURT: -- one individual who is appealing it.
19 And I presume it's one of the individual whose account is
20 effected.
21         MR. WALSH: That's exactly right. I'm happy to
22 comment briefly on this, your Honor, because you've heard

18

**Proceedings**

1  from a number of counsel that the sad fact is that no

2  transactional records have been produced.

3      There's essentially one operative order of this

4  court.  It concerns one account in Jordan and eight accounts

5  in the Palestinian territories.  We have already informed

6  the plaintiffs that there are no responsive documents

7  concerning transactions that touch New York.  And we have

8  applied to these two jurisdictions for permission to release

9  documents.

10     As your Honor may recall, you initially directed

11  that application process to be a joint one with plaintiffs.

12  They chose not to participate.  We've pursued this on our

13  own and it is proceeding with great expedition.  The ruling

14  in Jordan as your Honor noted, permits the bank to disclose

15  these documents but an appeal has been filed.  We're advised

16  that both our initial application as an emergent matter to

17  the Court of first instance was by appropriate procedure

18  there ex parte.  And the appeal is an ex parte appeal.

19     So, we will have more information as to whether

20  the Court of Appeals in Jordan wishes the further submission

21  from Arab Bank in the immediate future.  But that is

22  proceeding quickly because it was presented to the Court of

19

**Proceedings**

1 first instance as an emergent matter.
2            In the Palestinian territories, we similarly have
3 obtained a ruling from the Palestinian courts. And as your
4 Honor noted, and as Mr. Swift remarked, that ruling
5 prohibits Arab Bank at the moment from producing the
6 documents that were the subject of your Honor's order.
7            It is our intention to appeal that order because
8 it is our desire, as we've told this court from the
9 beginning, to procure the consent and permission of these
10 governing authorities and to allow the forces of comity to
11 obtain, so that Arab Bank need not be placed in a position
12 where it has to consider violation of the laws, especially
13 to the extent they contain criminal provisions of its home
14 regulators.
15            THE COURT:  Okay.
16            MR. WALSH:  But that's proceeding quickly,
17 your Honor.  And we submit with regard to documents abroad -
18 -
19            THE COURT:  Yes.
20            MR. WALSH:  -- that are the subject of this
21 court's order, it makes perfect good sense to allow the
22 process to play itself out.

20
**Proceedings**

1   THE COURT: Okay. I did want to get reminded
2   about, it is your position then that at least to the
3   discovery that was allowed so far, that you've provided all
4   documents that are in New York, that were -- in other words,
5   all documents in New York that were in the custody of the
6   bank in New York regarding --
7   MR. WALSH: Regarding the nine accounts that are
8   the subject of your order.
9   THE COURT: Regarding the accounts; right.
10  MR. WALSH: That's correct, your Honor, and we've
11  advised the plaintiffs of that.
12  THE COURT: But that's because you have none.
13  MR. WALSH: Exactly.
14  THE COURT: But you've said that unequivocally.
15  MR. WALSH: Yes, that's been said in this court
16  during the last status conference.
17  THE COURT: All right.
18  MR. WALSH: And I repeat it, your Honor.
19  THE COURT: All right. So, I've got vigorous
20  objection from Mr. Werbner here. What's the story,
21  Mr. Werbner? Are you disputing that Mr. Walsh has made that
22  representation or --

Transcription Plus II         Rosalie Lombardi

                                                                21
                            **Proceedings**

1        MR. WERBNER:  No, maybe I misunderstand but in a
2   document and in a phone call, I was told and counsel was
3   told that they have 73 -- that they used their Swift
4   computer system in New York to search by the period we
5   described regarding anything for the Saudi Committee and
6   that they had 73 hits.  And they stated that they would
7   provide those 73 --
8        THE COURT:  Wait.  But I didn't think I had given
9   -- I thought that I had limited --
10       MR. WERBNER:  Let me clarify.
11       THE COURT:  Okay.
12       MR. WERBNER:  What your order was in Jordan was 10
13  accounts or nine accounts but your order --
14       THE COURT:  No, it was one account in Jordan,
15  eight in Palestine.
16       MR. WERBNER:  Exactly.  But we had asked for
17  irrespective of that process as it was going, what do you
18  have in New York that relates to the Saudi Committee.
19       THE COURT:  I know.  But I had said that they
20  didn't have to do that.
21       MR. WERBNER:  No, you didn't.  No, you didn't.
22  They responded and said we have 73 documents and we will

84
**Proceedings**

1        THE COURT:  They being --

2        MR. WERBNER:  The bank.

3        THE COURT:  -- the bank.

4        MR. WERBNER:  In other words, we have to prove to

5 the jury's satisfaction both that the entity they were

6 assisting was this type of entity, namely engaged in

7 terrorism and that the bank knew that when they

8 substantially assisted or at least was truly aware of.

9        THE COURT:  Mr. Walsh?

10        MR. WALSH:  May I first, as an aside,

11 your Honor, note that one of the reasons noted by

12 Judge Gershon in her opinion for ruling as she did was that

13 there are extensive allegations of knowledge on the part of

14 the bank by these plaintiffs.  And for that reason, we

15 continue to await with great expectancy production from

16 these plaintiffs of documents that reflect the bank's

17 alleged knowledge.

18        And to the extent that these --

19        THE COURT:  Of the activities of --

20        MR. WALSH:  Of the organizations that are alleged

21 to be terrorists organizations.  We think it's vital, your

22 Honor, that that be --

Transcription Plus II        Rosalie Lombardi

```
                                                              85
                         Proceedings
 1           THE COURT:  When you say alleged to be as
 2   you --
 3           MR. WALSH:  Well, I mean, Mr. Werbner had said --
 4           THE COURT:  -- include those that listed A through
 5   H?
 6           MR. WALSH:  -- that some of these are designated
 7   organizations, others are not.  The burdens of proof that
 8   fall upon the plaintiffs with regard to those that have not
 9   been officially designated are obviously different.  But the
10   plaintiffs are alleging that Arab Bank knew that these
11   organizations both designated and not, and in most cases,
12   these are front -- alleged front organizations that have
13   never been designated were known --
14           THE COURT:  Well, the first four are well known,
15   aren't they?
16           MR. WALSH:  Yes, they are, your Honor.
17           THE COURT:  I mean, as per -- E is, too.  I don't
18   recognize the last three as -- well, anyway, all right.  So,
19   what is your point?
20           MR. WALSH:  The point is really --
21           THE COURT:  Are you saying you don't --
22           MR. WALSH:  -- your Honor --
```

Transcription Plus II                    Rosalie Lombardi

                                                                    86
                              **Proceedings**

1            THE COURT:  You haven't gotten discovery about
2   whether -- of the documents that show that you knew or your
3   client knew.
4            MR. WALSH:  Yes, that form the basis for these
5   extensive allegations.
6            THE COURT:  Okay.  But why does that obviate the
7   need for you to provide the discovery they're asking?
8            MR. WALSH:  I offered it only as an aside,
9   your Honor.
10           THE COURT:  Okay.
11           MR. WALSH:  But, you know, again --
12           THE COURT:  All right.  Well --
13           MR. WALSH:  -- there is a --
14           MR. WERBNER:  So now we're one and one.
15           THE COURT:  Yes, I was going to say --
16           MR. WERBNER:  Okay.
17           THE COURT:  -- maybe I owe Mr. Werbner one here.
18           MR. WALSH:  There is a Lebanese account noted here
19  at the very bottom of the list, your Honor.  Again, we have
20  not pursuant to the orderly process that this court has
21  instituted, made any formal application to the Lebanese
22  courts and in the case of Lebanon as in the case of Jordan

                                                                87
                            **Proceedings**

1   and the Palestinian territories, we very much would like to
2   be acting with the blessing of the local regulators rather
3   than being put to the hard choice otherwise.
4           THE COURT:  You mean -- all right.  Well, you
5   know, we just know where that's going to end up.  I mean,
6   for goodness sake.  But I am not going to deny you the
7   opportunity --
8           MR. WALSH:  Your Honor, we do have permission in
9   Jordan --
10          THE COURT:  I'm not going to deny you the
11  opportunity to do it but --
12          MR. WALSH:  We do have permission in Jordan,
13  your Honor.
14          THE COURT:  I guess we started out by saying -- I
15  mean, Mr. --
16          MR. SWIFT:  Swift.
17          THE COURT:  -- Mr. Swift said he wanted an order
18  today and, you know, we may be at a point where I need to do
19  that.  All right.  I think I've already given an order to a
20  certain extent like the one that you presented.  Now, if I
21  need to get a new one -- anyway, but it seems to me again
22  though that nine or ten does fall within the scope of

Transcription Plus II            Rosalie Lombardi

88
Proceedings

1  documents that are -- you know, here I have --
2           MR. WALSH:  If you look at the full text of
3  paragraph 10, your Honor, it's exceedingly broad.
4           THE COURT:  It is broad.
5           MR. WALSH:  It is --
6           THE COURT:  It is broad.
7           MR. WALSH:  It is --
8           THE COURT:  I think that somehow there has to be a
9  connection to the case.  I mean, basically to the extent of
10 -- I am not sure that ordering every document is -- the
11 Saudi Committee is one thing, it seems to me.  That one is
12 easier to justify saying every document that you're entitled
13 to.  This is a little bit harder to justify, every document
14 relating to every activity that these organizations are
15 engaged in, regardless of what impact -- what connection
16 they had to your clients or even to terrorist activities.  I
17 guess you could say because they're a terrorist
18 organization, everything they do -- every financial
19 transaction they're engaged in is a terrorist transaction.
20          MR. WERBNER:  For sure as to the designated ones
21 for sure because that one --
22          THE COURT:  Is that what the government has said?

Transcription Plus II            Rosalie Lombardi

```
                                                              89
                          Proceedings
1            MR. WERBNER:  Well, Judge Gershon has said and the
2    statute -- yes, and the government.
3            THE COURT:  But I mean let's say --
4            MR. WERBNER:  Because money is funded --
5            THE COURT:  Look, Hammas is running elections, is
6    putting up candidates for elections in --
7            MR. WERBNER:  You cannot support -- under US law,
8    even if they're giving it to orphans because the --
9            THE COURT:  But why is that relevant -- forget
10   about that.
11           MR. WERBNER:  It is relevant to the
12   violation --
13           THE COURT:  Forget about that.  Why is that --
14           MR. WERBNER:  It's a violation.
15           THE COURT:  -- relevant to the case here?
16           MR. WERBNER:  Because it's a violation.  You
17   cannot -- the Congress said because money is fungible and
18   you would be freeing up dollars, even if they used the
19   monies and the other things for non-terrorist things by
20   giving a designated terror group money, the money is
21   fungible.  You are helping them -- go ahead.
22           MR. STEINGARD:  I just want to read --
```

Transcription Plus II                    Rosalie Lombardi