# Exhibit 5

Case 1:04-cv-02799-NG-VVP   Document 115   Filed 11/09/2005   Page 1 of 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COURTNEY LINDE, et al. | : | |
| Plaintiff, | : | Case No. CV 04 2799 (NG/VVP) |
| -against- | : | |
| ARAB BANK, PLC, | : | |
| Defendant. | : | |
| PHILIP LITLE, et al. | : | |
| Plaintiff, | : | Case No. CV 04 5449 (NG/VVP) |
| -against- | : | |
| ARAB BANK, PLC, | : | |
| Defendant. | : | |
| ORAN ALMOG, et al. | : | |
| Plaintiff, | : | Case No. CV 04 5564 (NG/VVP) |
| -against- | : | |
| ARAB BANK, PLC, | : | |
| Defendant. | : | |
| ROBERT L. COULTER, SR., FOR THE ESTATE OF JANIS RUTH COULTER, et al. | : | Case No. CV 05 365 (NG/VVP) |
| Plaintiff, | : | |
| -against- | : | |
| ARAB BANK, PLC, | : | |
| Defendant. | : | |

10325_1



**JA2789**

| | |
|---|---|
| GILA AFRIAT-KURTZER, et al. | Case No. CV 05 388 (NG/VVP) |
|       Plaintiff, | |
| -against- | |
| ARAB BANK, PLC, | |
|       Defendant. | |
| MICHAEL BENNETT, et al. | Case No. CV 05 3183 (NG/VVP) |
|       Plaintiff, | |
| -against- | |
| ARAB BANK, PLC, | |
|       Defendant. | |
| ARNOLD ROTH, et al. | Case No. CV 05 3738 (NG/VVP) |
|       Plaintiff, | |
| -against- | |
| ARAB BANK, PLC, | |
|       Defendant. | |

### STIPULATED PRODUCTION ORDER

The above actions are currently pending in the United States District Court for the Eastern District of New York and allege violations by defendant of, among other things, 18 U.S.C. §§ 2332, 2333, 2339A, 2339B and 2339C. Prior to the entry of this Order:

A.  Plaintiffs in the above actions, except Bennett v. Arab Bank, PLC and Roth v. Arab Bank, PLC, served Plaintiffs' First Request for the Production of Documents to Defendant Arab Bank PLC upon defendant which contained a request for bank account records maintained in Lebanon. Request 17 sought documents regarding account #3-810-622473-0330 maintained in defendant's Al-Mazra'a branch in Beirut, Lebanon. Such plaintiffs also served Plaintiffs'

2

10325_1

JA2790

Joint Modified Phase I Request For The Production Of Documents To Defendant Arab Bank, PLC upon defendant. Request 1 sought documents regarding account #3-810-622473-0330 maintained in defendant's Al-Mazra'a branch in Beirut, Lebanon;

B. At a conference held on October 11, 2005, the Court concluded that plaintiffs' request for documents regarding this bank account was a proper request and defendant represented that it would present an Order directing the production of such documents to the regulatory authorities in Lebanon whose permission defendant asserts it will need before it can produce such records; and

C. The parties have agreed that this Order directing defendant to produce the specific documents called for in the First Request and Joint Modified Request should be presented by defendant to the regulatory authorities in Lebanon whose permission defendant asserts is required.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. Defendant shall produce for Account No. 3-810-622473-0330, maintained at Arab Bank's Al-Mazra'a Branch in Beirut, Lebanon, the name on the account, documents containing any information concerning the identity of the account holder(s) including, without limitation, the account opening application, and any and all records relating to wire transfers or other deposits made into the account or disbursed from the account from January 1, 2000 to present and all correspondence between the Arab Bank and the account holder or any other third party concerning this account from January 1, 2000 to present, documents regarding the web site www.palestine-info.com which requested contributions to the account, any documents concerning the closing of the account, the freezing of its funds and the reporting of its activities to any government authorities and any documents which support or form the basis for the

3

statements regarding the account contained in paragraphs 41-43 of the Declaration of Shukry Bishara.

2. Defendant shall provide this Order to any appropriate judicial or regulatory authority.

STIPULATED AND AGREED TO:

By *Justin Kaplan / SMS*
MOTLEY RICE LLC
Michael E. Elsner (ME-8337)
Justin Kaplan
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000

Counsel for *Almog* and *Afriat-Kurtzer* Plaintiffs

By *Mark S. Werbner / SMS*
SAYLES WERBNER
Mark S. Werbner
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 939-8711

Counsel for *Litle/Bennett/Roth* Plaintiffs

By
KOHN, SWIFT & GRAF, P.C.
Robert A. Swift
Steven M. Steingard
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700

Counsel for *Linde* and *Coulter* Plaintiffs

By
LEBOEUF, LAMB, GREENE & MACRAE LLP
Kevin Walsh
Randall Fox (RF-2845)
125 West 55th Street
New York, NY 10019-5389
(212) 424-8000

Counsel for *Arab Bank, plc*

SO ORDERED:

s/VVP
VIKTOR V. POHORELSKY
United States Magistrate Judge
Brooklyn, New York

Dated: *November 8, 2005*

4

10325_1