# Exhibit 7

# Osama Hamdan Account at Arab Bank
## 1st Transfer on October 16, 2000 Payable to "HAMAS"



PX 0136

11

# Osama Hamdan Account at Arab Bank
## 2nd Transfer on October 16, 2000 Payable to "HAMAS"



PX 0140

12

# Osama Hamdan Account at Arab Bank
## December 29, 2000 Transfer Payable to "HAMAS ORGANIZATION"



PX 0106

13