# Exhibit 10

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
Goodwin Square
225 Asylum Street, 13th Floor
Hartford, CT 06103

tel +1 860 293 3537
fax +1 860 241 1337
rzdrojeski@dl.com

May 9, 2008

**BY FEDERAL EXPRESS**

| | | |
|---|---|---|
| Michael E. Elsner, Esq. | Steven M. Steingard, Esq. | Mark S. Werbner, Esq. |
| Motley Rice LLC | Kohn Swift & Graf, P.C. | Sayles Werbner |
| 28 Bridgeside Blvd. | One South Broad Street | 1201 Elm Street |
| P.O. Box 1792 | Suite 2100 | Dallas, TX 75270 |
| Mt. Pleasant, SC 29465 | Philadelphia, PA 19107 | |

Re: *Linde, et al. v. Arab Bank, PLC*, 04-2799 (NG) (VVP), and related cases
**ABPLC211469 – ABPLC213589**

Dear Counsel:

Enclosed please find a CD containing documents and OCR files for bates range ABPLC211469 – ABPLC213589, which have been designated as Highly Confidential pursuant to the August 1, 2005 Protective Order.

Arab Bank plc (the "Bank") produces these documents pursuant to Magistrate Judge Victor V. Pohorelsky's March 3, 2006 and May 7, 2007 Document Production Orders, as modified by the Magistrate Judge's Memorandum and Order of December 10, 2007, and the Plaintiffs' Joint Third Request for the Production of Documents. Please be advised that certain documents have been withheld in compliance with US law and in recognition of the bank examination privilege asserted by the OCC.

Very truly yours,

Ronald W. Zdrojeski/JSA

Ronald W. Zdrojeski

Enclosure
cc: Attached Service List (by electronic mail without enclosure)

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | DUBAI
EAST PALO ALTO | FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD.
LOS ANGELES | MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW

**JA3648**