# Exhibit 11

**Payment**

Type: BK          Status: Released   Vdate: 053001     TCN: 397BAN: 966667
Amount: $60,000.00   Commission: $0.00 ()   Charge: $16.00 (C) Cost Center:
Credit Account: 7001609000051 ()
Debit Account: 7001100100051 ()
ABA: 0572 (BOOK TRANSFER)
Swift 20: 00977P01 CHTO     Swift 21:
Input: 02:47:43 (...)
OFAC: ()
Auth. Rel: 00:05:02 (...)
Released: 00:05:02
Verified: 02:47:43 (...)
Credit/IBK Party: 7001609000051     UID: 342308     Swift: ARABPS22  FedId:
                  ARAB BANK, RAMALLAH
BBK Party:        UID:     Swift:     FedId:
                  ARAB BANK PLC GAZA BRANCH
                  PALESTINE
BNF Party: 36444  UID:     Swift:     FedId:
                  AHMAD ISMAIL YASINE
Debit/INS Party: 7001100100051     UID: 000448    Swift: ARABLBBX  FedId:
                  ARAB BANK, BEIRUT
OGB Party:        UID: 000000    Swift:    FedId:
                  ARABLBB1024
                  ARAB BANK PLC
                  (CHTOURA BRANCH)
                  CHTOURA
ORG Party:        UID: 000000    Swift:    FedId:
                  MR. YOUSEF EL HAYEK

ST-Pymnts Investigations          Page 1                    29-Jan-08

HIGHLY CONFIDENTIAL

ABPLC211999

PX2080.pdf

**JA796**