# Exhibit 12

### Payment

Type: BK           Status: Released   Vdate: 110300   TCN: 356BAN: 959913
Amount: $9,500.00   Commission: $0.00 ()        Charge: $16.00 (C)Cost Center:
Credit Account: 7001609000051 ()
Debit Account: 7001100100051 ()
ABA: 0572 (BOOK TRANSFER)
Swift 20: 01811P00 CHTO     Swift 21:
Input: 00:00:00 (...)
OFAC: 09:49:03 (MUM)
Auth. Rel: 21:44:01 (...)
Released: 21:44:01
Verified: 00:00:00 (...)
Credit/IBK Party: 7001609000051      UID: 342308        Swift: ARABPS22  FedId:
                  ARAB BANK, RAMALLAH
BBK Party:        UID:   Swift:   FedId:
                  ARAB BANK PLC GAZA BRANCH
                  PALESTINE
BNF Party: 349321510UID:   Swift:   FedId:
                  SALAH MUSTAFA MOHAMAD CHEHADEH
Debit/INS Party: 7001100100051      UID: 000448      Swift: ARABLBBX  FedId:
                  ARAB BANK,BEIRUT
OGB Party:        UID: 000000      Swift:   FedId:
                  ARABLBB1024
                  ARAB BANK PLC
                  (CHTOURA BRANCH)
                  CHTOURA
ORG Party:        UID: 000000      Swift:   FedId:
                  MR.YOUSEF EL HAYEK

*ST-Pymnts Investigations*                Page 1                          29-Jan-08

ABPLC212108

PX2163.pdf

**JA670**

**Payment**

Type: BK     Status: Released    Vdate: 012201    TCN: 330BAN: 939063
Amount: $25,000.00    Commission: $0.00 ()      Charge: $16.00 (C)Cost Center:
Credit Account: 7001609000051 ()
Debit Account: 7001100100051 ()
ABA: 0572 (BOOK TRANSFER)
Swift 20: 0121P01 CHTO     Swift 21:
Input: 02:29:51 (...)
OFAC: 09:54:02 (MUM)
Auth. Rel: 08:04:29 (...)
Released: 08:04:29
Verified: 02:29:51 (...)
Credit/IBK Party: 7001609000051     UID: 342308     Swift: ARABPS22   FedId:
        ARAB BANK, RAMALLAH
BBK Party:       UID:     Swift:     FedId:
        ARAB BANK PLC GAZA BRANCH
        PALESTINE
BNF Party: 349321510UID:     Swift:     FedId:
        SALAH MUSTAFA MOHAMMAD
        SHEHADEH
Debit/INS Party: 7001100100051     UID: 000448     Swift: ARABLBBX   FedId:
        ARAB BANK,BEIRUT
OGB Party:       UID: 000000     Swift:     FedId:
        ARABLBB1024
        ARAB BANK PLC
        (CHTOURA BRANCH)
        CHTOURA
ORG Party:       UID: 000000     Swift:     FedId:
        YOUSSEF ELHAYEK

*ST-Pymnts Investigations*        Page 1        29-Jan-08

HIGHLY CONFIDENTIAL

ABPLC212083

PX2145.pdf

**JA716**