# Exhibit 13

**Payment**

Type: BK   Status: Released   Vdate: 101800   TCN: 60   BAN: 941319
Amount: $15,000.00   Commission: $0.00 ()   Charge: $16.00 (C) Cost Center:
Credit Account: 7001609000051 ()
Debit Account: 7001100100051 ()
ABA: 0572 (BOOK TRANSFER)
Swift 20: 01701P00 CHTO   Swift 21:
Input: 00:00:00 (...)
OFAC: ()
Auth. Rel: 21:29:06 (...)
Released: 21:29:06
Verified: 00:00:00 (...)
Credit/IBK Party: 7001609000051   UID: 342308   Swift: ARABPS22   FedId:
ARAB BANK, RAMALLAH
BBK Party:   UID:   Swift:   FedId:
ARAB BANK PLC GAZA BRANCH
PALESTINE
BNF Party: 236519510 UID:   Swift:   FedId:
ISMAIL ABU SHANAB
Debit/INS Party: 7001100100051   UID: 000448   Swift: ARABLBBX   FedId:
ARAB BANK, BEIRUT
OGB Party:   UID: 000000   Swift:   FedId:
ARABLBB1024
ARAB BANK PLC
(CHTOURA BRANCH)
CHTOURA
ORG Party:   UID: 000000   Swift:   FedId:
MR. YOUSEF EL HAYEK

*ST-Pymnts Investigations*   Page 1   29-Jan-08

HIGHLY CONFIDENTIAL

ABPLC212138

PX2187.pdf

**JA658**

**Payment**

Type: BK　　Status: Released　Vdate: 111000　TCN: 499BAN: 967765
Amount: $20,000.00　Commission: $0.00 ()　Charge: $16.00 (C) Cost Center:
Credit Account: 7001609000051 ()
Debit Account: 7001100100051 ()
ABA: 0572 (BOOK TRANSFER)
Swift 20: 01867P00 CHTO　Swift 21:
Input: 00:00:00 (...)
OFAC: ()
Auth. Rel: 21:29:27 (...)
Released: 21:29:27
Verified: 00:00:00 (...)
Credit/IBK Party: 7001609000051　UID: 342308　Swift: ARABPS22　FedId:
　　ARAB BANK, RAMALLAH
BBK Party:　UID:　Swift:　FedId:
　　ARAB BANK PLC GAZA BRANCH
　　PALESTINE
BNF Party: 236519510 UID:　Swift:　FedId:
　　MR. ISMAEL ABU CHANAB
Debit/INS Party: 7001100100051　UID: 000448　Swift: ARABLBBX　FedId:
　　ARAB BANK, BEIRUT
OGB Party:　UID: 000000　Swift:　FedId:
　　ARABLBB1024
　　ARAB BANK PLC
　　(CHTOURA BRANCH)
　　CHTOURA
ORG Party:　UID: 000000　Swift:　FedId:
　　MR. YOUSEF EL-HAYEK

ST-Pymnts Investigations　　　Page 1　　　29-Jan-08

HIGHLY CONFIDENTIAL

ABPLC212113

PX2168.pdf

**JA676**

## Payment

Type: BK  Status: Released  Vdate: 012201  TCN: 331BAN: 939064
Amount: $20,000.00  Commission: $0.00 ()  Charge: $16.00 (C)Cost Center:
Credit Account: 7001609000051 ()
Debit Account: 7001100100051 ()
ABA: 0572 (BOOK TRANSFER)
Swift 20: 00122P01 CHTO  Swift 21:
Input: 02:29:52 (...)
OFAC: ()
Auth. Rel: 08:05:06 (...)
Released: 08:05:06
Verified: 02:29:52 (...)
Credit/IBK Party: 7001609000051  UID: 342308  Swift: ARABPS22  FedId:
ARAB BANK, RAMALLAH
BBK Party:  UID:  Swift:  FedId:
ARAB BANK PLC GAZA BR.
PALESTINE
BNF Party: 236519510 UID:  Swift:  FedId:
MR.ISMAEL ABOU CHANAB
Debit/INS Party: 7001100100051  UID: 000448  Swift: ARABLBBX  FedId:
ARAB BANK,BEIRUT
OGB Party:  UID: 000000  Swift:  FedId:
ARABLBB1024
ARAB BANK PLC
(CHTOURA BRANCH)
CHTOURA
ORG Party:  UID: 000000  Swift:  FedId:
MR.YOUSSEF HAYEK

ST-Pymnts Investigations  Page 1  29-Jan-08

HIGHLY CONFIDENTIAL

ABPLC212084

PX2146.pdf

**JA717**