# Exhibit 14

# LeBoeuf, Lamb, Greene & MacRae LLP

NEW YORK
WASHINGTON, D.C.
ALBANY
BOSTON
CHICAGO
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
PITTSBURGH
SAN FRANCISCO

Goodwin Square
225 Asylum Street, 13th Floor
Hartford, CT 06103
(860) 293-3500
Facsimile: (860) 293-3555

E-MAIL ADDRESS: RONALD.ZDROJESKI@LLGM.COM
WRITER'S DIRECT DIAL: (860) 293-3537

LONDON
A MULTINATIONAL PARTNERSHIP
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
AFFILIATED OFFICE
BISHKEK
ALMATY
BEIJING

April 10, 2006

**BY ELECTRONIC MAIL**

Steven Steingard, Esq.
Kohn Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

Michael Elsner, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, S.C. 29465

James P. Bonner, Esq.
Shalov, Stone & Bonner LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018

Re:  *Linde, et al v. Arab Bank plc*, No. 04 Civ. 2799 (NG)(VVP)
*Litle v. Arab Bank, plc*, No. 04 Civ. 5449 (NG) (VVP)
*Almog, et al v. Arab Bank plc*, No. 04 Civ. 5564 (NG)(VVP)
*Coulter, et al. v. Arab Bank plc*, No. 05 Civ. 365 (NG)(VVP)
*Afriat-Kurtzer, et al. v. Arab Bank plc*, No. 05 Civ. 388 (NG)(VVP)
*Bennett v. Arab Bank, plc*, No. 05 Civ. 3183 (NG) (VVP)
*Roth v. Arab Bank, plc*, No. 05 Civ. 3738 (NG) (VVP)
<u>Permission to Release Banking Records</u>

Gentlemen:

   We write to notify you of recent developments in the Bank's ongoing efforts to secure permission to release banking records it would otherwise be prohibited from producing by bank secrecy laws and rules of the jurisdictions in which the records are located.  Pursuant to Paragraph 3 of Magistrate Judge Pohorelsky's March 24, 2006 Scheduling Order, the Bank must notify plaintiffs whether the Saudi Committee has consented to the disclosure of documents.

   As we have previously informed you, the Saudi Committee is not an Arab Bank accountholder.  In making payments to the needy located in the Occupied Palestinian Territories, the Saudi Committee apparently directed its bank, Arab National Bank in Saudi Arabia, to issue payments in the territories via Arab National Bank's correspondent relationship with local banks in the territories.  Arab Bank was one such local bank with whom the Arab National Bank had a

April 10, 2006
Page 2

correspondent banking relationship. Therefore, although Arab National Bank is Arab Bank's customer in these circumstances, the Saudi Committee is the true party in interest as to any bank secrecy protection. In attempting to gain the release of the documents that are responsive to your various discovery requests, we have reached out directly to the Saudi Committee to secure its consent to the release of the requested records.

As a result of our efforts, I am happy to report that on March 24, 2006, the Saudi Committee notified counsel for Arab Bank that it would authorize Arab National Bank to permit Arab Bank to produce responsive documents issued by Arab National Bank to Arab Bank on behalf of the Saudi Committee. Please be aware that the Saudi Committee granted its permission subject to its right to review the records that will be produced.

Though we are awaiting receipt of Arab National Bank's permission to release the wire transfer records, Arab Bank has no reason to believe that Arab National Bank would otherwise object to producing the records. If you have any questions, please contact me.

Very truly yours,

Ronald W. Zdrojeski

cc:     All counsel on attached list