# Exhibit 15



PX4761.pdf

JA5715