# Exhibit 16

# U.S. DEPARTMENT OF THE TREASURY

# Treasury Designates Al-Salah Society Key Support Node for Hamas

August 7, 2007

(Archived Content)

HP-531

The U.S. Department of the Treasury today designated the Al-Salah Society, one of the largest and best-funded Hamas charitable organizations in the Palestinian territories.  Al-Salah Society's director, Ahmad Al-Kurd, was also designated today.

Hamas has used the Al-Salah Society, as it has many other charitable fronts, to finance its terrorist agenda, said Adam Szubin, Director of Treasury's Office of Foreign Assets Control (OFAC).  Today's action alerts the world to the true nature of Al-Salah and cuts it off from the U.S. financial system.

The Al-Salah Society supported Hamas-affiliated combatants during the first Intifada and recruited and indoctrinated youth to support Hamas's activities.  It also financed commercial stores, kindergartens, and the purchase of land for Hamas.  One of the most senior Gaza-based Hamas leaders and founders, Ismail Abu Shanab, openly identified the Al-Salah Society as one of the three Islamic charities that form Hamas' welfare arm.  The Al-Salah Society has received substantial funding from Persian Gulf countries, including at least hundreds of thousands of dollars from Kuwaiti donors.

The Al-Salah Society is directed by Ahmad Al-Kurd, a recognized high-ranking Hamas leader in Gaza.  Al-Kurd's affiliation with Hamas goes back over a decade.  During the first Intifada, Al-Kurd served as a Hamas Shura Council member in Gaza.  As of late 2003, Al-Kurd was allegedly the top Hamas leader in Deir Al-Balah, Gaza.  Since mid-2005, he has served as the mayor of Deir Al-Balah, elected as a Hamas candidate.

The Al-Salah Society has employed a number of Hamas military wing members. In late 2002, an official of the Al-Salah Society in Gaza was the principal leader of a Hamas military wing structure in the Al-Maghazi refugee camp in Gaza. The founder and former director of the Al-Salah Society's Al-Maghazi branch reportedly also operated as a member of the Hamas military wing structure in Al-Maghazi, participated in weapons deals, and served as a liaison to the rest of the Hamas structure in Al-Maghazi. At least four other Hamas military wing members in the Al-Maghazi refugee camp in Gaza were tied to the Al-Salah Society.

The Al-Salah Society was included on a list of suspected Hamas and Palestinian Islamic Jihad-affiliated NGOs whose accounts were frozen by the Palestinian Authority as of late August 2003. After freezing the bank accounts, PA officials confirmed that the Al-Salah Society was a front for Hamas.

## Identifying Information

***Al-Salah Society***

AKAs:

Al-Salah Association

Al-Salah Islamic Foundation

Al-Salah

Al-Salah Islamic Society

Al-Salah Islamic Association

Al-Salah Islamic Committee

Al-Salah Organization

Islamic Salah Foundation

Islamic Salah Society

Islamic Salvation Society

Islamic Righteous Society

Islamic Al-Salah Society

Jamiat Al-Salah Society

Jamiat al-Salah al-Islamiya

Jami'at al-Salah al-Islami

Jami'a al-Salah

Jammeat El-Salah

Salah Islamic Association

Salah Welfare Organization

Salah Charitable Association

Addresses:

PO Box 6035, Beshara Street, Deir al-Balah, Gaza

Deir Al-Balah Camp, Gaza

Athalatheeniy Street, Gaza

Gaza City, Gaza

Bureij, Gaza

Al-Maghazi, Gaza

Rafah, Gaza

**AHMAD HARB AL-KURD**

AKAs:

Ahmed El-Kurd

Ahmed Al Kurd

Ahmed Hard Al-Kurd

Ahmad Al-Kird

Ahmad Al-Kard

DOB:         circa 1949

ALT. DOB:   circa 1951

POB:         Deir Al-Balah, Gaza

Address:      Deir Al-Balah, Gaza

- 30 -