# Exhibit 17

```
17/04/01    08:56         97072820704
```

**AL - Salah Islamic Association**

**GAZA GOVERNATES - PALESTINE**

بسم الله الرحمن الرحيم

جمعية الصلاح الإسلامية

محافظات غزة - فلسطين

Date : _____   التاريخ : _____
No. : _____    الرقم : _____

السيد/ مدير البنك العربي ............. حفظه الله
غزة  -  15/ 4 /2001
السلام عليكم ورحمة الله وبركاته وبعد
الموضوع / وقف صرف حوالة من اللجنة السعودية لدعم انتفاضة القدس
التفاصيل :
نرجو منكم التكرم بوقف الحوالات الواردة من اللجنة السعودية لدعم انتفاضة القدس الى السادة المواطنين :

1- عطايا جابر الشاعر هوية رقم 943855597
2- حماد داود أهل هوية رقم 956655112
3- حرية إبراهيم أبو عازم هوية رقم 94894114

والطلب منهم مراجعة جمعية الصلاح الإسلامية
وذلك على كامل مسؤولية جمعية الصلاح الإسلامية ونفوضكم في حالة وجود أي إشكال بقيد القيمة على حساب الجمعية .

وتفضلوا بقبول فائق الاحترام

المقر العام / ص . ب 6035 دير البلح - غزة   Tel. : (07) 2531081 Fax : (07) 2830881
P.O. Box 6035 Deir AL Balah - Gaza
E-Mail Afsalah@p-i-s.com
المكتب الرئيسي / غزة - شارع الثلاثيني   Tel. : (07) 2520636 Fax : (07) 2823920

HIGHLY CONFIDENTIAL
ABPLC190726
PX0405.pdf
JA1128



## Global Arabic Translation Services
الخدمات العالمية للترجمة العربية

65 Tzfat St., Petah-Tikva, Israel
+972 54 8349.337
www.GatsTranslations.com

### **CERTIFICATION**

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, ABPLC190726, is a true and accurate translation of the original text from the Arabic language into English.

Date: July 7, 2014

_____
Yaniv Berman

4/17/01　　　08:56　　　97072820704

In the Name of Allah, the Compassionate, the Merciful

| Al-Salah Islamic Association [English] | | Al-Salah Islamic Association [/Society] [Arabic] |
|---|---|---|
| Gaza Governorates – Palestine [English] | | Gaza Governorates – Palestine [Arabic] |
| Date [English]: | | Date [Arabic]: |
| No. [English]: | | No. [Arabic]: |

============================================================================

To the manager of Arab Bank, may Allah protect him,

Gaza, on 4/15/2001

May peace be upon you, and Allah's mercy and blessings.

Subject: Withholding of a transfer from the Saudi Committee in Support of the al-Quds Intifada

Details:

We would like you to withhold the transfers that arrived from the Saudi Committee in Support of the Al-Quds Intifada to following citizens:

1. Ataya Jaber al-Sha'ir. ID no. 943855597.　[handwritten:] ✓Paid before the letter arrived. [signature]
2. Hamad Dawud Ahl. ID no. 956655112.
3. Harba Ibrahim Abu Azem. ID no. 94894114 1.

Please ask them to come to the Al-Salah Islamic Society.
The Al-Salah Islamic Society will take complete responsibility for the above request. In the event of any problem, we shall compensate you with the same amount, at the Society's expense.

　　　　　　With our utmost respect.

　　　　　　　　　　　　　　　The Al-Salah Islamic Society
　　　　　　　　　　　　　　　[Al-Salah stamp, and signature]

[illegible note in handwriting]

```
[illegible] Bank plc. _____
                              [Illegible]
-------------------------------------------
[Illegible]:      7032
Arrival Date:    4/16
[Illegible]:
[Illegible]:
```

Main Office / P.O. Box: 6035 Dir al-Balah+972 (8) 2536455 / 2531081 Fax: +972 (8) 2530881
Main Office / Gaza – Al-Thalathini Street, +972 (8) 2820636 Fax: +972 (8) 2823920
Email: alsalah@p-i-s.com　　　www.alsalah.org

ABPLC190726

PX0405.pdf

JA1130



PX0382.pdf

ABPLC190308

JA1131



## Global Arabic Translation Services
الخدمات العالمية للترجمة العربية

65 Tzfat St., Petah-Tikva, Israel
+972 54 8349.337
www.GatsTranslations.com

### CERTIFICATION

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, ABPLC190308, is a true and accurate translation of the original text from the Arabic language into English.

Date: June 18, 2014

Yaniv Berman

PX0382.pdf

**JA1132**

21 MAY 2001  10:34  FROM ALSALAH ESLMIC [sic] ASSOCITION [sic. i.e. 'SOCIETY']  TO 022982444  p. 01

In the Name of Allah, the Compassionate, the Merciful

| Al-Salah Islamic Association | | Al-Salah Islamic Society |
|---|---|---|
| Gaza Strip – Palestine |  | Gaza Strip - Palestine |
| Date: | | Date: 05/19/2001 |
| No.: | | No.: |

Mr. Muhammad al-Tahan, may Allah protect him          [illegible handwriting]
Manager of Arab Bank – Ramallah

Subject: Stopping transfers and returning them

Kindly stop the incoming transfers sent to the citizens listed below, and return them to the Saudi Committee for the Support of al-Quds Intifada:

| [illegible] 15748 | 1. Ibrahim Fuad al-Qassas |
| 17417 | 2. Ahmad Muhaisan Shehadeh |
| 15978 | 3. Ashraf al-Abd Islim |
| 17483 | 4. Amin Ali Abu Armana |
| 15986 | 5. Ayman Salah Wadi |
| 16784 | 6. Karam Fathi al-Kurd |
| 16945 | 7. Majdi Ali Abed |
| 16303 | 8. Imad Adib al-Daya |
| 17592 | 9. Rashid Sa'id Barhum |
| 16370 | 10. Saleh Issa Riyati |
| 18701 | 11. Nidal Hasan Abu Awn |
| 17428 | 12. Yusuf Dhiyab Khalaf |
| 17650 | 13. Salim Muhammad al-Hamayda |

May Allah bless you.

Your brother Ahmad al-Kurd
Director of Al-Salah Islamic Society
[stamp]                [Handwritten:]   2538990
[signature]                              2534433
[illegible]                                    *Abu Osama*

---

P.O.Box 6035 Dir AL Balah – Gaza  Tel. : (07)831081  FAX: (07) 830881      Headquarters: P. O. Box 6035 Dir al-Balah, Gaza
GAZA – AL – THALATHEEN ST. Tel.: (07) 820636  FAX: (07) 823920      Main office: Gaza  Al-Thalathini Str.

TOTAL P. 01
ABPLC190308

PX0382.pdf