# Exhibit 18

# Saudi Committee in Support of the Intifada al Quds
## Coordination with HAMAS Da'wa Institutions in the Palestinian Territories





There are two societies, which are among the largest societies in Palestine. They have a long experience, and have earned the trust of many. These societies have administrative capabilities, and staff, and so they have been appointed to monitor the operations during the giving of relief. They are doing so through a coordinative committee made up of more than 33 societies, who currently carry out the [Saudi] Committee's activities, in accordance with strict regulations and agreed upon mechanisms. The two societies are:

**The Islamic Charitable Society in the West Bank**

**The Al-Salah Islamic Association in Gaza**

PX0454    72

## December 30, 2000 Letter from the Palestinian Ambassador to Saudi Arabia to Prince Salman:
## The Palestinian Authority's Concerns About the Saudi Committee in Support of the Intifada al Quds Funding HAMAS

> In the Name of Allah, the Compassionate, the Merciful
>
> [Embas]sy of the State of Palestine    No.:
> Riyadh    Date: 04/10/1421
>    Corresponds to: 12/30/2000
>
> [PLO logo:]    Personal
>
> His Highness Prince Salman Bin Abd al-Aziz, May Allah protec[t him]
> Emir of Riyadh and head of the Popular Committees for the Sup[port of]
> Warriors,
>
> May peace be upon you and Allah's mercy and blessings.
>
> I am pleased to send your Highness my best wishes on the occas[ion ...]
> and to ask Allah to maintain your health, happiness and pleasure[...]
> my pleasure to send you the greetings of your brother, President [Arafat and]
> you his best wishes on the occasion of the happy Eid.
>
> I would like to inform you that he called me on the phone and asked me to deliver to you his request [that you] mediate and convey his position regarding what is happening in our homeland; **The Saudi Committee, which is responsible for delivering the donations to those who deserve them, sends huge funds to extremist committees and societies, including the Islamic Society that belongs to Hamas, the Al-Islah Society, and the brothers who belong to the Jihad in all areas. This has a negative effect on the internal situation, and strengthens those brothers. This, in turn has a negative effect on everyone.** In addition, the committee does not send any funds or aid to Fatah members.
>
> He [Arafat] asked me what was done concerning the arrival of the committee that I wrote to Your Highness and to His Highness, the Minister of Interior, about. The committee is headed by Dr. Riyadh al-Za'nun, and its aim is to coordinate with the brothers and to put all the true data on computer discs.
>
> These discs will then be delivered to the officials, in order to reach
>
> [Fax details, upside down:] /01 2001   12:17   Fax: 00966 1 4880721 E. S. PALESTINE    004

PX0480

73