# Exhibit 20



# Transfers Through Arab Bank- New York to Arab Bank Accounts of HAMAS Leaders and Operatives in Gaza (2000-2002)

**Sheikh Ahmad Yassin**

$60,000
Account #36444

**Halima Hasan Yassin**

$153,435
Account #244139510

**Salah Shehada**

$109,500
Account #349321510

**Ismail Haniyeh**

$420,100
Account #63517500

**Ismail Abu Shanab**

$173,172
Account #236519510

**Abd Al-Hakim al-Manaameh**

$119,435
Account #262390510

**Muhammad Shama'a**

$144,000
Account #513636510

**Ghazi Hamad**

$152,986
Account #1170465510

**Riyad Husain Abu Zaid**

$25,000
Account #300136510

**Baha al-Din al-Madhun**

$19,500
Account #301531510

18



# Transfers Through Arab Bank-New York to Arab Bank Accounts of HAMAS Leaders and Operatives in West Bank (2000-2002)

**Abbas al-Sayed**



$123,000

Account #90705094240

**Salah al-Din Darwaza**



$302,000

Wife's Account #4286871510

**Jamal Salim**



$13,500

Account #4033906500

**Jamal Mansur**



$85,000

Wife's Account #4064788500

**Abd al-Khaleq al-Natsheh**



$15,000

Account #7567847510

**Mahdi Shaker al-Hanbali**



$397,450

Account #4026306510

**Khaled Muhammad Amin al-Haj**



$177,500

Account #5678110510

**Nada Jamal al-Jayousi**



$610,000

Account #6057209500

19



PX 0090