# Exhibit 21

## Arab Bank - New York Branch Transactions
## Summary of Transactions for Identified Individual - Yousef Al Hayek

| Category Name / Beneficiary of Transaction | No. of Transactions | US Dollar Value |
|---|---|---|
| Al-Islah Charitable Society – Ramallah & Al-Bireh | 1 | $ 21,500 |
| Ahmed Yasine | 1 | 60,000 |
| Saleh Shehadeh | 2 | 34,500 |
| Ismail Haniyeh | 14 | 265,100 |
| Salam Ismail Haniyeh | 10 | 208,960 |
| Ismail Abu Shanab | 6 | 93,472 |
| Ghazi Hamad | 13 | 118,986 |
| Khaled Mohamad Amin El-Haj | 13 | 147,000 |
| Jamal Salim (Damouni) | 3 | 13,500 |
| Lateefah Naji Othman Chawa | 16 | 290,000 |
| Mehdi Ahaker El Hanbali | 23 | 349,500 |
| Nada Jamal Mohamad Jayousi | 36 | 600,000 |
| Khawla Ata Mohamad Elsheikh Omar | 4 | 47,000 |
| Abbas Mohamed Al Sayed | 9 | 123,000 |
| Abd Al Hakeem Ali Al Manaameh | 7 | 119,435 |
| Ayman Amwar Ahmad Arafat | 2 | 52,000 |
| Bahaeddine Saad El Madhoun | 1 | 9,500 |
| Haleemah Hasan Yasine | 6 | 153,435 |
| Hiyam Said Suliman Khalil | 3 | 52,000 |
| Huda Ahmad Darwazah | 20 | 302,000 |
| Khaled Ibrahim Al Quqa | 2 | 8,500 |
| Khalil Hasan Yasine | 6 | 10,800 |
| Muhammad Saleh Taha | 5 | 9,870 |

## Arab Bank - New York Branch Transactions
## Summary of Transactions for Identified Individual - Yousef Al Hayek

| Category Name / Beneficiary of Transaction | No. of Transactions | US Dollar Value |
|---|---|---|
| Mohammad Hasan Al Chamaa | 3 | 107,000 |
| Muna Salim Saleh Mansur | 4 | 85,000 |
| Riyad Husein Abdalla Abu Zayd | 1 | 25,000 |
| Sabha Said Hasan Dar Khalil | 15 | 83,500 |
| Sayed Abu Musameh | 3 | 6,000 |
| Khaled Ghazi Daoud Al Masri | 1 | 900 |
| Hanan Saleh Mahmoud Ahmad | 7 | 43,000 |
| Hatem Jabr Abou Haijeh | 17 | 256,500 |
| Omar Al Abdul Al | 4 | 5,400 |
| Hammad Abdul Aziz Mohamad Al Sharafa | 7 | 264,960 |
| Laekah Asaad Saeed Sabaenah | 3 | 36,000 |
| Karam Marzouk Joudallah | 5 | 156,000 |
| Mohamed Redwan Ibrahim Yasine | 1 | 9,000 |
| Shaker Hayel Rabah Dababseh | 1 | 1,000 |
| Naelah Khaled Daher | 1 | 20,000 |
| Tahrir Shaaban Mohamed Al Sharif | 1 | 25,000 |
| Mohamad Nawfal | 1 | 1,300 |
| Aqeelah Mahmoud Mohamad Al Sakani | 1 | 1,000 |
| Dawlat Rajeh Ahmed Shreim | 1 | 9,975 |
| Hibah Ahmed Ali Ahmed | 1 | 600 |
| Rabah Hayel Takrouri | 1 | 1,000 |
| | 282 | $ 4,228,193 |