# Exhibit 22

## PX12

**JOINT INTERROGATORY NO. 1:**

State the total number of Funds Transfers you processed for Palestinian FTOs, SDTs and SDGTs from the date of designation of those individuals or entities by the United States government through December 31, 2007.

**RESPONSE TO JOINT INTERROGATORY NO. 1:**

Arab Bank processed 282 Funds Transfers in which parties identified were either the originator or the beneficiary from the date of designation of those individuals or entities by the United States government through December 31, 2007.

**JOINT INTERROGATORY NO. 2:**

State the total dollar amount of all Funds Transfers you processed for Palestinian FTOs, SDTs and SDGTs from the date of designation of those individuals or entities by the United States government through December 31, 2007.

**RESPONSE TO JOINT INTERROGATORY NO. 2:**

Arab Bank processed $2,563,275.00 in Funds Transfers in which parties were either the originator or the beneficiary, from the date of designation of those individuals or entities by the United States government through December 31, 2007.