# Exhibit 23

## Summary of Financial Transactions for Twelve (12) Selected Entities / Organizations as Beneficiary (1999 to 2004)

| Category Name | Arab Bank - Branch of New York Transactions | | Arab Bank Saudi Committee Transactions | | Arab Bank Transactions via Non-US Branches (Outside of US) | | Total Transactions and US Dollar Amount Processed for Each Entity / Organization | |
|---|---|---|---|---|---|---|---|---|
| | Transactions as Beneficiary: | | Transactions as Beneficiary: | | Transactions as Beneficiary: | | Transactions as Beneficiary: | |
| | No. of Transactions | US Dollar Value | No. of Transactions | US Dollar Value | No. of Transactions | US Dollar Value | No. of Transactions | US Dollar Value |
| Union of the Good | 23 | $ 50,911 | 0 | $ - | 0 | $ - | 23 | $ 50,911 |
| The Islamic Center – Gaza | 1 | $ 27,178 | 2 | $ 20,985 | 28 | $ 751,389 | 31 | $ 799,552 |
| The Islamic Society – Gaza | 39 | $ 1,158,578 | 7 | $ 40,382 | 86 | $ 1,474,507 | 132 | $ 2,673,467 |
| Al-Salah Islamic Association – Gaza | 61 | $ 2,387,546 | 16 | $ 9,730,813 | 70 | $ 3,117,964 | 147 | $ 15,236,322 |
| Al Nur Prisoners' Society – Gaza | 1 | $ 1,985 | 0 | $ - | 0 | $ - | 1 | $ 1,985 |
| Islamic Charitable Society – Hebron | 91 | $ 1,822,641 | 14 | $ 4,863,533 | 72 | $ 2,771,594 | 177 | $ 9,457,768 |
| Jenin Charitable Society | 2 | $ 21,264 | 0 | $ - | 0 | $ - | 2 | $ 21,264 |
| Nablus Zakat Committee | 21 | $ 226,675 | 1 | $ 13,297 | 33 | $ 447,129 | 55 | $ 687,100 |
| Tulkarem Zakat Committee | 22 | $ 182,500 | 1 | $ 13,297 | 41 | $ 508,729 | 64 | $ 704,526 |
| Ramallah – al-Bireh Zakat Committee | 37 | $ 444,703 | 1 | $ 13,297 | 45 | $ 404,815 | 83 | $ 862,815 |
| Al-Islah Charitable Society – Ramallah & Al-Bireh | 15 | $ 228,547 | 3 | $ 604,760 | 14 | $ 334,758 | 32 | $ 1,168,066 |
| Al-Tadamun Charitable Society – Nablus | 16 | $ 168,372 | 1 | $ 13,297 | 31 | $ 466,726 | 48 | $ 648,395 |
| | 329 | $ 6,720,900 | 46 | $ 15,313,661 | 420 | $ 10,277,609 | 795 | $ 32,312,170 |

PX4752.pdf

**JA5706**