# Exhibit 25



# Saudi Committee's Payments to the Families of HAMAS Operatives Responsible for 12 Attacks in this Case


arab national bank


ARAB BANK

**SAUDI COMMITTEE**
in Support
of the Intifada al Quds





PX624, PX625, PX627, PX635, PX687, PX694

## Neve Yamin Bombing
### March 28, 2001

  

**Fadi Amer**    **Ayman Halawah**    **Ra'ed Houtari**

## Dolphinarium Bombing
### June 1, 2001

  

**Sa'id Houtari**    **Ayman Halawah**    **Ra'ed Houtari**

## Sbarro Pizzeria Bombing
### August 9, 2001

  

**Izz al-Din al-Masri**    **Ayman Halawah**    **Jamal Abu al-Hija**

98

# Saudi Committee's Payments to the Families of HAMAS Operatives Responsible for 12 Attacks in this Case


arab national bank


ARAB BANK


**SAUDI COMMITTEE** in Support of the Intifada al Quds



**Ben Yehuda Bombings**
**December 1, 2001**


Nabil Halabiya

**Emmanuel Settlement Bombing**
**December 12, 2001**

 
Assem Rihan   Nasr al-Din Assida

**Park Hotel Bombing, Netanya**
**March 27, 2002**

  
Muhanad al-Taher   Muhanad Sharim   Nasser Yataima

PX667, PX663, PX713, PX710, PX614, PX615

**Saudi Committee's Payments to the Families of HAMAS Operatives Responsible for 12 Attacks in this Case**






SAUDI COMMITTEE in Support of the Intifada al Quds



Bus No. 32A, Patt Junction, Jerusalem
June 18, 2002

Muhanad al-Taher



Shooting Attack, Route 60
January 29, 2003

Hisham Hijazi



Kiryat Arba Shooting Attack
March 7, 2003

Basel al-Qawasmeh

PX710, PX716, PX685

100

**Saudi Committee's Payments to the Families of HAMAS Operatives Responsible for 12 Attacks in this Case**







SAUDI COMMITTEE in Support of the Intifada al Quds



**Bus No. 14A Bombing, Jerusalem June 11, 2003**



Basel al-Qawasmeh

**Shooting Attack, Route 60 June 20, 2003**

 

Hisham Hijazi    Khaled Omar

**Bus No. 2 Bombing, Jerusalem August 19, 2003**



Basel al-Qawasmeh

PX685, PX716, PX692, PX685

101