# Exhibit 26

## *Al-Hayat al-Jadida* – February 18, 2002
## Advertisement listing beneficiaries of the Saudi Committee who are invited to collect their money at Arab Bank branches



In the name of Allah the Compassionate and Merciful

## The Psychological and Social Research Center for the Palestinian Wounded Association

The Psychological and Social Research Center for the Palestinian Wounded Association – phone no. 2966657, 2986863, Ramallah - in cooperation and coordination with the general secretariat of the Saudi Committee for the Support of the al-Quds Intifada – The Kingdom of Saudi Arabia / Riyadh – declares that in order to carry out the orders of His Royal Highness, **the Emir Nayef Bin Abd al-Aziz**, Minister of Interior Affairs and Supervisor General of the Committee, the relatives of the martyrs, whose names hereby follow, are requested to head for the Arab Bank branches in their places of residence in order to receive the tenth payment from the honorable Saudi Committee – a sum of 5,316.06 USD for each family – as of Wednesday morning, 2/20/2002. Please note that the number of beneficiaries in this payment is 300 martyrs' families, who will receive a total sum of $1,594,980 according to the attached lists.



PX0502

83

## *Al-Quds* – November 23, 2001
## Advertisement listing beneficiaries of the Saudi Committee who are invited to collect their money at Arab Bank branches





PX0465

84

# HAMAS Advertisement on the Front Page of *Al-Hayat al-Jadida*
## August 13, 2001
## Honoring Izz al-Din al-Masri (Sbarro Suicide Bomber)




PX3286     85



**Saudi Committee in Support of the Intifada al Quds**
**Payments to the Families of Hamas Operatives via Arab Bank**
**2000 - 2002**



**Payments to Families of HAMAS Suicide Bombers = 24**

**Payments to Families of HAMAS Operatives         = 145**

**Payments to HAMAS Operatives Directly            = 11**

90




# Saudi Committee in Support of the Intifada al Quds
## Website:
## Prisoner Payment Lists



| 162 | Jamal Abd al-Rahman Mansur | Nablus | Muna Salim Saleh Mansur | 500/9/7255 | Arab [Bank] | -- | Detained | - |
| 163 | Jamal Abd al-Salam Abu al-Hija | Jenin | Asma Muhammad Suleiman Saba'ina | 600/2/574269 | Arab [Bank] | -- | 30 months | - |

PX0468

91




# Saudi Committee in Support of the Intifada al Quds
## Website (Second Version):
## Martyr Payment Lists

### Payments to:

**Ibrahim Abd al-Karim Bani Awda**



**QASSAM BRIGADES CELL COMMANDER in Nablus**



**Nizar Rayan**



**QASSAM BRIGADES SENIOR COMMANDER in Gaza**

PX0573

92

# Saudi Committee in Support of the Intifada al Quds
## Martyr Payment Lists
## Reviewed and Processed by Arab Bank





**Ayman Halawah**

**HAMAS BOMB-MAKER "THIRD ENGINEER"**

PX0306

93

# Saudi Committee in Support of the Intifada al Quds
## Prisoner Payments
## Arab Bank Procedures




"Blessings and respect,

In reference to our letter no. 9000/DML/1214/2001 dated 2.8.2001, regarding the existence of more than one transfer in favor of the same beneficiary, and in reference to the transfers mentioned above, **we would like to inform you that the beneficiary came to our branch in Jenin and delivered the documents, photocopies of which are attached. These documents prove that she has two prisoners in Israeli jails. We await your instructions in this matter.**

With the utmost respect,

The Regional Management
[handwritten signature]"

PX0345

94




# Saudi Committee in Support of the Intifada al Quds
## Documentation Submitted to Arab Bank
## Proof of Imprisonment




In the Name of Allah, the Compassionate, the Merciful

No. ---
Date: 9.7.2000

The Palestinian National Authority
Force 17 – Presidential Guard
Nablus Governorate

To whom it may concern

The Nablus HQ of Force 17 – the Presidential Guard, hereby confirms:

That political detainee Omar Muhammad Khadr Istiti has been detained by us in Al-Juneid Prison since 3.26.2000, and is still [in our custody].

This letter was issued following a request from the [illegible].

We thank you for your kind cooperation

With our utmost respect

Commander of Force 17 – Presidential Guard
Colonel Abu Sufyan
Central Military Prison Al-Juneid
[Handwritten signature]
9.7.2000

Certified Copy

[Handwritten signature]

PX0346

95

# Saudi Committee in Support of the Intifada al Quds
## Documentation Submitted to Arab Bank
## Photo Identification of Prisoner's Wife





| | | |
|---|---|---|
| Identity Card | | Judea and Samaria Region HQ |
| Identity No.: | | 9 5049036 7 |
| First Name: | | Su'ad |
| Father's Name: | | Suleiman |
| Grandfather's Name: | | Sa'd Saleh |
| Family Name: | | Satiti |
| #[Logo of the IDF] [Illegible] | Mother's Name: | Aysha |
| | Date of Birth: | 04/02/1962 |
| | Place of Birth: | Jenin |
| | Sex: Female | Religion: Muslim |
| On: 06/01/82 | Registered in: Jenin | |
| The Palestinian Authority | | Attachment to Identity Card Identity No.: 9 5049036 7 |
| Family Name: Satiti | | |
| First Name:   Su'ad | | |
| Address:        Jenin Camp | | |
| Marital Status: Married | | Identity No. of Spouse: 9 7762104 4 |
| Spouse Name:   Umar | | |

PX0348

96