# Exhibit 28

UNCLASSIFIED U.S. Department of State Case No. F-2008-02322 Doc No. C05166815 Date: 10/23/2012

SECRET//REL SAUDI ARABIA//X1

### (U) Ongoing Hamas Fundraising Operations in Saudi Arabia

*NONPAPER*

RELEASED IN PART 1.4(B),B1,1.4(D)

**(U) Introduction**

[redacted] 1.4(B) 1.4(D) B1

**(U) Background**

(U) As strategic partners in the fight against terrorism, the United States believes it is important to raise ongoing issues of concern. Information available to the U.S. indicates that Saudi Arabia continues to serve as a base for Hamas fundraising, by means of direct Hamas representational presence in the Kingdom of Saudi Arabia and through the possible continuing operation of the Account 98 system.

(U) The United States and European Union have designated Hamas as a terrorist organization for it's intentional killing and maiming of hundreds of innocent civilians. Since the mid-1990s, Hamas has purposefully worked against all regional peace efforts by continuing to engage in suicide attacks. Information available to the United States shows that the political leadership of Hamas commands and controls all Hamas activities including financing and terrorist activity.

(U) Hamas is widely known to have emerged from the Palestinian branch of the international Muslim Brotherhood. Senior Saudi officials have previously expressed their disapproval of Muslim Brotherhood activities inside the kingdom and abroad. For instance, Interior Minister Prince Nayef reportedly stated in November 2002: "All our problems come from the Muslim Brotherhood. We have given too much support to this group ..The Muslim Brotherhood has destroyed the Arab world."

[redacted] 1.4(B) 1.4(D) B1

Classification Extended on: 10/22/2012 ~ Class: SECRET ~ Authority: DSCG 11-1 ~☐ Declassify on: 10/22/2024

SECRET//REL SAUDI ARABIA//X1                    1

REVIEW AUTHORITY: Charles Daris, Senior Reviewer

UNCLASSIFIED U.S. Department of State Case No. F-2008-02322 Doc No. C05166815 Date: 10/23/2012

UNCLASSIFIED U.S. Department of State Case No. F-2008-02322 Doc No. C05166815 Date: 10/23/2012

SECRET//REL SAUDI ARABIA//X1

(U) The United States has found that Mish'al, as Hamas' Secretary General, commands all Hamas activities including terrorist attacks and fundraising activities. Mish'al is responsible for supervising assassination operations, bombings and the killing of civilians. U.S. information also shows that funds transferred from charitable donations to Hamas for distribution to the families of Palestinian martyrs have been transferred to the bank account of Mish'al and used to support Hamas military operations.

1.4(B)
1.4(D)
B1

### (U) Account 98 Financial Infrastructure May Still be Operating

(U) The United States is concerned that the Account 98 financial system continues to operate at numerous Saudi banks.

(U) In 2003, the United States provided evidence to Saudi authorities that the Saudi al Quds Intifadah Committee ("Committee") founded in October 2000, was forwarding millions of dollars in funds to the families of Palestinians engaged in terrorist activities, including those of suicide bombers. The funds were often transferred through integrated accounts at a number of major Saudi banks that were popularly referred to as Account 98.

(U) In late 2003, the Committee was renamed the Saudi Committee for the Relief of the Palestinian People. Although public references to the Committee and Account 98 declined, it is unclear whether the Hamas-related fundraising activities of the Committee and the Account 98 system were actually curtailed.

(U) In fact, Account 98 appears to still be in operation, as it is widely advertised as a receiving point for contributions to Palestinian organizations. As of early December 2005, on King Fahd Road, just south of the Ministry of Interior, there is a billboard

SECRET//REL SAUDI ARABIA//X1                                                            2

UNCLASSIFIED U.S. Department of State Case No. F-2008-02322 Doc No. C05166815 Date: 10/23/2012

SECRET//REL SAUDI ARABIA//X1

reminding readers to "remember Jerusalem" (Al Quds) and to make donations to Account 98. U.S. visitors first observed the billboard in the spring of 2005.

(U) On August 29, 2005, a program aired in Saudi Arabia on Iqra TV soliciting funds for the Saudi Committee for the Support of the al Quds Intifadah and asked donors to direct funds to a joint Account 98 at "all banks in the Kingdom of Saudi Arabia." Sheikh Abdallah Basfar, an official with the Muslim World League (MWL), hosted the program and invoked inciting language to urge viewers to contribute. The MWL is an organization based in the Kingdom, which is funded and controlled by the Saudi Government, and is the parent organization for IIRO and WAMY. As discussed above, IIRO and WAMY are connected to the Hamas Finance Committee in Jeddah.

(U) Iqra TV is based in and broadcasts from Jeddah, Saudi Arabia according to the Foreign Broadcast Information Service. It is owned by Saudi businessmen Saleh Kamel and Saudi Prince Alwaleed bin Talal bin Abdulaziz, according to a 2005 Dunn & Bradstreet Report. Iqra's web site lists its address as: P.O. Box 430, Jeddah, 21411, Saudi Arabia.

SECRET//REL SAUDI ARABIA//X1                                                  3