# Exhibit 29

جمعية الأنصار الخيرية
عربية الجذور... إسلامية المنهج...
فلسطينية الهوية والعطاء والعمل

تعريف بالجمعية
نشاطات الجمعية
رعاية أسر الشهداء
برنامج كفالة الأيتام
من مشاهد الخير
أخبار الجمعية
أدعية وأناشيد مسموعه
أدعية مكتوبه
مدن فلسطينية
اتصل بنا

بلغ فورا الزوار    شاهدنا الزوار
نـــــداء الـــــنـــــصـــــرة

أنت الزائر رقم

الصفحة الرئيسية  ||  تعريف بالجمعية  ||  نشاطات الجمعية  ||  رعاية أسر الشهداء  ||  برنامج كفالة الأيتام  ||  اتصل بنا
أخبار الجمعية  ||  أناشيد مسموعة ||  مدن فلسطينية  ||  من مشاهد الخير  ||  أدعية مكتوبة

L_C000208

فلسطين :

جمعية الأنصار الخيرية

– تدين جمعية الأنصار الخيرية المجزرة البشعة بحق الأبرياء فى العراق الذين قتلوا ظلما وعدوانا فى العاشر من محرم فى كل من الكاظمية وكربلاء ......انا لله وانا اليه راجعون وحسبنا الله ونعم الوكيل .

فلسطين :

جمعية الأنصار الخيرية

– تشجب جمعية الأنصار الخيرية وتستنكر الاعتداء الاجرامى الاثم , وحالة القرصنة الغبية التى قامت بها قوات الاحتلال بحق البنوك الفلسطينية بمدينة رام الله وسرقتها لاموال البنوك والتى كانت من ضمنها أموال الشهداء الذين تتكفلهم الجمعية .

فلسطين :

جمعية الأنصار الخيرية

- شارك وفد من جمعية الأنصار الخيرية فى تقديم واجب العزاء لعائلة الشهيد موفق الأعرج .......اللهم اقبله وتقبله وارضى عنه .

فلسطين :

جمعية الأنصار الخيرية

وزعت جمعية الأنصار الخيرية مستحقات أهالى الشهداء وذلك بتاريخ 2004-2-26 .

فلسطين :

جمعية الأنصار الخيرية

أفاد مصدر فى العلاقات العامة فى جمعية الأنصار لرعاية عوائل الشهداء أن الجمعية ونظراً لظروف الاقتصادية الصعبة التى يمر بها الشعب الفلسطينى نتيجة لممارسات الاحتلال قامت الجمعية بمساعدة مجموعة من أسر المعتقلين الأمنيين داخل سجون العدو الصهيونى .

واشتملت المساعدات على الجانب النقدى وذلك بمناسبة عيد الأضحى المبارك.

فلسطين :

- جمعية الأنصار الخيرية

صرح مصدر مسؤول فى جمعية الأنصار الخيرية لرعاية عوائل الشهداء -فلسطين- أن شخصية سياسية من إحدى الفصائل الفلسطينية زار الجمعية ,ودار الحديث مع الأخوة العاملين وهنا الأخ عن طبيعة عمل الجمعية حيث وضع الأخوة الأخ فى الجمعية الأخ فى الصورة الخدمات التى تقدمها الجمعية ومساندتها للأهل المتضررين من سياسة الاحتلال حيث أثنى الأخ الزائر على عمل الجمعية وما استطاعت إنجازه فى ميدان العمل الخيرى .

فلسطين :

جمعية الأنصار الخيرية

صرح مدير عام الجمعية ومسؤول ملف رعاية الشهداء لموقع الأنصار على الإنترنت أن الجمعية سلمت إدارة البنك العربى قوائم بأسماء الشهداء ومستفيديهم من عوائلهم لصرف مستحقات الشهداء وذلك يوم الخميس 2004/1/29 ونحن فى الجمعية ونتقدم من عوائل الشهداء بالتهنئة بمناسبة عيد الأضحى المبارك وندعو عوائل الشهداء لمراجعة أرقام حساباتهم بعد إجازة عيد الأضحى مباشرةً

فلسط

L_C000209

**فلسطين - غزة**

شارع عبد القادر الحسيني

هاتف : 2867556 – 2867554 /00970/8

الفاكس 2867553 /00970/8

البريد الإلكتروني Email:alansar@palnet.com

للتبرع : بنك القاهرة عمان فرع المعاملات الإسلامية 3/6912 – غزة

البنك العربي ( الرمال ) 100541/3/510

بنك القاهرة عمان فرع المعاملات الإسلامية 1/6157 – نابلس

الصفحة الرئيسية  ||  تعريف بالجمعية  ||  نشاطات الجمعية  ||  رعاية أسر الشهداء  ||  برنامج كفالة الأيتام  ||  اتصل بنا

أخبار الجمعية  ||  أناشيد مسموعة  ||  مدن فلسطينية  ||  من مشاهد الحجر  ||  أدعية مكتوبة

L_C000210



**ملف أبي ورمش ماش
أمام
وضاع اخوني
من دا بطمحان
العرام والكتابة
والصلاة
من دا ادا جاء
المساء نصص...
جمعية الأنصار
الخيرية**

# كفالة الأيتام

تعريف بالجمعية
مساطات الجمعية
رعاية اسر الشهداء
برنامج كفالة الأيتام
من مشاهد الخير
أخبار الجمعية
تأسيد مسموعة
أدعية مكتوبة
بنك فلسطينية
اتصل بنا

من الأرض المباركة ( أرض الرباط) تنطلق صرخة استغاثة ( فأنا اليتيم فلا تقهر) فهو يستجيب للنداء الإلهي ويلبي صرخة اليتيم الفلسطيني ويحفظ عند الله القهر والحرمان ) !؟

هنيئا لكل قلب رحيم مد يده ومساطه ومسح بيده الكريمة على رأس يتيم فلسطيني استجابة لله وللرسول لقائك النتيجة الرائعة ( البسمة العزيزة على وجه أيتامنا) ...

قال الله تعالى في كتابه العزيز: (ويسألونك عن اليتامى قل إصلاح لهم خير) صدق الله العظيم

إن الله سبحانه وتعالى جعل الإنسان مستخلفا في هذه الأرض، وسخّر له كل ما في الوجود، واستكلفه في ماله سبحانه إذ المال كله مال الله، والإنسان مستخلف فيه، يتصرف في هذا المال وفق ما يرضي الله عز وجل، فإن أحسن فله الحسنى، وإن أساء أخطأ، وجعل سبحانه، الصدقات سبيلا من سبل نماء المال وكثرته، وإن أعظم وأفضل الصدقات: الإنفاق على الأيتام، لقد قال المصطفى ﷺ (أنا وكافل اليتيم في الجنة كهاتين، وأشار بالسبابة والوسطى)..

وكالها إشارة تبشر برفعها لنا رسولنا الأعظم مؤكدا أن درب النصر والتمكين لا يتحقق إلا من خلال كفالة الضعفاء والمساكين واستجابة لقول الله عز وجل وتوجيهات رسوله الأعظم صلى الله عليه وآله وسلم وكذلك حافظا على تربية النشء، أطلقت جمعية الأنصار الخيرية مشروعها لكفالة الأيتام وخصصت لها البرنامج لكفالات التالية :-

- لأطفال الشهداء من الانتفاضة الأولى والانتفاضة الثقفى وأبناء الشهداء من الانتفاضة الأولى والانتفاضة الأقصى المباركة الأيتام من غير أبناء الشهداء الذين لم تتعاهد أي جمعية أخرى .

- استطاعت جمعية الأنصار بعد عامين من افتتاحها أن يكرام في أرشيفها كف وأرسمطة استمارة يتيم واستطاعت من خلال تعاونها مع جهات ملحمة سواء كانت مؤسسات أو أفراد من توفير كفالات لسبعمائة طفل تقريباً على اختلاف أماكن سكناهم (في محافظات الضفة الغربية -غزة )

ولكنا أمل أن يتم تقديم المزيد من الكفالات لأطفال الأيتام حتى نستطيع أعادت البسمة إلى وجوه هؤلاء الأطفال والتي فلكت على يد كل كافر أتيم .



أخي المسلم، أختي المسلمة...

إن جمعية "الأنصار الخيرية" في فلسطين قامت وبالتعاون مع مؤسسة الشهيد بكفالة بعض الأيتام، ولم أنك شاهدت الفرحة والبسمة التي تظهر على وجوه هؤلاء الأيتام حين يتسلمون مخصصاتهم الشهرية لك تستشعر كيف ستثمر صدورهم، وتنبض أجسامهم وأنستهم بالدعاء، وتتضرع إلى الله عز وجل أن يديم الخير وأهله، ويزيد الفضل على الكافلين

في أخي المسلم، أختي المسلمة..

تذكروا قول الله عز وجل (فأما اليتيم فلا تقهر..)

وأي قهر لليتيم أشد على نفسه من أن يرى الأطفال يلفون ماءا وطاباً، ويلبسون أفخر الثياب، وهو محروم من العيش الذي يحلم به كل طفل وطفلة؟!..

**أهداف الكفالة:**

(مثل المؤمنين في تواحدهم وتراحمهم كمثل الجسد الواحد إذا اشتكى منه عضو تداعى له سائر الجسد بالسهر والحمى)

إن جمعية الأنصار الخيرية في فلسطين تحاول بما استطاعت، أن تقدم النموذج الإسلامي في التكافل الاجتماعي، والعطاء الإنساني لمساعدة الكثيرين من أبناء هذا الشعب، الذي يرمل نسائزه، وييتم أطفاله يومياً...

**شروط الكفالة ( للمكفول ) :**

1- ألا يزيد عمر المكفول عن ثمانية عشر عاما.
2- ألا يكون مكفولا أو مستفيدا من جهة أخرى.
3- أن يكون محتاجا للكفالة.

**كيف أكفل اليتيم؟!**

لمن يرغب في كفالة يتيم أو بتبعة الاتصال مائلا أو من خلال القائمين أو البريد الإلكتروني الخاص بالجمعية، أو مراجعة قسم الأيتام في الجمعية، وذلك لاطلاع على المعلومات والبيانات الخاصة باليتام.

**شروط الكفالة ( لتكافل ):**

1- مقدار القسط الشهري لكفالة أي لفلسطين هو خمسون دولارا أمريكيا.
2- الالتزام بالكفالة لمدة لا تقل عن سنة كاملة.
3- بإمكان كفالة كفالة أكثر من يتيم في الوقت نفسه.
4- في حالة تعذر الاستمرار في الكفالة يرجى إبلاغ الجمعية قبل شهرين من إنهاء الكفالة.

L_C000212

نشاطات الجمعية

1. رعاية الطفولة

أقامت الجمعية مخيماً صيفياً لأبناء الشهداء فى عام 2001 وشارك فيه (120) طفل من أبناء الشهداء واستمر المخيم لمدة شهر وتخلل هذا المخيم العديد من الدورات:
1- دورة فى أحكام القرآن الكريم
2- إسعافات أولية ودفاع مدنى
3-دورة مكثفة فى مبادئ الكمبيوتر

حمل هذا المخيم اسم الشهادة والكمبيوتر، وبعد انتهاء فترة المخيم، أقامت الجمعية حفل تخريج للأطفال حضره عدد من الشخصيات الوطنية والإسلامية وذوى الشهداء، وقامت الجمعية بتوزيع شهادات التقدير على المشاركين فى المخيم.

فى هذا المجال شاركت الجمعية فى عام 2002 مع الأخوية فى هيئة التوصل فى المخيم الصيفى الذى أقامته الهيئة لأبناء الشهداء والأيتام حيث قام وفد الجمعية بلقاء كلمة تنى فيها على الشهداء وصناهم وأهمية العمل فى مجال رعاية عوائل الشهداء وتم بعد كلمة وتوزيع الهدايا على الأطفال المشاركين.
وتظل إقامة الإمكانيات لم تستطيع الجمعية الأنصار الخيرية من أقامت المخيم الصيفى الخاص بأبناء الشهداء لعام 2003 رغم توفر الدراسات اللازمة لذلك.

2.نشاطات جماهيرية وإسهامات

1- أقامت جمعية الأنصار حفلاً تكريماً لأسر الشهداء فى عام 2001 وذلك فى ذكرى حرق المسجد الأقصى المبارك وتخلل هذا المهرجان إلقاء كلمات لعدد من الشخصيات الوطنية والإسلامية وقامت الجمعية بتوزيع الهدايا على أسر الشهداء .
2- شاركت الجمعية فى مسيرة تضامنية مع الشعب الفلسطينى أقيمت فى مملكة البحرين وذلك من خلال كلمة للجمعية تبث عبر الهاتف ألقيها إحدى ممثلات الشهداء وتناولت معاناة الشعب الفلسطينى وصموده .
5- شاركت وفد من الجمعية فى حفل تكريم أوائل الطلبة لعام 2002 وقام من الأجتماع الأخر رئيس الجمعية بإهداء المصحف الشريف لكل طالب من الطلبة المتفوقين .
6- أقامت جمعية الأنصار الخيرية إفطاراً جماعياً فى شهر رمضان لعام 2002 لطلبة جامعة الأزهر حضره ما يقارب ( 400 ) طالب معظمهم من الطلاب الذين يعيشون فى مدينة غزة بشكل مؤقت ومعظمهم من مدينتى رفح وخان يونس وقيهم فى مدينة غزة بسبب الحصار .
7- ساهمت الجمعية بتقديم مساعدات للعديد من المدارس الثانوية تمثلت هذه المساعدات :
أ - تقديم أجهزة كمبيوتر.
ب- تقديم رسوم لعدد من الطلاب.
ج - إجراء ترميمات وإصلاحات داخل المدارس

3.التعاون مع الجمعيات والمؤسسات الخيرية

1- تبرعت جمعية الأنصار الخيرية لمعهد الأيام لرعاية الأطفال الأيام / فى غزة بالزى المدرسى للأطفال القاطنين داخل المعهد للعام الدراسى 2002-2003
2-   تبرعت جمعية الأنصار الخيرية فى جمعية أجيال للإبداع والتطوير الخيرية بجهاز كمبيوتر.
3- تبرعت جمعية الأنصار الخيرية الخيرية فى جمعية آفاق جديدة بلوازم مدرسية لعام 2003-2004 حيث تم توزيعها على الأطفال الأيام التى ترعاهم جمعية آفاق جديدة وإلى يبلغ عددهم مئة طفل يتم.
4- تبرعت جمعية الأنصار الخيرية لمعهد الأمل للأيتام غزة بلوازم مدرسية لعام 2003-2004 تشتمل على الزى المدرسى لجميع الأيتام القاطنين فى المعهد من الجنسين ومن جميع الفئات العمرية .

من مشاريعنا

* مشروع رعاية عوائل الشهداء

ساهمت جمعية الأنصار الخيرية فى صمود شعبنا الفلسطينى من خلال مشروعها الداعم لعوائل الشهداء من انتفاضة الأقصى المبارك والذى تمثل فى الدعم المادى والمعنوى حيث تصرف الجمعية رواتب شهرية لأسر الشهداء مراعاة فى ذلك الوضع الاقتصادى والاجتماعى والأسرى للشهداء وأنجزت هذا المشروع بالتعاون والتنسيق مع مؤسسة الشهيد فرع فلسطين .

* كفالة الأيتام:أنجزت الجمعية مشروعها فى رعاية الأطفال الأيتام وعلى وجه الخصوص أطفال الشهداء من الانتفاضة الأولى والأقصى وذلك ضمن مشروع كفالة اليتم وبالتعاون مع مؤسسة الشهيد فرع فلسطين، وجهات خيرية أخرى ومازال المشروع مستمر.

* الطلبة:أنجزت الجمعية مشروع دعم الطالب وذلك فى ظل حالة الحصار والبطالة المتفاقمة فى الشارع الفلسطينى، ووقوفا مع الطلبة فى محتمهم واستكمال مسيرة العام وذلك من خلال تقديم رسوم للطلاب على شكل رسوم كلية أو جزئية وذلك مع مؤسسة البرى فى الخير ألمانيا.

* مشاريع تربوية:افتتحت الجمعية مجموعة من رياض الأ و ذلك من أجل إعداد الطفل الفلسطينى وتنشئاة تنشأة اجتماعية سليمة .

* الرعاية الطبية:قدمت الجمعية مجموعة كبيرة من الخدمات الطبية للمرضى والجرحى وأصحاب الدخل المحدود.
1-المعالجة الكاملة على نفقة الجمعية
2-دفع مبالغ لتوفير العلاج للمرضى بشكل جزئى أوكلى.
3-أعداد دراسة لمستوصف فى أحد مناطق القطاع.

* مشاريع الإغاثة:

وزعت الجمعية مجموعة مساعدات الإغاثية.
1- توزيع معونات تموينية على الأسر الفقير والمستورة
2- توزيع مبالغ نقدية على جزء أخر
3- توزيع لحوم الأضاحى على الأسر المستورة فى عيد الأضحى
4- توزيع الملابس فى الأعياد .

* مشروعات العمل الجماهيرى:

أقامت الجمعية حفلا تكريما لعوائل الشهداء فى انتفاضة الأقصى المباركة وذلك ضمن نشاطها الجماهيرى ورفع روح التضحية والتضامن وأشتمل الحفل على عدد من الكلمات ومن ضمها كلمة رئيس مجلس أدارة الجمعية.

كما وتم توزيع دروع تذكارية تحمل فى داخلها صورة المسجد الأقصى المبارك.

* وفى الإطار ذاته أقامت الجمعية مخيمها الأول لأطفال الشهداء و الذى استمر لعدة شهر تحت عنوان الشهادة والكمبيوتر وفى ختام المخيم الصيفى كان هنالك حفلا تكريميا للأطفال المتفوقين حضره عدد من الشخصيات الوطنية وذوى الأطفال.

الصفحة الرئيسية

 Global Arabic Translation Services

الخدمات العالمية للترجمة العربية

65 Tzfat St., Petah-Tikva, Israel
+972 54 8349.337
www.GatsTranslations.com

## <u>CERTIFICATION</u>

I, Yaniv Berman, do hereby certify that as a qualified translator I am fully conversant with the English and Arabic languages, and that to the best of my knowledge, the attached document, L_C000208-13, is a true and accurate translation of the original text from the Arabic language into English.

Date: June 11, 2014

Yaniv Berman

**The Al-Ansar Charitable Society** [Al-Ansar Society Logo]
**Arabic Origins… Islamic Conduct… Palestinian Identity, Benevolence and Activism**

| Look at Visitors' List | Sign Visitors' List |
|---|---|

*About the Society

*The Society's Activities

*Caring for the Martyrs' Families

*Orphans' Sponsorship Program

*Among the Aspects of Welfare

*News of the Society

*Audio Prayers and Songs

*Written Prayers

*Palestinian Cities

*Contact Us

## A Call for Victory

[Al-Ansar Society Logo]

You, who believe, be helpers of God.

The Al-Ansar Charitable Society condemns the terrorist massacre against our Palestinian people, which claimed the lives of nine of our tyrannized people, who were returning from their morning prayer. Among the nine was the holy warrior, Sheikh Ahmad Yasin.

Glory be upon the martyrs. Shame and disgrace be upon the traitors and spies.

The Al-Ansar Society greets and salutes the family of the holy warrior, the field commander in the Al-Quds Brigades, Ibrahim al-Haw.

Glory and eternal life for the martyrs.

You are visitor number

Home Page | About the Society | The Society's Activities | Caring for the Martyrs' Families | Orphans' Sponsorship Program | Contact Us

News of the Society | Audio Songs | Palestinian Cities | Aspects of Welfare | Written Prayers

## News of the Society

**Palestine:**

**The Al-Ansar Charitable Society**

| |
|---|
| - The Al-Ansar Charitable Society condemns the heinous massacre committed against innocent people in Iraq, who were killed unjustly and aggressively on the 10th day of the month of Muharram [according to the Hijri calendar] in the cities of Al-Kazimiya and Karbala. We return to Allah and our refuge is in Allah. |

**Palestine:**

**The Al-Ansar Charitable Society**

| |
|---|
| - The Al-Ansar Charitable Society denounces and condemns the criminal, sinful attack of foolish piracy, committed by the forces of the occupation against the Palestinian banks in the city of Ramallah, which robbed the banks' money that included the money of the martyrs, who are sponsored by the Society. |

**Palestine:**

**The Al-Ansar Charitable Society**

| |
|---|
| - A delegation on behalf of the Al-Ansar Charitable Society expressed its condolences to the family of the martyr Muwafaq al-A'lraj. Allah has embraced him and is satisfied by him. |

**Palestine:**

**The Al-Ansar Charitable Society**

| |
|---|
| - On February 26, 2004, the Al-Ansar Charitable Society distributed the allowances of the martyrs' families. |

**Palestine:**

**The Al-Ansar Charitable Society**

| |
|---|
| - A source in the Public Relations [Department] of the Al-Ansar Charitable Society for the Martyrs' Families Care, said that in light of the difficult economic situation that has befallen the Palestinian People as a natural result of the occupation's practices, the Society has provided assistance to several families of security prisoners, who are incarcerated in the prisons of the Zionist enemy.<br><br>The assistance was given in cash on the occasion of blessed Eid al-Adha. |

**Palestine:**

**The Al-Ansar Charitable Society**

| | |
|---|---|
| - | An official source from the Al-Ansar Charitable Society for Martyrs' Families Care in Palestine said that a political official from one of the Palestinian factions has visited the Society and spoken with the Society's employees about the nature of the Society's activity. The employees of the Society gave the visitor an update regarding the services that the Society provides and the help it gives to the families of those who sustained damages as a result of the occupation's policies. The visitor praised the Society's activity and what it had achieved in the field of charitable activity. |

**Palestine:**

**The Al-Ansar Charitable Society**

| | |
|---|---|
| - | The Director General of the Al-Ansar Charitable Society, who also serves as the official in charge of the Martyrs' Care Portfolio, told Al-Ansar's website that on Thursday January 29, 2004 the Society sent the management of Arab Bank lists of names of the martyrs, as well as the beneficiaries from among their families, in order to pay the martyrs' allowances.<br><br>The director-general blesses the martyrs' families on the occasion of the blessed Eid al-Adha, and asks them to check their account numbers immediately after the Eid al-Adha vacation. |

**L_C000209 [continued]**

---

## The Al-Ansar Charitable Society

**Arabic Origins… Islamic Conduct… Palestinian Identity, Benevolence and Activism**

---

Palestine – Gaza

Abd al-Qader al-Huseini Street

Telephone: 00970/8 2867554 - 2867556

Fax: 00970/8 2867553

Email: alansar@palnet.com

For donations:

Cairo-Amman Bank, Islamic Transactions Department, 3/6912 – Gaza;

Arab Bank (Al-Rimal) 100541/3/510

Cairo-Amman Bank, Islamic Business Department, 1/6157 – Nablus

---

Home Page | About the Society | The Society's Activities | Caring for the Martyrs' Families | Orphans' Sponsorship Program| Contact Us

News of the Society | Audio Songs | Palestinian Cities | Aspects of Welfare | Written Prayers |

L_C000210

### Caring for the Families of the Fallen

We, the Al-Ansar Charitable Society, assist the martyrs' families on a monthly basis, throughout the homeland's governorates and insofar as the means at our disposal allow. We have helped a number of students at the national universities, who could not afford to pay their tuitions due to the circumstances that have befallen our People.

Each month we help a number of families that are below the poverty line. We distribute basic supplies to needy families and we have run a summer camp for the martyrs' children.

We have embarked on a project to build a special school for the martyrs' children, so that they will be able to continue their studies and be well-raised. We have embarked on a project to sponsor the martyrs' sons. All these projects are run in the framework of the simple means at our disposal. We nevertheless do everything within our capabilities to serve our people.

Realistically speaking, in terms of numbers and figures, during the two years that have passed since its establishment, Al-Ansar has taken under its wings 2,750 martyrs' families across our ill-fated homeland, especially families of martyrs that have fallen during the blessed al-Aqsa Intifada.

The Al-Ansar Society has raised high its banner of providing people with their rights. In doing so, it overcame the obstacles and borders that have been shattered by those who long for martyrdom and for meeting with Allah almighty.

The Society has for example sent martyrs' allowances to Sakhnin and Arabe, which are located inside the 1948 borders of occupied Palestine. It has also aided martyrs' families in Arab countries, especially in Egypt and Jordan.

The Al-Ansar Society opens its doors to martyrs' relatives, who intend to register the names of the martyrs, who saturated with their sweet-smelling blood the pure earth of Palestine and who drew the features of liberty and of the new dawn. The Al-Ansar Society is following in their footsteps and shares the sorrows and hopes of the martyrs' relatives and families.

L_C000211

## Transfers to Martyrs' Families, whose Homes were Destroyed

| No. | Martyr's Name | Beneficiary's Name | Bank and Branch | Account number | Sum in Dollars |
|---|---|---|---|---|---|
| 1 | Omar Muhammad Awad Abu al-Rub | Muhammad Awad Abu al-Rub | Arab Bank – Jenin | 583294/2 | 5,000 |
| 2 | Yusuf Muhammad Ragheb Hamdan Abu al-Rub | Muhammad Ragheb Hamdan Abu al-Rub | Arab Bank – Jenin | 583289/6 | 5,000 |
| 3 | Abd al-Karim Omar Muhammad Yusuf Ahmad | Omar Muhammad Yusuf Ahmad | Arab Bank – Jenin | 579732/2 | 5,000 |
| 4 | Nazir Muhammad Mahmud Hammad | Sawsan Samih Fayez Hammad | Arab Bank – Jenin | 579950/3 | 2,500 |
| 5 | Izz al-Din Shuheil Ahmad al-Masri | Shuheil Ahmad al-Masri | Arab Bank – Jenin | 579796/6 | 6,000 |
| | | | | Total: | 23,500 |

| No. | Martyr's Name | Beneficiary's Name | Bank and Branch | Account number | Sum in Dollars |
|---|---|---|---|---|---|
| 1 | Muhanad Mahmud Ibrahim Abu Zur | Mahmud Ibrahim Abu Zur | Arab Bank – Nablus | 445931 | 6000 |
| 2 | Khaled Nabil Khamis Muhammad Sawalha | Nabil Khamis Muhammad Sawalha | Arab Bank – Nablus | 424113 | 5000 |
| 3 | Ibrahim Yaser Ibrahim Naji Khalil | Yaser Ibrahim Naji Khalil | Arab Bank – Nablus | 446225 | 5000 |
| 4 | Amjad Suleiman Hasan Husein Abu Salim | Suleiman Hasan Husein Abu Salim | Arab Bank – Nablus | 449290 | 4500 |
| 5 | Khaldun Walid Aref Muhammad Sha'ablu | Walid Aref Muhammad Sha'ablu | Arab Bank – Nablus | 447522 | 3000 |
| | | | | Total: | 23500 |

**Names of Great Honor – the Names of Blessed al-Aqsa Intifada Martyrs**

Because the martyrs are stars in the sky and because our history is soaked with their blood, it is our duty to honor the names of those who have created this history; the names of those who paved the blessed history of Palestine with their pure blood; the names of those whose pure blood saturated the pure soil of Palestine. To you, oh martyrs, we express our apologies. Your honor calls upon us to remember you and record your names and to write them in letters of light.

The following are lists of the martyrs' names, age, martyrdom date and the region in which they were martyred, according to the records of the Palestinian news agency, Wafa.

**First List**

**The al-Aqsa Intifada Martyrs: September 28, 2000 until October 11, 2000**

| No. | Name | Age | City | Type of Injury | Date of Martyrdom |
|---|---|---|---|---|---|
| 1 | Salama Saleh Khalil Zaidat | 20 | Jericho | Bullet in stomach and pelvis | 5 Oct. |
| 2 | Ramez Abbas Bushnaq | 38 | Kufr Manda | Two bullets in the head | 3 Oct. |
| 3 | Ayman Dib al-Lawh | 21 | Gaza, al-Daraj | Shot in the chest | 4 Oct. |
| 4 | Ala' Hasan al-Barghuthi | 24 | Ramallah | | 4 Oct. |
| 5 | Muhanad Wadi Na'isa | 22 | Tulkarem | Wounded during protests | 4 Oct. |
| 6 | Mahmud Lutfi Masad | 24 | Buraqin, Jenin | Bullet in the head | 4 Oct. |
| 7 | Isma'il Shahda Shamlakh | 21 | Gaza | Bullet wound | 3 Oct. |
| 8 | Muhammad Yusuf Abu Asi | 12 | Bani Suheila | Bullet wound in the chest and back | 4 Oct. |
| 9 | Mahmud Saleh Asbita | 26 | Gaza | Hollow Point bullet in the chest | 5 Oct. |
| 10 | Mustafa Mahmud Fararja | | Deheisha – Bethlehem | Bullet wound in chest | 5 Oct. |
| 11 | Maher Rajab Yusuf Ubeid | | Jebalya | Two bullets in the lower back | 30 Sept. |
| 12 | Iyad Ahmad al-Khashashi | 17 | Nablus | Bullet in the head | 1 Oct. |
| 13 | Jihad al-Alul | | Nablus | As a result of a head wound. | 2 Oct. |
| 14 | Husam Na'im Bakhit | 18 | Balata Refugee Camp – Nablus | Bullet in the head | 1 Oct. |
| 15 | Samer Tabanja | 10 | Nablus | Chest (heart and | 1 Oct. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | lungs) | |
| 16 | Muhammad Sami al-Hamas | 15 | Rafah | | |
| 17 | Imad al-Anati | 19 | Ramallah | | |
| 18 | Salah al-Qiq | | Qatna – Ramallah | | |
| 19 | Muhammad Nabil Hamed Dawud | 14 | Al-Bireh | Head wound | 1 Oct. |
| 20 | Sami Fathi al-Taramsi | 17 | Sheikh Radwan | Two bullets in the chest and back, one of which was a hollow point bullet | 1 Oct. |
| 21 | Muhammad Muhammad Bad'i al-Utla | 25 | Jebalya | A bullet in the head and a bullet in the elbow | 30 Sept. |
| 22 | Ala al-Adasi | | Ramallah | | |
| 23 | Nizar Ayida | 16 | Dir Amar | Chest wound | 29 Sept. |
| 24 | Muhammad Qaliq | 23 | Tulkarem | | 30 Sept. |
| 25 | Mustafa Hilmi Ramadan | 27 | Nablus | | |
| 26 | Fahmi Fuad Abu Amnuna | 23 | Al-Nusairat | Law Missile in the head | 3 Oct. |
| 27 | Omar Muhammad Abd al-Rahman Suleiman | 20 | Jebalya | 800m bullet in the head | 3 Oct. |
| 28 | Muhammad Yunis al-Za'amra | 17 | Hebron | Wounded in the eye and head | 3 Oct. |
| 29 | Raed Abu Amuna | 27 | Gaza | | |
| 30 | Khadra Ahmad Abu Salama | 57 | Faqu'a, Jenin | Inhaled gas in Al-Aqsa Mosque on a Friday | 3 Oct. |
| 31 | Wael Taysir Qatawi | 16 | Balata Refugee Camp – Nablus | Wounded in the eye | 2 Oct. |
| 32 | Muhammad Amin Sajda | | Jericho | | |
| 33 | Ibrahim Barhima | 27 | Jericho | Head wound | 2 Oct. |
| 34 | Iyad Subhi Lawabna | 20 | Nazareth | Hollow Point bullet in the heart | 2 Oct. |
| 35 | Muslih Husein Abu Jarad | 17 | Dir al-Balah | Two bullets in the chest | 2 Oct. |
| 36 | Hatem Abd al-Aziz al-Najar | 27 | Khaza'a | | |
| 37 | Ahmad Ali al-Nabrisi | 21 | Nablus | Chest wound | 4 Oct. |
| 38 | Husam Isma'il al- | 16 | Tulkarm | Head wound | 3 Oct. |

| | | | | | |
|---|---|---|---|---|---|
| | Hamashri | | | | |
| 39 | Fawzi Muhammad Sawahra | | Ramallah | | |
| 40 | Arafat al-Atrash | | Hebron | Murdered in cold blood by the "Mista'arvim"[1] unit | 4 Oct. |
| 41 | Amar Khalil al-Rifa'i | 18 | Al-Mughazi | Wounded by a Hollow Point bullet in the face and the spine | 3 Oct. |
| 42 | Sharif Faraj Ashur | 18 | Al-Daraj neighborhood – Gaza | Bullet in the head | 3 Oct. |
| 43 | Isma'il Shahda Suleiman | 27 | Ramallah | Shot in the neck | 3 Oct. |
| 44 | Muhammad Fawzi al-Sarakhi | 23 | Al-Sawahra, Jerusalem | Multiple gunshot wounds | 4 Oct. |
| 45 | Mahmud al-Amwasi | 22 | Baituniya, Ramallah | Multiple gunshot wounds | 4 Oct. |
| 46 | Omar Abed | 20 | Jebalya | Bullet in the head. | |
| 47 | Muhammad Ahmad Jabarin | 23 | Umm al-Fahm | | |
| 48 | Amjad Abdallah Uthman | 23 | Tubas | Was injured during the clashes in Nablus | 30 Sept. |
| 49 | Mahmud Ruwaishad Anbara | 23 | Nablus | | |
| 50 | Khaled al-Bazyan | 14 | Nablus | Head | 30 Sept. |
| 51 | Zakariya al-Kilani | 27 | Nablus | | |
| 52 | Ambulance driver, Basam al-Balbisi | 45 | Gaza | Bullet in the head, when he tried to save martyr Muhammad Dura. | 30 Sept. |
| 53 | Muhammad Jamal Muhammad al-Dura | 12 | Al-Bureij | The occupation forces in the settlement of Netzarim shot him in cold blood. Several shots hit him in the chest, | 30 Sept. |

---

Translator's note: Undercover army unit, which assimilates into the local Palestinian population. [1]

| | | | | | |
|---|---|---|---|---|---|
| | | | | stomach and in all parts of his body, while his father was holding him. | |
| 54 | Imad Isha | | Nablus | | |
| 55 | Muhammad Jihad Abd al-Razeq | | Nablus | | |
| 56 | Muhammad Yihya Hasan Faraj | | Jerusalem | | |
| 57 | Bilal Muhammad Khalil Afana | | Abu Dis, Jerusalem | | |
| 58 | Muhammad Husein Faraj | | Um al-Fahm | | |
| 59 | Amjad Abdallah Daraghma | | Tubas | | |
| 60 | Salah Abdallah Abu Qaynas | 26 | Gaza | Shot in the chest | 2 Oct. |
| 61 | Imad Ghazi Salem al-Nabih | 29 | Gaza | Shot in the chest | 2 Oct. |
| 62 | Imad Faraj Ghanayem | 25 | Sakhnin | | 2 Oct. |
| 63 | Walid Abd al-Mun'im Abu Saleh | 21 | Sakhnin | | 2 Oct. |
| 64 | Ala Khaled Nasar | 18 | Araba al-Batuf | Head and heart. | 2 Oct. |
| 65 | Asil Hasan Asila | 17 | Araba al-Batuf | Head and heart | 2 Oct. |
| 66 | Rami Hatem Ghara | 22 | Jat, the Triangle | A bullet penetrated his eye and stopped in the head | 2 Oct. |
| 67 | Muhammad Hasan Dakhil | 26 | Nablus | | |
| 68 | Yusuf Subhi Nur | 21 | Gaza | Died of his wounds | 2 Oct. |
| 69 | Ahmad Ibrahim Abu Siyam | 23 | Ramallah | Bullet in the heart. | 2 Oct. |
| 70 | Ahmad Sami Fayad | 23 | Ramallah | Bullet in the heart. | 2 Oct. |
| 71 | Osama al-Hamshari | 25 | Tulkarem | Shot in the head. | 2 Oct. |
| 72 | Muhammad Amin al-Sajdi | | Jericho | | 2 Oct. |
| 73 | Diya Abd al-Rahman Isa | 19 | Nablus | Shot in the chest | 6 Oct. |
| 74 | Muhammad Khaled Tamam | 17 | Tulkarm | Shot in the chest | 6 Oct. |
| 75 | Iyad Abd al-Halim Ishtaye | 24 | Nablus | Shot in the chest | 6 Oct. |

L_C000211 [continued]

| 76 | Luai Abdallah al-Muqayad | 20 | Jebalya | Shot in the head. Head exploded. | 6 Oct. |
|---|---|---|---|---|---|
| 77 | Marwan Abd al-Razaq Shamlakh | 20 | Gaza | Shot in the chest with the Hollow Point bullet. | 6 Oct. |
| 78 | Wajed Musa Abu Awad | 21 | Khan Yunis | A bullet in the back. Bullet went out from the chest and arm. | 7 Oct. |
| 79 | Saleh Isa al-Riyati | 20 | Gaza | Shot in the head. Bullet arrived at the brain. | 6 Oct. |
| 80 | Muhammad Khaled Husein Awad | 23 | Dir al-Hatab | Two bullets in both hips. | 7 Oct. |
| 81 | Zuheir Rizq Jaber Darabiya | 24 | Gaza, Jebalya | Shot in the head. | 6 Oct. |
| 82 | Rashad Isma'il Husein al-Najar | 22 | Gaza, Al-Mughazi Refugee Camp | Shot in the head | 6 Oct. |
| 83 | Muhammad Ghaleb Khamaysa | 18 | Kufr Kana | Died a day after he was wounded. | 4 Oct. |
| 84 | Nizar Ibrahim Shuwaiki | 18 | Silwan | Shot in the head | 29 Sept. |
| 85 | Majdi Samir Musa al-Muslimani | 15 | Jerusalem | Shot in the head | 6 Oct. |
| 86 | Sara Abd al-Azim Abd al-Haq | 16 | Nablus | Shot in the head | 1 Oct. |
| 87 | Hisham Ahmad Muqbil | 37 | Gaza | Shot in the stomach and the thigh | 7 Oct. |
| 88 | Muhammad Mustafa Abu Bakr | 23 | Salfit | Shit in the head | 7 Oct. |
| 89 | Hasan Husni | | Shatila Refugee Camp | The occupation forces shot at citizens in Tarbikha Gate in Southern Lebanon after they provoked them. | 7 Oct. |
| 90 | Shadi Anas | | Burj al-Barajna | The occupation forces shot citizens in Tarbikha Gate, South Lebanon, after they | 7 Oct. |

|     |                                         |    |            | provoked them.                                                                                                          |         |
|-----|-----------------------------------------|----|------------|-------------------------------------------------------------------------------------------------------------------------|---------|
| 91  | Yusuf Awad Khalaf                       | 18 | Al-Bureij  | Shot in the head                                                                                                        | 8 Oct.  |
| 92  | Abd al-Hamid al-Tay'i Abd al-Hamid      | 19 | Ramallah   | Shot in the heart                                                                                                       | 8 Oct.  |
| 93  | Omar Muhammad Akawi                     | 42 | Nazareth   | Several bullets in the body.                                                                                            | 8 Oct.  |
| 94  | Wisam Hamdan Yazbek                     | 26 | Nazareth   | Shot in the head.                                                                                                       | 9 Oct.  |
| 95  | Isam Jawda Ahmad Mustafa                | 40 | Ramallah   | Settlers from Halamish kidnapped him into the settlement, and then hit him in the scull, burnt him and tortured him with fire in a barbaric manner. | 9 Oct.  |
| 96  | Ali Sayel Ali Ishaq Suwaidan            | 25 | Qalqilya   | Live bullet in the head.                                                                                               | 9 Oct.  |
| 97  | Sami Hasan Salim Salimi                 | 17 | Tulkarem   | Stomach, heart and back                                                                                                | 11 Oct. |
| 98  | Karam Omar Qanan                        | 18 | Khan Yunis | Shot in the heart                                                                                                      | 11 Oct. |
| 99  | Muhammad Ghasan Buziya                  | 40 | Salfit     | Settlers ran over him with a vehicle.                                                                                  | 11 Oct. |
| 100 | Maher Muhammad Mutlaq                   | 24 | Nablus     | Settlers.                                                                                                              | 11 Oct. |

Move to second list                                        Back to first page

L_C000211 [continued]

## The Al-Ansar Charitable Society

**Arabic Origins… Islamic Conduct… Palestinian Identity, Benevolence and Activism**



Sponsored by Al-Ansar Society



**My father died, my mother was widowed and my brothers and sisters are lost.**

**Who shall teach me to read, write and pray? Who shall hug me when it gets dark?**

**Al-Ansar Charitable Society**

### Orphans' Sponsorship

From the blessed land, the land of steadfastness [Palestine], we are sending a call for help: "So as for the orphan, do not oppress." Who will answer the divine call, and respond to the scream of the Palestinian orphan? He who does that, will be rewarded by Allah for keeping away oppression and deprivation.

May there be happiness for every merciful heart that extended its hand and touched us and whose noble hand touched the head of a Palestinian orphan in answer to the calls of Allah and the Messenger. The result is amazing – a sad smile on the face of our orphans.

Allah Almighty said in His Noble Book: "They will ask you about orphans. Say: 'Doing good for them is best' ", Allah Almighty has spoken the truth. Almighty Allah appointed man as His successor on Earth and subjected everything in the universe to him, and gave man the successive authority in His money - Praise be to Allah. All money belongs to Allah and man is given the authority to spend this money according to what pleases Almighty Allah. Whoever does righteousness - it is for his [own] soul; and whoever does evil [does so] against it. Allah Almighty made charity a way of accumulating and increasing money, and the best and greatest type of charity is the provision of care to the orphans. The chosen Prophet said: "Whoever takes care of an orphan, he and I will be together in Paradise like this," and he held his forefinger and his middle finger close together. It is as if our great Prophet is holding up a victory sign to us to assert that the path of victory and power cannot be achieved except through caring for the weak and needy. Fulfilling the sayings of Almighty Allah and following the guidance of His greatest Prophet (Peace and

*About the Society
*The Society's Activities
*Caring for the Martyrs' Families
*Orphans' Sponsorship Program
*Among the Aspects of Welfare
*News of the Society
*Audio Prayers and Songs
*Written Prayers
*Palestinian Cities
*Contact Us

L_C000212

blessings be upon Him and His family) and concerned about raising the young generation, the Al-Ansar Charitable Society has launched its Orphan Sponsoring Scheme and devoted this program to the following groups:

- Children of martyrs, who fell in the First Intifada, the Tunnel Intifada and the Al-Aqsa Intifada, as well as orphans, who are not sons of martyrs, who have not been sponsored by any other charity.
- Two years after it was opened, 1,400 orphans' forms can be found in Al-Ansar Society' archives. The Society cooperated with charitable elements, including institutions and individuals, to provide sponsorship to approximately 700 children across the West Bank and the Gaza Strip. We hope more orphans will be sponsored, so that the smile – which was taken from them by evil infidels - will go back to their faces.



My Muslim brother and sister,

The Al-Ansar Charitable Society in Palestine, in cooperation with the Al-Shahid Foundation, is sponsoring some orphans. If you look at the joy and smile on their faces when they receive their monthly allowances, you can feel how delighted they are and how their bodies and tongues are throbbing with prayers to Allah Almighty, asking Him to perpetuate the goodness and the do-gooders, and to increase His grace upon the sponsors.

L_C000212 [continued]

Oh Muslim brothers and sisters...

Remember Almighty Allah's saying "So as for the orphan, do not oppress.... " . What oppression can be harder on an orphan than watching other children eating delectable food and wearing fine clothes while they are deprived of the life every child dreams of.

### The Sponsorship's Aims:

(The believers, in their mutual kindness, compassion and sympathy, are like one body. When one of the organs suffers, the whole body responds to it with wakefulness and fever.)

The Al-Ansar Charitable Society in Palestine is doing whatever it can to set an Islamic example for social solidarity and humanitarian benevolence. It is doing so through aid to many of our people, whose women become widows and whose children become orphans on a daily basis.

### Terms of Sponsorship (for the sponsored):

1. The sponsored should not be more then 18-years old.
2. The sponsored should not receive sponsorship from any other charity.
3. He should be in need of the sponsorship.

### How Can I Sponsor an Orphan?

Whoever wants to sponsor an orphan should contact the Society by phone, fax, or email, or turn to the Society's Orphans Department, where he will receive the details and information regarding the orphans.

### Terms of Sponsorship (for the Sponsor):

1. A monthly allowance for sponsorship in Palestine is 50 American dollars.
2. One should commit to sponsor an orphan for a period of no less than a whole year.
3. One can sponsor more than one orphan at one time.
4. In case one cannot continue his sponsorship he should inform the Society two months before the sponsorship ends.

L_C000212 [continued]

## The Society's Activities:

**1. Taking Care of Children**

The Society organized a summer camp for martyrs' children in 2001. One-hundred and twenty martyrs' children participated in the one-month long camp, which included many courses:

A. Course in the rulings of the holy Quran.

B. First aid and civil defense.

C. Intensive course in basic computer skills.

The camp was titled "Martyrdom and Computer". After it ended, the Society organized a graduation ceremony for the children, which was attended by national and Islamic figures, as well as relatives of the martyrs. The Society distributed certificates of appreciation for those who participated in the camp.

In this field, in 2002 the Society took part, along with the brothers in the Tawassul Institute, in a summer camp that was organized by the Institute for Orphans and Martyrs' Sons. A delegation on behalf of the Society gave a speech, praising the martyrs and their struggle. The delegation spoke highly of the importance of taking care of the martyrs' families. After the speech, it distributed gifts to the participating children.

Because of the limited means at its disposal, the Al-Ansar Charitable Society was not able to organize the martyrs' summer camp in 2003, despite the fact that the necessary studies were conducted for this purpose.


**2. Social Activities and Contributions**

1. The Al-Ansar Charitable Society organized a ceremony in honor of the martyrs in 2001. The event took place during the memorial ceremony for the burning of the al-Aqsa Mosque. The festival included speeches by a number of national and Islamist figures. The Society distributed gifts to the martyrs' families.

*[Translator's note: clauses 2 and 3 were excluded from the original text]*

4. The Society participated in a solidarity rally with the Palestinian people. During the rally, which was launched in Bahrain, the Society gave a speech over the phone. The speech was made by a martyr's daughter, who spoke about the suffering of the Palestinian people and its steadfastness.

L_C000213

5. A delegation from the Society participated in 2002 in a ceremony held for honoring the best performing students at al-Azhar University. The brother chairman of the Society presented each excelling student with a copy of the Quran.

6. The Al-Ansar Charitable Society organized a public fast-breaking meal for al-Azhar University students in Ramadan 2002. The meal was attended by around 400 students, most of whom were students living in Gaza temporarily. Most of them are from Rafah and Khan Yunes, but live in Gaza because of the siege.

7. The Society took part in sending aid to many of secondary schools. The donations included:

   a.  Providing computers.

   b.  Paying the fees for a number of students

   c.  Carrying out renovation and repair work inside the schools.


**3. Cooperation with Charitable Societies and Associations**

1. The Al-Ansar Charitable Society donated school uniforms for children residing in the Al-Amal Institute for Orphans' Care in Gaza, during the school year 2002-2003.

2. The Al-Ansar Charitable Society donated a computer to the brothers in the Al-Ajyal Charitable Society for Creation and Development.

3. In 2003-2004, the Al-Ansar Charitable Society donated school items to the brothers in the Afaq Jadida [New Horizons] Society. These were distributed among the 100 orphans, who are taken care of by the Afaq Jadida Society.

4. The Al-Ansar Charitable Society donated school items to the Al-Amal Institute for Orphans' [Care] during the school year of 2003-2004. These included school uniforms for all pupils residing in the institute, of both sexes and of all age groups.


### Some of Our Projects

*Care for Martyrs' Families Project

Al-Ansar Charitable Society contributed to the steadfastness of our Palestinian people through a project that supports the families of the blessed al-Aqsa Intifada martyrs. The project included both moral and financial support. The Society grants monthly benefits to the families of martyrs, taking into consideration the economic, social and marital status of the martyrs. This project was carried out in cooperation and coordination with Al-Shahid Association's Palestine branch.

L_C000213 [continued]

*Orphans' Sponsorship: The Society carried out a project to care for orphaned children, and more specifically the children of those martyred during the first Intifada and the al-Aqsa Intifada. This was part of the Orphan Sponsorship Project, and in cooperation with Al-Shahid Association's Palestine branch and other charity organizations. The project is still going on.

*Students: The Society carried out the Student Aid Project, in light of the siege and of the rising unemployment in the Palestinian society. It supports students who suffer hardships so that they could finish the [academic] year. It does so by paying all, or part of the students' fees, in coordination with the Al-Bir Association in Ahl al-Kheir - Germany.

*Educational Projects: The Society opened several kindergartens that prepare Palestinian children and provide them with a socially sound education.

*Medical Care: The Society gave the sick, the injured and those with limited income a wide range of medical services, including:

1. Providing full treatment on the expense of the Society.
2. Paying full or partial cost for treatment of sick people.
3. Carrying out a study for the benefit of a medical clinic in one of the areas of [Gaza] Strip.

*Relief Projects:

The Society provided relief aid.

1. Distributing food to poor families with blameless records.
2. Distributing sums of money to others.
3. Distributing sacrificial meat to families with blameless records on Eid al-Adha.
4. Distributing clothes on religious holidays.

*Public Work Activities:

The Society organized a ceremony in honor of the families of the al-Aqsa Intifada martyrs, as part of its public activities. Its aim was to elevate the spirit of sacrifice and solidarity. A number of speeches were delivered during the ceremony, including a speech by the chairman of the Society's management board.

L_C000213 [continued]

Commemorative shields with a picture of the blessed al-Aqsa Mosque were distributed to the families of the martyrs.

In the same framework, the Society organized its first camp for the children of the martyrs. It lasted for one month and was named "Martyrdom and the Computer". At the end of the summer camp, a ceremony was held in honor of the excelling children. The event was attended by a number of national figures and by the families of the children.

Homepage