# Exhibit 31

# The Money Trail: March 27, 2002 – Park Hotel Bombing
## 12 Arab Bank Transfers to Qassam Brigades Operatives Involved in the Bombing – **All Before** the Bombing



**Osama Hamdan**
Role in the attack:
Acknowledged the attack on CNN on the day of the attack

 sends a check for **$10,000** to Yousef al-Hayek Arab Bank Beirut (Dec 18, 2000) 



**Yousef al-Hayek**



sends **9 funds transfers** for a total of **$123,000** to Abbas al-Sayed through Arab Bank New York (Feb 15, 2001 - May 11, 2001)





**Abbas al-Sayed**
Role in the attack:
Planned and supervised the attack

### From Abbas al-Sayed's Police Interrogation

- The funds used to purchase weapons were received via bank transfers to his personal bank account at **Arab Bank** in Tulkarem.

- The funds were sent from America to another of his bank accounts in U.S. dollars in coordination with leaders of **HAMAS** in Syria.

 Saudi Committee Sends **3** Payments Through Arab Bank to: 



**Muhanad Taher**
**$2,655.78** (Jan 8, 2001)
Role in the attack:
Bomb-maker



**Muhanad Sharim**
**$1,325.64** (Apr 4, 2001)
Role in the attack:
Provided logistical support



**Nasser Yataima**
**$1,325.64** (Apr 4, 2001)
Role in the attack:
Helped transport explosives

PX1990, PX1991, PX1992, PX1993, PX1994, PX1995, PX1996, PX1997, PX1998, PX710, PX614, PX615, PX90

102

# Saudi Committee in Support of the Intifada al Quds
## Payments via Arab Bank 2000-2002
## DIRECTLY to Senior HAMAS Terrorists




| HAMAS FOUNDER | QASSAM BRIGADES SENIOR LEADER | QASSAM BRIGADES SENIOR LEADER | QASSAM BRIGADES SENIOR COMMANDER |
|---|---|---|---|
| Abd al-Fatah Dukhan | Ibrahim al-Muqadama | Ahmad al-Ja'bari | Nizar Rayan |
|  |  |  |  |
| $ 2,655.78 | $ 2,655.78 | $2,655.78 | $ 5,314.65 |

PX722, PX720, PX721, PX648

103




# Saudi Committee in Support of the Intifada al Quds
## Payments via Arab Bank 2000-2002
## to the wives* of Senior HAMAS Terrorists

**Jamal Mansur**



$5,316.06
$2,655.78

**Ahmad al-Ja'bari**



$2,655.78

**Jamal Abu al-Hija**



$2,655.78

**Yousef al-Surakji**



$ 2,655.78

**Ayman Halawah**



$ 5,311.56

**Ibrahim Abd al-Karim Bani Awda***



$ 5,316.06

PX622, PX688, PX708, PX687, PX711, PX635, PX617

104




# Saudi Committee in Support of the Intifada al Quds

## Payment to Nizar Rayan



### Saudi Committee Payment Details

| | |
|---|---|
| Name of Beneficiary: | Nizar Abd al-Qader Rayan |
| Type of Payment: | Martyr Payment for his son |
| Total Amount: | $ 5,314.65 |
| Date of Transfer: | June 6, 2002 |
| Bank - Branch: | Arab Bank - Gaza |
| Cash or Deposit: | Cash |
| Proof of Payment: | ABPLC030565 |
| **HAMAS Involvement** | |
| Role in Hamas: | • Leading Terrorist Operative<br>• HAMAS Spiritual Leader<br>• Son was Qassam Brigades Operative |
| Current Status: | Killed by Israel in 2009 |

**Nizar Rayan**

PX648

105



# Saudi Committee in Support of the Intifada al Quds

 

## Payment to Ahmad al-Ja'bari

| Saudi Committee Payment Details | | |
|---|---|---|
| Name of Beneficiary: | Ahmad Sa'id Khalil al-Ja'bari | Sabah al-Ja'bari (his wife) |
| Type of Payment: | 1 Prisoner Payment | 1 Prisoner Payment |
| Total Amount: | $2655.78 | $2655.78 |
| Date of Transfer: | 05/23/2001 | 01/06/2001 |
| Bank - Branch: | Arab Bank - Gaza | Arab Bank - Gaza |
| Cash or Deposit: | Cash | Cash |
| Proof of Payment: | ABPLC019308 | ABPLC011787 |
| HAMAS Involvement | | |
| Role in Organization: | • Senior Leader of the al-Qassam Brigades<br>• First Director of the Al-Nur Prisoners Society | |
| Terrorist Attack/Role: | Supervised HAMAS terror operations from Gaza | |
| Current Status: | Killed by Israel in 2012 | |

**Ahmad al-Ja'bari**



PX721, PX708

106

# Saudi Committee in Support of the Intifada al Quds




## Payment to Jamal Abu al-Hija's Wife

| Saudi Committee Payment Details | |
|---|---|
| Name of Beneficiary: | Asmaa Muhammad Suliman Sabaina (his wife) |
| Type of Payment: | Prisoner Payment |
| Total Amount: | $2,655.78 |
| Date of Transfer: | December 19, 2000 |
| Bank - Branch: | Arab Bank - Jenin |
| Cash or Deposit: | Cash |
| Proof of Payment: | ABPLC010758 |
| **HAMAS Involvement** | |
| Role in Organization: | • Head of HAMAS in northern Samaria<br>• Senior Employee of the Jenin Zakat Committee |
| Terrorist Attack/Role: | • **Sbarro Bombing**, Jerusalem – August 9, 2001<br>• Bus No. 16 Haifa bombing - December 2, 2001 |
| Current Status: | In prison in Israel since 2002 (sentenced to 9 life sentences + 20 years imprisonment) |

### Jamal Abu al-Hija



PX687

107

# Saudi Committee in Support of the Intifada al Quds




## Payment to Ibrahim Abd al-Karim Bani Awda's Family

### Ibrahim Abd al-Karim Bani Awda



| Saudi Committee Payment Details | |
|---|---|
| Name of Beneficiary: | Family of the Martyr Ibrahim Abd al-Karim Bani Awda |
| Type of Payment: | Martyr Payment |
| Total Amount: | $5,316.06 |
| Date of Transfer: | 01/03/2001 |
| Bank - Branch: | Arab Bank - Nablus |
| Cash or Deposit: | Cash |
| Proof of Payment: | ABPLC011605 |
| **HAMAS Involvement** | |
| Role in Organization: | Commander of the (HAMAS) Martyrs for the Prisoners Cell |
| Terrorist Attack/Role: | Responsible for car bombing in Hadera in 2000 |
| Current Status: | Killed by Israel on November 20, 2000 |

PX617    108



# Saudi Committee in Support of the Intifada al Quds



## Payment to Ayman Halawah's Wife

### Ayman Halawah



| Saudi Committee Payment Details | |
|---|---|
| Name of Beneficiary: | Razan Husni Hilmi Halawa (his wife) |
| Type of Payment: | Martyr Payment |
| Total Amount: | $5311.56 |
| Date of Transfer: | 02/17/2002 |
| Bank - Branch: | Arab Bank - Nablus |
| Cash or Deposit: | Cash |
| Proof of Payment: | ABPLC026275 |
| **Terrorist Information** | |
| Role in Organization | • HAMAS Bomb-maker<br>• "The Third Engineer" |
| Terrorist Attack/Role: | • Neve Yamin Bombing – March 28, 2001<br>• Sbarro Bombing – August 9, 2001 |
| Current Status: | Killed (by Israel) in October, 2001 |

PX635

109

# Saudi Committee in Support of the Intifada al Quds




## Payment to Yousef al-Surakji's Wife

### Yousef al-Surakji



| Saudi Committee Payment Details | |
|---|---|
| Name of Beneficiary: | Maysar Muhammad Hamed al-Surakji (his wife) |
| Type of Payment: | Prisoner Payment |
| Total Amount: | $2,655.78 |
| Date of Transfer: | 01/08/2001 |
| Bank - Branch: | Arab Bank - Nablus |
| Cash or Deposit: | Cash |
| Proof of Payment: | ABPLC012415 |
| **HAMAS Involvement** | |
| Role in Organization: | Head of the al-Qassam Brigades in West Bank |
| Terrorist Attack/Role: | Commander in charge of most terrorist attacks initiated from the West Bank in 2000-2001 |
| Current Status: | Killed by Israel in January 2002 |

PX711

110

# Saudi Committee in Support of the Intifada al Quds

 

## Payment to Ibrahim al-Muqadama

| Saudi Committee Payment Details | |
|---|---|
| Name of Beneficiary: | Ibrahim Ahmad Khaled al-Muqadama |
| Type of Payment: | Prisoner Payment |
| Total Amount: | $2,655.78 |
| Date of Transfer: | 05/23/2001 |
| Bank - Branch: | Arab Bank - Al-Rimal Branch |
| Cash or Deposit: | Cash |
| Proof of Payment: | ABPLC019283 |
| **HAMAS Involvement** | |
| Role in Organization: | Co-Founder of the al-Qassam Brigades |
| Terrorist Attack/Role: | Helped murder alleged collaborators |
| Current Status: | Killed by Israel in 2003 |

### Ibrahim al-Muqadama



PX720

111




# Saudi Committee in Support of the Intifada al Quds

## Payment to Abd al-Fatah Dukhan

| Saudi Committee Payment Details | |
|---|---|
| Name of Beneficiary: | Abd al-Fatah Hasan Dukhan (received for his son Bilal) |
| Type of Payment: | Prisoner Payment |
| Total Amount: | $2,655.78 |
| Date of Transfer: | 08/29/2001 |
| Bank - Branch: | Arab Bank - Gaza |
| Cash or Deposit: | Cash |
| Proof of Payment: | ABPLC021731 |
| **HAMAS Involvement** | |
| Role in Organization: | • HAMAS Co-Founder<br>• Member of the "Change & Reform" HAMAS party |
| Terrorist Attack/Role: | HAMAS Commander of Central Gaza Strip |
| Current Status: | At large |

## Abd al-Fatah Dukhan



PX722

112

# Saudi Committee in Support of the Intifada al Quds

 

## Payments via Arab Bank to Jamal Mansur's Wife

| | Saudi Committee Payment Details | | Related Payments | Jamal and Muna Mansur |
|---|---|---|---|---|
| Name of Beneficiary: | Muna Salim Saleh Mansur | Muna Salim Saleh Mansur | Muna Salim Saleh Mansur |   |
| Type of Payment: | Prisoner Payment | Martyr Payment | 4 Wire Transfers from Yousef al-Hayek | |
| Total Amount: | $2,655.78 | $5,316.06 | **$85,000.00** | |
| Date of Transfer: | 12/19/2000 | 10/22/2001 | 12/2000 - 09/2001 | |
| Bank - Branch: | Arab Bank - Nablus | Arab Bank - Nablus | Arab Bank - Nablus | |
| Proof of Payment: | ABPLC010764 | ABPLC023919 | ABPLC211930 ABPLC212053 ABPLC212095 ABPLC212100 | |
| Status: | Jamal Mansur was killed by Israel in July, 2001 | | | |

PX622, PX688, PX2019, PX2121, PX2154, PX2158

113

# Hamed Faleh Mustafa Abu Hijla

- Studied engineering at Al-Najah University - Nablus
- Active in the Al-Kutla Al-Islamiya (Islamic Student Organization – part of the HAMAS Da'wa)
- Committed a suicide bombing on January 1, 2001 in Netanya, Israel



118




# Saudi Committee in Support of the Intifada al Quds
## Martyr Payment Lists
## Reviewed and Processed by Arab Bank

Kingdom of Saudi Arabia
The Saudi Committee for the Support of Intifada Al Quds  Sum SR 380,000
General Secretariat – Riyadh

**Lists of Martyrs' Names in the West Bank Sixth Installment**

| # | Name | Location | Age | Date | Cause | Amount |
|---|---|---|---|---|---|---|
| 1 | Abi Muhammad Al-Darrag | Al-Beira | 9 | 01/03/03 | Bullet in the chest | 20000 |
| 2 | Ahmed Ismail Faragallah | Hebron | 33 | 01/02/18 | Live bullet in the lower back | 20000 |
| 3 | Ahmed Al-Ghandour | Ramallah - Betonia | 25 | 01/01/24 | Chest injury | 20000 |
| 4 | Ahmed Hassan Allan | Nablus | 25 | 01/03/03 | Bullet in the head | 20000 |
| 5 | Ahmed Abdel Qader Esteban | Hebron | 40 | 00/10/30 | Shooting an ambulance | 20000 |
| 6 | Ahmed Omar Alyan | Tulkarm – Nour Al-Shams Camp | 23 | 01/03/04 | Martyr operation | 20000 |
| 7 | Ahmed Mahmoud Abou Maraheel | Nablus – Balata Camp | 16 | 01/03/30 | Bullet in the neck | 20000 |
| 8 | Osmama Ibrahim Naghneegha | Jenin Camp | 21 | 01/03/05 | Bullet in the head | 20000 |
| 9 | Osmam Muhammad Ibrahim Al-Korbi | Beit Jala | 18 | 01/02/20 | Cannon bombing | 20000 |
| 10 | Ismail Shamlakh | Ramallah | 23 | 00/10/03 | Bullet in the chest | 20000 |
| 11 | Amira Nasr Abou Seif | Jenin – [illegible] | 50 | 01/03/14 | Preventing the ambulance from reaching the hospital | 20000 |
| 12 | Anwar Mustafa Marei | Nablus | 33 | 01/02/15 | Assassination | 20000 |
| 13 | Eyad Al-Herdan | Ramallah | 20 | 01/04/01 | Assassination | 20000 |
| 14 | Baher Shafiq Auda | Howara Village | 20 | 01/03/03 | Two bullets in the shoulder and leg (assassination) | 20000 |
| 15 | Jabri Ahmed Hanatesh | Hebron | 44 | 01/03/23 | Assault by settlers | 20000 |
| 16 | Hamed Abou Hajla | Nablus | 27 | 01/01/01 | Martyr Operation | 20000 |
| 17 | Hossam Emad Al-Deesi | Ramallah – Qalandeya Camp | 15 | 01/02/26 | Bullet in the heart | 20000 |
| 18 | Hassan Ali Shahin | Ramallah – Betonia | 41 | 00/12/08 | Assault by a sharp weapon from a settler | 20000 |
| 19 | Hassan Naeem Badran | Al-Beira | 45 | 01/02/27 | Cannon bombing | 20000 |

1/1

ABPLC190004
MR-ARA206094



| 16 | Hamed Abou Hajla | Nablus | 27 | 01/01/01 | Martyr Operation | 20000 |

PX327  119

# Hamed Faleh Mustafa Abu Hijla
## Postcard Seized from the Offices of the Nablus Zakat Committee



PX1115

120