# Exhibit 32



**Palestine Monetary Authority**                سلطــة النقــد الفلســطينيــة

Ref: 94 GVNR/4/2006
Date: 3/4/2006

To Whom It May Concern:

I write in my capacity as Governor and Chairman of the Board of the Palestine Monetary Authority (PMA). The PMA Law No. 2 of 1997 established the PMA as an independent regulatory body with the mandate to ensure the integrity of banking operations and maintain monetary stability. Accordingly, the PMA is the sole authority for licensing and regulating banks and all deposit-taking institutions in the Palestinian Territories. Furthermore, the PMA fulfills its responsibilities in this regard in accordance with the PMA Law No. 2 of 1997, the Banking Law No. 2 of 2002 and related regulations, in line with internationally recognized principles and standards.

The following statement is provided regarding secrecy of banking information in the relevant Palestinian Laws. I understand that with respect to a matter pending in the United States District Court for the Eastern District of New York, an order has been issued directing Arab Bank plc (Arab Bank) to produce documents and information that are protected under Palestinian law. Specifically, the PMA understands that plaintiffs in a lawsuit against Arab Bank are seeking disclosure of a number of banking transactions effected in the Palestinian territories on behalf of customers of Arab Bank. Subject to the exceptions provided for in the law, any such disclosure would constitute a criminal violation and subject Arab Bank and Bank employees to possible imprisonment, fines or both.

Article 26 of the Banking Law, bank secrecy is safeguarded such that:

> All present and former directors and employees of banks shall keep confidential all information and documents regarding their customers. The directors and employees of banks are prohibited from informing third parties of any information or permitting third parties to have access to such information, unless (A) the customer provides consent to disclosure in writing; or (B) a judicial decision has been rendered.
> Any person who violates the provisions of this article shall be punished pursuant to the sections mentioned.

Article (52) of the Banking Law further provides that:

> Any person who violates any provision of articles 26, 40, 42, 43, 44, 45, or 46 of this law shall be subject to a fine of not less than JD 5,000 and not more than JD 100,000, or imprisonment for up to one year, or both.

Ramallah - Al Bireh P.O Box 452, Tel. 02 240 9920, Fax. 02 240 9922
Gaza P.O Box 4026, Tel. 08 282 5713, Fax. 08 2844487
E-mail: info@pma.gov.ps    www.pma-palestine.org

JA3066

**Palestine Monetary Authority**  سلطـة النقـد الفلسطينيـة

In conformity with these provisions of the law, as I understand them, I submit that the Arab Bank may disclose confidential bank records only with the express written consent of the customer, or where directed to do so by a Palestinian court or a judicial decision recognized as enforceable in the Palestinian Territories.

April 3, 2006
Date

Dr. George T. Abed
Governor and Chairman of the Board
Palestine Monetary Authority

- 2 -
Ramallah - Al Bireh P.O Box 452, Tel. 02 240 9920, Fax. 02 240 9922
Gaza P.O Box 4026, Tel. 08 282 5713, Fax. 08 2844487
E-mail: info@pma.gov.ps   www.pma-palestine.org

JA3067