# Exhibit 35

# Ismail Haniyeh



| Banking Information | |
|---|---|
| Total Amount: | $420,100 |
| Transfer Details: | **19 Transfers**<br>July 2000 – September 2001 |
| Arab Bank Branch: | Gaza |
| Account Number: | 63517500 |
| Beneficiary: | Ismail Abd al-Salam Ahmad Haniyeh |
| **General Information** | |
| Personal Details: | • Born in 1963<br>• Expelled to *Marj al-Zuhur*, 1992<br>• Served as Secretary of the Board of Trustees and Director of Academic Affairs at the Islamic University of Gaza |
| Current Status: | "Prime Minister" of HAMAS Government in Gaza (2006-2014) |
| Terrorist Activity: | • HAMAS Leader<br>• Headed Sheikh Yassin's Bureau since 1997 |
| Imprisonment: | • 1987-8: Two arrests for short periods<br>• 1989-1992: Israel |
| HAMAS Da'wa Activity: | • Administrative Board Member of the Islamic Society – Gaza<br>• Head of the Sports Club, Islamic Society – Gaza |