# Exhibit 36

# Living Standards in the Palestinian Territories During the Second Intifada

## 1999 – GNI per capita in the Middle East

| | |
|---|---|
| Israel | $16,490 |
| **Palestinian Authority** | **$ 1,730** |
| Jordan | $ 1,650 |
| Egypt | $ 1,290 |
| Syria | $    890 |


