# Exhibit 37

# Halima Hasan Yassin



| Banking Information | |
|---|---|
| **Total Amount:** | **$153,435** |
| **Transfer Details:** | **6 Transfers** <br> November 2000 – May 2001 |
| **Arab Bank Branch:** | Gaza |
| **Account Number:** | 244139510 |
| **Beneficiary:** | Haleemah Hasan Yassin ("Yasine") |
| General Information | |
| **Personal Details:** | • Married Ahmad Yassin in 1963 <br> • Widowed in 2004 |
| **Current Status:** | Lives in the Gaza Strip |
| **Terrorist Activity:** | Not applicable |
| **Imprisonment:** | Not applicable |
| **HAMAS Da'wa Activity:** | Not applicable |