# Exhibit 38

**אפשטיין, חומסקי ושות'**
**EPSTEIN, CHOMSKY & CO.**

משרד עורכי-דין
LAW OFFICES

עדלי חומסקי
איתן אפשטיין

ורדה לביא-ברדוגו
שירלי נחן
יח אמרוביץ'
פני שנוהר
ניל גרוסמן-מאיר
דניאל אהרוני
יפעת ניר

ADLEY CHOMSKY
EYTAN EPSTEIN

VARDA LAVOI-BERMAN
SHIRLEY NAHAN
B. ZIV ABRAMOVITZ
SHAI SHENHAR
BIL GROSSMAN-MAYES
DAVID AHARONI
IFAT NIR

תל-אביב, 25 בינואר 2005
מספרנו: A-268

לכבוד
מרכז המידע למודיעין ולטרור
ע"ש ד"ר מאיר ועמיקם מרכז המורשת והמודיעין
אתר ההנצחה של קהילת המודיעין
שדי האלוף יריב, ת.ד. 3555
רמת השרון 47134

- בלי לפגוע בזכויות -

בדואר רשום ובפקסי 03-5497731

א.נ.ג,

הנדון: **פרסומי מל"מ בעניין של הבנק הערבי**

נתבקשנו לפנות אליכם בשם משרד עורכי הדין האמריקאי LeBoeuf, Lamb, Greene & MacRae LLP בעניין תמרות להלן:

1. משרד LeBoeuf, Lamb, Greene & MacRae מייצג את הבנק הערבי (The Arab Bank) במספר תביעות אזרחיות שהוגשו נגדו על ידי נפגעי טרור ובני משפחותיהם. דבר קיומו של המשפט, יתנהל בימים אלה בפני בית המשפט הפדרלי בניו-יורק, זכה לפרסום ולסיקור נרחב באמצעי התקשורת בארץ ובחו"ל.

2. לטענת התובעים, עסק הבנק הערבי במודע ובמזיד בפעילות טרור ובסיוע ועידוד לטרור, בין היתר בכך שאפשר העברות כספים באמצעות לידי בני משפחותיהם של מפגעים ומתאבדים פלסטינים.

נהיר כבר בראשיתם של דברים, כי הבנק הערבי והנהלתו מכחישים מכל וכל את טענות התובעים. הבנק הערבי מינה חומסקי ופורסי חקודי ומתוק התגוננותו נעל מכל סוג והוצא נגד סניף הבנק בניו-יורק, אשר מאז ומעולם הביע התנגדותו לפעילויות טרור מכל סוג ודגן היתה, וחומיים ותוכניות אפשרה למניעת הלבנת הון ומעברית כספי טרור על פי הסטנדרטים המחמירים החמורים ביותר.

נזכיר כי הבנק הערבי, אשר פעילותו בשטחי יהודה ושומרון נסגרה בשנת 1967, חודש בתקופת הסכם אוסלו על ידי ממשלת ישראל לפתוח מחדש את סניפיו ולחדש פעילותו בשטחים אלה. במהלך חמש-עשרה השנים האחרונות הביע הבנק בטאותיו ומאחוריתו עמדה מופשרת לקידום ההליך השלום באזור והתנגדות נחרצת לכל מעשה טרור מכל מין וסוג שהוא.

3. לאגדתנו חוברך כי מתפרסמים עשו שימוש נרחב, במסגרת המהלכים והאירועים המתנהלים בארה"ב, בפרסומים של מרכז המידע למודיעין ולטרור במרכז למורשת והמודיעין (מל"מ), אודות הבנק הערבי (פרסומים המפורסמים ונת בינרנט עצמה) ונתן באתר האינטרנט של הבנק. נדגיש כי פרסומים מלק פרסומים – כד ראשון על גבותם יכול. ברתנם, הם מוצגים – על ידי חטיבת המחקר באגף המודיעין של צה"ל. פרסומים אלה מהווים נדבך מהותי בבסיס ההנחה.

4. החליכים המשפטיים בתניעה. אין להכחיש, בינם רגישים ביותר מבחינת אנשיכם. עם זאת, דווקא חומרת והחמשאות מחייבת משנה זהירות ומו הראוי כי בטרם יוצר דין, ויבוררו העובדות מהוויותון והאינטרס לנוכח עתירן. בית המשפט את יריעת טענותיו כדבע. בנסיבות אלה, אין זה ראוי כי מל"מ יתקן ידו במודע דלו בעקיפין, להנחה מת סיר על מצב חוקת הטרור בטרם נידונן לו קסם להוכיח ואמת, ישמע טענותיו ויתינר דינו.

ביתנ רובינשטיין
רחי לינקולן 20
תל-אביב 67134
טלפון 03 5614 777
פקס 03 5614 079

RUBINSTEIN HOUSE
20 LINCOLN ST.
TEL AVIV 67134
TEL 972 3 5614 777
TEL 972 3 5614 777
FAX 972 3 5614 979

Website:
www.ecglaw.com
E-mail:
office@ecglaw.com

32933
A-268

MR/HEB00000133

**אפשטיין, חומסקי ושות'**
**EPSTEIN, CHOMSKY & CO.**

משרד עורכי-דין
LAW OFFICES

5. זאת ועוד - לנביעה ולחליפה תשלכות מרחיקות לכת ניסיות, משפטיות ומדיניות. אין מדובר אך בתביעה הנוגעת למתנים בסכומים מסוימים במיליארדי דולר, אלא ב"כתב אישום" חמור כנגד מוסד בנקאי בינלאומי מסומנד, כעין סיוע מעיל - לשליחת טרור כנגד אזרחים ישראליים ואמריקאים. תוצאות המשפט תשלכות ובלמדיי, לא יהיה בידי הרשות הערבי עמוד חברתה על כלכלת ירדן ותרעית הפלסטינאית בלבד, כעמד חמרת חברתית הבנק בידי מדליבת משלום באוויר לבחת ולייצב את הכלכלה בשטחים, שהינו אבן יסוד חשובה בחלקה משלום באוויר.

6. אין ספק כי כל שימוש בחומר המפורסם על ידי תמ.ל.מ עלול להשפיע באופן מעיני על התיק בארחיב ולשמש כראית המחקה את טענות התובעים וטענות המוכחשות, באמור. טרי, כי שימוש בחומר רשמי של מ.ל.מאמריץ, המביע היישר מתוך קהלוית מזדיעין הישראליין, מבלי חיבתו לנסוע לחקור את עברכיו, עלול להעמיד חיזוק בלתי הוגן לטענות התובעים.

בבל מכמיר, אין זה ראוי לטעמנו כי גוף רשמי של מדינת ישראל, מצ'מיעל, קחוכיעות המודיעין בכל מקיר, אין זה ראוי לטעמנו כי גוף רשמי של מדינת ישראל המוכיע ושמעותינות תקיים ומעמעועים, יפרסם פרסומים מעלוליםס ישראלים, במהלך פרשה חקירה ומשפטי הנלך ועמד ונעבקה, ונבקרה זו - הבנק הערבי. לנבוע בעניינו של צד להליך משפטי תלוי ועמד ונבקרה זו - הבנק הערבי.

7. חברים מקבלים משת תוקף לאחר חווית אשר ציגה בחלק במרסומי תמ.ל.מ [1]. למית "אין זה סביר" כי מנהל סניפים של הבנק הערבי לא היו מודעים לשיותיים שמגיע מבכ לארגוני החטפ, או לכך שממקור הכמסות המעברים מדרכ תוני בארגוני טרור ושאום משמעים לפועיות טרור.

ראשית, נבחר בלמרו משאוים לפחי פנים, כי הבנק הערבי מכחיש טעות אלה מכל וכל.

שנית, למימ ודענוו, מדובר בהדרה סובייקטיבית בלב, אשר אמרת מומנת אמפירית במחלוקים ארבע בצוקתם, המצבע על ידיעה באמונ של מנהלי את גם אז או בראמ בראם אמצעים או בראקמ ארתה, המצבעם במפרשי על ידיעה באמר של מנהלי אותם סנופים.

בכל הכבוד הראוי, מאחר שמדובר בחרקת בלבד עלטעמו של הבנק העברי, אסו את כל ל"מאורה בחצאת ל"מוארה בכל הכבוד, בנסיבות אלה, משום "שקילת אדל, משום "בנסקל אדל, משים "יכולה צד אומר ודלת ראויה בתמרעות משפטית המתנועלת בנסקל אדל, משום "בנסקל אדל, משום "בנסקל אדל, משום "בנסקל אדל, משום "בנסקל אדל, מבוגרתב קביעה בכורה ב-ל,ב,מצטי, טרם הוכחת בית המשפט הפדרלי בצארה "ב במסרת המשפט.

פרסום הערכות באלו עשוי או בהבסק בעתיד לכריחה וחקירה בשאר תואת עובדי המחקרים וממרסומים, הצגה בראת חתתומר עליו מתכמסמ, אופי ומרות קשותם עם התואבמים ועמאי ו, לא אכן סברה מועלת ישראל ועלכוכאה באלה פרטים, באלאהת נכון הדבר לאר החוק כי, לא אכן סברה מועלת ישראל, על מוטדונות השולחה הוצננת, כי חמל הערבי אכן, נוטל במעטת המעילת מדוע או במעות המעילת הונבמים.

8. ככלל, נראה כי בעת חוו טוב ושאש תמ.ל,מ אם יתמ"ג באחריות ויתמנע כלל מפרסום בל חומר אודות חבנק הערבי. בעוסמצ או בעקיפין. אשר עשעי לשמש בראיה במסגרת החליפים המשבצים, אשר עלול להסב לו נזק בל שיעור יאשר עניי קייתשב, ביסקיקינת צד וחשפעות על חלק מפשפוי פתוחה.

9. זאת ועוד, מחאחצגב על ידי התבצעים ומקמי פרסומי תמ.ל,מ בתביעה שחונשעה, אנו בדעה כי בגין וראוי יחיה כי תמ.ל,מ יוצאי הבחמה בכתב. על מנת אין התמדובר אלא בעברות במחרוכות נבמי וראוי יחיה כי תמ.ל,מ יוצאי הבחמה בכתב. על מנת אין התמדובר אלא בעברות במחרוכות.

---
[1] ראה לדוגמא. "ארגון חטור עטיף שימוש ב"בנק הערבי" כדרוך לחעברת כספי כנפרי, אמ"ץ חטי המחקר.
סימוכין: 658/0023 מנום 17 3.04.

- 2 -

MR/HEB00000134

**אפשטיין, חומסקי ושות'**
**EPSTEIN, CHOMSKY & CO.**

משרד עורכי-דין
LAW OFFICES

והשערות בלבד של עורכי המחקרים על דעתם, ואיך וזוצרכות משתמות או מצביעות של עמדה רשמית של מדינת ישראל.

בנוסף, ראוי תיה לטעמנו כי פרסומים אלה ינוטרו בעת חזו מאהר המ.ל.מ, והאו יו שליטה

יכרע כוח והמשפט בתביעות העמדות במרו.

נורח לכם על המבתכם לאמור במכתבנו זה.

10

בכבוד רב,

איתן אפשטיין
אפשטיין חומסקי ושות'

- 3 -

MR/HEB00000135



**TRANSPERFECT**
TRANSLATIONS

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Amy Ditrani, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of 'MR/HEB00000133 – MR/HEB00000135 from Hebrew into English.

Amy Ditrani

Sworn to before me this

9th day of September 2005

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2009

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

**Epstein, Chomsky & Co.**

Tel-Aviv, May 25, 2005
Our number: A-268

To: Intelligence and Terrorism Information Center
At the Center for Special Studies (C.S.S.)
An NGO in memory of the fallen of the Israeli Intelligence Community
Ha'Aluf Yariv Avenue, P.O. Box 3555
Ramat Ha'Sharon 47134

-With no prejudice-
Via registered mail and via fax: 03-5497731

Dear Sir or Madam,

Subject: The C.S.S. publications in the matter of The Arab Bank

We have been asked to contact you on behalf of the American law office LeBoeuf, Lamb, Greene & MacRae LLP concerning the matter described below:

1. LeBoeuf, Lamb, Greene & MacRae LLP is representing The Arab Bank in several civil lawsuits that were filed against it by victims of terrorism and their families. The trial that is being held these days before the federal court in New York has been widely publicized and reviewed by the news media in Israel and abroad.

2. According to the prosecutors, The Arab Bank knowingly and intentionally dealt with acts of terrorism and with assisting and encouraging terrorism, among other things, by allowing the transfer of funds to the families of Palestinian terrorists who carried out attacks and suicide bombers.

   We would like to clarify at the outset that The Arab Bank and its management deny the prosecutors' claims. The Arab Bank is the largest and oldest banking institution in the Middle East (the lawsuit was filed against the bank's New York branch), that has always expressed an objection to any acts of terrorism and that applies enforcement plans to prevent money laundering and transferring terrorism funds according to the strictest Western standards.

   We emphasize that The Arab Bank whose activity in the regions of Judea and Samaria and Gaza ended in 1967 was invited at the time of signing the Oslo Agreement by the State of Israel to reopen its branches and renew its activity in these regions. Throughout the years, the Bank has taken an uncompromising stand through its actions and publications to promote the peace process in the region and a strong objection to any acts of terrorism.

3. Recently it became clear that the prosecutors used, as part of the civil proceedings out in the U.S.A., publications of the Intelligence and Terrorism Information Cen for Special Studies (C.S.S.)

Law Offices

Adlay Chomsky
Eytan Epstein

Varda Lavon-Berman
Shirley Dahan
D. Ziv Abramovich
Shai Shenhar
Gil Granot-Mayer
Ravid Aharoni
Ifat Nir

Rubinstein House
20 Lincoln Street
Tel-Aviv 67134 Israel
Tel: 972-3-5614777
Fax: 972-3-5614776

Website:
www.ecglaw.com

E-mail:
office@ecglaw.com

MR/HEB00000133

**Epstein, Chomsky & Co.**                                                                 Law Offices

concerning The Arab Bank (publications that are published both at the Information Center itself and on the web site of the Center). We will emphasize that some of these publications have been published – so it is written on them and so they are presented respectively by the Research Division of I.D.F. Military Intelligence. These publications constitute an essential part of the lawsuit's basis.

4. It cannot be denied that the legal proceedings in the lawsuit are very sensitive from the human standpoint.. However, it is precisely the severity of the allegations that require caution, and it would be appropriate that prior to passing the verdict, the facts will become clear the way they are and the defendant will be able to lay out the description of his claims before the court properly. Under these circumstances, it is improper for the C.S.S. to contribute knowingly, even indirectly, to placing a sign of Cain on the defendant's forehead before he has the chance to prove his innocence, before his claims are heard and before his verdict is passed.

5. Furthermore, the lawsuit and its proceedings have additional far-reaching legal and political implications. We are not only dealing with the victims' lawsuits for compensation at amounts estimated to be in the billions of dollars, but with a serious "bill of indictment" against an international banking institution for alleged active assistance to acts of terrorism against Israeli and American citizens. The outcome of the trial has additional implications based on the fact that The Arab Bank is a pillar of the economy of Jordan and the Palestinian Authority. Without it, the Palestinian Authority will not be able to build and stabilize the economy in its regions, which is an essential foundation to the peace process in the region.

6. There is no doubt that any use of the material that is published by the C.S.S. could directly affect the case in the U.S.A. and serve as evidence that strengthens the claims of the prosecutors (denied claims, as stated). Clearly, the use of official material of C.S.S./ Intelligence Division that is accessed directly from Israel's intelligence community, without the ability to investigate its editors, could unfairly empower the prosecutors' claims.

   With all due respect, in our opinion it is improper for an official body of the State of Israel/ I.D.F./ Israel's intelligence community to publish material that could damage the interest of a party in a pending legal proceeding, being aware of the existing legal proceeding and its meanings, in this case – The Arab Bank.

7. Matters gain even more validity in light of the assessment that was indicated in some of the C.S.S. publications[1], according to which "it is unreasonable" that branch managers of The Arab Bank were unaware of services that the bank was providing to terrorist organizations or of the fact that the source of the funds transferred through it were terrorist organizations, and that they were used for terrorist activities.

   First of all, we will clarify in unambiguous language that The Arab Bank denies these claims entirely.

                                                                                    MR/HEB00000134

---

[1] See an example: "The terrorist organizations are using The Arab Bank as a channel to transfer terrorism funds", Intelligence Division/ [illegible] the research. Reference: 0023/588 from 03/17/2004.

**Epstein, Chomsky & Co.**                                                            **Law Offices**

Second, to the best of our knowledge, this is only a subjective assessment that is not empirically supported by documents or other evidence that specifically point to the stated knowledge of the managers in those branches.

With all due respect, since this is only an assessment (and according to The Arab Bank it is unfounded), under these circumstances, since C.S.S. is aware of the trial and its high sensitivity, presenting such assessments may be considered as "taking sides" knowingly and inappropriately in a legal trial that is carried out in the U.S.A. (we will comment that a clear determination in the matter of the behavior of the branch managers or the awareness of the bank have not yet been proven to the federal court in the U.S.A. as part of the trial).

Publicizing such assessments could even result in a future demand for an investigation regarding the identity of the research editors and the publications and a presentation of the entire material on which they were based, their nature and type of connections to the prosecutors and their legal representatives and other similar details. It is especially true in light of the presumption that if the State of Israel and its various institutions and branches believed that The Arab Bank knowingly took an active part in acts of terrorism or in assisting it, then measures would have been taken against the bank to prevent its activity. As stated, nothing was done.

8. In general, it seems that at this time, it would be best if the C.S.S. act responsibly and completely avoid publishing all the material regarding The Arab Bank, directly or indirectly, which could serve as evidence as part of the legal proceedings, cause it a great deal of damage and be considered as taking sides and influencing the ongoing legal proceeding.

9. Furthermore, since the publications and researches of the C.S.S. were presented by the prosecutors in the filed lawsuit, we believe that it will be appropriate for the C.S.S. to issue a written clarification, according to which it is not about facts only assessments and solely assessments of the research editors and their opinion, and that the assessments do not reflect or point to an official stand of the State of Israel.

In addition, we believe that it would be appropriate to remove these publications at this time from the C.S.S. web site until the time when the court passes a verdict in the lawsuits at hand.

10. We would appreciate your feedback with regard to this letter.

Sincerely,
[Signature]
Eytan Epstein
Epstein, Chomsky & Co.

MR/HEB00000135