# Exhibit 41

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY LINDE, et al. | |
|       Plaintiffs, | Case No. CV 04 2799(NG)(VVP) |
| -against- | |
| ARAB BANK, PLC, | |
|       Defendant. | |
| PHILIP LITLE, et al. | |
|       Plaintiffs, | Case No. CV 04 5449(NG)(VVP) |
| -against- | |
| ARAB BANK, PLC, | |
|       Defendant. | |
| ORAN ALMOG, et al. | |
|       Plaintiffs, | Case No. CV 04 5564(NG)(VVP) |
| -against- | |
| ARAB BANK, PLC, | |
|       Defendant. | |
| ROBERT L. COULTER, SR. FOR THE ESTATE OF JANIS RUTH COULTER, et al. | Case No. CV 05 365(NG)(VVP) |
|       Plaintiffs, | |
| -against- | |
| ARAB BANK, PLC, | |
|       Defendant. | |

19479_1

| | |
|---|---|
| GILA AFRIAT-KURTZER, et al. : | |
| Plaintiffs, : | Case No. CV 05 388(NG)(VVP) |
| -against- : | |
| ARAB BANK, PLC, : | |
| Defendant. : | |
| MICHAEL BENNETT, et al. : | |
| Plaintiffs, : | |
| -against- : | Case No. CV 05 3183(NG)(VVP) |
| ARAB BANK, PLC, : | |
| Defendant. : | |
| ARNOLD ROTH, et al. : | |
| Plaintiffs, : | Case No. CV 05 3738(NG)(VVP) |
| -against- : | |
| ARAB BANK, PLC, : | |
| Defendant. : | |
| STEWART WEISS & SUSAN WEISS, et al. : | |
| Plaintiffs, : | Case No. CV 06 1623(NG)(VVP) |
| -against- : | |
| ARAB BANK, PLC, : | |
| Defendant. : | |

**ORDER RE FOREIGN BANKING SECRECY**

19479_1

Pending before the Court is Plaintiffs' Joint Motion to Overrule Defendant's Objections to Plaintiffs' First Set of Requests For Admission and Related Interrogatories. Defendant Arab Bank plc has opposed this Motion on the basis that disclosure would violate the foreign banking secrecy laws of Jordan, Lebanon and/or the Palestinian Authority. A discovery dispute has arisen as to whether Defendant obtained consents or waivers re foreign banking secrecy from foreign authorities in these jurisdictions before producing documents from Defendant's offices or branches in those jurisdictions to the United States government in separate proceedings.

To bring this discovery dispute to a conclusion and permit final briefing of the pending Motion, the Court makes the presumptive factual finding, pursuant to Fed. R. Evid. 104, that Defendant has previously produced documents relevant to this case in the United States without obtaining the prior formal consent of the applicable governmental authorities in Jordan, Lebanon or the Palestinian Authority providing Defendant with immunity from criminal prosecution for violations of any applicable banking secrecy laws prior to Defendant's production of these documents in the United States.

Defendant may rebut this finding with competent evidence and may submit a further brief addressing this or any other related bank secrecy issues on or before June 9, 2006. Plaintiffs may submit their Reply Brief no later than June 23, 2006.

SO ORDERED:

VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:   Brooklyn, New York
         June 7, 2006

19479_1