UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AHARON MILLER, et al. | : | |
| Plaintiffs, | : | Case No. 18-cv-2192 (RPK)(PK) |
| -against- | : | |
| ARAB BANK, PLC, | : | |
| Defendant. | : | |
| NATHAN PAM, et al. | : | |
| Plaintiffs, | : | Case No. 18-cv-4670 (RPK)(PK) |
| -against- | : | |
| ARAB BANK, PLC, | : | |
| Defendant. | : | |

**PLAINTIFFS' NOTICE OF CROSS-MOTION FOR AN ORDER
COMPELLING DEFENDANT TO PRODUCE DOCUMENTS**

**PLEASE TAKE NOTICE** that, upon the accompanying Plaintiffs' Memorandum of Law in Opposition to Defendant Arab Bank, PLC's Motion for a Protective Order, the Declaration of Aaron Schlanger executed on April 4, 2022, together with the exhibits thereto, and all prior pleadings and proceedings had here, Plaintiffs, by and through their undersigned counsel, will move this Court, before the Honorable Peggy Kuo, in Courtroom 11C South, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 26 and substantially in the form annexed hereto as **Exhibit 1** (1) overruling Defendant's objections to Plaintiffs' requests for the production of

documents that are the subject of Defendant's Motion for a Protective Order (ECF No. 84 in 18-cv-92182 and ECF No. 68 in 18-cv-04670); and (2) compelling Defendant to produce the documents responsive to those requests.

PLEASE TAKE FURTHER NOTICE that, pursuant to U.S. Magistrate Judge Kuo's minute order entered on January 20, 2022, Defendant's opposition to this cross-motion is due no later than April 25, 2022, and Plaintiffs' reply is due no later than May 9, 2022.

Dated:  April 4, 2022                                     Respectfully submitted,

/s/ Gary M. Osen
Gary M. Osen
Peter Raven-Hansen
Ari Ungar
Aaron Schlanger
Michael Radine
**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
(201) 265-6400

*Attorneys for Miller Plaintiffs*

/s/ James P. Bonner
James P. Bonner (jbonner@fbrllp.com)
Patrick L. Rocco (procco@fbrllp.com)
Susan M. Davies (sdavies@fbrllp.com)
**FLEISCHMAN BONNER & ROCCO LLP**
81 Main Street, Suite 515
White Plains, New York 10601
(646) 415-1399

**HEIDEMAN NUDELMAN & KALIK, PC**
Richard D. Heideman (*admitted pro hac vice*)
Noel J. Nudelman
Tracy Reichman Kalik (*admitted pro hac vice*)
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015
(202) 463-1818

**PERLES LAW FIRM, P.C.**
Steven R. Perles (*not admitted in E.D.N.Y.*)
Ed Macallister (*admitted pro hac vice*)
816 Connecticut Avenue, NW, 12th Floor
Washington DC 20006
(202) 955-3806

*Attorneys for Pam Plaintiffs*