UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al.<br><br>                Plaintiffs,<br><br>-against-<br><br>ARAB BANK, PLC,<br><br>                Defendant. | Case No. 18-cv-2192 (RPK)(PK) |
| NATHAN PAM, et al.<br><br>                Plaintiffs,<br><br>-against-<br><br>ARAB BANK, PLC,<br><br>                Defendant. | Case No. 18-cv-4670 (RPK)(PK) |

**[PROPOSED] ORDER COMPELLING PRODUCTION
OF DOCUMENTS BY DEFENDANT ARAB BANK, PLC**

The Court having considered the submissions of the parties concerning Defendant Arab Bank, PLC's motion for a protective order and Plaintiffs' opposition to that motion and cross-motion for an order requiring Defendant to produce the documents requested by Plaintiffs as well as the provisions of the *Restatement of the Law (Fourth): The Foreign Relations Law of the United States* § 426, and all other relevant authorities, including principles of international comity,

It is hereby **ORDERED** that Defendant's objections to Plaintiffs' requests for the production of documents are overruled, including those based upon bank secrecy; and

Defendant is hereby **ORDERED** to produce those documents described in Plaintiffs' Requests for Production referenced in their cross-motion within 90 days from the entry of this order.

Dated: _____, 2022

_____
Hon. Peggy Kuo, U.S. Magistrate Judge