

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 264 0303

1441 Broadway, New York, NY 10018
T: 212 354 0111
www.osenlaw.com

April 4, 2022

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (RPK)(PK)

Dear Magistrate Judge Kuo:

    We represent Plaintiffs in the above-captioned action. Pursuant to Rule VI.D of Your Honor's Individual Practice Rules, we respectfully request the opportunity to present oral argument in opposition to Arab Bank, PLC's motion for a protective order [ECF No. 68].

    Respectfully submitted,

    /s/ Gary M. Osen

cc:    All counsel