UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AHARON MILLER, et al.

                    Plaintiffs,

   -against-

ARAB BANK, PLC

                    Defendant.
-------------------------------------------------------X

18-cv-2192 (RPK)(PK)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I _Peter Raven-Hansen_ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, of counsel to the firm of _OSEN LLC_ and a member in good standing of the bar(s) of the _the District of Columbia_, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for _Plaintiffs_. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 4.6.2022

Respectfully submitted,

*Peter Raven-Hansen*

Signature of Movant
Firm Name OSEN LLC
Address 190 Moore Street, Suite 272
Hackensack, N.J. 07607
Email pravenhansen@gmail.com
Phone 201-265-6400