UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

AHARON MILLER, et al.

              Plaintiff(s),

    v.

ARAB BANK, PLC

              Defendant(s).

------------------------------------------------------------

18-cv-2192 (RPK)(PK)

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Peter Raven-Hansen_____, being duly sworn, hereby depose and say as follows:

1.  I am _____of counsel_____ with the law firm of _OSEN LLC_____.
2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3.  As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the _____District of Columbia_____.
4.  There are no pending disciplinary proceedings against me in any state or federal court True
5.  I _Have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6.  I _Have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7.  Attorney Registration Number(s) if applicable: $D < Bar$ 215897
8.  Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _18-cv-2192 (RPK)(PK)_ for _Plaintiffs_____ Aharon Miller, et al._____.

Date _4. 6. 2022_
_____,

_Peter Raven-Hansen_
Signature of Movant
Firm Name OSEN LLC
Address 190 Moore Street
Hackensack, NJ 07601

**NOTARIZED**

City / County of _Arlington_
Commonwealth of Virginia
The foregoing instrument was acknowledged before
me this _6_ day of _April_ , _2022_
by_____J. Dukes_____
_____ Notary Public
Reg. # 7979059 Comm. Exp. 06/30/2026

Email pravenhansen@gmail.com
Phone (201) 265-6400

Dynara Patrice Dukes
NOTARY
PUBLIC
REG. # 7979059
MY COMMISSION
EXPIRES
06/30/2026
COMMONWEALTH OF VIRGINIA