AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| AHARON MILLER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-02192 (RPK)(PK) |
| ARAB BANK, PLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 04/11/2022

/s/ Peter Raven-Hansen
*Attorney's signature*

Peter Raven-Hansen
*Printed name and bar number*

OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
*Address*

pravenhansen@gmail.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*