UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| AHARON MILLER, et al.,<br><br>                        Plaintiffs,<br><br> - v -<br><br>ARAB BANK, PLC,<br><br>                        Defendant. | Case No. 1:18-cv-02192-RPK-PK |

-----------------------------------------------------------------

| | |
|---|---|
| NATHAN PAM, et al.,<br><br>                        Plaintiffs,<br><br> - v -<br><br>ARAB BANK, PLC,<br><br>                        Defendant. | Case No. 1:18-cv-04670-RPK-PK |

-----------------------------------------------------------------

### DECLARATION OF BRETT INGERMAN IN SUPPORT OF DEFENDANT ARAB BANK, PLC'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER AND IN OPPOSITION TO PLAINTIFFS' <u>MOTION TO COMPEL</u>

I, Brett Ingerman, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1.      I am a licensed attorney with the law firm of DLA Piper LLP (US) ("DLA Piper") located at The Marbury Building, 6225 Smith Avenue, Baltimore, MD 21209. I am in good standing and duly admitted to practice before this court. I make this declaration in support of Defendant Arab Bank plc's ("Arab Bank") Reply in support of its Motion for Protective Order

and in opposition to Plaintiffs' Motion to Compel in the above captioned matter in which DLA Piper serves as counsel for Arab Bank.

2. Attached hereto as Exhibit 1 are true and correct copies of certified English translations, together with true and correct copies of the original Arabic language documents, of the documents produced in this litigation bearing the bates stamps ABPLC030783, ABPLC030627, ABPLC011605, ABPLC011676, and ABPLC011683.

3. Attached as Exhibit 2 is a true and correct copy of the Writ of Certiorari filed in *Weiss v. National Westminster Bank PLC,* No. 21-381, dated September 3, 2021.

4. Attached as Exhibit 3 is a true and correct copy of the Reply Brief filed in *Weiss v. National Westminster Bank PLC,* No. 21-381, dated November 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2022
Baltimore, MD

_____

Brett Ingerman