# EXHIBIT 1

[watermark:] **HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| TRSFCONSNO | : | 0202/0060119 |
| Transfer Status | : | Available for Payment (at a specific branch) |
| Entry Date | : | 06/10/2002 |
| Transfer Number | : | 020180738 |
| Transfer Type | : | Correspondence |
| Transfer Date | : | 06/06/2002 |
| Originating Bank Number | : | 9000-099862-1-999 |
| Covering Bank Number | : | 9000-099000-0-210 |
| Name of Originating Bank | : | ARAB NATIONAL BANK, RIYADH |
| | | P.O. BOX 56921 |
| Name of Covering Bank | : | ARAB BANK PLC, |
| | | JORDAN BRANCHES CENTER AMMAN – JORDAN. |
| | | |
| Originating Country | : | SA          SAUDI ARABIA |
| Transfer Cover Date | : | 06/09/2002 |
| TRSFRECDATE | : | 06/10/2002 |
| Value Date | : | 06/09/2002 |
| Transfer Currency | : | USD |
| Cover Currency | : | USD |
| Transfer Exchange Rate | : | 708.0000000 |
| Value of Transfer Currency | : | 5,314.65 |
| Value of Cover Currency | : | 5,314.65 |
| VALUEOFCOV | : | 5,314.65 |
| Method of Payment | : | Cash |
| Method of Notice | : | Through the Branch |
| Paying Branch | : | Gaza |
| Purpose of Transfer | : | Various reasons |
| Beneficiary Name | : | Martyr Mohammad Abed Rabbou Imad's Family |
| | | |
| Beneficiary Address | : | Gaza |
| | | |
| | | Palestine Branches Centre |
| TRANSFERORNA | : | Saudi Committee for the Support of Intifadat Al Quds |

ABPLC030783



TRANSPERFECT

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):          ABPLC030783

Source Language(s)     Arabic

Target Language(s)     English

Authorized Signature:                          Signature, Notary Public:

Name:    Jacqueline Yorke

Title:    Project Manager

Date:    April 25, 2022



WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

Stamp: Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

| | |
|---|---|
| الرقم المتسلسل للحوالة : | 02/0060119 |
| حالة الحوالة : | قابلة للدفع ( في فرع محدد ) |
| تاريخ الادخال : | 2002/06/10 |
| رقم المرجع : | 020180738 |
| نوع الحوالة : | تراسل |
| تاريخ الحوالة : | 2002/06/06 |
| رقم البنك المحول : | 9000-099862-1-999 |
| رقم البنك المغطي : | 9000-099000-0-210 |
| اسم البنك المحول : | ARAB NATIONAL BANK, RIYADH<br>P.O. BOX 56921 |
| اسم البنك المغطي : | ARAB BANK PLC,<br>JORDAN BRANCHES CENTER<br>AMMAN - JORDAN. |
| البلد المصدر : | SAUDI ARABIA    SA |
| تاريخ التغطية : | 2002/06/09 |
| تاريخ ورود الحوالة : | 2002/06/10 |
| تاريخ الحوالة : | 2002/06/09 |
| عملة الحوالة : | دولار امريكي . |
| عملة التغطية : | دولار امريكي . |
| سعر عملة الحوالة : | 708.0000000 |
| القيمة بعملة الحوالة : | 5,314.65 |
| القيمة بعملة التغطية : | 5,314.65 |
| قيمة التغطية : | 5,314.65 |
| طريقة الدفع : | نقدا! |
| طريقة اصدار الاشعار : | بواسطة فرع |
| الفرع الدافع : | غزة |
| الغرض من التحويل : | متفرقات اسباب اخرى |
| اسم المستفيد : | اسرة الشهيد محمدعبدربه عماد |
| عنوان المستفيد : | غزة |
| اسم المحول : | مركز فروع فلسطين اللجنة السعودية لدعم انتفاضة القدس |

HIGHLY CONFIDENTIAL
ABPLC030783

[watermark:] **HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| TRSFCONSNO | : | 02/0059952 |
| Transfer Status | : | Available for Payment (at a specific branch) |
| Entry Date | : | 06/10/2002 |
| Transfer Number | : | 020180548 |
| Transfer Type | : | Correspondence |
| Transfer Date | : | 06/06/2002 |
| Originating Bank Number | : | 9000-099862-1-999 |
| Covering Bank Number | : | 9000-099000-0-210 |
| Name of Originating Bank | : | ARAB NATIONAL BANK, RIYADH |
| | | P.O. BOX 56921 |
| Name of Covering Bank | : | ARAB BANK PLC, |
| | | JORDAN BRANCHES CENTER AMMAN – JORDAN. |
| | | |
| Originating Country | : | SA          SAUDI ARABIA |
| Transfer Cover Date | : | 06/09/2002 |
| TRSFRECDATE | : | 06/10/2002 |
| Value Date | : | 06/09/2002 |
| Transfer Currency | : | USD |
| Cover Currency | : | USD |
| Transfer Exchange Rate | : | 708.0000000 |
| Value of Transfer Currency | : | 5,314.65 |
| Value of Cover Currency | : | 5,314.65 |
| VALUEOFCOV | : | 5,314.65 |
| Method of Payment | : | Cash |
| Method of Notice | : | Through the Branch |
| Paying Branch | : | Gaza |
| Purpose of Transfer | : | Various reasons |
| Beneficiary's Name | : | Martyr Yasser Hosni El Massdar's Family |
| | | |
| Beneficiary address | : | Al Maghazi |
| | | |
| | | Palestine Branches Center |
| TRANSFERORNA | : | Saudi Committee for the Support of Intifadat Al Quds |

ABPLC030627



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):          ABPLC030627

Source Language(s)     Arabic

Target Language(s)     English

Authorized Signature:                          Signature, Notary Public:

Name:    Jacqueline Yorke

Title:    Project Manager

Date:    April 25, 2022

Stamp: Notary Public

WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS



| | الرقم المتسلسل للحوالة : | 02/0059952 |
| | حالة الحوالة : | قابلة للدفع ( في فرع محدد ) |
| | تاريخ الادخال : | 2002/06/10 |
| | رقم المرجع : | 020180548 |
| | نوع الحوالة : | تراسل |
| | تاريخ الحوالة : | 2002/06/06 |
| | رقم البنك المحول : | 9000-099862-1-999 |
| | رقم البنك المغطي : | 9000-099000-0-210 |
| | اسم البنك المحول : | ARAB NATIONAL BANK, RIYADH |
| | اسم البنك المغطي : | P.O. BOX 56921 ARAB BANK PLC, JORDAN BRANCHES CENTER AMMAN - JORDAN. |
| | البلد المصدر : | SAUDI ARABIA      SA |
| | تاريخ التغطية : | 2002/06/09 |
| | تاريخ ورود الحوالة : | 2002/06/10 |
| | تاريخ الحوالة : | 2002/06/09 |
| | عملة الحوالة : | دولار امريكي . |
| | عملة التغطية : | دولار امريكي . |
| | سعر عملة الحوالة : | 708.0000000 |
| | القيمة بعملة الحوالة : | 5,314.65 |
| | القيمة بعملة التغطية : | 5,314.65 |
| | قيمة التغطية : | 5,314.65 |
| | طريقة الدفع : | نقدا |
| | طريقة اصدار الاشعار : | بواسطة البريد |
| | الفرع الدافع : | غزة |
| | الغرض من التحويل : | متفرقات اسباب اخرى |
| | اسم المستفيد : | اسرة "الشهيد" / ياسر حسني المصدر |
| | عنوان المستفيد : | المغازي |
| | اسم المحول : | مركز فروع فلسطين اللجنة السعودية لدعم انتفاضة القدس |

[watermark:] **HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| TRSFCONSNO | : | 01/0001949 |
| Transfer Status | : | Available for Payment (at a specific branch) |
| Entry Date | : | 07/01/2001 |
| Transfer Number | : | 010006450 |
| Transfer Type | : | Correspondence |
| Transfer Date | : | 03/01/2001 |
| Originating Bank Number | : | 9000-099862-1-999 |
| Covering Bank Number | : | 9000-099000-0-210 |
| Name of Originating Bank | : | ARAB NATIONAL BANK, RIYADH |
| | | P.O. BOX 56921 |
| Name of Covering Bank | : | ARAB BANK PLC, |
| | | JORDAN BRANCHES CENTER AMMAN – JORDAN. |
| | | |
| Originating Country | : | SA      SAUDI ARABIA |
| Transfer Cover Date | : | 01/04/2001 |
| TRSFRECDATE | : | 01/07/2001 |
| Value Date | : | 01/04/2001 |
| Transfer Currency | : | USD |
| Cover Currency | : | USD |
| Transfer Exchange Rate | : | 708.0000000 |
| Value of Transfer Currency | : | 5,316.06 |
| Value of Cover Currency | : | 5,316.06 |
| VALUEOFCOV | : | 5,316.06 |
| Method of Payment | : | Cash |
| Method of Notice | : | Through the Branch |
| Paying Branch | : | Nablus |
| Purpose of Transfer | : | Various reasons |
| Beneficiary Name | : | Martyr Ibrahim Abed El Karim Bani Audi's Family |
| Beneficiary Address | : | Jenin |
| | | |
| TRANSFERORNA | : | Saudi Committee for the Support of Intifadat Al Quds |

ABPLC011605



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):        ABPLC011605

Source Language(s)   Arabic

Target Language(s)   English

Authorized Signature:

Signature, Notary Public:



Name:    Jacqueline Yorke

Title:    Project Manager

Date:    April 25, 2022

Stamp: Notary Public

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

الرقم المتسلسل للحوالة : 01/0001949
حالة الحوالة : قابلة للدفع ( في فرع محدد )
تاريخ الادخال : 2001/01/07
رقم المرجع : 010006450
نوع الحوالة : تراسل
تاريخ الحوالة : 2001/01/03
رقم البنك المحول : 9000-099862-1-999
رقم البنك المغطي : 9000-099000-0-210
اسم البنك المحول : ARAB NATIONAL BANK, RIYADH
P.O. BOX 56921
اسم البنك المغطي : ARAB BANK PLC,
JORDAN BRANCHES CENTER
AMMAN - JORDAN.

البلد المصدر : SAUDI ARABIA    SA
تاريخ التغطية : 2001/01/04
تاريخ ورود الحوالة : 2001/01/07
تاريخ الحوالة : 2001/01/04
عملة الحوالة : دولار امريكي .
عملة التغطية : دولار امريكي .
سعر عملة الحوالة : 708.0000000
القيمة بعملة الحوالة : 5,318.06
القيمة بعملة التغطية : 5,318.06
قيمة التغطية : 5,318.06
طريقة الدفع : نقدا
طريقة اصدار الاشعار : بواسطة الفرع
الفرع الدافع : نابلس
الغرض من التحويل : متفرقات اسباب اخرى
اسم المستفيد : اسرة الشهيد ابراهيم عبد الكريم بني عودة
عنوان المستفيد : جنين

اسم المحول : اللجنة السعودية لدعم انتفاضة القدس

[watermark:] **HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| TRSFCONSNO | : | 01/0002404 |
| Transfer Status | : | Available for Payment (at a specific branch) |
| Entry Date | : | 01/08/2001 |
| Transfer Number | : | 010008383 |
| Transfer Type | : | Correspondence |
| Transfer Date | : | 01/04/2001 |
| Originating Bank Number | : | 9000-099862-1-999 |
| Covering Bank Number | : | 9000-099000-0-210 |
| Name of Originating Bank | : | ARAB NATIONAL BANK, RIYADH<br>P.O. BOX 56921 |
| Name of Covering Bank | : | ARAB BANK PLC,<br>JORDAN BRANCHES CENTER AMMAN – JORDAN. |
| | | |
| Originating Country | : | SA          SAUDI ARABIA |
| Transfer Cover Date | : | 01/07/2001 |
| TRSFRECDATE | : | 01/08/2001 |
| Value Date | : | 01/07/2001 |
| Transfer Currency | : | USD |
| Cover Currency | : | USD |
| Transfer Exchange Rate | : | 708.0000000 |
| Value of Transfer Currency | : | 5,316.06 |
| Value of Cover Currency | : | 5,316.06 |
| VALUEOFCOV | : | 5,316.06 |
| Method of Payment | : | In cash |
| Method of Notice | : | Through the Branch |
| Paying Branch | : | Qalqilya |
| Purpose of Transfer | : | Various reasons |
| Beneficiary Name | : | Martyr Ali Sayel Mohammad Suweidan's Family |
| Beneficiary Address | : | Qalqilya Branch |
| | | |
| TRANSFERORNA | : | Saudi Committee for the Support of Intifadat Al Quds |

ABPLC011676



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | ABPLC011676 |
| Source Language(s) | Arabic |
| Target Language(s) | English |

Authorized Signature:

Signature, Notary Public:

Name:    Jacqueline Yorke

Title:    Project Manager

Date:    April 25, 2022

WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

Stamp: Notary Public

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

الرقم المتسلسل للحوالة : 01/0002404
حالة الحوالة : قابلة للدفع ( في فرع محدد )
تاريخ الادخال : 2001/01/08
رقم المرجع : 010008383
نوع الحوالة : تراسل
تاريخ الحوالة : 2001/01/04
رقم البنك المحول : 9000-099862-1-999
رقم البنك المغطي : 9000-099000-0-210
اسم البنك المحول : ARAB NATIONAL BANK, RIYADH
اسم البنك المغطي : P.O. BOX 56921
ARAB BANK PLC,
JORDAN BRANCHES CENTER
AMMAN - JORDAN.

البلد المصدر : SA    SAUDI ARABIA
تاريخ التغطية : 2001/01/08
تاريخ ورود الحوالة : 2001/01/08
تاريخ الحوالة : 2001/01/07
عملة الحوالة : دولار امريكي .
عملة التغطية : دولار امريكي .
سعر عملة الحوالة : 708.0000000
القيمة بعملة الحوالة : 5,316.06
القيمة بعملة التغطية : 5,316.06
قيمة التغطية : 5,316.06
طريقة الدفع : نقدا
طريقة اصدار الاشعار : بواسطة البريد
الفرع الدافع : قلقليلية
الغرض من التحويل : متفرقات اسباب اخرى
اسم المستفيد : اسرة الشهيد علي صايل محمد سويدان
عنوان المستفيد : فرع قلقيلية

اسم المحول : اللجنة السعودية لدعم انتفاضة القدس

HIGHLY CONFIDENTIAL

[watermark:] **HIGHLY CONFIDENTIAL**

| | | |
|---|---|---|
| TRSFCONSNO | : | 01/0002412 |
| Transfer Status | : | Available for Payment (at a specific branch) |
| Entry Date | : | 01/08/2001 |
| Transfer Number | : | 010008391 |
| Transfer Type | : | Correspondence |
| Transfer Date | : | 01/04/2001 |
| Originating Bank Number | : | 9000-099862-1-999 |
| Covering Bank Number | : | 9000-099000-0-210 |
| Name of Originating Bank | : | ARAB NATIONAL BANK, RIYADH |
| | | P.O. BOX 56921 |
| Name of Covering Bank | : | ARAB BANK PLC, |
| | | JORDAN BRANCHES CENTER AMMAN – JORDAN. |
| | | |
| | | |
| Originating Country | : | SA          SAUDI ARABIA |
| Transfer Cover Date | : | 01/07/2001 |
| TRSFRECDATE | : | 01/08/2001 |
| Value Date | : | 01/07/2001 |
| Transfer Currency | : | USD |
| Cover Currency | : | USD |
| Transfer Exchange Rate | : | 708.0000000 |
| Value of Transfer Currency | : | 5,316.06 |
| VALUEOFCOV | : | 5,316.06 |
| Value of Coverage | : | 5,316.06 |
| Method of Payment | : | Cash |
| Method of Notice | : | Through the Branch |
| Paying Branch | : | Qalqilya |
| Purpose of Transfer | : | Various reasons |
| Beneficiary Name | : | Martyr Qussaei Faysal Toufic Zahran's Family |
| Beneficiary Address | : | Qalqilya Branch |
| | | |
| | | |
| TRANSFERORNA | : | Saudi Committee for the Support of Intifadat Al Quds |

ABPLC011683



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

File Name(s):          ABPLC011683

Source Language(s)     Arabic

Target Language(s)     English

Authorized Signature:                          Signature, Notary Public:

Name:     Jacqueline Yorke

Title:     Project Manager

Date:     April 25, 2022

*Stamp: Notary Public*

الرقم المتسلسل للحوالة : 01/0002412
حالة الحوالة : قابلة للدفع ( في فرع محدد )
تاريخ الادخال : 2001/01/08
رقم المرجع : 010008391
نوع الحوالة : تراسل
تاريخ الحوالة : 2001/01/04
رقم البنك المحول : 9000-099862-1-999
رقم البنك المغطي : 9000-099000-0-210
اسم البنك المحول : ARAB NATIONAL BANK, RIYADH
P.O. BOX 56921
اسم البنك المغطي : ARAB BANK PLC,
JORDAN BRANCHES CENTER
AMMAN - JORDAN.

البلد المصدر : SAUDI ARABIA      SA
تاريخ التغطية : 2001/01/0
تاريخ ورود الحوالة : 2001/01/08
تاريخ الحوالة : 2001/01/07
عملة الحوالة : دولار امريكي .
عملة التغطية : دولار امريكي .
سعر عملة الحوالة : 708.0000000
القيمة بعملة الحوالة : 5,316.06
القيمة بعملة التغطية : 5,316.06
قيمة التغطية : 5,316.06
طريقة الدفع : نقدا
طريقة اصدار الاشعار : بواسطة الفرع
الفرع الدافع : قلقيليه
الغرض من التحويل : متفرقات اسباب اخرى
اسم المستفيد : اسرة الشهيد فيصل توفيق زهران
عنوان المستفيد : فرع قلقيلية

اسم المحول : اللجنة السعودية لدعم انتفاضة القدس

ABPLC011683