UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al.<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>ARAB BANK, PLC<br><br>　　　　　　Defendant. | Case No. 18-cv-2192 (HG)(PK) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Motion for Substitution of Party, the undersigned will move this Court before the Honorable Hector Gonzalez, United States District Judge, in the United States Court House, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and at such time as the Court sets, for an order of Substitution of Julie Cohen, the Guardian of Eli Cohen, as legal representative of Eli Cohen in the above captioned case.

Date: May 17, 2022

By: */s/* Steven M. Steingard
KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
Zahra R. Dean, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

OSEN LLC
Gary M. Osen, Esq.
Ari Ungar, Esq.
Aaron Schlanger, Esq.
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al.<br><br>                  Plaintiffs,<br><br>   -against-<br><br>ARAB BANK, PLC<br><br>                  Defendant. | Case No. 18-cv-2192 (HG)(PK) |

## MOTION FOR SUBSTITUTION OF PARTY

      Julie Cohen, the daughter and Court appointed guardian of Eli Cohen, by and through his undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 25, to substitute Julie Cohen in place of Jacqueline Chambers, as Eli Cohen's legal representative in this action. In support of this motion, Ms. Cohen states as follows:

      1.     On July 5, 2018, Plaintiffs in *Miller et al. v. Arab Bank, PLC*, No. 18-cv-2192, including Plaintiff Eli Cohen, filed their Amended Complaint, asserting claims against Defendant Arab Bank for aiding and abetting Foreign Terrorist Organizations in violation of 18 U.S.C. § 2333(d); providing material support to terrorists in violation of 18 U.S.C. § 2339A and 18 U.S.C. § 2333(a); and committing acts of international terrorism in violation of 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 2333(a). (Dkt. 25).

      2.     Plaintiff Eli Cohen has thus far been represented in this litigation by his sister, Jacqueline Chambers. *See* Dkt. 25 at p. 17, ¶125. The June 14, 2016, Power of Attorney that effected that representation is attached hereto as Exhibit A.

3. On December 23, 2021, Judge Miriam Cyrulnik of the Supreme Court of the State of New York issued an order revoking Ms. Chambers' Power of Attorney and appointing Julie Cohen, Plaintiff Eli Cohen's daughter, as the "Guardian of the Property of Eli Cohen" with the power to make litigation decisions in this matter. Judge Cyrulnik's order is attached hereto as Exhibit B.

4. Federal Rule of Civil Procedure 25(b) states that where a "party becomes incompetent, the court may, on motion, permit the action to be continued by…the party's representative." Fed. R. Civ. P. 25(b).

5. Furthermore, Federal Rule of Civil Procedure 17(a) states that "an action must be prosecuted in the name of the real party in interest." This includes an individual's legal guardian. Fed. R. Civ. P. 17(a)(1)(C). Federal Rule of Civil Procedure 17(c) states that a "general guardian may sue or defend on behalf of an … incompetent person." Fed. R. Civ. P. 17(c)(A).

6. Julie Cohen is now Mr. Cohen's legal guardian, authorized by Judge Cyrulnik's order to "serve until such time as there may be a proposed settlement or a verdict is rendered in the all pending federal litigation" and to "make such litigation decisions as [Plaintiff Cohen] would otherwise be entitled to make as a plaintiff in the underlying federal litigation." Exhibit B at pp. 2-3. As a result, Julie Cohen is now authorized to pursue this action on behalf of Eli Cohen pursuant to Fed.R.Civ. 17(c)(A).

7. Furthermore, Julie Cohen was formally designated Mr. Cohen's guardian on April 22, 2022. *See* "Oath and Designation as Guardian," attached hereto as Exhibit C.

WHEREFORE, Julie Cohen respectfully requests that this Court enter an Order substituting Julie Cohen for Jacqueline Chambers as legal representative of Eli Cohen. A

proposed order is attached hereto as Exhibit D.

Date: May 17, 2022

By: */s/ Steven M. Steingard*
KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
Zahra R. Dean, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

OSEN LLC
Gary M. Osen, Esq.
Ari Ungar, Esq.
Aaron Schlanger, Esq.
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
Telephone: (201) 265-6400

ZUCKERMAN SPAEDER LLP
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

*Attorneys for Miller Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May 2022, a copy of Motion for Substitution of Party was served via electronic filing upon:

>Jonathan D. Siegfried
>Andrew J. Peck
>Courtney G. Saleski
>DLA Piper LLP
>1251 Avenue of the Americas
>New York, NY 10020-1104
>jonathan.siegfried@dlapiper.com
>andrew.peck@dlapiper.com
>courtney.saleski@dlapiper.com
>
>Brett Ingerman
>DLA Piper LLP
>6225 Smith Avenue
>Baltimore, Maryland 21209
>brett.ingerman@dlapiper.com
>
>*Counsel for Arab Bank, plc*

/s/ Steven M. Steingard