# EXHIBIT A

## **POWER OF ATTORNEY**

Jacqueline Chambers
3828 S.W. 50th Ct.
Ft. Lauderdale, FL 33312-8220

**Re:**   **Anti-Terrorism Act Claims**

Power of attorney is hereby granted to Jacqueline Chambers, identified above, at all federal and state courts and official agencies in the United States and Israel, issued with special authorization including, but not limited to:

1.    the authority to file a lawsuit in federal court;
2.    the authority to retain counsel for the purpose of litigating a federal lawsuit;
3.    the authority to requisition documents, court records, medical records and police reports by application to government agencies, courts or other applicable agencies or authorities by request, subpoena or by other lawful means;
4.    the authority to conclude lawsuits by settlement, waiver or consent decree.

_____6-14-16_____
Date

_____Eli Cohen_____
Eli Cohen

State of New York        )
County of ___Kings___    ) SS.

On the _14_ day of June, 2016 before me came **Eli Cohen** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
                    Notary Public, State of New York

My commission expires _____04-19-2019_____

DMITRY RUBALSKY
NOTARY PUBLIC, State of New York
No. 01RU5011281
Qualified in Kings County
Commission Expires 4/19/2019