# EXHIBIT C

In the Matter of ELI COHEN

Index No. 522799/2021

## Commission

GUARDIAN OF THE PROPERTY

JULIE COHEN

THE PEOPLE OF THE STATE OF NEW YORK, TO ALL WHOM THESE PRESENT SHALL COME, GREETINGS:

WHEREAS, the above Order has been filed and the bond has been waived and

WHEREAS, an oath and designation of the clerk to accept service of process upon such a Guardian appointed above was filed on FEBRUARY 22ND, 2022;

NOW, THEREFORE, KNOW YE THAT WE HAVE GRANTED, GIVEN AND COMMITTED, AND DO GIVE, GRANT AND COMMIT UNTO THE ABOVE-NAMED GUARDIAN THE POWERS SET FORTH ABOVE.

By the Court this __22ND__ day of __APRIL__, 2022

_Nancy T. Sunshine_
Clerk of the County of Kings

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS                                              X
In the Matter of

ELI COHEN,

<u>A Person in Need of a Guardian (PING)</u>                    X

OATH AND DESIGNATION AS GUARDIAN

Index No. 522799/2021

STATE OF NEW YORK    }
COUNTY OF KINGS      }

**(1)     OATH OF THE GUARDIAN**

**JULIE COHEN, being duly sworn, deposes and says:**

(a)    I am a citizen of the United States and over the age of eighteen (18) years,

(b)    I will well, faithfully and honestly discharge the duties as Guardian for the

Property Management of ELI COHEN whom the Court has found to be a Person in Need of a Guardian.

**(2)     DESIGNATION OF THE CLERK FOR SERVICE OF PROCESS**:

(a)    I, JULIE COHEN, residing at 2277 West 1st Street, Brooklyn, New York 11223, as Guardian for ELI COHEN, who resides at 1763 East 14th Street, Brooklyn, New York, 11229, Kings County, hereby designate the Clerk of the Supreme Court, Kings County, and his successor in office as the person on whom service of any process issuing from said Court in the proceeding, or in any other proceeding, which shall affect the person or property of ELI COHEN, the Person in Need of a Guardian, in like manner and with like effect as if it were served personally upon me whenever I cannot be found and served within the State of New York after due diligence is used.

**Dated:**    Brooklyn, New York

_____
JULIE COHEN, GUARDIAN

STATE OF NEW YORK    :
COUNTY OF KINGS      :

On the _13_ day of _APRIL_, 2022, before me personally appeared JULIE COHEN, to me known and known to me to be the individual described in and who executed the foregoing Combined Oath and Designation of Guardian, and she personally acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

DMITRY RUBALSKY
NOTARY PUBLIC, State of New York
No. 01RU5011281
Qualified in Kings County
Commission Expires 04/19/2023