UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al.<br><br>                       Plaintiffs,<br><br>  -against-<br><br>ARAB BANK, PLC<br><br>                       Defendant. | Case No. 18-cv-2192 (HG)(PK) |

AND NOW, this 18th day of May, 2022, upon consideration of the motion of Julie Cohen, guardian of Eli Cohen, to substitute herself in place of Jacqueline Chambers as the legal representative of Eli Cohen in this matter, it hereby ORDERED, that said motion is granted and Julie Cohen is substituted for Jacqueline Chambers as legal representative of Eli Cohen in the above caption action.

                                                                    SO ORDERED

                                                                  *Peggy Kuo*
                                                            United States Magistrate Judge

{00228853 }