UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| AHARON MILLER, et al. | : | Case No. 18-cv-2192 (HG)(PK) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| ARAB BANK, PLC | : | |
| | : | |
| Defendant | : | |
| | : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Steven M. Steingard, of KOHN, SWIFT & GRAF, P.C., with offices located at 1600 Market Street, Suite 2500, Philadelphia, PA 19103, withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

All other counsel from KOHN, SWIFT & GRAF, P.C. who have appeared on behalf of plaintiffs will remain in this action.

Dated:  May 27, 2022              */s/ Steven M. Steingard*
                                  Steven M. Steingard
                                  Kohn, Swift & Graf, P.C.
                                  1600 Market Street, Suite 2500
                                  Philadelphia, PA 19103-7225
                                  (215) 238-1700
                                  (214) 238-1968
                                  ssteingard@kohnswift.com

                                  Attorneys for Plaintiffs