UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AHARON MILLER, et al.
                        Plaintiffs,

       v.

ARAB BANK, PLC.

                        Defendants.
-----------------------------------------------------------X

18-cv-2192 (HG) (PK)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Elias A. Kohn__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Kohn, Swift & Graf, P.C.__ and a member in good standing of the bar(s) of the State(s) of __Pennsylvania__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiffs__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: __June 30, 2022__

Respectfully submitted,

_/s/ Elias A. Kohn_
Signature of Movant
Firm Name __Kohn, Swift & Graf, P.C.__
Address __1600 Market Street, Suite 2500__
__Philadelphia, PA 19103__
Email __ekohn@kohnswift.com__
Phone __(215) 238-1700__

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AHARON MILLER, ET AL.

                      Plaintiff(s),

v.

ARAB BANK, PLC

                      Defendant(s).

---

18-CV-2192 (HG)(PK)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, ELIAS A. KOHN, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of KOHN, SWIFT & GRAF, P.C.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 327743
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 18-CV-2192 (HG)(PK) for Plaintiffs AHARON MILLER, ET AL.

Date 6/29/02
PHILADELPHIA, PA

*Theresa H. Buehner*
NOTARY PUBLIC
**NOTARIZED**

Commonwealth of Pennsylvania - Notary Seal
THERESA A. BUEHNER, Notary Public
Philadelphia County
My Commission Expires June 27, 2026
Commission Number 1225116

Signature of Movant
Firm Name KOHN, SWIFT & GRAF, P.C.
Address 1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103

Email EKOHN@KOHNSWIFT.COM
Phone 215-238-1700



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Elias Anderson Kohn, Esq.*

DATE OF ADMISSION

*October 21, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 22, 2022

Patricia A. Johnson
Chief Clerk