UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, *et al.*, | : |
| Plaintiff, | : |
| - v - | : |
| ARAB BANK, PLC, | : 1:18-CV-2192 HG-PK |
| Defendant. | : |
| NATHAN PAM, *et al.*, | : |
| Plaintiff, | : |
| - v - | : |
| ARAB BANK, PLC, | : 1:18-CV-4670 HG-PK |
| Defendant. | : |

## **MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that Defendant Arab Bank, PLC hereby moves to withdraw the appearance of Douglas Walter Mateyaschuk, formerly of DLA Piper LLP (US), as counsel in the above-captioned matter.  Defendant continues to be represented by the other DLA Piper LLP (US) attorneys who have previously entered appearances in this matter.

| | |
|---|---|
| Dated: August 25, 2022 | Respectfully submitted,<br><br>**DLA Piper LLP (US)**<br><br>By: /s/*Jonathan Siegfried*<br>    Jonathan D. Siegfried<br><br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 335-4500<br>Fax: (212) 884-8477<br>jonathan.siegfried@dlapiper.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of August, a true and correct copy of the foregoing was served via CM/ECF, which accomplishes service to all counsel of record.

Dated: August 25, 2022                                  Respectfully submitted,

/s/*Jonathan Siegfried*
Jonathan Siegfried