UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, *et al.*, <br><br> Plaintiff, <br><br> - v - <br><br> ARAB BANK, PLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : 1:18-CV-2192 HG-PK <br> : <br> : <br> : <br> : |
| NATHAN PAM, *et al.*, <br><br> Plaintiff, <br><br> - v - <br><br> ARAB BANK, PLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : 1:18-CV-4670 HG-PK <br> : <br> : <br> : <br> : |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

IT IS HEREBY ORDERED AND ADJUDGED that:

The Motion to Withdraw Appearance is granted and Douglas Walter Mateyaschuk is terminated from the above-captioned case.

SO ORDERED.

_____

United States District Judge