UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, *et al.*,  Plaintiff,  - v -  ARAB BANK, PLC,  Defendant. | : : : : : : : : : : : 1:18-CV-2192 HG-PK |
| NATHAN PAM, *et al.*,  Plaintiff,  - v -  ARAB BANK, PLC,  Defendant. | : : : : : : : : : : : 1:18-CV-4670 HG-PK |

### **ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

IT IS HEREBY ORDERED AND ADJUDGED that:

The Motion to Withdraw Appearance is granted and Douglas Walter Mateyaschuk is terminated from the above-captioned case.

SO ORDERED.

*Peggy Kuo*
_____
United States Magistrate Judge