

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Brett Ingerman
brett.ingerman@dlapiper.com
T  410.580.4177
F  410.580.3177

September 21, 2022

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (HG) (PK)
     *Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4670 (HG) (PK)

Dear Magistrate Judge Kuo:

We submit this joint letter in the above-referenced actions in response to the Court's June 21, 2022, Order directing the parties to "file a further joint status report by September 21, 2022 reporting on the progress of discovery and raising any issues which need to be addressed." The parties have conferred and offer the following update.

### A. *Miller* and *Pam* Plaintiffs' Status Report

A major software error in the Nuix program used to process the ESI search results for the Plaintiffs who reside in Israel completely halted *Pam* and *Miller* Plaintiffs' review and production of ESI for approximately two months over the summer, until the software manufacturer devised a solution. Nevertheless, Plaintiffs have substantially completed production of their English language ESI, and expect to complete those productions shortly. To date, the English language ESI has been produced for 34 of the 35 *Pam* Plaintiffs and 28 of 32 *Miller* Plaintiffs. (An additional two *Pam* Plaintiffs and four *Miller* Plaintiffs represent deceased estates and Plaintiffs do not have access to those decedents' ESI.)

As we have previously advised the Court, virtually all of the Plaintiffs use both English and Hebrew in their personal electronic communications. Based upon our experience with the English-language ESI, Plaintiffs have requested that Arab Bank consider narrowing the number and scope of the Boolean searches to be applied to Plaintiffs' Hebrew-language ESI. The parties are currently discussing that issue.

Plaintiffs have acceded to Arab Bank's request to schedule the depositions of the New York resident Plaintiffs: *Pam* Plaintiffs Avi Moskowitz, Mayer Moskowitz, and Rachel Winkler, and *Miller* Plaintiffs Eli Cohen, Sarah Elyakim, Robert Singer, David Sokolow, and Avrum Haar,



September 21, 2022
Page Two

based on Arab Bank's agreement not to seek to re-open completed depositions if Hebrew language ESI is subsequently produced by those Plaintiffs. Plaintiff Robert Singer was deposed on September 15, 2022. Plaintiffs' depositions of Arab Bank witnesses must await resolution of the pending cross motions concerning Arab Bank's bank secrecy objections. Arab Bank has informed Plaintiffs that, absent a contrary ruling from the Court, its witnesses will decline to answer deposition questions based on bank secrecy.

Plaintiffs respectfully request the opportunity to provide a further discovery status report to the Court in 60 days.

### B. Arab Bank's Status Report

Arab Bank's production of documents has been complete since June 7, 2021, subject to its pending motion for protective order. The Plaintiffs' document production is still not complete. The parties have met and conferred several times regarding Plaintiffs' production of English and Hebrew electronically stored information ("ESI"). At this time, Plaintiffs have not produced any Hebrew ESI. Plaintiffs have indicated that the production of English ESI will be complete on September 30, 2022. Arab Bank has begun taking the depositions of New York area Plaintiffs. One Plaintiff deposition is complete and two additional Plaintiffs are scheduled to be deposed in October.

### C. The Parties' Proposal for Addressing Outstanding Discovery Issues

The parties further agree to advise the Court should either party require the Court's intervention to resolve any dispute regarding the outstanding discovery or to report on any significant developments warranting the Court's immediate attention.

Sincerely,

*[signature]*

Brett Ingerman