# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| AHRON MILLER, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-02192 |
| ARAB BANK, PLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARAB BANK, PLC.

Date:  1/19/2023

/s/ Margaret Civetta
*Attorney's signature*

Margaret Civetta
*Printed name and bar number*
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020

*Address*

Margaret.Civetta@us.dlapiper.com
*E-mail address*

212-335-4563
*Telephone number*

212-884-8462
*FAX number*