

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Brett Ingerman
brett.ingerman@us.dlapiper.com
T  410.580.4177
F  410.580.3177

January 23, 2023

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (HG) (PK)
      *Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4670 (HG) (PK)

Dear Magistrate Judge Kuo:

We submit this letter on behalf of Plaintiffs and Defendant in the above-referenced actions in response to the Court's November 22, 2022 Order directing the parties to "file a further joint status report by January 23, 2023 reporting on the progress of discovery and raising any issues which need to be addressed." The parties have conferred and offer the following update.

*Pam* Plaintiffs have completed production of their English-language ESI. *Miller* Plaintiffs will complete their production of English-language ESI this month, with 30 of 31 *Miller* ESI custodians having already completed their productions. The parties are currently discussing the scope of the searches to be applied to Plaintiffs' Hebrew-language ESI, and have a further meet and confer on this subject scheduled for January 25, 2023.

The parties have agreed that the depositions of the 21 Plaintiffs who reside in the United States will be conducted in person in New York. Arab Bank has already completed nine of those depositions. At the meet and confer on January 25, the parties will discuss the process by which the depositions of the Plaintiffs resident in Israel will be conducted. As we have previously advised the Court, the depositions of Arab Bank witnesses will be scheduled after the pending bank secrecy cross motions have been resolved.

The parties will advise the Court should either party require the Court's intervention to resolve any dispute regarding the outstanding discovery or to report on any significant developments warranting the Court's immediate attention.



January 23, 2023
Page Two

Sincerely,

Brett Ingerman