UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
: 
AHARON MILLER, et al.,  : 1:18-CV-02192 (HG)(PK)
 :
                Plaintiffs, : NOTICE OF MOTION
 : TO ADMIT COUNSEL
  - v - : PRO HAC VICE
 :
ARAB BANK, PLC, :
 :
                Defendants. :
-------------------------------------------------------------------------- x

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed Affidavit of Nicole Kozlowski in support of this motion, the undersigned will move this Court before the Honorable Hector Gonzalez, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, 11201, at a time to be determined by the Court, for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, allowing the admission of Nicole Kozlowski, a member of the firm of DLA Piper LLP (US) and a member in good standing of the Bar of the State of Maryland, as attorney *pro hac vice* to argue or try the above-captioned cases in whole or in part as counsel on behalf of the Defendant Arab Bank, PLC. There are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: January 25, 2023

                                                              DLA Piper LLP (US)

                                     By: _____

                                                  Nicole Kozlowski
                                                  Attorneys for Defendant Arab Bank PLC