UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, et al.

    Plaintiffs,

- v -           1:18-CV-02192 (HG)(PK)

ARAB BANK, PLC,

    Defendant.

---

### AFFDAVIT OF NICOLE KOZLOWSKI IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Nicole Kozlowski, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of DLA Piper LLP (US).

2. I submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto as **Exhibit A**, I am a member in good standing of the Bar of the State of Maryland.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration numbers are MD-1612130353.

8. I agree to abide by the Rules of the Court in connection with my appearance in these actions.

1

9. I therefore respectfully ask that I be permitted to appear as counsel *pro hac vice* on behalf of the defendant Arab Bank, PLC in the above-captioned case, and that this Court issue an Order granting my application for admission.

Dated: January 25, 2023
Baltimore, Maryland

*[signature]*
Nicole Kozlowski
**DLA Piper LLP (US)**
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-4106
Nicole.Kozlowski@us.dlapiper.com

Subscribed and Sworn to before me this **25** day of **January**, 2023.

*[signature]*
Notary Public

TERESA ANN DUNN
Notary Public - State of Maryland
Baltimore County
My Commission Expires Feb 21, 2023

2