# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Miller, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-2192-BMC-PK |
| Arab Bank, PLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Arab Bank, PLC   .

Date:  02/21/2023

/s/ Nicole Kozlowski
*Attorney's signature*

Nicole Kozlowski
*Printed name and bar number*
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

*Address*

nicole.kozlowski@us.dlapiper.com
*E-mail address*

(410) 580-4106
*Telephone number*

(410) 580-3106
*FAX number*