

190 Moore Street, Suite 272, Hackensack, New Jersey  07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York  10018
T: 212 354 0111
www.osenlaw.com

April 10, 2023

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**   ***Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (HG)(PK)**
> ***Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4670 (HG)(PK)**
>
> **Proposed Document Production Order**

Dear Magistrate Judge Kuo:

In light of the Court's March 31, 2023, Decision and Order granting Plaintiffs' motion to compel production, and consistent with similar orders issued in other cases implicating foreign bank secrecy objections, Plaintiffs submit herein a Proposed Document Production Order reflecting what Plaintiffs believe to be the scope of documents encompassed by the Court's decision[1] and a proposed 90-day period for Defendant to comply with the Proposed Order.

Should the Court have any questions, Plaintiffs' counsel will be available to respond at the Court's convenience.

Respectfully submitted,

/s/ Gary M. Osen

cc:    All Counsel

Encl.

---

[1]    The Proposed Document Production Order closely tracks Plaintiffs' First Request for the Production of Documents to Arab Bank, Plc and Plaintiffs' Second Request for the Production of Documents to Arab Bank, Plc but excludes Request 1 from the former and Requests 29, 36, 37 and 38 from the latter which Defendant did not object to in its Motions for a Protective Order.