

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

April 13, 2023

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: ***Miller, et al. v. Arab Bank, PLC***, No. 18-cv-2192 (HG)(PK)
> ***Pam, et al. v. Arab Bank, PLC***, No. 18-cv-4670 (HG)(PK)
>
> **Proposed Document Production Order**

Dear Magistrate Judge Kuo:

Plaintiffs write briefly in response to Defendant's April 12, 2023, letter which raises no objection to the *scope* of Plaintiffs' Proposed Document Production Order. Defendant's only stated objection is to the fact that Plaintiffs requested a 90-day deadline for production. We did so because that was the time frame requested in their April 4, 2022, Proposed Order (accompanying our motion to compel) and we wanted to be consistent with our prior request.[1]

That all said, if Defendant intends to fully comply with the Court's March 31, 2023, decision – as its April 12, 2023, letter suggests – we agree that no date needs to be specified in the Document Production Order and the parties can instead submit a joint letter reporting on the status of discovery on or about July 14, 2023 (roughly 120 days from now).

However, for the reasons set forth in our April 10, 2023, letter, Plaintiffs reiterate their request that the Court issue a Document Production Order setting forth the scope of Defendant's discovery obligations. Entering that Order is consistent with past practice in cases where foreign bank secrecy objections have bene overruled and necessary to ensure that the Court's March 31, 2023, decision is memorialized for the benefit of any future discovery disputes.

---

[1] Since our April 10, 2023, letter motion did not seek any new relief, we do not believe we had any meet-and-confer obligation in seeking to memorialize the very relief previously sought and granted by the Court. As a result, we do not respond to the various irrelevant grievances Defendant felt compelled to describe in its letter.

**Letter to the Honorable Peggy Kuo**
**April 13, 2023**
**Page 2 of 2**

                                            Respectfully submitted,

                                            /s/ Gary M. Osen

cc:      All Counsel