AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| AHARON MILLER, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-2192 (BMC)(PK) |
| ARAB BANK, PLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                .

*Attorney's signature*

Date:  08/15/2023                                          /s/ Dina Gielchinsky

Dina Gielchinsky DG6054

*Printed name and bar number*

OSEN LLC
190 Moore Street, Suite 272
Hackensack, N.J. 07601

*Address*

dgielchinsky@osenlaw.com

*E-mail address*

(201) 265-6400

*Telephone number*

(201) 265-0303

*FAX number*