AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| AHARON MILLER, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-02192 (HG)(PK) |
| ARAB BANK, PLC, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arab Bank, plc                                                                                                                                            .

Date:    09/28/2023                                                    /s/ Anthony P. Coles
                                                                                    *Attorney's signature*

                                                                                    Anthony Coles
                                                                                    *Printed name and bar number*

                                                                                    DLA Piper LLP (US)
                                                                                    1251 Avenue of the Americas
                                                                                    New York, NY 10020
                                                                                    *Address*

                                                                                    anthony.coles@us.dlapiper.com
                                                                                    *E-mail address*

                                                                                    (212) 335-4844
                                                                                    *Telephone number*

                                                                                    (212) 335-4501
                                                                                    *FAX number*

Print    Save As...                                                        Reset