# Exhibit C

# Aaron Schlanger

| | |
|---|---|
| **From:** | Ari Ungar |
| **Sent:** | Friday, November 10, 2023 3:58 PM |
| **To:** | Aaron Schlanger; Kozlowski, Nicole; Ingerman, Brett; Peck, Andrew; Siegfried, Jonathan; Collins, Erin; Earnest Mckee, Lane; Setrakian, Berge; Civetta, Margaret; Coles, Anthony P. |
| **Cc:** | Gary Osen; Zahra R. Dean; James Bonner; Susan M. Davies; Joseph H. Tipograph; Ed Macallister; Noel J. Nudelman; Patrick L. Rocco |
| **Subject:** | RE: Miller v. Arab Bank; Pam v. Arab Bank |
| **Attachments:** | 2023-10-28 Osen ESI Letter to Ingerman.pdf |

Brett,

We are following up about the attached letter. When can we expect a response?

Thanks,

Ari Ungar
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com


**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.

---

**From:** Aaron Schlanger <aschlanger@osenlaw.com>
**Sent:** Saturday, October 28, 2023 9:39 PM
**To:** Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Ari Ungar <aungar@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; James Bonner <JBonner@fbrllp.com>; Susan M. Davies <Sdavies@fbrllp.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

1

Counsel,

Please see the attached correspondence.

Aaron Schlanger
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
aschlanger@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE**: The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed.  It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it.  If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone.  Thank you for your cooperation.  OSEN LLC – Attorneys at Law.

---

**From:** Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>
**Sent:** Thursday, October 19, 2023 6:00 PM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Gary Osen <gosen@osenlaw.com>; James Bonner <JBonner@fbrllp.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

**CAUTION: This email originated from outside of the organization.**

Counsel:

Please see the attached correspondence.

Thank you,
Nicole

**Nicole Marie Kozlowski**
Associate

T  +1 410 580 4106
F  +1 410 580 3106
M  +1 240 821 0356
nicole.kozlowski@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com



**From:** Kozlowski, Nicole
**Sent:** Monday, October 16, 2023 6:09 PM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Gary Osen <gosen@osenlaw.com>; James Bonner <JBonner@fbrllp.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Counsel:

Please see the attached correspondence.

Thank you,
Nicole

## Nicole Marie Kozlowski
Associate

T  +1 410 580 4106
F  +1 410 580 3106
M  +1 240 821 0356
nicole.kozlowski@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

3