# Exhibit E

# Aaron Schlanger

| | |
|---|---|
| **From:** | Ingerman, Brett <brett.ingerman@us.dlapiper.com> |
| **Sent:** | Friday, November 17, 2023 6:00 PM |
| **To:** | Ari Ungar; Aaron Schlanger; Kozlowski, Nicole; Peck, Andrew; Siegfried, Jonathan; Collins, Erin; Earnest Mckee, Lane; Setrakian, Berge; Civetta, Margaret; Coles, Anthony P. |
| **Cc:** | Gary Osen; Zahra R. Dean; James Bonner; Susan M. Davies; Joseph H. Tipograph; Ed Macallister; Noel J. Nudelman; Patrick L. Rocco |
| **Subject:** | RE: Miller v. Arab Bank; Pam v. Arab Bank |

**CAUTION: This email originated from outside of the organization.**

Ari-

To the extent that your email below suggests that Arab Bank has not met its document preservation and production obligations, that suggestion is unfounded and rejected. You sent us 75 questions in one letter asking about three different foreign jurisdictions, including the Palestinian Territories and Lebanon. I told you that we would respond to that letter in writing, and we will. We expect to have responses to you in advance of our next conference with Judge Kuo scheduled for December 19.

Thanks

Brett

---

**From:** Ari Ungar <aungar@osenlaw.com>
**Sent:** Wednesday, November 15, 2023 7:20 AM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; James Bonner <JBonner@fbrllp.com>; Susan M. Davies <Sdavies@fbrllp.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

⚠ EXTERNAL MESSAGE

Dear Brett,

Thank you for your e-mail.

We understand that your client may not be prepared to answer *every* ESI-related question in our letter. However, given that your client has presumably been searching for, collecting, and reviewing ESI for several years, the answers to most of our questions should be readily available to you.

1

At a minimum, we think Arab Bank should currently be in a position to answer basic questions about the electronic data systems it employed during the relevant period, the steps it has taken to preserve the data on those systems, the searches it has conducted of that data, and if any of the systems or data have been destroyed since July 2004, what data was destroyed, why, and when. In our view, these are basic and fundamental questions the Court made clear it expected you to timely answer. We are now approaching two months since the last status conference, and we have not received any meaningful answers to these questions.

If you have answers to any of our questions, please provide them now. If, for whatever reason, you are unable to provide answers to any of our questions, including even the basic questions set forth above, please let us know by the end of the week.

Regards,

Ari Ungar
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.