**Kozlowski, Nicole**

| | |
|---|---|
| **From:** | Ingerman, Brett |
| **Sent:** | Monday, November 6, 2023 1:37 PM |
| **To:** | Susan M. Davies; Aaron Schlanger; Kozlowski, Nicole; Peck, Andrew; Siegfried, Jonathan; Collins, Erin; Earnest Mckee, Lane; Setrakian, Berge; Civetta, Margaret; Coles, Anthony P. |
| **Cc:** | Gary Osen; Ari Ungar; Zahra R. Dean; James P. Bonner; Joseph H. Tipograph; Ed Macallister; Noel J. Nudelman; Patrick L. Rocco |
| **Subject:** | RE: Miller v. Arab Bank; Pam v. Arab Bank |

All:

As we discussed on our meet and confer, below is a proposed conceptual schedule through dispositive motions. Per Judge Kuo's July 8, 2019 Minute Order, this schedule uses the Court's decision on any sanctions motion as the basis for the remaining deadlines.

- Substantial Completion of Document Production: March 29, 2024
- Parties' Motions for Sanctions, If Any: 60 days after Substantial Completion of Document Production
- Oppositions to Motions for Sanctions: 60 days after Motion
- Replies in support of Motions for Sanctions: 30 days after Opposition
- Close of Fact Discovery: 6 months after final decision on any Motion for Sanctions (this would include resolution of any exceptions)
- Case-in-Chief Expert Reports: 90 days after the Close of Fact Discovery
- Rebuttal Expert Reports: 60 days after Case-in-Chief Expert Reports
- Close of Expert Discovery: 60 days after Rebuttal Reports
- Dispositive Motion Deadline: 60 days after close of Expert Discovery
- Opposition to Dispositive Motion: 60 days after dispositive motion filed
- Reply: 30 days after opposition to dispositive motion filed

In addition, we have further discussed the technology available to OCR Arabic documents. When there is a scanned Arabic PDF, the OCR technology is not advanced enough to decipher Arabic characters and create a searchable document. This is true whether or not there is an additional watermark overlayed on the document. In our experience, when we attempt to OCR scanned Arabic PDFs without watermarks, we receive outputs which include a unreadable combination of numbers, symbols, and other miscellaneous characters.

However, we understand that Plaintiffs claim to be aware of more sophisticated OCR technology that is capable of converting a scanned Arabic language PDF without a watermark into a searchable document. If that is correct, we would appreciate it if you could provide us with a sample which includes: (1) the original scanned Arabic PDF (without any watermark); and (2) the successful OCR of that document, for our review.

Thank you,
Brett

---

**From:** Susan M. Davies <Sdavies@fbrllp.com>
**Sent:** Thursday, November 2, 2023 1:35 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret

1

<Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Ari Ungar <aungar@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; James P. Bonner <JBonner@fbrllp.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

⚠️ EXTERNAL MESSAGE

Dear Brett:
Plaintiffs would like to add to the agenda below discussion concerning the implications of the disclosure in your October 16, 2023 letter that Arab Bank does not intend to produce the documents of clients who do not waive bank secrecy.
With best regards,
Susan

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Wednesday, November 1, 2023 2:00 PM
**To:** Aaron Schlanger <aschlanger@osenlaw.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Ari Ungar <aungar@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; James P. Bonner <JBonner@fbrllp.com>; Susan M. Davies <Sdavies@fbrllp.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

All-

We are in receipt of Gary's October 28 letter which asks a total of 75 questions about the Bank's electronic records. We in the process of addressing those questions, but given the number of questions and the circumstances in the Middle East right now, we will not be in a position to discuss those issues tomorrow. That said, we propose the following agenda for our meet and confer:

- The use of the Highly Confidential watermark on the Bank records
- The resolution of the scans produced by both the plaintiffs and defendant
- Dates for a proposed case management order
- Scheduling depositions for the remaining US-based plaintiffs:
    - *Miller*
        - Phillip Bauer (Himself, Ella Bauer, and Ludwig Bauer)
        - Eli Cohen

- *Pam*
  - Mayer Moskowitz

Further, if there are additional issues from my letter of today that you are ready to discuss, feel free to add them to the agenda.  Thanks.

Brett

---

**From:** Aaron Schlanger <aschlanger@osenlaw.com>
**Sent:** Saturday, October 28, 2023 9:39 PM
**To:** Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Ari Ungar <aungar@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; James Bonner <JBonner@fbrllp.com>; Susan M. Davies <Sdavies@fbrllp.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

⚠ EXTERNAL MESSAGE

Counsel,

Please see the attached correspondence.

Aaron Schlanger

Attorney at Law

**OSEN LLC**

190 Moore Street, Suite 272

Hackensack, NJ 07601 / USA

Telephone 201.265.6400

Facsimile 201.265.0303

aschlanger@osenlaw.com

www.osenlaw.com

**CONFIDENTIALITY NOTICE**: The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed.  It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it.  If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone.  Thank you for your cooperation.  OSEN LLC – Attorneys at Law.

**From:** Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>
**Sent:** Thursday, October 19, 2023 6:00 PM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Gary Osen <gosen@osenlaw.com>; James Bonner <JBonner@fbrllp.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

**CAUTION: This email originated from outside of the organization.**

Counsel:

Please see the attached correspondence.

Thank you,

Nicole

4

Nicole Marie Kozlowski
Associate

T +1 410 580 4106
F +1 410 580 3106
M +1 240 821 0356
nicole.kozlowski@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



---

**From:** Kozlowski, Nicole
**Sent:** Monday, October 16, 2023 6:09 PM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Gary Osen <gosen@osenlaw.com>; James Bonner <JBonner@fbrllp.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank


Counsel:


Please see the attached correspondence.


Thank you,

Nicole


Nicole Marie Kozlowski

Associate

T  +1 410 580 4106
F  +1 410 580 3106
M  +1 240 821 0356
nicole.kozlowski@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.