# Exhibit 2

| PLAINTIFFS' PROPOSED CASE SCHEDULE | |
| --- | --- |
| **Event** | **Date** |
| Clarification/Completion of Discovery of Bank's Waiver Process and Documents | January 22, 2024 |
| Brief in Support of Motion for Rule 37 Sanctions (Bank Secrecy) | February 5, 2024 |
| Opposition to Rule 37 Sanctions | February 26, 2024 |
| Reply Brief to Rule 37 Sanctions | March 11, 2024 |
| Joint Status Report on ESI | March 18, 2024 |
| Substantial Completion of Document Production | March 29, 2024 |
| Completion of ESI Discovery/Spoliation Discovery (if applicable) | April 5, 2024 |
| Status Conference on Discovery | April 10, 11 or 12, 2024 |
| Brief in Support of Motion for Rule 37 Sanctions (Spoliation) (if applicable) | April 15, 2024 |
| Opposition Brief for Rule 37 Sanctions (Spoliation) | May 6, 2024 |
| Reply Brief for Rule 37 Sanctions | May 20, 2024 |
| Joint Status Report to the Court on Scope of Document Production | May 24, 2024 |
| Status Conference to Discuss Remaining Discovery, Outstanding Disputes, and Case Management Issues | June 4, 2024 |
| Close of Fact Discovery | September 30, 2024 |
| Case-in-Chief Expert Reports | December 2, 2024 |
| Rebuttal Expert Reports | January 31, 2025 |
| Close of Expert Discovery | March 2, 2025 |
| Dispositive Motion Deadline | May 1, 2025 |
| Opposition to Dispositive Motion | June 15, 2025 |
| Reply to Dispositive Motion | July 7, 2025 |