# Exhibit 1

**Kozlowski, Nicole**

| | |
|---|---|
| **From:** | Ari Ungar <aungar@osenlaw.com> |
| **Sent:** | Thursday, February 1, 2024 1:26 PM |
| **To:** | Ingerman, Brett; Aaron Schlanger; Kozlowski, Nicole; Peck, Andrew; Siegfried, Jonathan; Collins, Erin; Earnest Mckee, Lane; Setrakian, Berge; Civetta, Margaret; Coles, Anthony P. |
| **Cc:** | Gary Osen; Michael Radine; Zahra R. Dean; James P. Bonner; Susan M. Davies (sdavies@fbrllp.com); Ed Macallister; Noel J. Nudelman; Patrick L. Rocco |
| **Subject:** | RE: Miller v. Arab Bank; Pam v. Arab Bank |

⚠ EXTERNAL MESSAGE

Brett,

Thank you for your January 29 letter.

We have reviewed Arab Bank's responses and have requests that will further facilitate the contemplated discussion between the parties' IT professionals.

1. For those customers/counterparties from whom you have received consent, please provide us with the search terms and SQL code that Arab Bank used to search each source of ESI in Gaza/West Bank, Lebanon, and Jordan, including Arab Bank's electronic records archiving systems, the new SQL code developed to search its Equation CORE banking system, the restored 1998–2004 "monthly backup cartridges" for the Equation system, and Arab Bank's Enterprise Content Management ("ECM") System.

2. Please provide us with the search terms that Arab Bank used to search each source of paper records in Gaza/West Bank, Lebanon, and Jordan.

3. Please provide us with any written materials documenting Arab Bank's 90-day retention period policy for electronic storage of SWIFT messages.

4. Your letter also states that, during the Relevant Period, Arab Bank Jordan sent all U.S. dollar-denominated checks to Arab Bank New York for processing through FRB–New York. Please send us confirmation that Arab Bank New York's records have been searched for checks responsive to the Court's production order and provide the search terms and SQL code used to search for those records.

In addition, we appreciate your clarification concerning how the Palestinian Monetary Authority's manual funds transfer clearing system worked for incoming and outgoing payments in different currencies. It would be helpful to the parties' anticipated discussion if you could describe what ESI or paper records exists for funds transfers processed through this system.

Your letter also states that Arab Bank has all Equation CORE banking system data from 1998–2004, all SWIFT messages in electronic format from April to December 2004, and all SWIFT messages in paper format from 1998–2004. Please correct us if we are mistaken, but we don't believe Plaintiffs have yet

1

received any ESI from the Equation CORE banking system or any SWIFT messages in paper format from 1998–2004.

Finally, your letter states that "Arab Bank Jordan and Arab Bank Lebanon stopped using the Telex machines in 1999." However, Excel spreadsheets produced by Arab Bank in *Linde* (e.g., ABPLC198090, ABPLC198132, ABPLC198668, ABPLC199218, ABPLC199658, ABPLC200098, and ABPLC209715) appear to indicate that Arab Bank Jordan sent and received thousands of Telex messages to and from its counterparty Palestinian banks—including Arab Bank Palestine—between 2000 and 2004. Please ask your IT team to review the referenced spreadsheets and confirm whether they reflect the use of Telex machines by Arab Bank Jordan after 1999 and if so, whether Arab Bank has additional Telex-related ESI to search.

Thank you in advance for the courtesy of your reply. Once we have received the additional information and clarifications, we can schedule a hopefully productive call between the IT professionals.

Regards,

Ari Ungar
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Monday, January 29, 2024 2:19 PM
**To:** Aaron Schlanger <aschlanger@osenlaw.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Ari Ungar <aungar@osenlaw.com>; Michael Radine <mradine@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; James P. Bonner <JBonner@fbrllp.com>; Susan M. Davies (sdavies@fbrllp.com) <sdavies@fbrllp.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

**CAUTION: This email originated from outside of the organization.**

Counsel-

Please see the attached response to your letter.

Brett

---

**From:** Aaron Schlanger <aschlanger@osenlaw.com>
**Sent:** Friday, December 15, 2023 10:48 AM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Siegfried, Jonathan <Jonathan.Siegfried@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Ari Ungar <aungar@osenlaw.com>; Michael Radine <mradine@osenlaw.com>; Zahra R. Dean <zdean@kohnswift.com>; James P. Bonner <JBonner@fbrllp.com>; Susan M. Davies <sdavies@fbrllp.com> <sdavies@fbrllp.com>; Ed Macallister <emacallister@perleslaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Patrick L. Rocco <Procco@fbrllp.com>
**Subject:** Miller v. Arab Bank; Pam v. Arab Bank

⚠ EXTERNAL MESSAGE

Counsel,

Please see the attached letter.

Aaron Schlanger
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
aschlanger@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE**: The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC – Attorneys at Law.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.