# Exhibit 1

| | |
|---|---|
| **From:** | Ingerman, Brett |
| **Sent:** | Friday, March 15, 2024 12:55 PM |
| **To:** | Ari Ungar; Aaron Schlanger; Setrakian, Berge; Coles, Anthony P.; Civetta, Margaret; Earnest Mckee, Lane; Peck, Andrew; Kozlowski, Nicole; Collins, Erin |
| **Cc:** | Gary Osen; Michael Radine; Dina Gielchinsky; Tab Turner; 'Naunton, Shawn'; Zahra R. Dean; Susan Davies; James Bonner; 'Joseph H. Tipograph'; emacallister@perleslaw.com |
| **Subject:** | Re: Miller v. Arab Bank; Pam v. Arab Bank |

Ari

To be clear your February 1 email suggested you wanted to wait on the IT consultant call until after you received further information from the Bank, which is exactly what we did.

And just a reminder that we didn't get your section of the last JSR until after 5 pm. That said if you want to file your own letter, so be it.

As for the remainder of your email, we disagree but will make our position clear in the JSR.

Thanks and have a great weekend.

Brett

**From:** Ari Ungar <aungar@osenlaw.com>
**Sent:** Friday, March 15, 2024 12:10:52 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Cc:** Gary Osen <gosen@osenlaw.com>; Michael Radine <mradine@osenlaw.com>; Dina Gielchinsky <dgielchinsky@osenlaw.com>; Tab Turner <tab@tturner.com>; 'Naunton, Shawn' <snaunton@zuckerman.com>; Zahra R. Dean <zdean@kohnswift.com>; Susan Davies <Sdavies@fbrllp.com>; James Bonner <JBonner@fbrllp.com>; 'Joseph H. Tipograph' <jhtipograph@hnklaw.com>; emacallister@perleslaw.com <emacallister@perleslaw.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

 **EXTERNAL MESSAGE**

Brett,

We sent you our 8-page status report at 11:38 pm last night because (a) we wanted you to have it no later than first thing Friday morning and (b) you first agreed to schedule the IT conference we've been requesting since last December for 2 pm on the day before the joint status report was due. Our sections on both Defendant's paper records and ESI productions could not be completed until we knew whether the status of those issues had changed (they had not) and synthesized our notes after the conference yesterday.

That being said, given the importance of the issues raised and the length of the document, we certainly don't want to rush you and will instead file our letter separately. That will allow you to file your letter whenever it is ready without having to worry about further late-night exchanges of drafts and revisions.

Regards,

Ari Ungar
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, New Jersey 07601/ USA
Telephone 201.265.6400
Facsimile 201.265.0303
aungar@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. Osen LLC - Attorneys at Law.

---

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Friday, March 15, 2024 7:41 AM
**To:** Aaron Schlanger <aschlanger@osenlaw.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Gary Osen <gosen@osenlaw.com>; Michael Radine <mradine@osenlaw.com>; Dina Gielchinsky <dgielchinsky@osenlaw.com>; Tab Turner <tab@tturner.com>; 'Naunton, Shawn' <snaunton@zuckerman.com>; Zahra R. Dean <zdean@kohnswift.com>; Susan Davies <Sdavies@fbrllp.com>; James Bonner <JBonner@fbrllp.com>; 'Joseph H. Tipograph' <jhtipograph@hnklaw.com>; emacallister@perleslaw.com
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

> **CAUTION:** This email originated from outside of the organization.

Aaron-

We are in receipt of your 8-page, single-spaced "status report", received at 11:38 pm last night. We will provide the Bank's portion at some point today, but most certainly not by 3 pm.

Brett

**From:** Aaron Schlanger <aschlanger@osenlaw.com>
**Sent:** Thursday, March 14, 2024 11:38 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Earnest Mckee,

2

Lane <lane.mckee@us.dlapiper.com>; Peck, Andrew <andrew.peck@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Cc:** Ari Ungar <aungar@osenlaw.com>; Gary Osen <gosen@osenlaw.com>; Michael Radine <mradine@osenlaw.com>; Dina Gielchinsky <dgielchinsky@osenlaw.com>; Tab Turner <tab@tturner.com>; 'Naunton, Shawn' <snaunton@zuckerman.com>; Zahra R. Dean <zdean@kohnswift.com>; Susan Davies <Sdavies@fbrllp.com>; James Bonner <JBonner@fbrllp.com>; 'Joseph H. Tipograph' <jhtipograph@hnklaw.com>; emacallister@perleslaw.com
**Subject:** Miller v. Arab Bank; Pam v. Arab Bank

 EXTERNAL MESSAGE

Brett,

Attached is Plaintiffs' section of the joint status report which is due tomorrow. We ask that you send us your portion of the letter by 3pm. We reserve the right to further modify our section after we review the Defendant's section.

Aaron Schlanger
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
aschlanger@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE**: The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law, and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC – Attorneys at Law.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.