**EXHIBIT FILED UNDER SEAL**

# Exhibit 2