UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHARON MILLER, et al. | Case No. 18-cv-2192 (HG)(PK) |
| Plaintiffs, | |
| -against- | |
| ARAB BANK, PLC | |
| Defendant | |

# NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Stephen H. Schwartz, of KOHN, SWIFT & GRAF, P.C., with offices located at 1600 Market Street, Suite 2500, Philadelphia, PA 19103, withdraws his appearance on behalf of plaintiffs in the above-captioned action and hereby requests that no further ECF notices be given or required of him in the action, and that no documents or other pleadings in the action be served upon him.

All other counsel from KOHN, SWIFT & GRAF, P.C. who have appeared on behalf of plaintiffs will remain in this action.

Dated: March 20, 2024

*/s/ Stephen H. Schwartz*
Stephen H. Schwartz
Kohn, Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103-7225
(215) 238-1700
(215) 238-1968
sschwartz@kohnswift.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Stephen H. Schwartz, hereby certify that on March 20, 2024, the foregoing *Withdrawal of Appearance* was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

*/s/ Stephen H. Schwartz*