

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

March 21, 2024

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (HG) (PK)
     *Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4670 (HG) (PK)

Dear Magistrate Judge Kuo:

  Pursuant to the Court's March 20, 2024, Minute Order and the August 19, 2019, Stipulation and Protective Order [ECF Nos. 50 in *Miller* and 43 in *Pam*] (the "Protective Order"), Plaintiffs respectfully move for leave to file under seal Exhibits A-C to their discovery status report filed on March 15, 2024. These documents are currently filed temporarily under seal at ECF No. 128 in the *Miller* action and ECF No. 107 in the *Pam* action.

  This motion is made on the grounds that Defendant Arab Bank, plc has designated Exhibits A-C as confidential pursuant to paragraph 1(b) of the Protective Order. Exhibits A and C are letters from Arab Bank's counsel to Plaintiffs' counsel that contain information concerning how Arab Bank has historically maintained customer data. Arab Bank claims that this information is highly sensitive and has requested sealing of those letters. Exhibit B is a compilation of Arab Bank wire transfer records which – with one exception – were produced by Arab Bank and designated Highly Confidential pursuant to the Protective Order prior to their pre-admission as trial exhibits in the case of *Linde v. Arab Bank, PLC*. Although Plaintiffs are not certain whether confidentiality is required, particularly for Exhibit B, counsel for Arab Bank has requested that Exhibits A-C remain under seal in their entirety. Plaintiffs do not oppose that request, without waiving their rights to dispute sealing the same or similar records in the future.

  Wherefore, we respectfully request entry of an order authorizing the sealed filing of these documents.

            Respectfully submitted,

            /s/ Gary M. Osen

            Counsel for *Miller* Plaintiffs

/s/ James P. Bonner

Counsel for *Pam* Plaintiffs

cc: All Counsel (via ECF)