# Exhibit 2

| | |
|---|---|
| **From:** | Ingerman, Brett |
| **Sent:** | Monday, April 22, 2024 11:08 AM |
| **To:** | Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Sdavies@fbrllp.Com; Jbonner@fbrllp.Com |
| **Cc:** | Setrakian, Berge; Civetta, Margaret; Coles, Anthony P.; Earnest Mckee, Lane; Kozlowski, Nicole; Collins, Erin |
| **Subject:** | RE: Miller v. Arab Bank; Pam v. Arab Bank |

Counsel-

We need a response to this by COB Wednesday given the upcoming depositions or we will be left with no choice but to raise it with Judge Kuo. Thanks.

Brett

**From:** Ingerman, Brett
**Sent:** Tuesday, April 16, 2024 1:36 PM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Sdavies@fbrllp.Com; Jbonner@fbrllp.Com
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Counsel-

We are following up on the attached. Please let us know whether you will provide the requested ESI information and when. If not, please let us know when you are available to meet and confer on this issue.

Thanks

Brett

**From:** Ingerman, Brett
**Sent:** Friday, April 5, 2024 2:15 PM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Sdavies@fbrllp.Com; Jbonner@fbrllp.Com
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** Miller v. Arab Bank; Pam v. Arab Bank

Please see the attached correspondence.