# Exhibit 4

| | |
|---|---|
| **From:** | Susan M. Davies <Sdavies@fbrllp.com> |
| **Sent:** | Friday, April 26, 2024 11:01 AM |
| **To:** | Ingerman, Brett; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner |
| **Cc:** | Setrakian, Berge; Civetta, Margaret; Coles, Anthony P.; Earnest Mckee, Lane; Kozlowski, Nicole; Collins, Erin |
| **Subject:** | RE: Miller v. Arab Bank; Pam v. Arab Bank |

⚠️ **EXTERNAL MESSAGE**

Dear Brett:
The fact that defense counsel could have conferred with us regarding the data sources for the Plaintiffs' ESI—but failed to do so—does not legitimize your current effort to find fault with Plaintiffs' document productions more than 6 months after their completion. We are available to meet and confer with you on May 7th at 10:00 a.m. Would you like me to circulate a Zoom invitation?
With best regards,
Susan

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
917-583-8966
sdavies@fbrllp.com

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Thursday, April 25, 2024 7:45 AM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Susan:

We disagree that this is "discovery-on-discovery" (and with the other characterizations in your letter) since the Stipulated ESI Order states, "If the producing party elects to use search terms to locate potentially responsive ESI, *the parties will meet and confer on* the appropriate search terms and *the data sources to be searched* . . ." ESI Order,

Section 1.b. (emphasis added).  The Plaintiffs used search terms, and therefore, the Bank has the right to know, among other things, the data sources that have been searched.

We understand that your IT consultants in Israel are not available until the end of April and that you will respond to our remaining inquiries when they return to the office.  In light of the timing of depositions in May, we propose a meet and confer on May 7th between 10 am and noon ET to discuss the issues identified in my April 5, 2024 letter.  Please let us know ASAP whether that date and time works for you.

Thank you,

Brett


**From:** Susan M. Davies <Sdavies@fbrllp.com>
**Sent:** Wednesday, April 24, 2024 5:27 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank


⚠️ EXTERNAL MESSAGE

Dear Counsel:
Please see attached correspondence.
Sincerely,
Susan

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
917-583-8966
sdavies@fbrllp.com

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Monday, April 22, 2024 11:08 AM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Susan M. Davies <Sdavies@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Counsel-

We need a response to this by COB Wednesday given the upcoming depositions or we will be left with no choice but to raise it with Judge Kuo.  Thanks.

Brett

---

**From:** Ingerman, Brett
**Sent:** Tuesday, April 16, 2024 1:36 PM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Sdavies@fbrllp.Com; Jbonner@fbrllp.Com
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Counsel-

We are following up on the attached.  Please let us know whether you will provide the requested ESI information and when.  If not, please let us know when you are available to meet and confer on this issue.

Thanks

Brett

---

**From:** Ingerman, Brett
**Sent:** Friday, April 5, 2024 2:15 PM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Sdavies@fbrllp.Com; Jbonner@fbrllp.Com
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** Miller v. Arab Bank; Pam v. Arab Bank

Please see the attached correspondence.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.