# Exhibit 6

| | |
|---|---|
| **From:** | Susan M. Davies <Sdavies@fbrllp.com> |
| **Sent:** | Tuesday, May 7, 2024 7:15 PM |
| **To:** | Ingerman, Brett; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner; Njnudelman@hnklaw.Com; Tracy R. Kalik |
| **Cc:** | Setrakian, Berge; Civetta, Margaret; Coles, Anthony P.; Earnest Mckee, Lane; Kozlowski, Nicole; Collins, Erin |
| **Subject:** | RE: Miller v. Arab Bank; Pam v. Arab Bank |

 EXTERNAL MESSAGE

Dear Brett:

Further to our meet and confer this morning concerning Plaintiffs' ESI, our IT consultants are in the process of identifying every *Miller* and *Pam* Plaintiff in Israel whose WhatsApp messages were not successfully imaged from their mobile phones. Once we have that information, and can assess the volume of data at issue, we will be better positioned to estimate our timeline for completing those Plaintiffs' document productions. We will keep you advised.

In our view, your request that we supplement our April 24 and May 6 letters with separate explanations for how each Plaintiff's ESI was collected and searched is disproportionate to the needs of the case, particularly in light of the fact that we substantially completed this process many months ago and have already devoted substantial resources to producing tangentially relevant ESI.

Finally, we do not agree that Arab Bank should have the right to re-open *Pam* Plaintiffs' depositions to conduct examination concerning WhatsApp messages that have not yet been produced due to the recently-discovered technical problems encountered by our IT consultant in Israel. We understand that you may choose for that reason to postpone the depositions scheduled to begin in Israel on May 19, and we will cooperate with you in rescheduling those depositions after *Pam* Plaintiffs' document productions have been completed. Please let us know your decision in that regard as soon as possible.

1

Sincerely,
Susan

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
917-583-8966
sdavies@fbrllp.com

---

**From:** Susan M. Davies
**Sent:** Monday, May 6, 2024 8:48 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Dear Counsel:
Please see attached letter from Miller and Pam Plaintiffs.
Sincerely,
Susan

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
917-583-8966
sdavies@fbrllp.com

---

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Wednesday, May 1, 2024 4:02 PM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Susan-

You have better visibility into the inconsistencies in your production than we do. Just by of example, some plaintiffs (e.g., Yisrael Ben Meir, Zvi Fenichel, etc.) produced no ESI, but we have no idea what ESI, if any was searched. Shiria Ben Meir produced emails but no Whats App messages. Julie Zavahy and Hadassah Diner also produced emails and no Whats App messages. Other plaintiffs confirmed that their text messages were never searched.

But the purpose of the meet and confer is not to deal with these inconsistencies now (we plan to address these issues at a later date), but to first address our request for the ESI information in my April 5, 2024 letter (attached). We have zero transparency for each plaintiff into (1) how sources of ESI were identified, (2) the sources of ESI considered for searching, (3) the sources of ESI that were ultimately searched, (4) how each data source was obtained and searched, (5) an explanation of any sources of data that were no longer available for searching, and (6) an explanation for why any available identified sources were not searched. We look forward to discussing when and how we will receive this information with you next week. Thanks.

Brett

**From:** Susan M. Davies <Sdavies@fbrllp.com>
**Sent:** Wednesday, May 1, 2024 12:20 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

⚠ EXTERNAL MESSAGE

Dear Brett:
I'm following up on my request below that you tell us what inconsistencies you have observed in the Plaintiffs' ESI productions, so that we have a chance to investigate and address them on our May 7 call.
With many thanks,
Susan

**From:** Susan M. Davies
**Sent:** Monday, April 29, 2024 11:12 AM
**To:** 'Ingerman, Brett' <brett.ingerman@us.dlapiper.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Dear Brett:
I have sent the Zoom invite. I wasn't sure who all on your team to include, so please forward as appropriate. Please advise us of the specific inconsistencies you have observed so that we have a chance to investigate them in advance of the call.
With best regards,

Susan

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
917-583-8966
sdavies@fbrllp.com

---

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Monday, April 29, 2024 7:51 AM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Susan-

We are not trying to "find fault" with plaintiffs' production. But it is now clear that there are inconsistencies in the data sources produced by the plaintiffs and we certainly are entitled to understand, among other things, which data sources were searched for which plaintiffs. Look forward to learning more about your process on May 7. Please circulate the zoom invite. Thanks.

Brett

---

**From:** Susan M. Davies <Sdavies@fbrllp.com>
**Sent:** Friday, April 26, 2024 11:01 AM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

⚠ EXTERNAL MESSAGE

Dear Brett:
The fact that defense counsel could have conferred with us regarding the data sources for the Plaintiffs' ESI—but failed to do so—does not legitimize your current effort to find fault with Plaintiffs' document productions more than 6 months after their completion. We are available to meet and confer with you on May 7th at 10:00 a.m. Would you like me to circulate a Zoom invitation?

With best regards,
Susan

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
917-583-8966
sdavies@fbrllp.com

---

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Thursday, April 25, 2024 7:45 AM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Susan:

We disagree that this is "discovery-on-discovery" (and with the other characterizations in your letter) since the Stipulated ESI Order states, "If the producing party elects to use search terms to locate potentially responsive ESI, **the parties will meet and confer on** the appropriate search terms and **the data sources to be searched** . . ." ESI Order, Section 1.b. (emphasis added). The Plaintiffs used search terms, and therefore, the Bank has the right to know, among other things, the data sources that have been searched.

We understand that your IT consultants in Israel are not available until the end of April and that you will respond to our remaining inquiries when they return to the office. In light of the timing of depositions in May, we propose a meet and confer on May 7th between 10 am and noon ET to discuss the issues identified in my April 5, 2024 letter. Please let us know ASAP whether that date and time works for you.

Thank you,

Brett

---

**From:** Susan M. Davies <Sdavies@fbrllp.com>
**Sent:** Wednesday, April 24, 2024 5:27 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

⚠️ **EXTERNAL MESSAGE**

Dear Counsel:
Please see attached correspondence.
Sincerely,
Susan

Susan M. Davies
FLEISCHMAN BONNER & ROCCO LLP
917-583-8966
sdavies@fbrllp.com

---

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Monday, April 22, 2024 11:08 AM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Susan M. Davies <Sdavies@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Counsel-

We need a response to this by COB Wednesday given the upcoming depositions or we will be left with no choice but to raise it with Judge Kuo. Thanks.

Brett

---

**From:** Ingerman, Brett
**Sent:** Tuesday, April 16, 2024 1:36 PM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Sdavies@fbrllp.Com; Jbonner@fbrllp.Com
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Miller v. Arab Bank; Pam v. Arab Bank

Counsel-

We are following up on the attached. Please let us know whether you will provide the requested ESI information and when. If not, please let us know when you are available to meet and confer on this issue.

Thanks

Brett

**From:** Ingerman, Brett
**Sent:** Friday, April 5, 2024 2:15 PM
**To:** Aschlanger@osenlaw.Com; Aungar@osenlaw.Com; Dgielchinsky@osenlaw.Com; Mradine@osenlaw.Com; Pravenhansen@gmail.Com; Zdean@kohnswift.Com; Gosen@osenlaw.Com; Emacallister@perleslaw.Com; Jhtipograph@hnklaw.Com; Njnudelman@hnklaw.Com; Rdheideman@hnklaw.Com; Sdavies@fbrllp.Com; Jbonner@fbrllp.Com
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Coles, Anthony P. <anthony.coles@us.dlapiper.com>; Earnest Mckee, Lane <lane.mckee@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** Miller v. Arab Bank; Pam v. Arab Bank

Please see the attached correspondence.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.