

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

June 11, 2024

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    ***Miller, et al. v. Arab Bank, PLC***, No. 18-cv-2192 (HG) (PK)
             ***Pam, et al. v. Arab Bank, PLC***, No. 18-cv-4670 (HG) (PK)

Dear Magistrate Judge Kuo:

      We write on Plaintiffs' behalf to request an extension of the June 13, 2024, date to file a joint status report, *see* May 23, 2024, Scheduling Order, to Monday June 17, 2024. Counsel for the *Miller* Plaintiffs will be unavailable on Wednesday and Thursday because of the upcoming Jewish holiday. We have conferred with opposing counsel, and Defendant consents to the request.

                                          Respectfully submitted,

                                          /s/ Aaron Schlanger

cc: All Counsel (via ECF)