UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

AHARON MILLER, et al.,

                  Plaintiffs,

- v -

ARAB BANK, PLC,

                  Defendants.

------------------------------------------------------------------------ x

1:18-CV-02192 (HG)(PK)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed Affidavit of David Horniak in support of this motion (Exhibit A hereto), the undersigned will move this Court before the Honorable Hector Gonzalez, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, 11201, at a time to be determined by the Court, for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, allowing the admission of David Horniak, a member of the firm of DLA Piper LLP (US) and a member in good standing of the Bar of the State of California and the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try the above-captioned case in whole or in part as counsel on behalf of the Defendant Arab Bank, PLC. There are no pending disciplinary proceedings against him.

Dated: June 13, 2024

                                      DLA Piper LLP (US)

By: _____
                                      David Horniak
                                      Attorney for Defendant Arab Bank PLC

Case 1:18-cv-02192-HG-PK   Document 140   Filed 06/14/24   Page 2 of 2 PageID #: 3460