UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, et al.

                Plaintiffs,

- v -   :   1:18-CV-02192 (HG)(PK)

ARAB BANK, PLC,

                Defendant.

---

## AFFDAVIT OF DAVID HORNIAK IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, David Horniak, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of DLA Piper LLP (US).

2. I submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California and the Bar of the District of Columbia. *See* Annexes A and B.

4. There are no pending disciplinary proceedings against me.

5. I have never been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number in California is 268441. My attorney registration number in the District of Columbia is 998649.

8. I agree to abide by the Rules of the Court in connection with my appearance in these actions.

9. I therefore respectfully ask that I be permitted to appear as counsel and advocate *pro hac vice* on behalf of the defendant Arab Bank, PLC, in the above-captioned case, and that this Court issue an Order granting my application for admission.

David Horniak
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4361
david.horniak@us.dlapiper.com



Subscribed and Sworn to before me this 13th day of June, 2024.

Notary Public

District of Columbia
Signed and sworn to (or affirmed) before me on
June 13, 2024 by David Horniak
Date    Name(s) of Individual(s) making statement

Victoria Per
Signature of Notarial Officer

Wash DC
Title of Office
My commission expires: 04/14/2027

2