UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AHARON MILLER, et al.,

                Plaintiffs,

  - v -

ARAB BANK, PLC,

                Defendants.

1:18-CV-02192 (HG)(PK)

---

## [PROPOSED] ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney, David Horniak, is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above-listed case will be made on the roll of attorneys.

 

_____
United States District Judge

Dated: _____