# Exhibit 1

| | |
|---|---|
| **From:** | Susan M. Davies <Sdavies@fbrllp.com> |
| **Sent:** | Wednesday, June 5, 2024 11:45 AM |
| **To:** | Ingerman, Brett; James P. Bonner; Ed Macallister; Joseph H. Tipograph; Noel J. Nudelman; Tracy R. Kalik |
| **Cc:** | Setrakian, Berge; Civetta, Margaret; Kozlowski, Nicole; Collins, Erin |
| **Subject:** | RE: Israel Depositions |

⚠ **EXTERNAL MESSAGE**

Dear Brett:

The depositions of Yisrael Eldad Ben Meir, Zvi Fenichel, Belka Gez, Rivka Selzer, Chana Spitz Winkler, Eliezer Spitz, Yoel Spitz, and Drora Wizner cannot be rescheduled until we have resolved the outstanding issue concerning their WhatsApp data, for which we do not yet have a solution.  If you would like us to populate your proposed schedule below with other Plaintiffs please let me know.

With many thanks,
Susan

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Wednesday, June 5, 2024 10:50 AM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>; Ed Macallister <emacallister@perleslaw.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Tracy R. Kalik <trkalik@hnklaw.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

Susan-

Just following up on this.  If you need to move these plaintiffs around the accommodate schedules, that is not a problem.  But we would like to go ahead and book travel, court reporters, interpreters etc.  Thanks.

Brett

**From:** Ingerman, Brett
**Sent:** Monday, June 3, 2024 9:16 AM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>; Ed Macallister <emacallister@perleslaw.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Tracy R. Kalik <trkalik@hnklaw.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

Susan:

Below please find a proposed schedule for July 8-15 for the *Pam* Plaintiffs that were scheduled to be deposed in May.  Please let us know whether these dates and times work for your clients and we will schedule court reporters and translators.

| NAME | DAY | TIME |
|---|---|---|
| Shiria Ben Meir | Monday, July 8 | 10:00am |
| Yoel Spitz | Monday, July 8 | 2:00pm |
| Pauline Ben Meir | Tuesday, July 9 | 10:00am |
| Yisrael Eldad Ben Meir | Tuesday, July 9 | 2:00pm |
| Belka Gez | Wednesday, July 10 | 10:00am |
| Nurit Spitz Trau | Wednesday, July 10 | 2:00pm |
| Rivka Selzer | Thursday, July 11 | 10:00am |
| Chana Spitz Winkler | Thursday, July 11 | 2:00pm |
| Drora Wizner | Sunday, July 14 | 10:00am |
| Eliezer Spitz (Estate of Shoshana Spitz) | Sunday, July 14 | 2:00pm |
| Zvi Fenichel | Monday, July 15 | 10:00am |

Thank you,
Brett

---

**From:** Ingerman, Brett
**Sent:** Thursday, May 30, 2024 9:39 AM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>; Ed Macallister <emacallister@perleslaw.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Tracy R. Kalik <trkalik@hnklaw.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

Susan-

Thank you.  Per my earlier email, we do not want the production of the ESI to hold up the rescheduling of the depositions.  So let me propose that we hold July 8-18 and see how many we can schedule during that time period.  Please advise.  Thanks.

Brett

---

**From:** Susan M. Davies <Sdavies@fbrllp.com>
**Sent:** Wednesday, May 29, 2024 5:27 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; James P. Bonner <JBonner@fbrllp.com>; Ed Macallister

2

<emacallister@perleslaw.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Tracy R. Kalik <trkalik@hnklaw.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

⚠️ **EXTERNAL MESSAGE**

Dear Brett:
We will do our best to reschedule the same 11 plaintiffs in a six day period, and will prioritize the review and production of the WhatsApp data of Yisrael Eldad Ben Meir, Zvi Fenichel, Belka Gez, Rivka Selzer, Chana Spitz Winkler, Eliezer Spitz, Yoel Spitz, and Drora Wizner so that their depositions can be rescheduled as soon as possible.
With best regards,
Susan

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Wednesday, May 29, 2024 11:42 AM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>; Ed Macallister <emacallister@perleslaw.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Tracy R. Kalik <trkalik@hnklaw.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

Thanks Susan. We are available next week to meet and confer. But we do not want the ESI production to hold up the depos. So please share some available dates to reschedule the Israel depositions. I suggest we try to do the same 11 (plus the estate) in six days, perhaps in July. Thanks.

Brett

**From:** Susan M. Davies <Sdavies@fbrllp.com>
**Sent:** Wednesday, May 29, 2024 9:35 AM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; James P. Bonner <JBonner@fbrllp.com>; Ed Macallister <emacallister@perleslaw.com>; Joseph H. Tipograph <jhtipograph@hnklaw.com>; Noel J. Nudelman <njnudelman@hnklaw.com>; Tracy R. Kalik <trkalik@hnklaw.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

⚠️ **EXTERNAL MESSAGE**

Dear Brett:

Gathering the WhatsApp data is proving challenging. We are still exploring and testing options. When we have our arms around the issue, we would like to meet and confer with you about it.
With best regards,
Susan

Susan M. Davies
Fleischman Bonner & Rocco llp
917-583-8966
sdavies@fbrllp.com

---

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Wednesday, May 29, 2024 9:17 AM
**To:** James P. Bonner <JBonner@fbrllp.com>; Susan M. Davies <Sdavies@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

Thank you all for accommodating the rescheduling of the *Pam* plaintiff depositions in Israel.

Please let us know when we can expect the remaining ESI so that we can discuss new dates for the depositions. Thank you.

Brett

---

**From:** James P. Bonner <JBonner@fbrllp.com>
**Sent:** Thursday, May 16, 2024 4:37 PM
**To:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>; Susan M. Davies <Sdavies@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** RE: Israel Depositions

⚠ EXTERNAL MESSAGE

Brett,

We're very sorry to hear about your father-in-law. Susan and I send our best wishes to you and your family.

Regards,
Jim

James P. Bonner
FLEISCHMAN BONNER & ROCCO LLP

(646) 415-1399
JBonner@fbrllp.com
www.fbrllp.com

---

**From:** Ingerman, Brett <brett.ingerman@us.dlapiper.com>
**Sent:** Thursday, May 16, 2024 12:35 PM
**To:** Susan M. Davies <Sdavies@fbrllp.com>; James P. Bonner <JBonner@fbrllp.com>
**Cc:** Setrakian, Berge <Berge.Setrakian@us.dlapiper.com>; Civetta, Margaret <Margaret.Civetta@us.dlapiper.com>; Kozlowski, Nicole <nicole.kozlowski@us.dlapiper.com>; Collins, Erin <Erin.Collins@us.dlapiper.com>
**Subject:** Israel Depositions

Susan & Jim-

My father-in-law, who has been sick recently, has taken a turn for the worst. He is now in hospice and the doctors believe he will not last the week. We are flying our kids in on Saturday so that they can say goodbye. Given these circumstances, I am going to have to postpone the Israeli depositions. I recognize this is last minute and I apologize for the inconvenience. We certainly will work with you and your clients to reschedule.

Thank you.

Brett

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.