# Exhibit 2

| | |
|---|---|
| **From:** | Ingerman, Brett |
| **Sent:** | Monday, June 10, 2024 9:31 AM |
| **To:** | Susan M. Davies; Michael Radine; Aaron Schlanger; Setrakian, Berge; Civetta, Margaret; Coles, Anthony P.; Kozlowski, Nicole; Collins, Erin |
| **Cc:** | Gary Osen; Ari Ungar; Zahra R. Dean; James P. Bonner; Ed Macallister; Joseph H. Tipograph |
| **Subject:** | Miller v. Arab Bank; Pam v. Arab Bank |
| **Attachments:** | Arab Bank Search & Retrieval Plan.pdf; Highly Confidential Search Term Appendix.pdf |

HIGHLY CONFIDENTIAL

Counsel:

As indicated in our April 29, 2024 Search and Retrieval Plan (attached for reference), attached please find the Bank's Search Term Appendix, which includes customer name, customer account number(s), and customer identification number(s). The Bank will conduct searches through the databases identified in the search and retrieval plan for the customers who have waived bank secrecy. We are available to meet and confer on these search terms.

Thank you,
Brett