AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Miller, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-02192 (HG)(PK) |
| Arab Bank, PLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Arab Bank, PLC.

Date: 06/18/2024

/s/ David Horniak
*Attorney's signature*

David Horniak,
*Printed name and bar number*
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

*Address*

david.horniak@us.dlapiper.com
*E-mail address*

202-799-4361
*Telephone number*

202-799-5361
*FAX number*