UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------

AHARON MILLER, et al.,

                Plaintiffs,

  - v -

ARAB BANK, PLC,

                Defendants.

Case No. 1:18-cv-02192-HG-PK

---------------------------------------------------------------

NATHAN PAM, et al.,

                Plaintiffs,

  - v -

ARAB BANK, PLC,

                Defendants.

Case No. 1:18-cv-04670-HG-PK

---------------------------------------------------------------

## **DEFENDANT ARAB BANK, PLC'S MOTION TO REDACT PORTIONS OF THE JUNE 20, 2024 STATUS CONFERENCE TRANSCRIPT**

Pursuant to the United States District Court for the Eastern District of New York's Policy with Regard to the Availability of Transcripts of Court Proceedings[1], Defendant Arab Bank plc ("Arab Bank") submits this motion to redact certain portions of the hearing transcript from the Status Conference on June 20, 2024 (ECF Nos. 144, 125). At the June 20, 2024 Status Conference

---

[1] The Court's policy requires that a party file a motion within 21 days of the filing of the transcript if that party seeks to redact information other than personal identifying information under the Redaction Policy. *See* Judicial Conference Policy with Regard to the Availability of Transcripts of Court Proceedings (https://img.nyed.uscourts.gov/files/local_rules/TranscriptNotice.pdf); *see also* Form of Transcript Redaction Request (https://img.nyed.uscourts.gov/files/forms/RedactReqTranscript.pdf).

(the "Status Conference"), the parties presented the names of certain bank customers to the Court which is Highly Confidential material pursuant to the Protective Order entered in this matter (*see* ECF Nos. 47, 41). The Bank respectfully requests that the Court order that the portions of the transcript related to the Bank's customers are redacted.

The Protective Order entered in this matter protects information designated Confidential or Highly Confidential, which includes information that, "(ii) contain or are records in the possession of Arab Bank relating to financial information of persons who are not parties to this litigation." *See* ECF Nos. 47, 41 at Section 1(a)(ii). The information included in the transcript includes financial information of persons who are not parties to the litigation.

At the Status Conference, Plaintiffs' counsel disclosed the identity of a customer for whom the Bank had obtained a waiver of bank secrecy. The waiver of bank secrecy and the associated records have been marked Highly Confidential under the Protective Order. The discussion of this Bank customer is Highly Confidential and should be redacted from the hearing transcript because it concerns "records in the possession of Arab Bank relating to financial information of persons who are not parties to this litigation." Accordingly, the Bank requests that the following portions of the transcript are redacted related to the Bank's customer and their private financial information:

- 37:16-17;
- 37:19-25;
- 38:1-7;
- 39:5-6;
- 40:18-19;
- 41:4-8; and
- 43:2-6.

Accordingly, the Bank respectfully requests that the Court order those portions of the transcript be redacted.

Dated: July 17, 2024                             Respectfully submitted,

                                              **DLA PIPER LLP (US)**

                                              By:  <u>/s/ Brett Ingerman</u>

                                              Brett Ingerman
                                              DLA Piper LLP (US)
                                              650 South Exeter Street, Suite 1100
                                              Baltimore, Maryland 21202
                                              (410) 580-3000
                                              brett.ingerman@dlapiper.com

                                              Counsel for Arab Bank, PLC

3