

**DLA Piper LLP (US)**
650 S Exeter Street
Suite 1100
Baltimore, Maryland 21202-4576
www.dlapiper.com

Brett Ingerman
brett.ingerman@us.dlapiper.com
T  410.580.4177
F  410.580.3177

July 17, 2024

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re**:   *Pam, et al. v. Arab Bank, PLC*, **No. 18-cv-4670 (HG) (PK)**
         *Miller, et al. v. Arab Bank, PLC*, **No. 18-cv-2192 (HG) (PK)**

Dear Magistrate Judge Kuo:

     Defendant Arab Bank, PLC (the "Bank" or "Arab Bank") submits this letter to certify that it has complied with your Honor's Individual Practice Rule VI.A.2.  In conjunction with this letter, the Bank has filed a Motion to Redact portions of the June 20, 2024 Status Conference Transcript (the "Motion") to redact the information concerning its customers and private banking information.

     Before it filed its Motion, on July 11, 2024, the Bank informed Plaintiffs' counsel that it intended to file the Motion and sought their consent to the relief sought.  *See* July 11, 2024 Email from Arab Bank to Plaintiffs, attached to **Exhibit A**.  Plaintiffs' counsel did not respond.

                                                Sincerely,

                                                /s/ Brett Ingerman

                                                Brett Ingerman

cc: All counsel