# Exhibit A

| | |
|---|---|
| **From:** | Kozlowski, Nicole |
| **Sent:** | Thursday, July 11, 2024 10:36 AM |
| **To:** | Aaron Schlanger; Ingerman, Brett; Setrakian, Berge; Civetta, Margaret; Coles, Anthony P.; Collins, Erin |
| **Cc:** | Gary Osen; Ari Ungar; Michael Radine; Dina Gielchinsky; Susan M. Davies (sdavies@fbrllp.com); James Bonner (jbonner@fbrllp.com); emacallister@perleslaw.com; Zahra R. Dean; Joseph H. Tipograph |
| **Subject:** | RE: Miller v. Arab Bank and Pam v. Arab Bank |

Counsel:

Pursuant to Judge Kuo's Individual Practice Rules VI.A.2.a., we are writing to inform you that Arab Bank intends to file a motion to redact portions of the June 20, 2024 transcript that refer to its customers who waived bank secrecy by name and/or account number.  The portions of the transcript that Arab Bank intends to request be redacted are:

- 37:16-17;
- 37:19-25;
- 38:1-7;
- 39:5-6;
- 40:18-19;
- 41:4-8; and
- 43:2-6.

Pursuant to Judge Kuo's Individual Practice Rules, please advise as to whether you consent to the relief sought.

Thank you,
Nicole

## Nicole Marie Kozlowski
Associate

T  +1 410 580 4106
F   +1 410 580 3106
M  +1 240 821 0356
nicole.kozlowski@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com