# KOHN, SWIFT & GRAF, P.C.

1600 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103-7225

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com

JOSEPH C. KOHN
ROBERT A. SWIFT
ROBERT J. LAROCCA †
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
NEIL L. GLAZER †
ZAHRA R. DEAN ‡
ELIAS A. KOHN

† ALSO ADMITTED IN NEW YORK
‡ ONLY ADMITTED IN NEW YORK

HAROLD E. KOHN
1914-1999
BAYARD M. GRAF
1926-2015

OF COUNSEL
GEORGE W. CRONER
CARY FLEISHER
LISA PALFY KOHN

Sender's E-mail: zdean@kohnswift.com

November 6, 2024

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-02192 (HG) (PK)

Dear Judge Kuo:

  We represent Plaintiff Adiya Miller and hereby submit a draft of a Request for International Judicial Assistance (Letters Rogatory) to Israel. Pursuant to the Court's direction at the June 20, 2024, conference, Plaintiff once again contacted her doctor to obtain certain medical records requested by Defendant, but her doctor declined to release them. Inasmuch as the doctor is beyond the subpoena power of this Court, the only available avenue to obtain and review the records for relevance is via Letters Rogatory.

  The parties have conferred regarding the text of the enclosed proposed Letters Rogatory that Plaintiffs' counsel has drafted, and Defendant has no objection to the proposed language. If the Court approves of the attached Letters Rogatory, it can forward the request to the foreign jurisdiction through official channels. In the alternative, Plaintiffs' counsel can effectuate delivery of the Letters Rogatory to the proper authority in Israel.

  If the Court has further questions or needs additional information, the parties are available at the Court's convenience.

            Respectfully submitted,

            *Zahra R. Dean*

            Zahra R. Dean

ZRD/yr