

February 20, 2025

**VIA E-MAIL ONLY**

Brett Ingerman (brett.ingerman@us.dlapiper.com)
DLA Piper LLP (US)
Harbor East
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576

    Re:    *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (HG)(PK)
            *Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4670 (HG)(PK)

Dear Brett:

Pursuant to Magistrate Kuo's January 6, 2025, Minute Entry and Order, on behalf of the *Miller* and *Pam* Plaintiffs, I am serving herewith the following papers, dated February 20, 2025:

- Notice of Motion;
- Plaintiffs' Memorandum of Law in Support of Their Motion for an Order Pursuant to Federal Rule of Civil Procedure 37, 28 U.S.C. § 1927, and This Court's Inherent Powers;
- Declaration of Aaron Schlanger, with Exhibits 1-28; and
- Declaration of David Scantling.

                                      Sincerely,

                                      /s/ Gary M. Osen

cc: Hon. Peggy Kuo (via ECF/ without enclosures)