

**DLA Piper LLP (US)**
650 S Exeter Street
Suite 1100
Baltimore, Maryland 21202-4576
www.dlapiper.com

Brett Ingerman
brett.ingerman@us.dlapiper.com
T  410.580.4177
F  410.580.3001

May 9, 2025
*Via Email*

Gary M. Osen
Osen LLC
1441 Broadway
New York, New York 10018
gosen@osenlaw.com

Re:  *Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (HG)(PK)
     *Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4670 (HG)(PK)

Dear Gary:

Pursuant to Magistrate Kuo's May 5, 2025, Minute Entry and Order, on behalf of Arab Bank, PLC ("Arab Bank" or the "Bank") we are serving herewith the following papers:

- Defendant Arab Bank's Opposition to Plaintiffs' Motion for Sanctions, dated May 9, 2025;
- Declaration of Brett Ingerman, dated May 9, 2025, together with Exhibits A through AS thereto;
- Declaration of Mohammed Dabbour, dated May 4, 2025;
- Declaration of Jamal Hurani, dated May 5, 2025, together with Exhibits A through K thereto;
- Declaration of Chakib Cortbaoui, dated May 5, 2025, together with Exhibit A thereto;
- Declaration of Lubna Katbeh, dated April 6, 2025, together with Exhibit A thereto;
- Declaration of David R. Alfaro, dated May 5, 2025, together with Exhibit A thereto; and
- Declaration of Aiman Odeh, dated May 3, 2025, together with Exhibit A thereto.

Please note that certain exhibits to the declarations noted above have been designated as "Highly Confidential" pursuant to the Stipulation and Protective Order, dated and so-ordered by the Court on August 9, 2019 (Dkt. No. 50). As such, a motion for leave to file under seal must be filed with the Court prior to these declarations being docketed. Counsel for the Bank intends to meet and confer with Plaintiffs on the logistics related to the filing of this motion prior to Plaintiffs' June 9, 2025 reply deadline.

Sincerely,

Brett Ingerman

cc:  Hon. Peggy Kuo (via ECF without enclosures)