![DLA PIPER]

650 S Exeter Street
Suite 1100
Baltimore, Maryland 21202-4576
www.dlapiper.com

Brett Ingerman
brett.ingerman@us.dlapiper.com
T 410.580.4177
F 410.580.3177

May 1, 2026

**VIA ECF**
Hon. Hector Gonzales
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 6A
Brooklyn, NY 11201

**Re**:      ***Miller, et al. v. Arab Bank, PLC*, No. 18-cv-2192 (HG) (PK);** ***Pam, et al. v. Arab Bank, PLC*, No. 18-cv-4670 (HG) (PK) -- Letter Motion for Extension of Time**

Dear Judge Gonzales:

Defendant Arab Bank, PLC (the "Bank" or "Arab Bank") submits this letter pursuant to Section I.C. of Your Honor's Individual Practice Rules, seeking an unopposed extension of time for the Bank's Opposition to the Plaintiffs' Objections to Magistrate Judge Kuo's March 31, 2026, Order Regarding Sanctions, ECF No. 153. Arab Bank requests that the deadline for its Opposition to Plaintiffs' Objections be extended to May 27, 2026.

This is Defendant Arab Bank's first request for an extension of time on this motion sequence. Plaintiffs' Objections were originally due on April 14, 2026, and the Bank's Opposition was originally due on April 28, 2026. Plaintiffs requested and received an extension of time to file their Objections to April 29, 2026. ECF No. 153; Text Order (Apr. 10, 2026); *see* ECF No. 156 (filing objections on April 29, 2026). The Bank's Opposition to Plaintiffs' Objections was ordered to be filed by May 13, 2026. Text Order (Apr. 10, 2026).[1] The Bank now seeks a two-week extension to May 27, 2026. Plaintiffs do not oppose this request.

Plaintiffs challenge Judge Kuo's order on sanctions. Given the importance of these issues and the press of other deadlines, counsel seeks this extension of time to ensure adequate time to prepare the Bank's Opposition and to consult and coordinate with the Bank in Jordan. All parties have consented to this request, and the extension will not affect any other deadlines in this case.

We thank the Court for its consideration.

Sincerely,

*/s/ Brett Ingerman*

Brett Ingerman

cc: All counsel

---

[1] The Court granted Plaintiffs' request to extend their time to respond by two weeks but denied Plaintiffs' request to similarly extend the Bank's opposition. The Bank did not join in the request at that time as undersigned counsel was in trial and not able to respond to Plaintiffs before their filing.